| Attorney or Party without Attorney: <br> YEREMEY KRIVOSHEY, ESQ. <br> BURSOR & FISHER, P.A. <br> 1990 N. CALIFORNIA BLVD. <br> SUITE 940 <br> WALNUT CREEK, CA 94596 <br> Telephone No: 925-300-4455 <br><br> Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | |
| Plaintiff: SANDRA MCMILLION, ET AL. | |
| Defendant: RASH CURTIS & ASSOCIATES | |

| PROOF OF SERVICE SUMMONS IN A CIVIL | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 16-3396 EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;CIVIL COVER SHEET;STANDING ORDER FOR ALL JUDGES;NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS;WAIVER OF THE SERVICE OF SUMMONS;ECF REGISTRATION INFORMATION;SAN FRANCISCO FILING PROCEDURES;NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;STANDING ORDER JUDGE LAPORTE.

3. a. Party served: RASH CURTIS & ASSOCIATES
   b. Person served: MIGDALIA LIBOY, LEGAL ASSISTANT

4. Address where the party was served: 190 S. ORCHARD AVE
   SUITE A205
   VACAVILLE, CA 95688

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Jun. 27, 2016 (2) at: 11:50AM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. VICTOR MORENO
   d. The Fee for Service was:
   
   1814 "I" Street
   Sacramento, CA 95814
   Telephone  (916) 444-5111
   Fax        (916) 443-3111
   www.firstlegalnetwork.com
   
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   S201310000022
      (iii) County:             Fresno

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Wed, Jun. 29, 2016

   (VICTOR MORENO)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL

264832  .burfi.817935