UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA MCMILLION, et al.,

    Plaintiffs,

    v.

RASH CURTIS & ASSOCIATES,

    Defendant.

Case No. 16-cv-03396-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| REFERRED TO MAGISTRATE JUDGE CORLEY FOR DISCOVERY | |
| COMPLIANCE HEARING RE: DISCOVERY PLAN | Friday, October 21, 2016 at 9:01 a.m. |
| MOTION FOR CLASS CERTIFICATION FILED BY: | 3/28/2017<br>Opposition 4/25/17; Reply 5/25/17 |
| HEARING ON CLASS CERTIFICATION MOTION SET: | 6/27/17 at 2:00pm |
| REBUTTAL EXPERT DESIGNATIONS SERVED: | 8/25/17 |
| NON-EXPERT DISCOVERY CUTOFF: | 10/25/17 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE FILED BY: | 11/21/17 |

    A compliance hearing regarding filing of a discovery plan is set Friday, October 21, 2016 at 9:01 a.m. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1.

    By October 14, 2016, the parties shall file either: (1) a discovery plan, or (2) a one-page JOINT STATEMENT explaining their failure to comply. If compliance is complete, the parties

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

need not appear and the compliance hearing will be taken off calendar.  Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.  Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 7, 2016

_____
YVONNE GONZALEZ ROGERS
United States District Judge