```
Mark E. Ellis - 127159
Andrew M. Steinheimer - 200524
Amanda N. Griffith - 288164
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
agriffith@ellislawgrp.com
```

Attorneys for Defendant RASH CURTIS & ASSOCIATES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No.: 4:16-cv-03396-YGR JSC<br><br>**DISCOVERY PLAN**<br><br>**DATE:** October 21, 2016<br>**TIME:** 9:01 a.m.<br>**CRTRM:** 1 |

Pursuant to the Court's order at the initial Case Management Conference and subsequent minute orders, the parties jointly submit this Discovery Plan.

**Written Discovery**

1. Plaintiffs have propounded written interrogatories and request for production of documents to Defendant.

2. Although responses to this discovery would not normally be due until October 24, 2016, Defendant has agreed to provide its responses to by October 21, 2016.

3. Defendant will produce history notes and call records for the three named Plaintiffs by October 21, 2016.

4. The parties have already identified a potential discovery issue with Plaintiffs' Request for

Production No. 2. The parties have met and conferred in an effort to resolve these issues and have a plan to continue informal attempts at resolution.

5. The parties have scheduled a further meet and confer date on October 26, 2016 at 11:00 a.m. in order to discuss Defendant's responses to discovery to be served October 21st.

6. Defendant will produce additional responsive documents including, but not limited to, compliance and policy and procedure documents by October 28, 2016.

7. The parties have discussed the production of a sampling of documents related to the putative class members. Plaintiffs proposed that defendant produce a one-week sample of call records and history notes for the putative class period, and that the documents be produced in a searchable format. Defense counsel are conferring with their client regarding the scope of the requested documents as well as the format of the documents requested and will update Plaintiff's counsel on these issues during the meet and confer on October 26, 2016, if not before.

8. The parties have scheduled a third meet and confer session for November 7, 2016 at 11:00 a.m. with the expectation that by that point Plaintiffs' experts will have had the opportunity to review at least the documents related to the named Plaintiffs and the parties can continue discussing how to proceed.

9. Defendant will propound written interrogatories, requests for production of documents and requests for admissions to Plaintiffs by October 21st.

**Depositions**

10. Defendant will take the depositions of the three named Plaintiffs. The parties are working to identify available dates for the Plaintiffs and all counsel in November and December of 2016 for those depositions.

11. Plaintiffs will depose 30(b)(6) witnesses and other appropriate fact witnesses from Defendant. These depositions will be scheduled after Plaintiffs and their experts have the opportunity to review documents produced by Defendant. It is anticipated by the parties that these deposition will take place in December of 2016 and January of 2017.

12. Expert depositions will be scheduled after any motion for class certification is filed relying

- 2 -

DISCOVERY PLAN

on any expert opinions or analysis.

Respectfully submitted by,

Dated: October 14, 2016

               ELLIS LAW GROUP LLP

               By  */s/ Amanda N. Griffith*
                   Amanda N. Griffith
                   Attorney for Defendant
                   RASH CURTIS & ASSOCIATES

Dated: October 14, 2016

               BURSOR & FISHER, P.A.

               By  */s/ Yeremey O. Krivoshey*
                   Yeremey O. Krivoshey
                   Attorney for Plaintiffs

# CERTIFICATE OF SERVICE

I, Jennifer Mueller, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 740 University Avenue, Suite 100, Sacramento, CA 95825.

On October 14, 2016, I served the following document(s) on the parties in the within action:

**DISCOVERY PLAN**

| | |
|---|---|
| X | **VIA ELECTRONIC SERVICE**: The above-described document(s) will be delivered electronically through the Court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service, to the following: |

| | |
|---|---|
| L. Timothy Fisher<br>Annick M. Persinger<br>Yeremey Krivoshey<br>Bursor & Fisher, P.A.<br>1990 N. California Boulevard<br>Suite 940<br>Walnut Creek, CA 94596 | Attorneys for Plaintiffs<br>Sandra McMillion, Jessica Adekoya and Ignacio Perez |

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on October 14, 2016.

By: _____
Jennifer Mueller