UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOSCO KANTE,<br><br>        Plaintiff,<br><br>    v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>        Defendant. | Case No. 16-cv-05807-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

      Kante has filed a Notice of Related Case in this case, but he should have filed it in the earlier-filed case. Accordingly, pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *McMillion v. Rash Curtis & Assocs.*, Case No. 16-cv-03396-YGR.

      **IT IS SO ORDERED.**

Dated: November 30, 2016

_____
VINCE CHHABRIA
United States District Judge