UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>    Defendant. | Case No. 16-cv-03396-YGR   (JSC)<br><br>**ORDER RE DISCOVERY DISPUTE**<br><br>Re: Dkt. No. 51 |

       The parties were before this Court on May 1, 2017 concerning Plaintiffs' RFPs 8-11 and 19-23.  RFPs 8-11 seek all documents and communications concerning Defendant's policies and procedures for compliance with the Telephone Consumer Protection Act ("TCPA") and the Fair Debt Collection Practices Act ("FDCPA").  (Dkt No. 51-1 at 11-12.)  RFPs 19-23 seek documents sufficient to identify all persons Defendant called whose numbers it obtained through skip tracing, and other third party non-debtors.  (*Id*. at 14, 15.)

       The Court ordered the parties to meet and confer regarding the scope of the requests following the hearing, at the courthouse.  That same day, Plaintiffs emailed a letter to Defendant memorializing the parties' meet and confer and proposing email search terms.  (Dkt. 51-1 at 6.)  The parties emailed back and forth from May 23 until July 17 regarding the number of custodians, search terms, and a date certain for production. (Dkt. No. 52 at 23-29.)  The parties reached an impasse on these issues and submitted a joint discovery letter brief on July 25, 2017.  (Dkt. No. 51.)

       After reviewing the joint discovery letter brief and having had the benefit of oral argument on August 17, 2017, the Court orders Defendant to produce documents with results for the following terms: "SKIP," "SKP," "CONSENT," "DO-NOT-CALL," "DNC," "CAMPAIGN,"

"BLAST," and "ATTDS."  Defendant is ordered to produce documents with these search terms for four custodians:

    1. Robert Keith, Vice President of Legal Department;

    2. Chris Paff, Vice President of Operations;

    3. Nick Keith, Internet Technology Manager; and

    4. Dan Correa, Collections Director;

Defendants must produce the documents by September 18, 2017.  The Court sets a further discovery hearing on September 28, 2017 at 9:00am.

**IT IS SO ORDERED.**

Dated: August 17, 2017

*[signature]*
JACQUELINE SCOTT CORLEY
United States Magistrate Judge