Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP LLP
740 University Avenue, Suite 100
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>     Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>     Defendant. | Case No.: 4:16-cv-03396-YGR JSC<br><br>**DECLARATION OF ROBERT KEITH IN SUPPORT OF DEFENDANT RASH CURTIS & ASSOCIATES' SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

I, Robert Keith, declare:

1.      I am an Executive Vice President of Defendant RASH CURTIS & ASSOCIATES. This declaration is based upon my own personal knowledge except as to those matters stated upon information and belief, and as to those things I believe them to be true. If called as a witness to testify to the matters asserted herein I would do so competently.

2.      I offer this declaration in support of Defendant's Supplemental Opposition to Plaintiffs' Motion for Class Certification.

3.      Defendant did _**not**_ skip-trace Plaintiff JESSICA ADEKOYA's cell phone number. On May 14, 2015, Doctors Medical Center referred a debt, known as Account 2446237, to Defendant for collection. When Doctors Medical Center referred Account 2446237 for collection, it also sent Ms. Adekoya's cell phone number ending in 5496, which was contained on the patient information

- 1 -

facesheet which Doctors Medical Center provided. A true and correct copy of the patient information facesheet provided to Defendant by Doctors Medical Center is attached hereto as **Exhibit 2**. A true and correct copy of Defendant's collection notes and account history regarding Ms. Adekoya is attached hereto as **Exhibit 3**. These collection notes indicate Doctors Medical Center referred Account 2446237 to Defendant for collection on May 14, 2015, prior to the calls complained of in Plaintiffs' Complaint. A true and correct copy of Defendant's collection notes and account history regarding Ms. Adekoya's mother, Geraldine Caldwell, is attached hereto as **Exhibit 4**. These collection notes indicate Ms. Caldwell authorized Defendant to communicate with Ms. Adekoya regarding Ms. Caldwell's debt. They also indicate Ms. Adekoya called into Defendant's business to discuss Ms. Caldwell's debt.

4.    Defendant did ***not*** skip-trace Plaintiff IGNACIO PEREZ's cell phone number. On May 7, 2015, Sutter General Hospital referred a debt, known as Account 2432181, to Defendant for collection. When Sutter General Hospital referred Account 2432181 for collection, it also sent Mr. Perez's cell phone number ending in 5193, which was contained on the patient information facesheet Sutter General Hospital provided. A true and correct copy of the patient information facesheet provided to Defendant by Sutter General Hospital is attached hereto as **Exhibit 6**.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on this August 24, 2017 of in Vacaville, California.

Robert Keith, Executive Vice President

- 2 -

DECLARATION OF ROBERT KEITH IN SUPPORT OF DEFENDANT RASH CURTIS & ASSOCIATES'
SUPPLEMENTAL OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**EXHIBIT 2**



## Patient Information

| | |
|---|---|
| Patient Name: | ADEKOYA, JESSICA |
| Gender: | FEMALE |
| Date of Birth: | 04/18/1978 |
| SSN: | 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 |
| Address: | 335 S 27TH ST |
| | APT 7 |
| | RICHMOND, CA 94804 |
| Account Number: | 20011171 |
| Phone: | (510)692-5498 |
| Work Phone: | |
| Race: | B |
| Marital Status: | M |
| Employer: | |
| Religion: | 000 |
| Emergency Contact: | CALDWELL, GERALDINE D |

## Encounters

| Encounter | VisitDate | PhysicianName | AdmitPhysician | ClinicName | DischargeDate | PatType | Serv | PavCd | FinClass | PriPlan | SecPlan | AdmitSource | Total | BalDisp | GrpNo | DRG | AdmitType | MedServ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300076612 | 2012/12/17 14:48:00 | | | SAN PABLO DMC | 2012/12/17 17:07:00 | ER | EMD2002 | 0002 | 200200 | 1 | | | 1760.93 | 01 | | | | |
| 1300206800 | 2014/07/27 03:05:00 | | | SAN PABLO DMC | 2014/07/27 05:32:00 | ER | EMD3001 | 1005 | 300110 | 1 | | | 2492.02 | 01 | | | | |
| 1300212169 | 2014/08/22 16:04:00 | | | SAN PABLO DMC | 2014/08/22 18:00:00 | ER | EMD3001 | 1005 | 300110 | 1 | | | 2050.77 | 01 | | | | |
| 1300248106 | 2015/03/23 18:36:00 | | | SAN PABLO DMC | 2015/03/23 20:14:00 | ER | EMD2001 | 0002 | 200100999996 | 1 | | | 2693.63 | 01 | | | | |

## Problems

| Encounter | VisitDate | ProblemListID | Desc | ImpressionDXID | Y | Y | Comment | SortOrder |
|---|---|---|---|---|---|---|---|---|
| 1300076612 | 2012/12/17 14:48:00 | 3633169 | OTHER CURRENT CONDITIONS CLASS | 648.93 | Y | | A | 1 |
| 1300076612 | 2012/12/17 14:48:00 | 3633170 | OTHER CURRENT CONDITIONS CLASS | 648.93 | Y | | P | 2 |
| 1300076612 | 2012/12/17 14:48:00 | 3633171 | ACUTE UPPER RESPIRATORY INFECT | 465.9 | Y | | S | 3 |
| 1300206800 | 2014/07/27 03:05:00 | 4382212 | UNSPECIFIED CHEST PAIN | 786.50 | Y | | A | 1 |
| 1300206800 | 2014/07/27 03:05:00 | 4382213 | ANXIETY STATE, UNSPECIFIED | 300.00 | Y | | P | 2 |
| 1300206800 | 2014/07/27 03:05:00 | 4382214 | OTHER CHEST PAIN | 786.59 | Y | | S | 3 |
| 1300206800 | 2014/07/27 03:05:00 | 4382215 | TOBACCO USE DISORDER | 305.1 | Y | | S | 4 |
| 1300212169 | 2014/08/22 15:04:00 | 4415222 | BACKACHE, UNSPECIFIED | 724.5 | Y | | A | 1 |
| 1300212169 | 2014/08/22 15:04:00 | 4415223 | OTHER SPECIFIED SITES OF SPRAINS AND STRAINS | 848.8 | Y | | P | 2 |
| 1300212169 | 2014/08/22 15:04:00 | 4415224 | ACTIVITIES INVOLVING WALKING, MARCHING AND HIKING | E001.0 | Y | | S | 3 |
| 1300212169 | 2014/08/22 15:04:00 | 4415225 | PLACE OF OCCURRENCE, UNSPECIFIED PLACE | E849.9 | Y | | S | 4 |
| 1300212169 | 2014/08/22 15:04:00 | 4415226 | BACKACHE, UNSPECIFIED | 724.5 | Y | | S | 5 |
| 1300248106 | 2015/03/23 18:36:00 | 4608264 | COUGH | 786.2 | Y | | A | 1 |
| 1300248106 | 2015/03/23 18:36:00 | 4608265 | ALLERGIC RHINITIS CAUSE UNSPECIFIED | 477.9 | Y | | P | 2 |

## Procedures

| Encounter | ProcedureDate | ProcedureCode | PhysicianCode | PhysicianName | ProcedureName | ICDVersion | SortOrder |
|---|---|---|---|---|---|---|---|
| 1300076612 | 2012/12/17 | 94640 | | | | | 1 |

## Physicians

| Encounter | PhysicianType | PhysicianCode | PhysicianName |
|---|---|---|---|
| 1300076612 | Admitting | 4176 | KO, T CHRISTINE |
| 1300076612 | Attending | 4176 | KO, T CHRISTINE |
| 1300076612 | Referring | 11086 | UNKNOWN, UNKNOWN |
| 1300206800 | Admitting | 4689 | CADY, STEPHEN D |
| 1300206800 | Attending | 4689 | CADY, STEPHEN D |
| 1300206800 | Referring | 11096 | UNKNOWN, UNKNOWN |
| 1300212169 | Admitting | 4523 | JOHNSON, MALCOLM C |
| 1300212169 | Attending | 4523 | JOHNSON, MALCOLM C |
| 1300212169 | Referring | 11096 | UNKNOWN, UNKNOWN |
| 1300248106 | Admitting | 4810 | LARSEN, GREG S |
| 1300248106 | Attending | 4810 | LARSEN, GREG S |
| 1300248106 | Referring | 7777 | NO, PERSONAL D |

## Patient Information



|  |  |
|---|---|
| Patient Name: | ADEKOYA, ADELEKE |
| Gender: | MALE |
| Date of Birth: | 08/14/2013 |
| SSN: | 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 |
| Address: | 335 S 27TH ST |
|  | RICHMOND, CA 94804 |
| Account Number: | 20031482 |
| Phone: | (510)692-5496 |
| Work Phone: |  |
| Race: | BLACK |
| Marital Status: | S |
| Employer: |  |
| Religion: | NP |
| Emergency Contact: | ADEKOYA, JESSICA J |

