**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
       ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>               Plaintiffs,<br>  v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>               Defendant. | Case No. 4:16-cv-03396-YGR<br><br>**[~~PROPOSED~~] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Courtroom: 1<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>*AS MODIFIED BY THE COURT* |

UPON CONSIDERATION of Plaintiffs' Administrative Motions to File Documents Under Seal ("Motion"), IT IS ORDERED that the Motion be, and it is hereby, **DENIED,** for lack of good cause.

| Document or Portion of Document Sought to be Sealed | Evidence Offered in Support of Sealing | Order |
|---|---|---|
| Plaintiffs' Response and Objections to Defendant's Supplemental Opposition to Plaintiffs' Motion for Class Certification ("Response") at page 7, lines 1-9 | 08/21/2017 Valenti Declaration | **DENIED** |
| Response at page 7, lines 16-21 | 08/21/2017 Valenti Declaration | **DENIED** |

This Order terminates Docket Number 76.

**IT IS SO ORDERED.**

Dated: September 7, 2017

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge