# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA MCMILLION, ET AL.,** <br> Plaintiffs, <br> vs. <br> **RASH CURTIS & ASSOCIATES,** <br> Defendant. | CASE NO. 16-cv-03396-YGR <br><br> **ORDER REGARDING SUMMARY JUDGMENT CONFERENCE LETTERS** <br><br> Re: Dkt. Nos. 75, 78 |

The Court has reviewed defendant's summary judgment conference letter, dated August 31, 2017 (Dkt. No. 76), and plaintiffs' response, dated September 1, 2017 (Dkt. No. 78). Given the status of discovery in this action, summary judgment appears to be premature. The Court will address such issues at the parties' case management conference, currently scheduled for October 2, 2017.

**IT IS SO ORDERED.**

Dated: September 7, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**