UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No. 16-cv-03396-YGR   (JSC)<br><br>**ORDER RE: REMAINING DISCOVERY** |

Defendant represents that it has produced all requested discovery, including the admittance or facesheet documents for Ms. Caldwell, other than call logs. As for the logs, it represents that it has produced all Global Connect/TCN logs from January 2014 to October 2017 and will produce the remaining logs by November 30, 2017.

Defendant has not produced any VIC dialer logs and still cannot represent whether it can produce the logs. Plaintiffs are ordered to immediately consult with their expert to determine whether he or she has knowledge regarding how to extract the VIC dialer logs. In the event Plaintiffs' expert does have knowledge, the parties are ordered to put Plaintiffs' expert in touch with a DKACS representative so that Plaintiffs' expert may provide guidance. In the event Plaintiffs' expert does not have knowledge, the parties need not coordinate discussions with Plaintiff's expert. Defendant is ordered to continue its discussions with DAKCS to determine how the call information can be gathered, regardless of whether Plaintiffs' expert can provide guidance.

Accordingly, on or before November 22, 2017, Defendant shall file a submission that definitively states whether it can produce the VIC dialer logs and for what dates. If it contends it cannot produce the logs for any relevant time period, its submission shall be supported by a detailed declaration explaining why the logs cannot be produced. The declaration shall be from a

Case 4:16-cv-03396-YGR   Document 129   Filed 11/17/17   Page 2 of 2

person with first-hand knowledge of why the logs cannot be produced.  If Defendant is producing the logs, then the November 22, 2017 submission shall propose a date certain for production.

**IT IS SO ORDERED.**

Dated: November 17, 2017

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2