# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA MCMILLION, ET AL.,**<br>Plaintiffs,<br>vs.<br>**RASH CURTIS & ASSOCIATES,**<br>Defendant. | CASE NO. 16-cv-03396-YGR<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND PRETRIAL DEADLINES**<br>Re: Dkt. No. 112 |

Now before the Court is plaintiffs' motion to extend pretrial deadlines in this matter pursuant to Civil L.R. 6-3 and 7-11 due to various discovery disputes and delays regarding defendant's production of documents. (Dkt. No 112.) On November 3, 2017, this Court granted relief as to the extension of the November 6, 2017, deadline for expert disclosures but noted that the Court required additional information on "the status of defendant's production of documents in accordance with Magistrate Judge Corley's instructions" before the Court could rule on the remainder of plaintiff's motion to extend pretrial deadlines. (Dkt. No. 115.) The parties provided a joint report on November 16, 2017, которые indicates that defendant's production of documents is nearly complete. (Dkt. No. 125.) Therefore, the Court **MODIFIES** that the pretrial schedule as follows:[1]

1. Amended Expert Designations Served: **December 18, 2017.**
2. Rebuttal Expert Designations Served: **January 15, 2018.**
3. Expert Discovery Closes: **January 29, 2018.**
4. Daubert Motions Filed: **February 19, 2018.**

---

[1] The Court notes that these deadlines have been set to accommodate the December holidays.

This terminates Dkt. No. 112.

**IT IS SO ORDERED.**

Dated: November 20, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**