## Encounters

| Encounter | VisitDate | PhysicianName | AdmitPhysicianC | lnicName | DischargeDate | PatType | Serv | PayCd | FinClass | PriPlan | SecPlan | AdmitSource | Total | BalDisp | GrpNo | DRG | AdmitType | MedServ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300230222 | 2014/12/09 01:42:00 | | | SAN PABLO DMC | 2014/12/09 03:40:00 | ER | EMD30011005 | 300110 | 1 | | | | 1774.35 | 01 | | | | |
| 1300234200 | 2015/01/05 14:22:00 | | | SAN PABLO DMC | 2015/01/05 18:30:00 | ER | EMD999995SP | 999995 | 1 | | | | 4695.15 | 01 | | | | |

## Problems

| Encounter | VisitDate | ProblemListID | Desc | ImpressionDXID | Y | Comment | SortOrder |
|---|---|---|---|---|---|---|---|
| 1300230222 | 2014/12/09 01:42:00 | 4509658 | COUGH | 786.2 | Y | A | 1 |
| 1300230222 | 2014/12/09 01:42:00 | 4509657 | BRONCHITIS, NOT SPECIFIED AS ACUTE OR CHRONIC | 490 | Y | P | 2 |
| 1300230222 | 2014/12/09 01:42:00 | 4509658 | ANEMIA, UNSPECIFIED | 285.9 | Y | S | 3 |
| 1300234200 | 2015/01/05 14:22:00 | 4535541 | COUGH | 786.2 | Y | A | 1 |
| 1300234200 | 2015/01/05 14:22:00 | 4535544 | PNEUMONIA, ORGANISM UNSPECIFIED | 486 | Y | P | 2 |
| 1300234200 | 2015/01/05 14:22:00 | 4535545 | DEHYDRATION | 276.51 | Y | S | 3 |

## Procedures

| Encounter | ProcedureDate | ProcedureCode | PhysicianCode | PhysicianName | ProcedureName | ICDVersion | SortOrder |
|---|---|---|---|---|---|---|---|
| 1300230222 | 2014/12/09 | 99283 | | | | | 1 |

## Physicians

| Encounter | PhysicianType | PhysicianCode | PhysicianName |
|---|---|---|---|
| 1300230222 | Admitting | 4304 | MOORE, JUDE J |
| 1300230222 | Attending | 4304 | MOORE, JUDE J |
| 1300230222 | Referring | 11096 | UNKNOWN, UNKNOWN |
| 1300234200 | Admitting | 4689 | CADY, STEPHEN D |
| 1300234200 | Attending | 4689 | CADY, STEPHEN D |
| 1300234200 | Referring | 7777 | NO, PERSONAL D |

**EXHIBIT 3**

--------------------------------------------------------------------------------
          MASTER RECORD:

     NAME: ADEKOYA, JESSICA J                    SPOUSE: ADELIQUE
     1ADD: 335 S 27TH ST              BAD ADD: N
     2ADD:                            BUSINESS: N
     CITY: RICHMOND                   ST ZIP: CA 94804-2955
    PHONE:                            S.S.N.: 564554620
   LIC NO: PAID 2X A MONTH 1          EMPLOY: ALT BUISNESS SOLUTIONS SAN LOR
      REM: B OF A
      REM:                              RENT 1000

--------------------------------------------------------------------------------

          MASTER RECORD:

    NAME: ADEKOYA, JESSICA J                SPOUSE: ADELIQUE
    1ADD: 335 S 27TH ST            BAD ADD: N
    2ADD:                          BUSINESS: N
    CITY: RICHMOND                 ST ZIP: CA 94804-2955
   PHONE:                          S.S.N.: 564554620
  LIC NO: PAID 2X A MONTH 1        EMPLOY: ALT BUISNESS SOLUTIONS SAN LOR
     REM: B OF A
     REM:                                 RENT 1000


-------------------------------------ACTIONS --------------------------------
          051515IL30002446237 NK021916QL338 024462022216QL33802446237
          031116HL30302446237 07031616LA17        031616DLA1702446237
          07032216LA17        032216DLA1702446237 040816HL34202446237


---------------------------- HISTORY ----------------------------
I*051515:01:01  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                Bankcard
SK051515:15:25  1ST ALERT No Information On File
GC051515:08:53  5106925496-PHONE ANSWERD NO LINKBACK
SK051815:08:31  1ST ALERT No Information On File
GC051815:18:04  5106925496-HUP ON ANSWERING MCHNE
GC051915:11:37  5106925496-PHNE # LEFT MSGE ON MACHINE
GC051915:16:06  5106925496-PHONE ANSWERD NO LINKBACK
GC052015:17:06  5106925496-PHONE ANSWERD NO LINKBACK
GC052015:18:51  5108494691-CALL SKIPPED - NOT MADE
GC052015:18:51  7029385270-CALL SKIPPED - NOT MADE
GC052115:15:50  5106925496-PHONE ANSWERD NO LINKBACK
GC052115:17:39  5108494691-PHONE ANSWERD NO LINKBACK
GC052115:17:39  7029385270-PHONED NUM IS INVALID
GC052215:13:15  5106925496-PHNE # LEFT MSGE ON MACHINE
GC052215:11:48  5108494691-PHONE ANSWERD NO LINKBACK
GC052215:11:48  7029385270-PHONED NUM IS INVALID
GC052615:15:03  5106925496-PHNE # LEFT MSGE ON MACHINE
GC052615:13:24  5108494691-PHONE ANSWERD NO LINKBACK
GC052615:13:23  7029385270-PHONED NUM IS INVALID
GC052715:11:04  5106925496-PHONE ANSWERD NO LINKBACK
GC052715:12:52  5108494691-PHONE ANSWERD NO LINKBACK
GC052715:15:37  7029385270-PHONED NUM IS INVALID
GC052715:16:36  5106925496-PHNE # LEFT MSGE ON MACHINE
GC052715:17:35  5108494691-PHONE ANSWERD NO LINKBACK
GC052715:17:34  7029385270-PHONED NUM IS INVALID
GC052815:10:57  5106925496-PHONE ANSWERD NO LINKBACK
GC052815:12:03  5108494691-PHONE ANSWERD NO LINKBACK
3C052815:15:50  7029385270-PHONED NUM IS INVALID
3C052915:12:02  5106925496-PHONE ANSWERD NO LINKBACK
3C052915:12:20  5108494691-CALL SKIPPED - NOT MADE
3C052915:12:20  7029385270-CALL SKIPPED - NOT MADE
3C052915:08:13  5106925496-PHONE ANSWERD NO LINKBACK
3C052915:10:52  5108494691-PHONE ANSWERD NO LINKBACK
3C052915:12:48  7029385270-PHONED NUMBER WAS BUSY
3C053015:08:05  5106925496-PHONE ANSWERD NO LINKBACK
3C053015:11:41  5108494691-PHONE ANSWERD NO LINKBACK

```
-------------------------------------- HISTORY --------------------------------
GC053015:11:40  7029385270-PHONED NUM IS INVALID
GC060115:15:59  5106925496-PHONE ANSWERD NO LINKBACK
GC060115:16:46  5108494691-CALL SKIPPED - NOT MADE
GC060115:16:46  7029385270-CALL SKIPPED - NOT MADE
GC060115:16:49  5106925496-PARTITIONED DNC NOT MADE
GC060115:18:03  5108494691-PHONE ANSWERD NO LINKBACK
GC060115:20:37  7029385270-PHONED NUM IS INVALID
GC060215:13:10  5106925496-PHONE ANSWERD NO LINKBACK
GC060215:15:53  5108494691-PHONE ANSWERD NO LINKBACK
GC060215:15:53  7029385270-PHONED NUM IS INVALID
GC060315:09:21  5106925496-PHONE ANSWERD NO LINKBACK
GC060315:12:20  5108494691-PHONE ANSWERD NO LINKBACK
GC060315:12:20  7029385270-PHONED NUM IS INVALID
GC060415:15:08  5106925496-PHONE ANSWERD NO LINKBACK
GC060415:16:34  5108494691-PHONE ANSWERD NO LINKBACK
GC060415:19:10  7029385270-PHONED NUM IS INVALID
GC060515:08:13  5106925496-PHONE ANSWERD NO LINKBACK
GC060515:11:11  5108494691-PHONE ANSWERD NO LINKBACK
GC060515:11:10  7029385270-PHONED NUM IS INVALID
TD060615:08:55  PHONE 5106925496 REMOVED BY GC UPDATE (C261354): answered.
GC060615:08:07  5106925496-PHONE ANSWERD NO LINKBACK
GC060615:08:07  5108494691-CALL SKIPPED - NOT MADE
GC060615:08:07  7029385270-CALL SKIPPED - NOT MADE
GC060615:08:12  5106925496-PHONE ANSWERD NO LINKBACK
GC060615:11:05  5108494691-PHONE ANSWERD NO LINKBACK
GC060615:11:05  7029385270-PHONED NUM IS INVALID
GC060815:15:52  5106925496-PHONE ANSWERD NO LINKBACK
GC060815:17:19  5108494691-PHONE ANSWERD NO LINKBACK
GC060815:17:17  7029385270-PHONED NUM IS INVALID
GC060915:11:09  5106925496-PHONE ANSWERD NO LINKBACK
GC060915:13:18  5108494691-PHONE ANSWERD NO LINKBACK
GC060915:17:03  7029385270-PHONED NUM IS INVALID
GC061015:08:07  5106925496-PHNE # LEFT MSGE ON MACHINE
GC061015:11:09  5108494691-PHONE ANSWERD NO LINKBACK
GC061015:11:09  7029385270-PHONED NUM IS INVALID
GC061115:09:55  5106925496-PHONE ANSWERD NO LINKBACK
GC061115:10:45  5108494691-CALL SKIPPED - NOT MADE
GC061115:10:45  7029385270-CALL SKIPPED - NOT MADE
GC061115:11:59  5108494691-PHONE ANSWERD NO LINKBACK
GC061115:11:58  7029385270-PHONED NUM IS INVALID
3C061215:08:32  5106925496-PHONE ANSWERD NO LINKBACK
3C061215:09:41  5108494691-CALL SKIPPED - NOT MADE
3C061215:09:41  7029385270-CALL SKIPPED - NOT MADE
3C061215:10:05  5108494691-PHONE ANSWERD NO LINKBACK
3C061215:10:04  7029385270-PHONED NUM IS INVALID
3C061215:16:40  5106925496-CALL SKIPPED - NOT MADE
3C061215:16:40  5108494691-CALL SKIPPED - NOT MADE
3C061215:16:40  7029385270-CALL SKIPPED - NOT MADE
3C061315:08:06  5106925496-PHONE ANSWERD NO LINKBACK
3C061315:10:37  5108494691-PHONE ANSWERD NO LINKBACK
3C061315:10:36  7029385270-PHONED NUM IS INVALID
3C061515:16:33  5106925496-PHONE ANSWERD NO LINKBACK
3C061515:14:42  5108494691-PHONE ANSWERD NO LINKBACK
3C061515:17:41  7029385270-PHONED NUM IS INVALID
3C061615:14:01  5106925496-PHONE ANSWERD NO LINKBACK
3C061615:15:20  5108494691-PHONE ANSWERD NO LINKBACK
3C061615:17:31  7029385270-PHONED NUM IS INVALID
3C061715:07:59  5106925496-CALL SKIPPED - NOT MADE
```

```
-------------------------------------- HISTORY --------------------------------
GC061715:10:18   5108494691-PHONE ANSWERD NO LINKBACK
GC061715:10:17   7029385270-PHONED NUM IS INVALID
GC061715:12:01   5106925496-PHONE ANSWERD NO LINKBACK
GC061715:13:53   7029385270-PHONED NUM IS INVALID
GC061815:13:43   5106925496-PHONE ANSWERD NO LINKBACK
GC061815:15:22   5108494691-PHONE ANSWERD NO LINKBACK
GC061815:17:13   7029385270-PHONED NUM IS INVALID
GC061915:08:06   5106925496-PHONE ANSWERD NO LINKBACK
GC061915:11:26   5108494691-CALL SKIPPED - NOT MADE
GC061915:11:26   7029385270-CALL SKIPPED - NOT MADE
GC061915:11:20   5106925496-CALL SKIPPED - NOT MADE
GC061915:11:20   5108494691-CALL SKIPPED - NOT MADE
GC061915:11:20   7029385270-CALL SKIPPED - NOT MADE
GC061915:11:32   5106925496-PHNE # LEFT MSGE ON MACHINE
GC061915:14:45   5108494691-PHONE ANSWERD NO LINKBACK
GC061915:14:45   7029385270-PHONED NUM IS INVALID
GC062015:08:06   5106925496-PHNE # LEFT MSGE ON MACHINE
GC062015:08:13   5108494691-CALL SKIPPED - NOT MADE
GC062015:08:13   7029385270-CALL SKIPPED - NOT MADE
GC062015:08:16   5106925496-PHNE # LEFT MSGE ON MACHINE
GC062015:10:30   5108494691-PHONE ANSWERD NO LINKBACK
GC062015:10:29   7029385270-PHONED NUM IS INVALID
GC062215:12:36   5106925496-PHONE ANSWERD NO LINKBACK
GC062215:11:09   5108494691-PHONE ANSWERD NO LINKBACK
GC062215:13:24   7029385270-PHONED NUM IS INVALID
99062315:02:00   C357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02446237
GC062315:15:53   5106925496-PHNE # LEFT MSGE ON MACHINE
GC062315:14:48   5108494691-PHONE ANSWERD NO LINKBACK
GC062315:16:30   7029385270-PHONED NUM IS INVALID
GC062415:17:04   5106925496-PHNE # LEFT MSGE ON MACHINE
GC062415:18:53   5108494691-PHONE ANSWERD NO LINKBACK
GC062415:18:53   7029385270-PHONED NUM IS INVALID
GC062515:16:21   5106925496-PHNE # LEFT MSGE ON MACHINE
GC062515:19:04   5108494691-CALL SKIPPED - NOT MADE
GC062515:19:04   7029385270-CALL SKIPPED - NOT MADE
GC062615:15:25   5106925496-PHNE # LEFT MSGE ON MACHINE
GC062615:14:40   5108494691-PHONE ANSWERD NO LINKBACK
GC062615:15:51   7029385270-PHONED NUM IS INVALID
GC062915:14:37   5106925496-PHNE # LEFT MSGE ON MACHINE
GC062915:16:53   5108494691-CALL SKIPPED - NOT MADE
GC062915:16:53   7029385270-CALL SKIPPED - NOT MADE
GC070115:17:18   5106925496-PHNE # LEFT MSGE ON MACHINE
GC070115:19:00   5108494691-CALL SKIPPED - NOT MADE
GC070115:19:00   7029385270-CALL SKIPPED - NOT MADE
GC070215:15:35   5106925496-PHNE # LEFT MSGE ON MACHINE
GC070215:13:40   5108494691-PHONE ANSWERD NO LINKBACK
GC070215:16:44   7029385270-PHONED NUM IS INVALID
GC070715:18:28   5106925496-PHONE ANSWERD NO LINKBACK
GC070715:16:19   5108494691-PHONE ANSWERD NO LINKBACK
GC070715:16:18   7029385270-PHONED NUM IS INVALID
GC070815:15:14   5106925496-PHNE # LEFT MSGE ON MACHINE
GC070815:16:05   5108494691-PHONE ANSWERD NO LINKBACK
GC070815:16:03   7029385270-PHONED NUM IS INVALID
GC070915:12:44   5106925496-PHONE ANSWERD NO LINKBACK
GC070915:10:41   5108494691-PHONE ANSWERD NO LINKBACK
GC070915:10:41   7029385270-PHONED NUM IS INVALID
GC070915:16:32   5106925496-PHNE # LEFT MSGE ON MACHINE
GC070915:19:07   5108494691-CALL SKIPPED - NOT MADE
```

```
---------------------------------------- HISTORY ----------------------------------
GC070915:19:07  7029385270-CALL SKIPPED - NOT MADE
GC071015:11:22  5106925496-PHONE ANSWERD NO LINKBACK
GC071015:12:10  5108494691-PHONE ANSWERD NO LINKBACK
GC071015:16:26  7029385270-PHONED NUM IS INVALID
GC071415:14:53  5106925496-PHONE ANSWERD NO LINKBACK
GC071415:12:03  5108494691-PHONE ANSWERD NO LINKBACK
GC071415:12:02  7029385270-PHONED NUM IS INVALID
GC071515:16:45  5106925496-PHNE # LEFT MSGE ON MACHINE
GC071515:15:27  5108494691-PHONE ANSWERD NO LINKBACK
GC071515:15:26  7029385270-PHONED NUM IS INVALID
GC071615:13:37  5106925496-PHONE ANSWERD NO LINKBACK
GC071615:15:04  5108494691-PHONE ANSWERD NO LINKBACK
GC071615:17:45  7029385270-PHONED NUM IS INVALID
GC072215:17:11  5106925496-PHONE ANSWERD NO LINKBACK
GC072215:19:09  5108494691-CALL SKIPPED - NOT MADE
GC072215:19:09  7029385270-CALL SKIPPED - NOT MADE
GC072315:16:56  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072315:15:35  5108494691-PHONE ANSWERD NO LINKBACK
GC072315:15:33  7029385270-PHONED NUM IS INVALID
GC072415:12:00  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072415:10:16  5108494691-PHONE ANSWERD NO LINKBACK
GC072415:13:12  7029385270-PHONED NUM IS INVALID
GC072715:11:30  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072715:12:52  5108494691-PHONE ANSWERD NO LINKBACK
GC072715:12:52  7029385270-PHONED NUM IS INVALID
GC072715:13:34  5106925496-PARTITIONED DNC NOT MADE
GC072715:13:34  5108494691-PARTITIONED DNC NOT MADE
GC072715:14:17  7029385270-PHONED NUM IS INVALID
GC072815:11:27  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072815:10:01  5108494691-PHONE ANSWERD NO LINKBACK
GC072815:12:34  7029385270-PHNE # LEFT MSGE ON MACHINE
GC072915:11:43  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072915:15:45  5108494691-PHONE ANSWERD NO LINKBACK
GC072915:15:44  7029385270-PHONE ANSWERD NO LINKBACK
GC073015:15:30  5106925496-PHONE ANSWERD NO LINKBACK
GC073015:17:00  5108494691-PHONE ANSWERD NO LINKBACK
GC073015:16:58  7029385270-PHONED NUM IS INVALID
GC073115:13:58  5106925496-PHONE ANSWERD NO LINKBACK
GC073115:13:06  5108494691-PHONE ANSWERD NO LINKBACK
GC073115:14:41  7029385270-PHONE ANSWERD NO LINKBACK
99080215:02:00  C357504 ROLLED COLLECTOR H2 TO H3 ON ACCOUNT 02446237
GC080415:16:44  5108494691-PHONE ANSWERD NO LINKBACK
GC080415:15:47  7029385270-PHONED NUMBER WAS BUSY
GC080515:16:29  5108494691-PHONE ANSWERD NO LINKBACK
GC080515:18:25  7029385270-PHONED NUM IS INVALID
GC080615:10:16  5108494691-PHONE ANSWERD NO LINKBACK
GC080615:13:10  7029385270-PHONED NUM IS INVALID
GC081115:17:00  5106925496-PHNE # LEFT MSGE ON MACHINE
GC081115:16:00  5108494691-PHONE ANSWERD NO LINKBACK
GC081115:18:36  7029385270-PHONED NUM IS INVALID
GC081715:17:19  5106925496-PHONED NUMBER WAS BUSY
3C081715:18:13  5108494691-PHONE ANSWERD NO LINKBACK
3C081715:18:13  7029385270-PHONED NUMBER WAS BUSY
3C081915:15:00  5106925496-PHONE ANSWERD NO LINKBACK
3C081915:17:04  5108494691-CALL SKIPPED - NOT MADE
3C081915:17:04  7029385270-CALL SKIPPED - NOT MADE
3C082415:16:47  5106925496-PHONED NUMBER WAS BUSY
3C082415:19:01  5108494691-CALL SKIPPED - NOT MADE
```

```
---------------------------------------- HISTORY ----------------------------------------
GC082415:19:01  7029385270-CALL SKIPPED - NOT MADE
GC082515:14:42  5106925496-PHNE # LEFT MSGE ON MACHINE
GC082515:13:15  5108494691-PHONE ANSWERD NO LINKBACK
GC082515:15:46  7029385270-PHONED NUM IS INVALID
GC082715:16:13  5106925496-PHNE # LEFT MSGE ON MACHINE
GC082715:14:56  5108494691-PHONE ANSWERD NO LINKBACK
GC082715:14:55  7029385270-PHONED NUM IS INVALID
GC083115:15:16  5106925496-PHNE # LEFT MSGE ON MACHINE
GC083115:14:39  5108494691-PHONE ANSWERD NO LINKBACK
GC083115:14:38  7029385270-PHONED NUMBER WAS BUSY
GC083115:15:25  5106925496-PHONED NUMBER WAS BUSY
GC083115:16:00  5108494691-PHONED NUMBER WAS BUSY
GC083115:16:00  7029385270-PHONED NUMBER WAS BUSY
GC090115:17:39  5106925496-PHNE # LEFT MSGE ON MACHINE
GC090115:16:19  5108494691-PHONE ANSWERD NO LINKBACK
GC090115:18:32  7029385270-PHONED NUM IS INVALID
GC090315:15:51  5106925496-PHNE # LEFT MSGE ON MACHINE
GC090315:16:57  5108494691-PHONE ANSWERD NO LINKBACK
GC090315:16:57  7029385270-PHONED NUM IS INVALID
GC090815:17:16  5106925496-PHNE # LEFT MSGE ON MACHINE
GC090815:18:53  5108494691-CALL SKIPPED - NOT MADE
GC090815:18:53  7029385270-CALL SKIPPED - NOT MADE
99091115:02:00  C357504 ROLLED COLLECTOR H3 TO H4 ON ACCOUNT 02446237
GC091115:15:07  5106925496-PHNE # LEFT MSGE ON MACHINE
GC091115:16:56  5108494691-CALL SKIPPED - NOT MADE
GC091115:16:56  7029385270-CALL SKIPPED - NOT MADE
GC091415:16:17  5106925496-PHONE ANSWERD NO LINKBACK
GC091415:17:33  5108494691-PHONE ANSWERD NO LINKBACK
GC091415:17:32  7029385270-PHONED NUM IS INVALID
GC091615:09:38  5106925496-PHONE ANSWERD NO LINKBACK
GC091615:11:18  5108494691-PHONE ANSWERD NO LINKBACK
GC091615:13:54  7029385270-PHONED NUM IS INVALID
GC091815:15:04  5106925496-PHNE # LEFT MSGE ON MACHINE
GC091815:16:24  5108494691-PHONE ANSWERD NO LINKBACK
GC091815:16:23  7029385270-PHONED NUM IS INVALID
GC092115:15:30  5106925496-PHONE ANSWERD NO LINKBACK
GC092115:14:50  5108494691-PHONE ANSWERD NO LINKBACK
GC092115:15:54  7029385270-PHONED NUM IS INVALID
GC092315:16:12  5106925496-PHNE # LEFT MSGE ON MACHINE
GC092315:18:02  5108494691-PHONE ANSWERD NO LINKBACK
GC092315:18:01  7029385270-PHONED NUM IS INVALID
GC092415:16:39  5106925496-PHNE # LEFT MSGE ON MACHINE
GC092415:15:45  5108494691-PHONE ANSWERD NO LINKBACK
GC092415:15:44  7029385270-PHONED NUM IS INVALID
GC092515:14:41  5106925496-PHONE ANSWERD NO LINKBACK
GC092515:15:46  5108494691-PHONE ANSWERD NO LINKBACK
GC092515:15:46  7029385270-PHONED NUM IS INVALID
GC092615:10:31  5106925496-PHONE ANSWERD NO LINKBACK
GC092615:11:49  5108494691-CALL SKIPPED - NOT MADE
GC092615:11:49  7029385270-CALL SKIPPED - NOT MADE
GC092815:15:39  5106925496-PHNE # LEFT MSGE ON MACHINE
GC092815:15:07  5108494691-PHONE ANSWERD NO LINKBACK
GC092815:16:13  7029385270-PHONED NUM IS INVALID
GC092915:14:10  5106925496-PHONE ANSWERD NO LINKBACK
GC092915:15:51  5108494691-PHONE ANSWERD NO LINKBACK
GC092915:15:50  7029385270-PHONED NUM IS INVALID
GC093015:15:01  5106925496-PHNE # LEFT MSGE ON MACHINE
GC093015:16:08  5108494691-PHONE ANSWERD NO LINKBACK
```

```
----------------------------------- HISTORY -----------------------------
GC093015:16:07  7029385270-PHONED NUM IS INVALID
GC100515:16:49  5106925496-PHNE # LEFT MSGE ON MACHINE
GC100515:15:50  5108494691-PHONE ANSWERD NO LINKBACK
GC100515:15:48  7029385270-PHONED NUM IS INVALID
GC100615:17:01  5106925496-PHONE ANSWERD NO LINKBACK
GC100615:18:47  5108494691-CALL SKIPPED - NOT MADE
GC100615:18:47  7029385270-CALL SKIPPED - NOT MADE
GC100815:17:25  5106925496-PHNE # LEFT MSGE ON MACHINE
GC100815:18:53  5108494691-CALL SKIPPED - NOT MADE
GC100815:18:53  7029385270-CALL SKIPPED - NOT MADE
GC100915:13:57  5106925496-PHNE # LEFT MSGE ON MACHINE
GC100915:16:53  5108494691-CALL SKIPPED - NOT MADE
GC100915:16:53  7029385270-CALL SKIPPED - NOT MADE
GC101315:16:51  5106925496-PHNE # LEFT MSGE ON MACHINE
GC101315:16:06  5108494691-PHONE ANSWERD NO LINKBACK
GC101315:17:19  7029385270-PHONED NUM IS INVALID
GC101415:16:24  5106925496-PHNE # LEFT MSGE ON MACHINE
GC101415:18:44  5108494691-CALL SKIPPED - NOT MADE
GC101415:18:44  7029385270-CALL SKIPPED - NOT MADE
GC101915:13:57  5106925496-PHONE ANSWERD NO LINKBACK
GC101915:15:31  5108494691-PHONE ANSWERD NO LINKBACK
GC101915:15:30  7029385270-PHONED NUM IS INVALID
99102115:02:00  C357504 ROLLED COLLECTOR H4 TO H5 ON ACCOUNT 02446237
99102115:02:00  C357504 ROLLED STATUS PNB TO PRI ON ACCOUNT 02446237
GC102315:14:53  5106925496-PHNE # LEFT MSGE ON MACHINE
GC102315:16:51  5108494691-CALL SKIPPED - NOT MADE
GC102315:16:51  7029385270-CALL SKIPPED - NOT MADE
GC111215:16:09  5106925496-PHNE # LEFT MSGE ON MACHINE
GC111215:17:01  5108494691-CALL SKIPPED - NOT MADE
GC111215:17:01  7029385270-CALL SKIPPED - NOT MADE
GC112115:09:44  5108494691-PHONE ANSWERD NO LINKBACK
GC112115:11:56  7029385270-CALL SKIPPED - NOT MADE
GC120115:15:30  5108494691-PHONE ANSWERD NO LINKBACK
GC120115:18:55  7029385270-CALL SKIPPED - NOT MADE
GC120915:11:37  5106925496-PHNE # LEFT MSGE ON MACHINE
GC120915:18:52  5108494691-CALL SKIPPED - NOT MADE
GC120915:18:52  7029385270-CALL SKIPPED - NOT MADE
GC123015:14:05  5106925496-PHNE # LEFT MSGE ON MACHINE
GC123015:17:02  5108494691-CALL SKIPPED - NOT MADE
GC123015:17:02  7029385270-CALL SKIPPED - NOT MADE
GC011816:17:38  5106925496-PHNE # LEFT MSGE ON MACHINE
GC011816:18:52  5108494691-CALL SKIPPED - NOT MADE
GC011816:18:52  7029385270-CALL SKIPPED - NOT MADE
GC012016:14:46  5106925496-CALL SKIPPED - NOT MADE
GC012016:14:46  5108494691-CALL SKIPPED - NOT MADE
GC012016:14:46  7029385270-CALL SKIPPED - NOT MADE
GC012116:15:20  5106925496-PHNE # LEFT MSGE ON MACHINE
GC012116:18:28  5108494691-PHONE ANSWERD NO LINKBACK
GC012116:18:28  7029385270-PHONED NUM IS INVALID
GC012916:11:31  5106925496-PHNE # LEFT MSGE ON MACHINE
GC012916:18:01  5108494691-CALL SKIPPED - NOT MADE
GC012916:18:01  7029385270-CALL SKIPPED - NOT MADE
3C020816:11:18  5106925496-PHNE # LEFT MSGE ON MACHINE
3C020816:17:07  5108494691-CALL SKIPPED - NOT MADE
3C020816:17:07  7029385270-CALL SKIPPED - NOT MADE
3C021116:11:46  5106925496-PARTITIONED DNC NOT MADE
3C021116:13:23  5108494691-PHONE ANSWERD NO LINKBACK
3C021116:13:22  7029385270-PHONED NUM IS INVALID
```

```
-------------------------------------- HISTORY --------------------------------
GC021716:11:06  5106925496-PHONE ANSWERD NO LINKBACK
GC021716:18:52  5108494691-CALL SKIPPED - NOT MADE
GC021716:18:52  7029385270-CALL SKIPPED - NOT MADE
GC021816:11:18  5106925496-NML - MACHINE
GC021816:18:54  5108494691-CALL SKIPPED - NOT MADE
GC021816:18:54  7029385270-CALL SKIPPED - NOT MADE
GC030416:11:07  5106925496-NML - MACHINE
GC030416:16:54  5108494691-CALL SKIPPED - NOT MADE
GC030416:16:54  7029385270-CALL SKIPPED - NOT MADE
07031016:16:19  REQUESTED: ONLINE Experian Credit File
07031016:16:20  5496 TT DEBTOR QA MM SHE WAS IN A HURRY SHE WAS AT WORK SO
                ONLY TIME TO UH...EMAIL CHOCOLATECHIP301@GMAIL.COM UH POE
                GOOGLED POE (510) 351-9400 DEBTOR ALSO RESPONSIBLE FOR MOTHER
                AND MOTHERS INCOME...UH BANK...RENT ..LEL
07031016:16:20  ----------------------------- PROFILE SUMMARY
                ----------------------------- CNT 01\01\50\22 PUBLIC
                RECORDS-------0 PAST DUE AMT----$6,212 INQUIRIES---3 SATIS
                ACCTS---0 INST\OTH BAL---$24,572 SCH\EST PAY-------$132+ INQS\6
                MO---2 NOW DEL\DRG---6 R ESTATE BAL-------N\A R ESTATE
                PAY-------N\A TRADELINE--10 WAS DEL\DRG---4 TOT REV
                BAL--------N\A TOT REV AVAIL------N\A PAID ACCT---0 OLD
                TRADE-12-07
GC031016:16:14  5106925496-PHONE ANSWERD NO LINKBACK
GC031016:19:02  5108494691-CALL SKIPPED - NOT MADE
GC031016:19:02  7029385270-CALL SKIPPED - NOT MADE
SK031416:08:10  1ST ALERT No Information On File
07031416:14:21  OB 5496 LM...LEL
07031516:12:12  5496 OB LM..9400 TT F SAYS SHE IS BACK FROM LUNCH AT 1PM...LEL
07031616:09:14  5496 OB NA 5103519400 TT DEBTOR SHE SAYS WE CAN NOT CALL THIS
                PHONE NUMB ANY MORE...I REMOVED # FROM HEADED ...GOOGLED POE
                FAX NUMB 5103513406 ...LEL
07032216:10:59  5496 OB NA 4691 NML 7029385270 NOT VALID NUMB....LEL
95032216:16:52  FAXED V OE. [DT]
07032916:13:51  5496 OB NA..3406 NA....LEL
07033016:09:58  5496 OB L VSMAIL..4691 NA.LEL
07040716:14:41  5496 OB NA 4691
07040816:09:44  5496 OB NA 4691 NA...LEL
88041316:08:03  RCVD VOE; ATTACHED TO VAULT; NO FURTHER ACTION TAKEN.. TR
GC041516:16:01  5106925496-NML - MACHINE
GC041516:15:10  5108494691-PHONE ANSWERD NO LINKBACK
GC041516:16:56  5103513406-NML - MACHINE
GC041616:10:57  5106925496-PHONE ANSWERD NO LINKBACK
GC041616:11:43  5108494691-PHONE ANSWERD NO LINKBACK
GC041616:11:43  5103513406-NML - MACHINE
44041816:18:40  VIC OB RES 5496 QA FEMALE ST SHE WAS DBTR ....MS ST THT SHE
                HAS RQST CAD.....MS HUP...MF
GC041816:17:02  5106925496-PHONE ANSWERD NO LINKBACK
GC041816:16:36  5108494691-PHONE ANSWERD NO LINKBACK
GC041816:16:36  5103513406-NML - MACHINE
GC041916:12:30  5108494691-PHONE ANSWERD NO LINKBACK
GC041916:18:33  5103513406-NO ANSWER AT NUM CALLED
GC042116:08:06  5108494691-PHONE ANSWERD NO LINKBACK
3C042116:11:11  5103513406-NML - MACHINE
3C042216:15:09  5108494691-PHONE ANSWERD NO LINKBACK
3C042216:16:10  5103513406-NML - MACHINE
3C042516:08:16  5108494691-PHONE ANSWERD NO LINKBACK
3C042516:12:16  5103513406-NML - MACHINE
3C042616:09:44  5108494691-PHONE ANSWERD NO LINKBACK
```

```
----------------------------------- HISTORY -----------------------------------
GC042616:18:49  5103513406-NML - MACHINE
GC042716:11:33  5108494691-PHONE ANSWERD NO LINKBACK
GC042716:14:41  5103513406-NML - MACHINE
GC042816:14:55  5108494691-PHONE ANSWERD NO LINKBACK
GC042816:16:49  5103513406-NML - MACHINE
GC042916:13:46  5108494691-PHONE ANSWERD NO LINKBACK
GC042916:15:39  5103513406-NML - MACHINE
GC050216:17:28  5108494691-PHONE ANSWERD NO LINKBACK
GC050216:18:44  5103513406-CALL SKIPPED - NOT MADE
GC050316:08:15  5108494691-PHONE ANSWERD NO LINKBACK
GC050316:15:09  5103513406-NML - MACHINE
GC050516:13:26  5108494691-PHONE ANSWERD NO LINKBACK
GC050516:15:41  5103513406-NML - MACHINE
BC050616:11:20  removed 5106925496 from accnts bc
```

--------------------------------------------------------------------------

        ACCOUNT #:  2446237  CLIENT DEBTOR #:     1300234200-0001

    TYPE OF ACCOUNT:   1
    CLIENT NAME: DOCTORS MEDICAL CTR SAN PABLO      FORWARDED (BY/TO):
          FOR: ADEKOYA,ADELEKE                      FORWARDED FOR:
          REM:                                      COLLECTOR CODE:55
    CLIENT NO. : 1771
    LAST LETTER: 342   DOCUMENT CODE (1-9): 0   INTEREST FM(R/S/J): S  INTEREST %: 10
    LABEL/CARD: N          NEW BUSINESS: Y      DATE OF REFERRAL: 051415
    CREDIT FLAG: D        BULLETIN CODE: 00     DATE OF SERVICE: 010515
    CLERK CODE: 84        STATUS CODE: ATY  DATE OF LAST PAYMENT:  0
          RATE: 19         S/L NUMBER: 00           JACK DATE: 050716

    AMOUNT REFERRED:      $     1173.79
    PRINCIPAL BALANCE:    $     1173.79
    ACCUMULATED INTEREST: $        0.00
    OTHER CHARGES:        $        0.00
    COURT COSTS:          $        0.00
    ATTORNEY FEES:        $        0.00
    OTHER:                $        0.00
    INTEREST:             $      156.83

    ACC'T BAL:            $     1330.62


                    PAYMENT TRANSACTION HISTORY
TYPE    DATE    PAYMENT       PAID ON      PAID ON      PAID ON      PAID ON       PAID ON      PAID ON
                AMOUNT       PRINCIPAL    INTEREST   OTHER CHGS   COURT COST    ATTY FEES       OTHER
----------------------------------------------------------------------------------------------------
                            NO PAYMENTS THIS ACCOUNT


GRAND TOTALS       0.00        0.00        0.00         0.00         0.00         0.00         0.00

**EXHIBIT 4**

--------------------------------------------------------------------------------

          MASTER RECORD:

    NAME: CALDWELL, GERALDINE D          SPOUSE: SINGLE
    1ADD: 335 S 27TH ST            BAD ADD: S
    2ADD:                          BUSINESS: N
    CITY: RICHMOND                 ST ZIP: CA 948042955
   PHONE:                          S.S.N.: 142589276
  LIC NO:                          EMPLOY: SSI
     REM: NONE
     REM:                          MI 877 R400 D0 C0


------------------------------------ACTIONS-----------------------------
          010914IL30001993006 011314BLDS101993006



------------------------------------ HISTORY ------------------------------
GC010814:13:43  5106925496-PHONE ANSWERD NO LINKBACK
I*010914:01:13  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                Bankcard
3C010914:15:48  5106925496-PHONE ANSWERD NO LINKBACK
3C011014:12:34  5106925496-PHONE ANSWERD NO LINKBACK
3C011014:11:19  7328971611-PHONE ANSWERD NO LINKBACK
3C011114:11:14  5106925496-PHONE ANSWERD NO LINKBACK
3C011114:09:53  7328971611-PHONE ANSWERD NO LINKBACK
24011314:17:49  1611 THIRD PARTY MSG. SHE LIVES OUT OF STATE...5496 NA...
                **ACCURINT= 3807 TEXAS CT CHARLOTTE NC 28208-3030 MK
37011314:18:26  5496 MM QA GAVE AUHTO TO TALK TO DAUGHTER NEEDS TO RESEARCH
                THIS FURTHER RB
3C011314:16:34  5106925496-PHONE ANSWERD NO LINKBACK
3C011314:17:50  7328971611-PHONE ANSWERD NO LINKBACK
06011414:16:00  8006 TT MS QA MM MS SD HAS TO TALK PAY-EE AND CB KCW
3C011714:08:21  5106925496-PHNE # LEFT MSGE ON MACHINE
3C011714:08:25  7328971611-PHNE # LEFT MSGE ON MACHINE
06012014:15:16  5496 NML 1611 NML KCW
24012414:08:23  5496 NA MR SAID NO ONE BY THAT NAME LIVES THERE, ... MK
3C012414:09:25  5106925496-HUP ON ANSWERING MCHNE
3C012414:09:42  7328971611-PHONE ANSWERD NO LINKBACK
3C012414:09:25  5106925496-HUP ON ANSWERING MCHNE
3C012414:09:42  7328971611-PHONE ANSWERD NO LINKBACK
06013114:11:27  5496 NML KCW

```
--------------------------------------------------------------------------------
          MASTER RECORD:

     NAME: CALDWELL, GERALDINE D              SPOUSE: SINGLE
     1ADD: 335 S 27TH ST           BAD ADD: S
     2ADD:                         BUSINESS: N
     CITY: RICHMOND                ST ZIP: CA 948042955
    PHONE:                         S.S.N.: 142589276
   LIC NO:                         EMPLOY: SSI
      REM: NONE
      REM:                          MI 877 R400 D0 C0


-------------------------------------ACTIONS -----------------------------
           032114BLDS101993006 0508'01>30 01993006 0509'30>H5 01993006



-------------------------------------- HISTORY -------------------------------
SK020414:08:07  1ST ALERT ACS D CODE= Moved Left No Address
99020414:08:07  LETTER 300 BLOCKED BY 1ST ALERT
SK020414:08:07  1ST ALERT ACS D CODE= Moved Left No Address
GC021914:11:31  5106925496-HUP ON ANSWERING MCHNE
GC021914:10:25  7328971611-PHONE ANSWERD NO LINKBACK
GC022014:14:31  5106925496-PHONE ANSWERD NO LINKBACK
GC022014:16:12  7328971611-PHONE ANSWERD NO LINKBACK
GC022414:15:54  5106925496-PHNED NUM LINKBACK DROPED CALL
GC022414:16:50  7328971611-PHONE ANSWERD NO LINKBACK
GC022414:18:48  5106925496-CALL SKIPPED - NOT MADE
GC022414:18:48  7328971611-CALL SKIPPED - NOT MADE
GC022514:08:44  5106925496-PHONE ANSWERD NO LINKBACK
GC022514:15:54  7328971611-PHONE ANSWERD NO LINKBACK
GC022614:14:57  5106925496-PHNE # LEFT MSGE ON MACHINE
GC022614:16:47  7328971611-CALL SKIPPED - NOT MADE
37022714:12:24  5496 IC MM QA DAUGHTER CLLD IN OFFERED SIF FOR 281.41 PB268
                INT 13.47 SHE IS GOING TO SEE WHAT SHE CAN DO AND CLL ME BAK
                SWAP RB
GC022714:12:59  5106925496-PHONE ANSWERD NO LINKBACK
GC022714:14:16  7328971611-PHONE ANSWERD NO LINKBACK
37022814:14:45  5496 NO ANS RB
37030414:13:55  5496 NO ANS RB
37031014:10:36  REV RB
37031314:09:55  5496 NML 1611 NO LONGER LIVES THERE RB
37031714:08:35  5496 NO ANS RB
37031814:10:46  5496 NO ANS RB
37031914:09:16  5496 NO ANS RB
37032114:11:05  5496 NOANS RB
37032414:09:19  5496 NO ANS R4B
37032514:13:53  5496 NO ANS RB
37032614:11:01  5496 NO ANS RB
37032714:09:49  5496 NO ANS RB
37032814:11:20  5496 NO ANS RB
37033114:09:47  5496 NO ANS RB
37040114:10:07  5496 NO ANS RB
37040214:12:15  5496 NO ANS RB
37040314:09:05  5496 NML RB
3C040414:10:55  5106925496-PHONE ANSWERD NO LINKBACK
3C040814:09:17  5106925496-PHONED NUMBER WAS BUSY
```

```
--------------------------------- HISTORY ---------------------------------
GC040814:09:20  5106925496-PARTITIONED DNC NOT MADE
GC040814:13:23  5106925496-PARTITIONED DNC NOT MADE
GC040914:13:43  5106925496-HUP ON ANSWERING MCHNE
GC041014:08:14  5106925496-PARTITIONED DNC NOT MADE
GC041014:08:14  5106925496-PARTITIONED DNC NOT MADE
GC041114:16:25  5106925496-CALL SKIPPED - NOT MADE
GC041114:11:21  5106925496-PHONE ANSWERD NO LINKBACK
GC041414:15:22  5106925496-PHONE ANSWERD NO LINKBACK
03041514:12:56  8006- MM QA SD THAT SHE WILL SEND IN 10.00 MNTH THAT IS ALL
                SHE CAN AFFORD-SB
GC041514:12:55  5106925496-PHONE ANSWERD NO LINKBACK
GC041614:12:18  5106925496-PHONE ANSWERD NO LINKBACK
GC041614:13:22  5103028006-PHONE ANSWERD NO LINKBACK
GC041614:17:38  5103028006-PHONE ANSWERD NO LINKBACK
GC041614:18:39  5103028006-PHONE ANSWERD NO LINKBACK
GC041714:12:13  5106925496-HUP ON ANSWERING MCHNE
GC041714:11:16  5103028006-PHONE ANSWERD NO LINKBACK
GC041814:14:12  5106925496-PHONE ANSWERD NO LINKBACK
GC041814:16:19  5103028006-CALL SKIPPED - NOT MADE
GC042114:12:28  5106925496-PHONE ANSWERD NO LINKBACK
GC042114:16:14  5106925496-HUP ON ANSWERING MCHNE
GC042214:10:06  5106925496-PARTITIONED DNC NOT MADE
GC042214:10:06  5103028006-PARTITIONED DNC NOT MADE
GC042314:13:48  5106925496-PHONE ANSWERD NO LINKBACK
GC042314:16:20  5103028006-PHONE ANSWERD NO LINKBACK
GC042414:15:54  5106925496-PHONE ANSWERD NO LINKBACK
GC042414:13:57  5103028006-PHONE ANSWERD NO LINKBACK
3C042514:12:49  5106925496-HUP ON ANSWERING MCHNE
3C042514:14:24  5103028006-HUP ON ANSWERING MCHNE
3C042814:13:22  5106925496-HUP ON ANSWERING MCHNE
3C042814:11:52  5103028006-PHNED NUM LINKBACK DROPED CALL
3C042914:12:23  5106925496-PHONE ANSWERD NO LINKBACK
3C042914:13:38  5103028006-PHONE ANSWERD NO LINKBACK
3C043014:11:16  5106925496-HUP ON ANSWERING MCHNE
3C043014:13:20  5103028006-PHONE ANSWERD NO LINKBACK
01050114:12:35  5103028006 TT MRS QA MM SD SHE IS DSBLD HER DAUGHTER =JESSICA
                HELPS WILL HV HERT CLLBK EG
3C050114:11:15  5106925496-HUP ON ANSWERING MCHNE
3C050114:12:37  5103028006-PHONE ANSWERD NO LINKBACK
3C050114:11:15  5106925496-HUP ON ANSWERING MCHNE
3C050114:12:37  5103028006-PHONE ANSWERD NO LINKBACK
01050514:16:23  R\A EG
30050914:12:10  PRI
3C051314:15:39  5106925496-PHONE ANSWERD NO LINKBACK
3C051314:18:52  5103028006-CALL SKIPPED - NOT MADE
3C051914:12:34  5106925496-PHONE ANSWERD NO LINKBACK
3C051914:16:48  5103028006-CALL SKIPPED - NOT MADE
3C052014:10:49  5106925496-PARTITIONED DNC NOT MADE
3C052014:12:57  5103028006-PHONE ANSWERD NO LINKBACK
3C052214:16:15  5106925496-PHONE ANSWERD NO LINKBACK
3C052214:18:55  5103028006-CALL SKIPPED - NOT MADE
3C052714:17:02  5106925496-HUP ON ANSWERING MCHNE
3C052714:18:54  5103028006-CALL SKIPPED - NOT MADE
3C052814:12:38  5106925496-PARTITIONED DNC NOT MADE
3C052814:18:17  5103028006-CALL SKIPPED - NOT MADE
3C061214:14:43  5106925496-PHNE # LEFT MSGE ON MACHINE
3C061214:16:51  5103028006-PHONE ANSWERD NO LINKBACK
10061314:09:49  8006---MMQA---TT DBTR-- SYS WLL C\B --PW
```

```
---------------------------------------- HISTORY ----------------------------------------
GC062514:18:50   5106925496-CALL SKIPPED - NOT MADE
GC062514:18:50   5103028006-CALL SKIPPED - NOT MADE
GC062614:16:20   5106925496-PHONE ANSWERD NO LINKBACK
GC062614:18:51   5103028006-CALL SKIPPED - NOT MADE
GC062714:16:03   5106925496-HUP ON ANSWERING MCHNE
GC062714:16:23   5103028006-CALL SKIPPED - NOT MADE
GC080514:11:50   5106925496-PHONE ANSWERD NO LINKBACK
GC080514:18:54   5103028006-CALL SKIPPED - NOT MADE
GC081314:14:37   5106925496-HUP ON ANSWERING MCHNE
GC081314:18:42   5103028006-CALL SKIPPED - NOT MADE
GC082714:09:34   5106925496-HUP ON ANSWERING MCHNE
GC082714:18:53   5103028006-CALL SKIPPED - NOT MADE
GC091714:11:25   5106925496-NO ANSWER AT NUM CALLED
GC091714:18:51   5103028006-CALL SKIPPED - NOT MADE
GC091814:09:24   5106925496-PHONE ANSWERD NO LINKBACK
GC091814:14:20   5106925496-NO ANSWER AT NUM CALLED
GC092414:13:19   5106925496-NO ANSWER AT NUM CALLED
GC092414:18:53   5103028006-CALL SKIPPED - NOT MADE
GC092914:08:31   5106925496-NO ANSWER AT NUM CALLED
GC092914:16:50   5103028006-CALL SKIPPED - NOT MADE
GC101614:10:45   5106925496-PHONE ANSWERD NO LINKBACK
GC101614:18:40   5103028006-CALL SKIPPED - NOT MADE
GC102314:18:51   5106925496-CALL SKIPPED - NOT MADE
GC102314:18:51   5103028006-CALL SKIPPED - NOT MADE
GC102314:18:51   5106925496-CALL SKIPPED - NOT MADE
GC102314:18:51   5103028006-CALL SKIPPED - NOT MADE
GC102314:16:00   5106925496-HUP ON ANSWERING MCHNE
GC102314:18:51   5103028006-CALL SKIPPED - NOT MADE
GC102914:08:45   5106925496-PHONE ANSWERD NO LINKBACK
GC102914:16:46   5106925496-CALL SKIPPED - NOT MADE
GC103014:15:39   5106925496-CALL SKIPPED - NOT MADE
GC103014:15:39   5103028006-CALL SKIPPED - NOT MADE
GC110514:10:57   5106925496-HUP ON ANSWERING MCHNE
GC110514:18:55   5103028006-CALL SKIPPED - NOT MADE
GC110614:09:20   5106925496-CALL SKIPPED - NOT MADE
GC110614:16:47   5103028006-CALL SKIPPED - NOT MADE
GC112014:13:37   5106925496-PHONE ANSWERD NO LINKBACK
GC112014:16:48   5103028006-CALL SKIPPED - NOT MADE
GC112614:19:19   5106925496-CALL SKIPPED - NOT MADE
GC112614:19:19   5103028006-CALL SKIPPED - NOT MADE
GC112614:19:19   5106925496-CALL SKIPPED - NOT MADE
GC112614:19:19   5103028006-CALL SKIPPED - NOT MADE
GC112614:19:19   5106925496-CALL SKIPPED - NOT MADE
GC112614:19:19   5103028006-CALL SKIPPED - NOT MADE
GC112614:19:19   5106925496-CALL SKIPPED - NOT MADE
GC112614:19:19   5103028006-CALL SKIPPED - NOT MADE
GC121514:10:55   5106925496-HUP ON ANSWERING MCHNE
GC121514:16:56   5103028006-HUP ON ANSWERING MCHNE
GC010615:12:00   5106925496-NO ANSWER AT NUM CALLED
GC010615:13:01   5103028006-PHONE ANSWERD NO LINKBACK
GC010615:12:00   5106925496-NO ANSWER AT NUM CALLED
GC010615:13:01   5103028006-PHONE ANSWERD NO LINKBACK
GC022415:11:04   5106925496-HUP ON ANSWERING MCHNE
GC022415:18:50   5103028006-CALL SKIPPED - NOT MADE
01031315:14:10   GC 8006 TT MRS QA\MM MRS SAID SHE DOES NOT REMEMBER THESE
                 SERVICES...MRS SAID SHE WILL HVE DGHTR CALL ME BACK.....DGHTR
                 HANDLES FINANCES........AF
GC040215:09:29   5106925496-HUP ON ANSWERING MCHNE
```

```
---------------------------------------- HISTORY ----------------------------------------
GC040215:17:32  5103028006-PHONE ANSWERD NO LINKBACK
GC040215:09:29  5106925496-HUP ON ANSWERING MCHNE
GC040215:17:32  5103028006-PHONE ANSWERD NO LINKBACK
GC041315:12:38  5106925496-PHONE ANSWERD NO LINKBACK
GC041315:18:50  5103028006-CALL SKIPPED - NOT MADE
GC041415:08:12  5106925496-PARTITIONED DNC NOT MADE
GC041415:18:47  5103028006-CALL SKIPPED - NOT MADE
GC041515:18:45  5106925496-CALL SKIPPED - NOT MADE
GC041515:18:45  5103028006-CALL SKIPPED - NOT MADE
GC052015:16:19  5106925496-PHNE # LEFT MSGE ON MACHINE
GC052015:18:47  5103028006-CALL SKIPPED - NOT MADE
GC052115:07:59  5106925496-PARTITIONED DNC NOT MADE
GC052115:18:54  5103028006-CALL SKIPPED - NOT MADE
GC052715:13:21  5106925496-PHNE # LEFT MSGE ON MACHINE
GC052715:18:59  5103028006-CALL SKIPPED - NOT MADE
GC061015:17:20  5106925496-PHONE ANSWERD NO LINKBACK
GC061015:19:01  5103028006-CALL SKIPPED - NOT MADE
GC061115:08:04  5106925496-PARTITIONED DNC NOT MADE
GC061115:18:51  5103028006-CALL SKIPPED - NOT MADE
GC071315:11:48  5106925496-PHONE ANSWERD NO LINKBACK
GC071315:17:17  5103028006-CALL SKIPPED - NOT MADE
GC071515:18:12  5106925496-PHNE # LEFT MSGE ON MACHINE
GC071515:19:02  5103028006-CALL SKIPPED - NOT MADE
GC071615:16:58  5106925496-PARTITIONED DNC NOT MADE
GC071615:18:53  5103028006-CALL SKIPPED - NOT MADE
GC091715:18:37  5106925496-CALL SKIPPED - NOT MADE
GC091715:18:37  5103028006-CALL SKIPPED - NOT MADE
GC092415:18:45  5106925496-PHNE # LEFT MSGE ON MACHINE
GC092415:18:49  5103028006-CALL SKIPPED - NOT MADE
GC102315:16:19  5103028006-PHONE ANSWERD NO LINKBACK
GC111215:17:01  5103028006-CALL SKIPPED - NOT MADE
GC122315:17:14  5106925496-PHNE # LEFT MSGE ON MACHINE
GC122315:18:43  5103028006-CALL SKIPPED - NOT MADE
GC011816:18:19  5103028006-PHNE # LEFT MSGE ON MACHINE
GC031716:12:54  5106925496-NML - MACHINE
GC031716:17:12  5103028006-CALL SKIPPED - NOT MADE
GC032216:19:06  5106925496-CALL SKIPPED - NOT MADE
GC032216:19:06  5103028006-CALL SKIPPED - NOT MADE
GC032316:09:05  5106925496-NML - MACHINE
GC032316:17:09  5103028006-CALL SKIPPED - NOT MADE
GC042716:16:32  5106925496-PHONE ANSWERD NO LINKBACK
GC042716:18:52  5103028006-CALL SKIPPED - NOT MADE
GC042816:18:18  5106925496-PHONE ANSWERD NO LINKBACK
GC042816:18:58  5103028006-CALL SKIPPED - NOT MADE
BC050616:11:20  removed 5106925496 from accnts bc
```

------------------------------------------------------------------------

ACCOUNT #:  1993006  CLIENT DEBTOR #:     1300153615-0001

TYPE OF ACCOUNT:   1
CLIENT NAME: DOCTORS MEDICAL CTR SAN PABLO     FORWARDED (BY/TO):
         FOR: CALDWELL,GERALDINE                  FORWARDED FOR:
         REM:                                        COLLECTOR CODE:55
CLIENT NO. : 1771
LAST LETTER: DS1   DOCUMENT CODE (1-9): 0     INTEREST FM(R/S/J): S  INTEREST %: 10
LABEL/CARD: N          NEW BUSINESS: Y        DATE OF REFERRAL: 010814
CREDIT FLAG: D        BULLETIN CODE: 00        DATE OF SERVICE: 112713
   CLERK CODE: NK       STATUS CODE: ATY  DATE OF LAST PAYMENT:  0
        RATE: 19        S/L NUMBER: 00             JACK DATE: 042916

AMOUNT REFERRED:       $     538.84
PRINCIPAL BALANCE:     $     538.84
ACCUMULATED INTEREST:  $       0.00
OTHER CHARGES:         $       0.00
COURT COSTS:           $       0.00
ATTORNEY FEES:         $       0.00
OTHER:                 $       0.00
INTEREST:              $     131.57

ACC'T BAL:             $     670.41

| TYPE | DATE | PAYMENT AMOUNT | PAID ON PRINCIPAL | PAID ON INTEREST | PAID ON OTHER CHGS | PAID ON COURT COST | PAID ON ATTY FEES | PAID ON OTHER |
|------|------|------|------|------|------|------|------|------|
| | | | | PAYMENT TRANSACTION HISTORY | | | | |
| | | | NO PAYMENTS THIS ACCOUNT | | | | | |
| GRAND TOTALS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6**

**SUTTER HEALTH**
**SUTTER GENERAL HOSPITAL**
PO BOX 160100
SACRAMENTO, CA 95816
**ACUTE CARE**
**ADMISSION/REGISTRATION RECORD**

| RACE / ETHNICITY | | ORIGINAL UNIT DATE | ADMIT DATE/TIME |
|---|---|---|---|
| OTHER/HISPANIC | | | 4/04/14 4:52 |

| P/T | UNIT REFERENCE # | SPC. PROGS. | LAST REG DATE / PT Type | DISCHARGE DATE/TIME |
|---|---|---|---|---|
| | 001506158 | | 0/00/00 | |

| ACCOUNT # | PATIENT TYPE | SVC | STATION/ROOM/BED | ACCOM | ADMIT TYPE | SOURCE | MEDICAL RECORD # |
|---|---|---|---|---|---|---|---|
| 69690246 | E-Emergency | ERD | | | 1 | 1 | 103-19-19 |

| AGE | BIRTH DATE | SEX | M.S. | RELIGION | ADV DIR | V.I.P | PRIMARY LANGUAGE | INTP NEEDED | ARRIVAL MODE | ADMIT VOL/INVOL |
|---|---|---|---|---|---|---|---|---|---|---|
| 47Y | 7/19/1966 | M | S | NRP | | | English | No | WLK/3/0452 | |

| PATIENT NAME/ADDRESS/PHONE # | TITLE | PATIENT - EMPLOYER NAME/ADDRESS/PHONE # | OCCUPATION |
|---|---|---|---|
| **REYNOSO, DANIEL**<br><br>UNDOMICILED<br><br>SACRAMENTO, CA 95822<br>916-271-5193 | SS#<br>SEE SYSTEM FOR INFORMATION<br>CELL# | GREEN VALLEY SECURIT<br><br>GRANITE BAY, CA<br>916-797-4058 | SECURITY GUARD |

| GUARANTOR NAME/ADDRESS/PHONE # | RELATIONSHIP | GUARANTOR - EMPLOYER NAME/ADDRESS/PHONE # | OCCUPATION |
|---|---|---|---|
| REYNOSO, DANIEL<br><br>UNDOMICILED<br><br>SACRAMENTO, CA 95822<br>916-271-5193 | SELF<br><br>SS#<br>SEE SYSTEM FOR INFORMATION<br>CELL# | GREEN VALLEY SECURIT<br><br>GRANITE BAY, CA<br>916-797-4058 | SECURITY GUARD |

| PRIMARY CONTACT / ADDRESS / PHONE #<br>(SPOUSE / PARENT / OTHER) | RELATIONSHIP | PRIMARY CONTACT -EMPLOYER NAME / ADDRESS / PHONE # | OCCUPATION |
|---|---|---|---|
| LOPEZ, DARLENE<br>7446 CARELLA DRIVE<br>SACRAMENTO, CA 95822<br>916-424-3071 | MOTHER<br><br>CELL# | NONE | |

| SECONDARY CONTACT / RELATIVE- OTHER | RELATIONSHIP | PHONE# |
|---|---|---|
| | | |

| #1 INS/ADDRESS/PHONE # | SUB REL | #2 INS/ADDRESS/PHONE # | SUB REL |
|---|---|---|---|
| 0003<br>MIA REFERRED SACRAMENTO C | SELF<br>POL# 714769<br><br>GRP# | | POL#<br><br>GRP# |

| UR PHONE# | AUTH# | UR PHONE# | AUTH# |
|---|---|---|---|
| | | | |

| #3 INS/ADDRESS/PHONE # | SUB REL | #4 INS/ADDRESS/PHONE # | SUB REL |
|---|---|---|---|
| | POL#<br><br>GRP# | | POL#<br><br>GRP# |

| UR PHONE# | AUTH# | UR PHONE# | AUTH# |
|---|---|---|---|
| | | | |

| PHYSICIANS: | | PHONE# | ADMITTING DIAGNOSIS/CHIEF COMPLAINT: |
|---|---|---|---|
| ADMITTING | **GUNION, SABRINA M** | 916-733-3097 | RIGHT FACIAL SWELLING,RIGHT UPPER MOLAR |
| ATTENDING | **GUNION, SABRINA M** | 916-733-3097 | |
| REFERRING | | | |
| CONSULTING | | | |
| PCP | | | |
| | IPA Group: | | |

| ACCIDENT | RES ORG |
|---|---|
| **Type: None** | |
| | ADA |

| ADMITTING NOTES | FINAL DIAGNOSIS | ADMITTED BY |
|---|---|---|
| DG | | GORDOND |
| DATE HIPAA NOTICE GIVEN | | ASSEMBLY |

| PREVIOUS NAMES | DOCTOR'S NOTES | ANALYSIS |
|---|---|---|
| | For adult medical admission, call SMG Hospitalist. | |
| | | CODING |

| | DATE/TIME OF PRINT:<br>04/04/2014 05:08:07 | FILE |
|---|---|---|

SHR/0001 (04/09)