**EXHIBIT 1**

1
2
3
4
5
6
7

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        apersinger@bursor.com
        ykrivoshey@bursor.com

8

*Attorneys for Plaintiffs*

9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

12
13
14
15
16
17
18

| | |
|---|---|
| SANDRA MCMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>             Plaintiffs,<br><br>   v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>            Defendant. | Case No.<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

19
20
21
22
23
24
25
26
27
28

CLASS ACTION COMPLAINT

Plaintiffs Sandra McMillion, Jessica Adekoya, and Ignacio Perez ("Plaintiffs"), individually and on behalf of all others similarly situated, allege the following on information and belief, except that Plaintiffs' allegations as to their own actions are based on personal knowledge.

## NATURE OF THE ACTION

1.    Defendant Rash Curtis & Associates ("Rash Curtis" or "Defendant") is a large, nationwide debt collection agency.  Defendant uses repeated robocalls, pre-recorded voice messages, and auto-dialed calls to threaten and harass consumers in an attempt to collect.

2.    Between June 2015 and March 2016, Defendant repeatedly called Plaintiff Sandra McMillion on her cellular telephone using an autodialer and/or an artificial or prerecorded voice. Ms. McMillion did not give Defendant prior express written consent to make these calls. Defendant's calls continued despite Ms. McMillion's many requests for Defendant to stop calling.

3.    The following chart details 33 of Defendant's calls to Ms. McMillion:

| Date | Time | Number Calling |
|---|---|---|
| 12/23/2015 | 4:06 PM | (707) 454-2010 |
| 12/24/2015 | 10:55 AM | (866) 729-2722 |
| 12/24/2015 | 12:55 PM | (866) 729-2722 |
| 12/29/2015 | 9:52 AM | (866) 729-2722 |
| 12/30/2015 | 6:09 PM | (866) 729-2722 |
| 12/31/2015 | 11:56 AM | (866) 729-2722 |
| 1/04/2016 | 2:01 PM | (866) 729-2722 |
| 1/06.2016 | 10:45 AM | (707) 454-2010 |
| 1/07/2016 | 9:32 AM | (866) 729-2722 |
| 1/07/2016 | 12:54 PM | (866) 729-2722 |
| 1/08/2016 | 12:04 PM | (866) 729-2722 |
| 1/08/2016 | 4:23 PM | (707) 454-2010 |
| 1/12/2016 | 10:23 AM | (866) 729-2722 |
| 1/14/2016 | 11:09 AM | (707) 454-2010 |
| 1/14/2016 | 8:19 PM | (866) 729-2722 |
| 1/15/2016 | 11:08 AM | (866) 729-2722 |
| 1/16/2016 | 11:16 AM | (866) 729-2722 |

| 1/18/2016 | 9:58 AM | (707) 454-2010 |
|---|---|---|
| 1/19/2016 | 11:09 AM | (866) 729-2722 |
| 1/20/2016 | 9:27 AM | (707) 454-2010 |
| 1/21/2016 | 9:33 AM | (866) 729-2722 |
| 1/21/2016 | 11:59 AM | (707) 454-2010 |
| 1/22/2016 | 11:42 AM | (866) 729-2722 |
| 1/23/2016 | 10:08 AM | (707) 454-2010 |
| 1/25/2016 | 5:26 PM | (866) 729-2722 |
| 1/26/2016 | 4:06 PM | (707) 454-2010 |
| 1/27/2016 | 1:39 PM | (866) 729-2722 |
| 1/29/2016 | 3:06 PM | (866) 729-2722 |
| 2/01/2016 | 5:59 PM | (866) 729-2722 |
| 2/02/2016 | 9:49 AM | (707) 454-2010 |
| 2/02/2016 | 2:59 PM | (866) 729-2722 |
| 2/16/2016 | 9:25 AM | (866) 729-2722 |
| 2/17/2016 | 3:10 PM | (855) 849-7848 |

4.     Defendant harassed Plaintiff Jessica Adekoya in a similar manner, calling her cellular telephone 45 times using an autodialer and/or an artificial or prerecorded voice.  Ms. Adekoya did not give Defendant prior express written consent to make these calls.  Defendant's calls continued despite Ms. Adekoya's many requests for Defendant to stop calling.

5.     The following chart details 45 of Defendant's calls to Ms. Adekoya:

| **Date** | **Time** | **Number Calling** |
|---|---|---|
| 6/12/15 | 8:31 AM | (866) 729-2722 |
| 6/24/15 | 11:26 AM | (866)246-2953 |
| 6/26/15 | 1:35 PM | (615) 246-2953 |
| 6/26/15 | 3:24 PM | (615) 246-2953 |
| 7/1/15 | 5:17 PM | (866) 729-2722 |
| 7/2/15 | 11:41 AM | (866) 729-2722 |
| 7/15/15 | 2:33 PM | (866) 729-2722 |
| 7/22/15 | 5:10 PM | (866) 729-2722 |
| 7/23/15 | 1:43 PM | (866) 729-2722 |
| 7/23/15 | 4:56 PM | (866) 729-2722 |

| | | |
|---|---|---|
| 7/24/15 | 11:59 AM | (866) 729-2722 |
| 7/28/15 | 11:26 AM | (866) 729-2722 |
| 7/29/15 | 11:42 AM | (866) 729-2722 |
| 8/11/15 | 2:57 PM | (866) 729-2722 |
| 8/11/15 | 4:59 PM | (866) 729-2722 |
| 8/19/15 | 2:59 PM | (866) 729-2722 |
| 8/25/15 | 10:48 AM | (866) 729-2722 |
| 8/27/15 | 12:57 PM | (866) 729-2722 |
| 8/31/15 | 2:06 PM | (707) 454-2010 |
| 8/31/15 | 3:17 PM | (707) 454-2010 |
| 9/3/15 | 3:50 PM | (866) 729-2722 |
| 9/11/15 | 3:07 PM | (707) 454-2010 |
| 9/14/15 | 4:16 PM | (866) 729-2722 |
| 9/16/15 | 9:12 AM | (866) 729-2722 |
| 9/18/15 | 3:04 PM | (866) 729-2722 |
| 9/21/15 | 2:06 PM | (707) 454-2010 |
| 9/23/15 | 4:12 PM | (866) 729-2722 |
| 9/24/15 | 2:21 PM | (866) 729-2722 |
| 9/25/15 | 2:40 PM | (866) 729-2722 |
| 9/26/15 | 10:29 AM | (866) 729-2722 |
| 9/28/15 | 2:26 PM | (866) 729-2722 |
| 9/29/15 | 2:09 PM | (866) 729-2722 |
| 9/30/15 | 3:00 PM | (866) 729-2722 |
| 10/5/15 | 2:38 PM | (866) 729-2722 |
| 10/6/15 | 5:01 PM | (866) 729-2722 |
| 10/7/15 | 4:01 PM | (707) 454-2010 |
| 10/9/15 | 1:56 PM | (707) 454-2010 |
| 10/13/15 | 3:09 PM | (866) 729-2722 |
| 10/14/15 | 4:24 PM | (866) 729-2722 |
| 10/23/15 | 2:52 PM | (866) 729-2722 |
| 12/9/15 | 11:36 AM | (866) 729-2722 |
| 2/8/16 | 10:18 AM | (707) 454-2010 |
| 3/14/16 | 2:20 PM | (707) 454-2010 |
| 3/15/16 | 12:08 PM | (707) 454-2010 |

CLASS ACTION COMPLAINT

3

| 3/16/16 | 9:07 AM | (707) 454-2010 |

6.     Defendant also repeatedly called Plaintiff Ignacio Perez on his cellular telephone using an autodialer and/or an artificial or prerecorded voice.  Mr. Perez did not give Defendant prior express written consent to make these calls.  Defendant's calls continued despite Mr. Perez's many requests for Defendant to stop calling.

7.     The following chart details 4 of Defendant's calls to Mr. Perez:

| Date | Time | Number Calling |
|------|------|----------------|
| 5/26/16 | 4:17 PM | (866) 729-2722 |
| 6/1/16 | 3:51 PM | (866) 729-2722 |
| 6/3/16 | 4:53 PM | (866) 729-2722 |
| 6/7/16 | 3:26 PM | (707) 454-2010 |

8.     Plaintiffs bring this action for injunctive relief and statutory damages arising out of and relating to the conduct of Defendant in negligently, knowingly, and willfully contacting Plaintiffs and class members on their telephones using an artificial or prerecorded voice without their prior express written consent within the meaning of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").

9.     Plaintiffs also bring this action for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. 1692, *et seq.* (hereinafter "FDCPA") and California's Rosenthal Fair Debt Collection Practices Act, Civil Code 1788 *et seq.* (hereinafter, the "Rosenthal Act"), which prohibit debt collectors from engaging in abusive, deceptive and unfair practices in their collection of consumer debts.  Plaintiffs allege that Defendant engaged in a campaign of harassment in an attempt to coerce payment of a consumer debt.

## PARTIES

10.     Plaintiff Sandra McMillion is, and at all times mentioned herein was, a resident of San Francisco, California and a citizen of the State of California.

11.     Plaintiff Jessica Adekoya is, and at all times mentioned herein was, a resident of Richmond, California and a citizen of the State of California.

1  12. Plaintiff Ignacio Perez is, and at all times mentioned herein was, a resident of

2  Sacramento, California and a citizen of the State of California.

3  13. Defendant Rash Curtis & Associates' principal place of business is located at190 S.

4  Orchard Avenue, Suite A205, Vacaville, CA 95688. Defendant is a debt collector as defined by 15

5  U.S.C. § 1692a.

6  ## JURISDICTION AND VENUE

7  14. This Court has subject matter jurisdiction over this action pursuant to the Class

8  Action Fairness Act of 2005, Pub. L. No. 109-2 Stat. 4 ("CAFA"), which, *inter alia*, amends 28

9  U.S.C. § 1332, at new subsection (d), conferring federal jurisdiction over class actions where, as

10  here: (a) there are 100 or more members in the proposed classes; (b) some members of the

11  proposed classes have a different citizenship from Defendant; and (c) the claims of the proposed

12  class members exceed the sum or value of five million dollars ($5,000,000) in aggregate. *See* 28

13  U.S.C. § 1332(d)(2) and (6).

14  15. This Court also has federal question jurisdiction pursuant to 28 U.S.C. § 1331

15  because this action involves violations of federal statutes, the TCPA and the FDCPA. This Court

16  has supplemental jurisdiction for the state law claims pursuant to 28 U.S.C. § 1367.

17  16. Venue is proper in this Court under 28 U.S.C. § 1391 because Defendant transacts

18  significant business within this District, Plaintiffs McMillion and Adekoya reside within this

19  District, and a substantial part of the events giving rise to Plaintiffs' claims took place within this

20  District.

21  ## FACTS COMMON TO ALL CAUSES OF ACTION

22  A. **The Telephone Consumer Protection Act Of 1991**

23  17. In 1991, Congress enacted the TCPA in response to a growing number of consumer

24  complaints regarding certain telemarketing practices.

25  18. Among other things, the TCPA prohibits "initiat[ing] any telephone call to any

26  residential telephone line using an artificial or prerecorded voice to deliver a message without the

27  prior express consent of the called party. . . ."

28  

CLASS ACTION COMPLAINT

5

1    19.    According to findings by the Federal Communications Commission ("FCC"), such

2    calls are prohibited because prerecorded telephone calls are a greater nuisance and invasion of

3    privacy than live solicitation calls, and such calls are costly and inconvenient.

4    20.    The FCC has issued rulings clarifying that in order to obtain an individual's consent,

5    a clear, unambiguous, and conspicuous written disclosure must be provided by the individual.

6    2012 FCC Order, 27 FCC Rcd. at 1839 ("[R]equiring prior written consent will better protect

7    consumer privacy because such consent requires conspicuous action by the consumer—providing

8    permission in writing—to authorize autodialed or prerecorded telemarketing calls. . . .").

9    **B.    The Federal Fair Debt Collection Practices Act**

10    21.    The Federal Fair Debt Collection Practices Act was enacted to eliminate abusive

11    practices in the collection of consumer debt and to promote fair debt collection.

12    22.    Among other things, the FDCPA prohibits debt collectors from "engag[ing] in any

13    conduct the natural consequence of which is to harass, oppress, or abuse any person in connection

14    with the collection of debt."   Violations of 15 U.S.C. §1692 include "[c]ausing a telephone to ring

15    or engaging any person in telephone conversation repeatedly or continuously with intent to annoy,

16    abuse, or harass any person at the called number," calling before 8:00 a.m. or after 9:00 p.m.,

17    failing to cease communication upon request, threatening arrest or legal action, using abusive or

18    profane language, misrepresenting the debt, and using deceit to collect debt.

19    **C.    Defendant's Calls to Plaintiffs and Class Members**

20    <u>Ms. McMillion</u>

21    23.    Defendant called Ms. McMillion at least 33 times on her cellular telephone using an

22    autodialer and/or an artificial or prerecorded voice.  Ms. McMillion did not give Defendant prior

23    express written consent to make these calls, and repeatedly requested that Defendant stop calling.

24    Defendant's calls continued despite Ms. McMillion's requests.

25    24.    Defendant's calls were made from several different telephone numbers in an effort

26    to disguise the identity of the caller.  These telephone numbers include (866) 729-2722, (707) 454-

27    2010, and (855) 849-7848.

28    

CLASS ACTION COMPLAINT                                                                    6

1       25.    Defendant's calls to Ms. McMillion were made with such frequency as to constitute

2 harassment, and were made with the intent to annoy and harass.  For example, in September 2015

3 Defendant called nearly daily.  Defendant called Ms. Million's cellular telephone on September 11,

4 September 14, September 16, September 18, September 21, September 23, September 24,

5 September 25, September 26, September 28, September 29, and September 30.

6       26.    Prior to the calls at issue in this action, Ms. McMillion never had any contact with

7 Defendant.  She has never consented in writing, or otherwise, to receive autodialed telephone calls

8 from Defendant.  She has never provided Defendant with her telephone number.

9 **Ms. Adekoya**

10       27.    Defendant called Ms. Adekoya at least 45 times on her cellular telephone using an

11 autodialer and/or an artificial or prerecorded voice.  Ms. Adekoya did not give Defendant prior

12 express written consent to make these calls, and repeatedly requested that Defendant stop calling.

13 Defendant's calls continued despite Ms. Adekoya's requests.

14       28.    Defendant's calls were made from several different telephone numbers in an effort

15 to disguise the identity of the caller.  These telephone numbers include (866) 729-2722, (707) 454-

16 2010, and (615) 246-2953.

17       29.    Defendant's calls to Ms. Adekoya were in an effort to collect a debt she purportedly

18 owes for an unpaid doctor's visit.

19       30.    Defendant's calls to Ms. Adekoya were made with such frequency as to constitute

20 harassment, and were made with the intent to annoy and harass.  For example, Defendant called

21 Ms. Adekoya on  September 21, 2016, and again on September 23, 24, 25, and 26.

22       31.    Defendant also contacted Ms. Adekoya's place of employment regarding her

23 alleged debt.  Defendant made several harassing phone calls and sent a letter via fax to Ms.

24 Adekoya's supervisor regarding the purported owed debt.

25       32.    Prior to the calls at issue in this action, Ms. Adekoya never had any contact with

26 Defendant.  She has never consented in writing, or otherwise, to receive autodialed telephone calls

27 from Defendant.  She has never provided Defendant with her telephone number.

28

**Mr. Perez**

33.     Defendant called Mr. Perez at least 4 times on her cellular telephone using an autodialer and/or an artificial or prerecorded voice.  Mr. Perez did not give Defendant prior express written consent to make these calls, and repeatedly requested that Defendant stop calling.  Mr. Perez informed Defendant's agents that he was not the individual they were attempting to contact. Defendant's calls continued despite Mr. Perez's requests.

34.     Defendant's calls were made from several different telephone numbers in an effort to disguise the identity of the caller.  These telephone numbers include (866) 729-2722 and (707) 454-2010.

35.     When Mr. Perez answered calls from Defendant, there was a pause before a live person began speaking, indicating the use of an automatic telephone dialing machine.  Further, at times, a recording would play before Mr. Perez was connected to a live person.

36.     Defendant's calls to Mr. Perez were made with such frequency as to constitute harassment, and were made with the intent to annoy and harass.

37.     Prior to the calls at issue in this action, Mr. Perez never had any contact with Defendant.  He has never consented in writing, or otherwise, to receive autodialed telephone calls from Defendant.  He has never provided Defendant with her telephone number.

**D.     Consumer Complaints Regarding Defendant's Calls**

38.     Online consumer complaints regarding Defendant's unsolicited robocalls and autodialed calls are abundant.  The following illustrate some of the many complaints regarding Defendant's calls originating from (866) 729-2722 and (707) 454-2010, the exact numbers Defendant used to call each of the Plaintiffs:

- "Someone from this number has done nothing but call me several times through-out the week, for the past couple of months. The message states that this is an important business call for so-in-so, that requires my immediate attention. Due to the [sensitive] nature of this case, no further information can be given at this time. To connect to an operator press the 9 key and refer to case number such-an-such. Finally after they called me yet again yesterday afternoon, I decided to connect with an operator to tell them to take me off of whatever call

list they may have. I pressed the 9 key to be connected, was put on hold for about two minutes, then I could hear someone pick up the phone and hang up on me…"[1]

- "THIS COMPANY RASH CURTIS & ASSOCIATES KEEPS CALLING MY NUMBER FOR SOMEONE WHO DOES NOT LIVE HERE.  IT IS AN AUTOMATED CALL TO PRESS A BUNCH OF NUMBERS IF YOU ARE THIS PERSON OR NOT.  I PRESS THE ONE FOR I AM NOT THIS PERSON YET THEY KEEP CALLING ME EVERYDAY."[2]

- "One of 4 or 5 telephone numbers used by collection agency, Rash, Curtis & Associates.  You get no response when answering the call; however, if you don't answer the call immediately, they dial again…and again.  Following the 3rd successive call, a live person leaves a message on your answering machine identifying themselves as agents of Rach, Curtis & Associates."[3]

- "They call and call and call!  4 times in one day!!  Never have they left a message.  How do I stop the calls??"[4]

- "I received calls from this collector not only on my work phone after I had told them not to call my work, but also on co-workers numbers."[5]

- "They keep calling me. Asking for somebody I don't know. I keep telling them that they dialed the wrong number." [6]

- "When I picked up, the recording told me that all operators were busy and to please wait for the next available operator. Why would I do that if you're the one calling me? How ridiculous is this?"[7]

- "I am another person in this long list of complainants.  I have no debt for these people to collect. I have never received a bill. I do not know how they [acquired] my telephone number but they call many times and harass! When you try to ask them to stop they are beyond difficult!!!"[8]

- "This company is calling my phone number to leave messages for another person. Harassing and annoying. No more calls, please."[9]

- "They are still calling my house everyday three times a day. They are not calling out of the allotted call times but they are being rude telling me I am irresponsible for not paying my

---

[1] http://whocallsme.com/Phone-Number.aspx/8667292722
[2] *Id.*
[3] http://800notes.com/Phone.aspx/1-707-454-2010
[4] *Id.*
[5] http://800notes.com/Phone.aspx/1-707-454-2010/5
[6] *Id.*
[7] *Id.*
[8] *Id.*
[9] *Id.*

bills and so on. I have requested over the phone for them to not call me anymore but they keep calling."[10]

## CLASS ACTION ALLEGATIONS

39.     Plaintiffs bring this action on behalf of themselves and on behalf of all other persons similarly situated.

40.     Plaintiffs proposes the following Robocall Class definition, subject to amendment as appropriate:

> All persons within the United States who (a) received a non-emergency telephone call; (b) on his or her cellular telephone or residential telephone line; (c) made by or on behalf of Defendant; (d) for whom Defendant had no record of prior express written consent; (e) and such phone call was made with the use of an artificial or prerecorded voice; (f) at any time in the period that begins four years before the filing of the complaint in this action to the date class notice is disseminated.

41.     Collectively, all these persons will be referred to as the "Robocall Class." Plaintiffs represent, and are members of, this proposed class. Excluded from the Robocall Class is Defendant and any entities in which Defendant has a controlling interest, Defendant's agents and employees, any Judge and/or Magistrate Judge to whom this action is assigned and any member of such Judges' staffs and immediate families.

42.     Plaintiffs also propose the following Autodialer Class definition, subject to amendment as appropriate:

> All persons within the United States who (a) received a non-emergency telephone call; (b) on his or her cellular telephone; (c) made by or on behalf of Defendant; (d) for whom Defendant has no record of prior express written consent; (e) and such phone call was made with the use of an automatic telephone dialing system as defined under the TCPA; (f) at any time in the period that begins four years before the filing of the complaint in this action to the date class notice is disseminated.

43.     Collectively, all these persons will be referred to as the "Autodialer Class." Plaintiffs represent, and are members of, this proposed class. Excluded from the Autodialer Class is Defendant and any entities in which Defendant has a controlling interest, Defendant's agents and

---

[10] http://www.complaintsboard.com/complaints/collection-company-collections-c658530.html

CLASS ACTION COMPLAINT                                                                    10

1  employees, any Judge and/or Magistrate Judge to whom this action is assigned and any member of

2  such Judges' staffs and immediate families.

3       44.  Plaintiffs further propose the following Internal Do-Not-Call List ("IDNCL") Class

4  definition, subject to amendment as appropriate:

5       All persons within the United States who (a) after notifying Defendant that they
     no longer wished to receive calls from or on behalf of Defendant; (b) received one

6       or more calls from or on behalf of Defendant; (c) using either an artificial or
     prerecorded voice or an automatic telephone dialing system as defined under the

7       TCPA; (d) at any time in the period that begins four years before the filing of the
     complaint in this action to the date class notice is disseminated.

8

9       45.  Collectively, all these persons will be referred to as the "IDNCL Class." Plaintiffs

10  represent, and are members of, this proposed class. Excluded from the IDNCL Class is Defendant

11  and any entities in which Defendant has a controlling interest, Defendant's agents and employees,

12  any Judge and/or Magistrate Judge to whom this action is assigned and any member of such

13  Judges' staffs and immediate families.

14       46.  Plaintiffs further propose the following FDCPA Class definition, subject to

15  amendment as appropriate:

16       All persons within the United States who received harassing, oppressive, or
     abusive calls from Defendant including (a) repeated calls to annoy someone, or

17       (b) calling at times in violation of curfew, such as before 8:00 a.m. or after 9:00
     p.m., (c) threats to take any action that cannot legally be taken, or (d)

18       representations or implications that nonpayment of any debt will result in the
     arrest or imprisonment of any person.

19

20       47.  Collectively, all these persons will be referred to as the "FDCPA Class." Plaintiffs

21  represent, and are members of, this proposed class. Excluded from the FDCPA Class is Defendant

22  and any entities in which Defendant has a controlling interest, Defendant's agents and employees,

23  any Judge and/or Magistrate Judge to whom this action is assigned and any member of such

24  Judges' staffs and immediate families.

25       48.  Plaintiffs also propose the following Rosenthal Act Class definition, subject to

26  amendment as appropriate:

27

28  CLASS ACTION COMPLAINT                                               11

All persons within the State of California who received harassing, oppressive, or abusive calls from Defendant including (a) repeated calls to annoy or harass, (b) calls at times in violation of curfew, such as before 8:00 a.m. or after 9:00 p.m., (c) threats to take any action that cannot legally be taken, or (d) representations or implications that nonpayment of any debt will result in the arrest or imprisonment of any person; (e) at any time in the period that begins four years before the filing of the complaint in this action to the date class notice is disseminated.

49.     Collectively, all these persons will be referred to as the "Rosenthal Act Class." Plaintiffs represent, and are members of, this proposed class. Excluded from the Rosenthal Act Class is Defendant and any entities in which Defendant has a controlling interest, Defendant's agents and employees, any Judge and/or Magistrate Judge to whom this action is assigned and any member of such Judges' staffs and immediate families.

50.     Plaintiffs do not know the exact number of members in the proposed classes, but reasonably believe based on the scale of Defendant's business, and the number of online complaints, that the classes are so numerous that individual joinder would be impracticable.

51.     Plaintiffs and all members of the proposed classes have been harmed by the acts of Defendant in the form of multiple involuntary telephone and electrical charges, the aggravation, nuisance, and invasion of privacy that necessarily accompanies the receipt of unsolicited and harassing telephone calls, and violations of their statutory rights.

52.     The disposition of the claims in a class action will provide substantial benefit to the parties and the Court in avoiding a multiplicity of identical suits. The proposed classes can be identified easily through records maintained by Defendant.

53.     There are well defined, nearly identical, questions of law and fact affecting all parties. The questions of law and fact involving the class claims predominate over questions which may affect individual members of the proposed classes. Those common question of law and fact include, but are not limited to, the following:

a.  Whether Defendant made telephone calls to class members using an artificial or prerecorded voice without their prior express written consent;

b.  Whether Defendant's conduct was knowing and/or willful;

c.  Whether Defendant made harassing, oppressive, or abusive telephone calls;

d.  Whether Defendant is liable for damages, and the amount of such damages, and

e.  Whether Defendant should be enjoined from engaging in such conduct in the future.

54.    As persons who received numerous and repeated calls on their telephones through the use of an artificial or prerecorded voice, without their prior express written consent, Plaintiffs assert claims that are typical of each member of the classes. Plaintiffs will fairly and adequately represent and protect the interests of the proposed classes, and have no interests which are antagonistic to any member of the proposed classes.

55.    Plaintiffs have retained counsel experienced in handling class action claims involving violations of federal and state consumer protection statutes.

56.    A class action is the superior method for the fair and efficient adjudication of this controversy. Class wide relief is essential to compel Defendant to comply with the TCPA, FDCPA, and Rosenthal Act. The interest of the members of the proposed classes in individually controlling the prosecution of separate claims against Defendant is small because the statutory damages in an individual action for violation of the TCPA, FDCPA, and Rosenthal Act are relatively small. Management of these claims is likely to present significantly fewer difficulties than are presented in many class claims because the calls at issue are all automated and the members of the classes, by definition, did not provide the prior express consent required under the statute to authorize calls to their telephones.

57.    Defendant has acted on grounds generally applicable to the proposed classes, thereby making final injunctive relief and corresponding declaratory relief with respect to the proposed classes as a whole appropriate. Moreover, on information and belief, Plaintiffs allege that the TCPA, FDCPA, and Rosenthal Act violations complained of herein are substantially likely to continue in the future if an injunction is not entered.

## CAUSES OF ACTION

### FIRST COUNT
### KNOWING AND/OR WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227, *et seq.*

58.     Plaintiffs incorporate by reference the foregoing paragraphs of this Complaint as if fully stated herein.

59.     The foregoing acts and omissions of Defendant constitute numerous and multiple knowing and/or willful violations of the TCPA, including but not limited to each of the above-cited provisions of 47 U.S.C. § 227 *et seq.*

60.     As a result of Defendant's knowing and/or willful violations of 47 U.S.C. § 227 *et seq.*, Plaintiffs and members of the proposed classes are entitled to treble damages of up to $1,500.00 for each and every call in violation of the statute, pursuant to 47 U.S.C. § 227(b)(3)(C).

61.     Plaintiffs and members of the proposed classes are also entitled to and do seek injunctive relief prohibiting such conduct violating the TCPA by Defendant in the future.

62.     Plaintiffs and members of the proposed classes are also entitled to an award of attorneys' fees and costs.

### SECOND COUNT
### VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT, 47 U.S.C. § 227, *et seq.*

63.     Plaintiffs incorporate by reference the foregoing paragraphs of this Complaint as if fully stated herein.

64.     The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the TCPA, including but not limited to each of the above-cited provisions of 47 U.S.C. § 227 *et seq.*

65.     As a result of Defendant's violations of 47 U.S.C. § 227 *et seq.*, Plaintiffs and members of the classes are entitled to an award of $500.00 in statutory damages for each and every call in violation of the statute, pursuant to 47 U.S.C. § 227(b)(3)(B).

66.     Plaintiffs and members of the proposed classes are also entitled to and do seek injunctive relief prohibiting such conduct violating the TCPA by Defendant in the future.

67. Plaintiffs and members of the proposed classes are also entitled to an award of attorneys' fees and costs.

### THIRD COUNT
### VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT, 15 U.S.C. 1692, et seq.

68. Plaintiffs incorporate by reference the foregoing paragraphs of this Complaint as if fully stated herein.

69. Defendant's course of conduct as more fully described above constitutes numerous and multiple violations of the FDCPA, 15 U.S.C. § 1692 et seq., including but not limited to 15 U.S.C. § 1692d and e.

70. As a result of Defendant's actions, Plaintiffs and the FDCPA Class are entitled to recover statutory damages, actual damages, reasonable attorney's fees, and costs, pursuant to 15 U.S.C. § 1692k, et seq.

### FOURTH COUNT
### VIOLATIONS OF THE CALIFORNIA ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT, Cal. Civ.Code 1788, et seq.

71. Plaintiffs incorporate by reference the foregoing paragraphs of his Complaint as if fully stated herein.

72. The foregoing acts and omissions by Defendant in its illegal attempt to collect a consumer debt constitute numerous unfair, deceptive, and/or unconscionable trade practices, made unlawful pursuant to the California Rosenthal Fair Debt Collections Practices Act, including but not limited to Cal. Civ. Code § 1788.11(d) and (e).

73. Defendant also violated Cal. Civ. Code § 1788.17, which requires Defendant to comply with all of the provisions of the FDCPA 15 U.S.C. §§ 1692, et seq. in all of its collection efforts.

74. Therefore, Plaintiffs and the Rosenthal Act Class are entitled to recover statutory damages, actual damages, reasonable attorney's fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs and all members of the proposed classes the following relief against Defendant:

    a. Injunctive relief prohibiting such violations of the TCPA by Defendant in the future;

    b. As a result of Defendant's willful and/or knowing violations of the TCPA, Plaintiffs seeks for themselves and each member of the proposed classes treble damages, as provided by statute, of up to $1,500.00 for each and every call that violated the TCPA;

    c. As a result of Defendant's violations of the TCPA, Plaintiffs seek for themselves and each member of the proposed classes $500.00 in statutory damages for each and every call that violated the TCPA;

    d. An award of damages as permitted by the FDCPA;

    e. An award of damages as permitted by the Rosenthal Act;

    f. An award of attorneys' fees and costs to counsel for Plaintiffs and the proposed classes;

    g. An order certifying this action to be a proper class action pursuant to Federal Rule of Civil Procedure 23, establishing appropriate classes, finding that Plaintiffs are proper representatives of the classes, and appointing the lawyers and law firm representing Plaintiffs as counsel for the classes;

    h. Such other relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of any and all issues in this action so triable of right.

1       Dated: June 17, 2016              Respectfully submitted,

2                                    **BURSOR & FISHER, P.A.**

3                                    By:    */s/ Yeremey Krivoshey*

4                                             Yeremey Krivoshey

5                                  L. Timothy Fisher (State Bar No. 191626)

6                                  Annick M. Persinger (State Bar No. 272996)
                                   Yeremey Krivoshey (State Bar No.295032)

7                                  1990 North California Blvd., Suite 940
                                 Walnut Creek, CA 94596

8                                  Telephone: (925) 300-4455
                               Email: ltfisher@bursor.com

9                                        apersinger@bursor.com
                                     ykrivoshey@bursor.com

10                                 **BURSOR & FISHER, P.A.**

11                                 Scott A. Bursor (State Bar No. 276006)
                               888 Seventh Avenue

12                                 New York, NY 10019
                               Telephone: (212) 989-9113

13                                 Facsimile: (212) 989-9163
                               E-Mail: scott@bursor.com

14                                 *Attorneys for Plaintiffs*

15

16

17

18

19

20

21

22

23

24

25

26

27

28      CLASS ACTION COMPLAINT                                                         17

**EXHIBIT 2**

1  Mark E. Ellis - 127159
   Andrew M. Steinheimer - 200524
2  Amanda N. Griffith - 288164
   ELLIS LAW GROUP LLP
3  740 University Avenue, Suite 100
   Sacramento, CA  95825
4  Tel: (916) 283-8820
   Fax: (916) 283-8821
5  mellis@ellislawgrp.com
   asteinheimer@ellislawgrp.com
6  agriffith@ellislawgrp.com

7  Attorneys for Defendant RASH CURTIS & ASSOCIATES

8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12  SANDRA McMILLION, JESSICA ADEKOYA,        Case No.:  4:16-cv-03396-YGR
    AND IGNACIO PEREZ, on Behalf of
13  Themselves and all Others Similarly Situated,   **DEFENDANT RASH CURTIS &
                                                 ASSOCIATES' ANSWER TO PLAINTIFF'S
14        Plaintiffs,                            COMPLAINT; AND DEMAND FOR JURY
                                                 TRIAL**
15  v.

16  RASH CURTIS & ASSOCIATES,

17        Defendant.

18

19        Defendant RASH CURTIS & ASSOCIATES, (hereinafter "Defendant") hereby responds to

20  Plaintiffs' Complaint as follows:

21        1.    As to paragraph 1, Defendant admits that it is a debt collection agency, but denies all

22  other allegations alleged herein. Defendant specifically denies that it "uses repeated, pre-recorded

23  voice messages, and auto-dialed calls to threaten and harass consumers in an attempt to collect."

24        2.    As to paragraph 2, Defendant denies these allegations.

25        3.    As to paragraph 3, Defendant lacks sufficient information and/or belief to admit

26  whether every call alleged in paragraph 3 was placed by Defendant at the date and time alleged and, on

27  that basis, denies these allegations. Defendant denies any implied allegation(s) that these purported

28  calls violated the federal Telephone Consumer Protection Act ("TCPA"), federal Fair Debt Collection

- 1 -

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

Practices Act ("FDCPA") and/or, California's Rosenthal Fair Debt Collection Practices Act ("Rosenthal FDCPA").

4.      As to paragraph 4, Defendant denies these allegations.

5.      As to paragraph 5, Defendant lacks sufficient information and/or belief to admit whether every call alleged in paragraph 5 was placed by Defendant at the date and time alleged and, on that basis, denies these allegations. Defendant denies any implied allegation that these purported calls violated the TCPA, FDCPA and/or, Rosenthal FDCPA.

6.      As to paragraph 6, Defendant denies these allegations.

7.      As to paragraph 7, Defendant lacks sufficient information and/or belief to admit whether every call alleged in paragraph 7 was placed by Defendant at the date and time alleged and, on that basis, denies these allegations. Defendant denies any implied allegation that these purported calls violated the TCPA, FDCPA and/or, Rosenthal FDCPA.

8.      As to paragraph 8, Defendant lacks sufficient information and/or belief to admit or deny why Plaintiffs are bringing this action against it for alleged violations of the TCPA. To the extent paragraph 8 alleges (expressly or implicitly) that Defendant violated the TCPA, Defendant denies those allegations.

9.      As to paragraph 9, Defendant lacks sufficient information and/or belief to admit or deny why Plaintiffs are bringing this action against it for alleged violations of the FDCPA and Rosenthal FDCPA.   To the extent paragraph 9 alleged (expressly or implicitly) that Defendant violated the FDCPA and/or Rosenthal FDCPA, Defendant denies those allegations. Defendant specifically denies that it "engaged in a campaign of harassment in an attempt to coerce payment of a consumer debt."

10.      As to paragraph 10, Defendant lacks sufficient information and/or belief as to Plaintiff Sandra McMillion's residency and therefore, denies the allegations in paragraph 10 on that basis.

11.      As to paragraph 11, Defendant lacks sufficient information and/or belief as to Plaintiff Jessica Adekoya's residency and therefore, denies the allegations in paragraph 11 on that basis.

12.      As to paragraph 12, Defendant lacks sufficient information and/or belief as to Plaintiff Ignacio Perez's residency and therefore, denies the allegations in paragraph 12 on that basis.

13.      As to paragraph 13, Defendant admits that it is a debt collector as defined by 15 U.S.C.

1  § 1692a(6) but, denies any implicit allegations that it violated the FDCPA or Rosenthal FDCPA.

2  Defendant admits that its principal place of business is in Vacaville, California at 190 S. Orchard

3  Avenue, but denies that it is located in Suite A-205.

4        14.    As to paragraph 14, Defendant denies that this Court has subject jurisdiction over the

5  matter pursuant to the Class Action Fairness Act of 2005 because no class has been certified and the

6  claims of the proposed class do not exceed the value of $5,000,000.00.

7        15.    As to paragraph 15, Defendant does not contest federal question jurisdiction.

8        16.    As to paragraph 16, Defendant does not contest this action being venued in the Northern

9  District of California.

10        17.    As to paragraph 17, this paragraph does not contain allegations which Defendant can

11  admit or deny as it is a statement of legislative history regarding the enactment of the TCPA. In that

12  regard, the allegations made in paragraph 17 are impermissibly argumentative and a legal conclusion.

13  To the extent that Plaintiffs implicitly allege that Defendant violated the TCPA, Defendant denies

14  those allegations.

15        18.    As to paragraph 18, this paragraph does not contain allegations which Defendant can

16  admit or deny as it is a statement regarding the prohibitions under the TCPA. In that regard, the

17  allegations made in paragraph 18 are impermissibly argumentative and a legal conclusion. To the

18  extent that Plaintiffs implicitly allege that Defendant violated the TCPA, Defendant denies those

19  allegations.

20        19.    As to paragraph 19, this paragraph does not contain allegations which Defendant can

21  admit or deny as it is a statement of the Federal Communication Commission's findings regarding the

22  enactment of the TCPA. In that regard, the allegations made in paragraph 19 are impermissibly

23  argumentative and a legal conclusion. To the extent that Plaintiffs implicitly allege that Defendant

24  violated the TCPA, Defendant denies those allegations.

25        20.    As to paragraph 20, this paragraph does not contain allegations which Defendant can

26  admit or deny as it is a statement of the Federal Communication Commission's findings regarding the

27  enactment of the TCPA. In that regard, the allegations made in paragraph 20 are impermissibly

28  argumentative and contains legal conclusions. To the extent that Plaintiffs implicitly allege that

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

1  Defendant violated the TCPA, Defendant denies those allegations.

2      21.    As to paragraph 21, this paragraph does not contain allegations which Defendant can

3  admit or deny as it is a statement of legislative history regarding the enactment of the FDCPA. In that

4  regard, the allegations made in paragraph 21 are impermissibly argumentative and a legal conclusion.

5  To the extent that Plaintiffs implicitly allege that Defendant violated the FDCPA, Defendant denies

6  those allegations.

7      22.    As to paragraph 22, this paragraph does not contain allegations which Defendant can

8  admit or deny as it is a statement regarding the prohibitions under the FDCPA. In that regard, the

9  allegations made in paragraph 22 are impermissibly argumentative and a legal conclusion.  To the

10 extent that Plaintiffs implicitly allege that Defendant violated the FDCPA, Defendant denies those

11 allegations.

12     23.    As to paragraph 23, Defendant denies these allegations.

13     24.    As to paragraph 24, Defendant denies these allegations.

14     25.    As to paragraph 25, Defendant denies these allegations.

15     26.    As to paragraph 26, Defendant denies these allegations.

16     27.    As to paragraph 27, Defendant denies these allegations.

17     28.    As to paragraph 28, Defendant denies these allegations.

18     29.    As to paragraph 29, Defendant admits that it was assigned a medical debt for collections

19 owed by Plaintiff Ms. Adekoya.  Defendant denies that it violated the TCPA, FDCPA or Rosenthal

20 FDCPA in attempting to collect the medical debt.

21     30.    As to paragraph 30, Defendant denies these allegations.

22     31.    As to paragraph 31, Defendant denies these allegations.

23     32.    As to paragraph 32, Defendant denies these allegations.

24     33.    As to paragraph 33, Defendant denies these allegations.

25     34.    As to paragraph 34, Defendant denies these allegations.

26     35.    As to paragraph 35, Defendant lacks sufficient information and/or belief to admit or

27 deny these allegations and on that basis, denies these allegations.

28     36.    As to paragraph 36, Defendant denies these allegations.

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

37.     As to paragraph 37, Defendant lacks sufficient information and/or belief to admit or deny these allegations and on that basis, denies these allegations.

38.     Paragraph 38 contains a list of purported online consumer complaints regarding Defendant. These purported online consumer complaints are impermissibly argumentative and irrelevant to the Plaintiffs' Complaint and the causes of action alleged therein.

39.     As to paragraph 39, Defendant cannot admit or deny why Plaintiffs' bring this action against it. To the extent the allegations in paragraph 39 imply that Defendant violated the TCPA, FDCPA, or Rosenthal FDCPA, Defendant denies those allegations. Defendant additionally denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

40.     As to paragraph 40, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

41.     As to paragraph 41, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

42.     As to paragraph 42, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

43.     As to paragraph 43, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

44.     As to paragraph 44, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

45.     As to paragraph 45, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

46.     As to paragraph 46, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

47.     As to paragraph 47, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

48.     As to paragraph 48, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

49.     As to paragraph 49, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

50.     As to paragraph 50, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

51.     As to paragraph 51, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

52.     As to paragraph 52, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

53.     As to paragraph 53, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph. Defendant further denies that there is a common question of law and fact among the named Plaintiffs.

54.     As to paragraph 54, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

55.     As to paragraph 55, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

56.     As to paragraph 56, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

57.     As to paragraph 57, Defendant denies that there is any class as alleged, as no class has been certified in this case, and on that basis denies each and every allegation in this paragraph.

58.     As to paragraph 58, Defendant incorporates its responses to paragraphs 1 through 57 as though fully stated herein.

59.     As to paragraph 59, Defendant denies these allegations.

60.     As to paragraph 60, Defendant denies these allegations.

61.     As to paragraph 61, Defendant denies these allegations.

62.     As to paragraph 62, Defendant denies that Plaintiffs' counsel is entitled to an award of attorneys' fees for any alleged violations of the TCPA as the TCPA does not contain a fee-shifting provision. Defendant denies that Plaintiffs are entitled to an award of costs. Defendant further denies that it violated the TCPA.

63.     As to paragraph 63, Defendant incorporates its responses to paragraphs 1 through 60 as though fully set forth herein.

64.     As to paragraph 64, Defendant denies these allegations.

65.     As to paragraph 65, Defendant denies these allegations.

66.     As to paragraph 66, Defendant denies these allegations.

67.     As to paragraph 67, Defendant denies that Plaintiffs' counsel is entitled to an award of attorneys' fees for any alleged violations of the TCPA as the TCPA does not contain a fee-shifting provision. Defendant denies that Plaintiffs are entitled to an award of costs.  Defendant further denies that it violated the TCPA.

68.     As to paragraph 68, Defendant incorporates its responses to paragraphs 1 through 67 as though fully set forth herein.

69.     As to paragraph 69, Defendant denies these allegations.

70.     As to paragraph 70, Defendant denies these allegations.

71.     As to paragraph 71, Defendant incorporates its responses to paragraphs 1 through 70 as through fully set forth herein.

72.     As to paragraph 72, Defendant denies these allegations.

73.     As to paragraph 73, Defendant denies these allegations.

74.     As to paragraph 74, Defendant denies these allegations.

Pursuant to Federal Rule of Civil Procedure 8(c), Defendant sets forth the following matters constituting an avoidance or affirmative defense:

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs' Complaint (and the causes of action alleged therein) fails to state facts sufficient to constitute a cause of action against Defendant.

### SECOND AFFIRMATIVE DEFENSE

Defendant alleges that the Complaint (and each cause of action therein) is barred in whole or in part, by the applicable statutes of limitations.

////

////

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

### THIRD AFFIRMATIVE DEFENSE

In an abundance of caution[1], Defendant alleges that it has no or limited civil liability under the TCPA, 47 U.S.C. § 227 *et seq.* pursuant to 47 U.S.C. § 227(b)(3)(C) because Defendant's acts were taken with the prior express consent of Plaintiffs.

### FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that it has no civil liability under the FDCPA, 15 U.S.C. § 1692 *et seq.*, because, pursuant to 15 U.S.C. § 1692k(c), any alleged violation was unintentional and resulted despite the maintenance of procedures reasonably adopted to avoid any such violation.

### FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that it has no civil liability, under the Rosenthal FDCPA, California Civil Code § 1788 *et seq.*, because, pursuant to Civil Code § 1788.30(e), as any violation was unintentional and resulted from the maintenance of procedures reasonably adopted to avoid any such violation.

### SIXTH AFFIRMATIVE DEFENSE

Defendant alleges that Plaintiffs have not suffered a concrete and particularized injury for the alleged violations of the TCPA, FDCPA, and Rosenthal FDCPA so as to confer Article III standing upon them.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are not suitable for class certification because, among other reasons, issues that require separate adjudication predominate over common issues; and, accordingly, the maintenance of a class action would not be superior of otherwise advantageous to the judicial process and litigants.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are not suitable for class certification because, among other reasons, there is no definitely ascertainable class, the members are not clearly identifiable, and the members of the putative classes cannot be located without incurring an exorbitant expenditure of time and money.

### NINETH AFFIRMATIVE DEFENSE

Plaintiffs' claims are not suitable for class certification because, among other reasons, Plaintiffs

---

[1] Defendant does not concede the prior express consent is an affirmative defense; but, is rather, an element of Plaintiffs' *prima facie* case.

DEFENDANT RASH CURTIS & ASSOCIATES' ANSWER TO PLAINTIFF'S COMPLAINT; AND DEMAND FOR JURY TRIAL

1  are not adequate representatives for the putative classes.

2  <center>**TENTH AFFIRMATIVE DEFENSE**</center>

3  Plaintiffs' claims are barred because neither Plaintiff nor the members of the putative classes

4  have suffered the type of harm which the TCPA was designed to protect.

5  <center>**ELEVENTH AFFIRMATIVE DEFENSE**</center>

6  Defendant hereby gives notice that it intends to rely upon any other affirmative defenses as

7  may become available and apparent during discovery in this action and reserves the right to amend its

8  Answer to assert such defenses.

9  **WHEREFORE**, Defendant prays for:

10  1.  That Plaintiffs take nothing from this answering Defendant by this Complaint;

11  2.  That Defendant be awarded judgment in this action;

12  3.  For attorneys' fees incurred herein, pursuant to statute;

13  4.  For costs of suit incurred herein; and

14  5.  For such other and further relief as the Court deems proper.

15  Dated: July 18, 2016

     ELLIS LAW GROUP LLP

17       By  _/s/ Amanda N. Griffith_
18         Amanda N. Griffith
       Attorney for Defendant
19         RASH CURTIS & ASSOCIATES

20

21  <center>**DEMAND FOR JURY TRIAL**</center>

22  Defendant RASH CURTIS & ASSOCIATES hereby demands a jury trial in this matter.

23  Dated: July 18, 2016

     ELLIS LAW GROUP LLP

25       By  _/s/ Amanda N. Griffith_
       Amanda N. Griffith
26         Attorney for Defendant
       RASH CURTIS & ASSOCIATES

27

28

<center>- 9 -</center>

# EXHIBIT 3

--------------------------------------------------------------------

```
          ACCOUNT #:  2578480   CLIENT DEBTOR #:     4000894835-0001

     TYPE OF ACCOUNT:    1
     CLIENT NAME: MARIN GENERAL HOSPITAL SP        FORWARDED (BY/TO):
             FOR: MCMILLION,SANDRA                    FORWARDED FOR:
             REM:                                        COLLECTOR CODE:62
     CLIENT NO. : 3655
     LAST LETTER: 342    DOCUMENT CODE (1-9): 0    INTEREST FM(R/S/J): S  INTEREST %: 10
       LABEL/CARD: N          NEW BUSINESS: Y      DATE OF REFERRAL: 121715
      CREDIT FLAG: D         BULLETIN CODE: 00     DATE OF SERVICE: 070115
       CLERK CODE: NK          STATUS CODE: ATY  DATE OF LAST PAYMENT:  0
             RATE: 14.5        S/L NUMBER: 00           JACK DATE: 032016

     AMOUNT REFERRED:      $      26.83
     PRINCIPAL BALANCE:    $      26.83
     ACCUMULATED INTEREST: $       0.00
     OTHER CHARGES:        $       0.00
     COURT COSTS:          $       0.00
     ATTORNEY FEES:        $       0.00
     OTHER:                $       0.00
     INTEREST:             $       1.95

     ACC'T BAL:            $      28.78
```

PAYMENT TRANSACTION HISTORY

| TYPE | DATE | PAYMENT AMOUNT | PAID ON PRINCIPAL | PAID ON INTEREST | PAID ON OTHER CHGS | PAID ON COURT COST | PAID ON ATTY FEES | PAID ON OTHER |
|------|------|----------------|-------------------|------------------|--------------------|--------------------|-------------------|---------------|

--------------------------------------------------------------------

NO PAYMENTS THIS ACCOUNT

RCA - 000214

----------------------------------------------------------------------

ACCOUNT #:  2578486   CLIENT DEBTOR #:     4000893020-0001

TYPE OF ACCOUNT:   1
CLIENT NAME: MARIN GENERAL HOSPITAL SP        FORWARDED (BY/TO):
        FOR: MCMILLION,SANDRA                    FORWARDED FOR:
        REM:                                       COLLECTOR CODE:62
CLIENT NO. : 3655
LAST LETTER: 342   DOCUMENT CODE (1-9): 0    INTEREST FM(R/S/J): S  INTEREST %: 10
  LABEL/CARD: N          NEW BUSINESS: Y      DATE OF REFERRAL: 121715
 CREDIT FLAG: D        BULLETIN CODE: 00      DATE OF SERVICE: 062815
  CLERK CODE: NK          STATUS CODE: ATY  DATE OF LAST PAYMENT:  0
        RATE: 14.5        S/L NUMBER: 00             JACK DATE: 032016

AMOUNT REFERRED:        $      31.84
PRINCIPAL BALANCE:      $      31.84
ACCUMULATED INTEREST:   $       0.00
OTHER CHARGES:          $       0.00
COURT COSTS:            $       0.00
ATTORNEY FEES:          $       0.00
OTHER:                  $       0.00
INTEREST:               $       2.33

ACC'T BAL:              $      34.17

PAYMENT TRANSACTION HISTORY

| TYPE | DATE | PAYMENT AMOUNT | PAID ON PRINCIPAL | PAID ON INTEREST | PAID ON OTHER CHGS | PAID ON COURT COST | PAID ON ATTY FEES | PAID ON OTHER |
|------|------|----------------|-------------------|------------------|--------------------|--------------------|-------------------|---------------|

NO PAYMENTS THIS ACCOUNT

RCA - 000215

```
--------------------------------------------------------------------------------
        ACCOUNT #:  2603552  CLIENT DEBTOR #:     4000926825-0001

     TYPE OF ACCOUNT:    1
     CLIENT NAME: MARIN GENERAL HOSPITAL SP      FORWARDED (BY/TO):
             FOR: MCMILLION,SANDRA                 FORWARDED FOR:
             REM:                                    COLLECTOR CODE:62
     CLIENT NO. : 3655
     LAST LETTER: 342  DOCUMENT CODE (1-9): 0    INTEREST FM(R/S/J): S  INTEREST %: 10
       LABEL/CARD: N        NEW BUSINESS: Y       DATE OF REFERRAL: 021516
      CREDIT FLAG: R      BULLETIN CODE: 00       DATE OF SERVICE: 090215
       CLERK CODE: NK        STATUS CODE: ATY  DATE OF LAST PAYMENT:  0
             RATE: 14.5       S/L NUMBER: 00          JACK DATE: 032016

     AMOUNT REFERRED:      $      144.46
     PRINCIPAL BALANCE:    $      144.46
     ACCUMULATED INTEREST: $        0.00
     OTHER CHARGES:        $        0.00
     COURT COSTS:          $        0.00
     ATTORNEY FEES:        $        0.00
     OTHER:                $        0.00
     INTEREST:             $        8.03

     ACC'T BAL:            $      152.49
```

### PAYMENT TRANSACTION HISTORY

| TYPE | DATE | PAYMENT AMOUNT | PAID ON PRINCIPAL | PAID ON INTEREST | PAID ON OTHER CHGS | PAID ON COURT COST | PAID ON ATTY FEES | PAID ON OTHER |
|------|------|----------------|-------------------|------------------|--------------------|--------------------|-------------------|---------------|
| | | | | NO PAYMENTS THIS ACCOUNT | | | | |
| GRAND TOTALS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

RCA - 000216

```
------------------------------ HISTORY ------------------------------
GC122315:12:07  5019605452-PHNE # LEFT MSGE ON MACHINE
GC122315:12:06  7709968721-PHONED NUM IS INVALID
GC122315:12:07  4049841354-PHNE # LEFT MSGE ON MACHINE
GC122315:14:31  3104607600-PHONE ANSWERD NO LINKBACK
GC122315:15:06  4154103525-PHONE ANSWERD NO LINKBACK
GC122315:15:07  4156320589-PHONE ANSWERD NO LINKBACK
1712415:11:58   4156320589 QA TT LADY STATED IS REPRESENTATIVE FOR DBTR
                WANTED TO KNOW NATURE OF OUR CALL..RP
GC122415:10:15  3104607600-PHONE ANSWERD NO LINKBACK
GC122415:11:55  4154103525-PHONE ANSWERD NO LINKBACK
GC122415:11:57  4156320589-PHONE ANSWERD NO LINKBACK
GC122415:11:55  5019605452-PHNE # LEFT MSGE ON MACHINE
GC122415:11:56  7709968721-PHONED NUM IS INVALID
GC122415:11:55  4049841354-PHNE # LEFT MSGE ON MACHINE
GC122815:18:05  3104607600-PHONE ANSWERD NO LINKBACK
GC122815:18:56  4154103525-CALL SKIPPED - NOT MADE
GC122815:18:56  4156320589-CALL SKIPPED - NOT MADE
GC122815:18:56  5019605452-CALL SKIPPED - NOT MADE
GC122815:18:56  7709968721-CALL SKIPPED - NOT MADE
GC122815:18:56  4049841354-CALL SKIPPED - NOT MADE
GC122915:08:52  3104607600-PHONE ANSWERD NO LINKBACK
GC122915:09:52  4154103525-PHONE ANSWERD NO LINKBACK
GC122915:09:52  4156320589-PHONE ANSWERD NO LINKBACK
GC122915:11:18  5019605452-PHONE ANSWERD NO LINKBACK
GC122915:11:17  7709968721-PHONED NUM IS INVALID
GC122915:11:16  4049841354-PHNE # LEFT MSGE ON MACHINE
GC122915:18:59  3104607600-CALL SKIPPED - NOT MADE
GC122915:18:59  4154103525-CALL SKIPPED - NOT MADE
GC122915:18:59  4156320589-CALL SKIPPED - NOT MADE
GC122915:18:59  5019605452-CALL SKIPPED - NOT MADE
GC122915:18:59  7709968721-CALL SKIPPED - NOT MADE
GC122915:18:59  4049841354-CALL SKIPPED - NOT MADE
GC123015:17:25  3104607600-PHONE ANSWERD NO LINKBACK
GC123015:18:09  4154103525-PHONE ANSWERD NO LINKBACK
GC123015:18:09  4156320589-PHONE ANSWERD NO LINKBACK
GC123015:18:09  5019605452-PHNE # LEFT MSGE ON MACHINE
GC123015:18:08  7709968721-CALL SKIPPED - NOT MADE
GC123015:18:08  4049841354-CALL SKIPPED - NOT MADE
GC123015:16:59  3104607600-CALL SKIPPED - NOT MADE
GC123015:16:59  4154103525-CALL SKIPPED - NOT MADE
GC123015:16:59  4156320589-CALL SKIPPED - NOT MADE
GC123015:16:59  5019605452-CALL SKIPPED - NOT MADE
GC123015:16:59  7709968721-CALL SKIPPED - NOT MADE
GC123015:16:59  4049841354-CALL SKIPPED - NOT MADE
3C123115:10:23  3104607600-PHONE ANSWERD NO LINKBACK
3C123115:11:56  4154103525-PHONE ANSWERD NO LINKBACK
3C123115:11:57  4156320589-PHONE ANSWERD NO LINKBACK
3C123115:15:48  5019605452-PHNE # LEFT MSGE ON MACHINE
3C123115:15:48  7709968721-PHONED NUM IS INVALID
3C123115:15:48  4049841354-PHNE # LEFT MSGE ON MACHINE
3C010416:13:09  3104607600-PHONE ANSWERD NO LINKBACK
3C010416:14:01  4154103525-PHONE ANSWERD NO LINKBACK
3C010416:14:01  4156320589-PHONE ANSWERD NO LINKBACK
3C010416:15:20  5019605452-PHNE # LEFT MSGE ON MACHINE
3C010416:15:20  7709968721-PHONED NUM IS INVALID
3C010416:15:21  4049841354-PHNE # LEFT MSGE ON MACHINE
3C010416:18:48  3104607600-PHONE ANSWERD NO LINKBACK
3C010416:18:57  4154103525-CALL SKIPPED - NOT MADE
```

RCA - 000223

```
GC010416:18:57    ####20589-CALL SKIPPED - NOT MADE
GC010416:18:57    ####05452-CALL SKIPPED - NOT MADE
GC010416:18:57    ####08721-CALL SKIPPED - NOT MADE
GC010416:18:57    ####1354-CALL SKIPPED - NOT MADE
GC010516:18:04    3104##7600-PHONE ANSWERD NO LINKBACK
GC010516:19:00    415##3525-CALL SKIPPED - NOT MADE
GC010516:19:00    415##20589-CALL SKIPPED - NOT MADE
GC010516:19:00    501##05452-CALL SKIPPED - NOT MADE
GC010516:19:00    404##1354-CALL SKIPPED - NOT MADE
83010616:09:27    RES# ACDV ACCT 01838693 112:Consumer states inaccurate
                  in####ation. Provide or confirm complete ID and account
                  in####ation.WAS PAID BY MEDICARE\\\ ADDY ON ACDV IS 822 B ST
                  #### RAFAEL.CA 94901-----ACCESSED MARIN TO REV POSSIBLE POP,
                  PRE#ARING MEDICAL AND MEDICARE ALREADY PAID ON BALANCE,BALANCE
                  OF ###.00 IS WHATS LEFT AFTER PMNTS AS PTNT RESP. TR TO COLL TO
                  RE# ACCT PER 55 *SL
GC010616:09:07    3104##7600-PHONE ANSWERD NO LINKBACK
GC010616:10:45    415##3525-PHONE ANSWERD NO LINKBACK
GC010616:10:45    415##20589-PHONE ANSWERD NO LINKBACK
GC010616:10:46    501##05452-PHONE ANSWERD NO LINKBACK
GC010616:14:36    7709##8721-PHONED NUM IS INVALID
GC010616:10:45    404##1354-PHONE ANSWERD NO LINKBACK
GC010716:09:10    3104##7600-PHONE ANSWERD NO LINKBACK
GC010716:10:32    415##3525-PHONE ANSWERD NO LINKBACK
GC010716:12:54    415##0589-PHONE ANSWERD NO LINKBACK
GC010716:12:55    501##05452-PHONE ANSWERD NO LINKBACK
GC010716:12:54    7709##8721-PHONED NUM IS INVALID
GC010716:12:54    404##1354-PHNE # LEFT MSGE ON MACHINE
GC010716:17:33    3104##7600-PHONE ANSWERD NO LINKBACK
GC010716:18:52    415##3525-CALL SKIPPED - NOT MADE
GC010716:18:52    415##20589-CALL SKIPPED - NOT MADE
GC010716:18:52    501##05452-CALL SKIPPED - NOT MADE
GC010716:18:52    7709##8721-CALL SKIPPED - NOT MADE
GC010716:18:52    404##1354-CALL SKIPPED - NOT MADE
GC010816:10:47    3104##7600-PHONE ANSWERD NO LINKBACK
GC010816:12:04    ##41##3525-PHONE ANSWERD NO LINKBACK
GC010816:12:04    4156##0589-PHONE ANSWERD NO LINKBACK
GC010816:12:05    501##05452-PHONE ANSWERD NO LINKBACK
GC010816:14:05    7709##8721-PHONED NUM IS INVALID
GC010816:14:04    404##1354-PHNE # LEFT MSGE ON MACHINE
GC010916:11:28    3104##7600-PHONE ANSWERD NO LINKBACK
GC010916:11:53    415##3525-CALL SKIPPED - NOT MADE
GC010916:11:53    415##0589-CALL SKIPPED - NOT MADE
GC010916:11:53    501##05452-CALL SKIPPED - NOT MADE
GC010916:11:53    7709##8721-CALL SKIPPED - NOT MADE
GC010916:11:53    404##1354-CALL SKIPPED - NOT MADE
GC011116:17:59    4104##7600-PHONE ANSWERD NO LINKBACK
GC011116:18:54    4154##3525-CALL SKIPPED - NOT MADE
GC011116:18:54    415##0589-CALL SKIPPED - NOT MADE
GC011116:18:54    50###05452-CALL SKIPPED - NOT MADE
GC011116:18:54    7709##8721-CALL SKIPPED - NOT MADE
GC011116:18:54    04###1354-CALL SKIPPED - NOT MADE
GC011216:09:12    3104##7600-PHONE ANSWERD NO LINKBACK
3C011216:10:23    415##3525-PHONE ANSWERD NO LINKBACK
3C011216:10:23    415##0589-PHONE ANSWERD NO LINKBACK
3C011216:10:24    501##05452-PHONE ANSWERD NO LINKBACK
3C011216:11:34    7709##8721-PHONED NUM IS INVALID
```

RCA - 000224

```
------------------------------------ HISTORY ------------------------------------
GC011216:11:34   404█41354-PHNE # LEFT MSGE ON MACHINE
GC011216:18:18   3█████7600-PHONE ANSWERD NO LINKBACK
GC011216:18:49   4█████3525-CALL SKIPPED - NOT MADE
GC011216:18:49   4█████0589-CALL SKIPPED - NOT MADE
GC011216:18:49   501██5452-CALL SKIPPED - NOT MADE
GC011216:18:49   770██8721-CALL SKIPPED - NOT MADE
GC011216:18:49   404██41354-CALL SKIPPED - NOT MADE
GC011316:18:55   3█████7600-PHONE ANSWERD NO LINKBACK
GC011316:19:04   4█████3525-CALL SKIPPED - NOT MADE
GC011316:19:04   4█████0589-CALL SKIPPED - NOT MADE
GC011316:19:04   501██5452-CALL SKIPPED - NOT MADE
GC011416:11:52   1█████7600-PHONE ANSWERD NO LINKBACK
GC011416:11:09   4█████3525-PHONE ANSWERD NO LINKBACK
GC011416:11:09   4█████0589-PHONE ANSWERD NO LINKBACK
GC011416:12:25   501██5452-PHNE # LEFT MSGE ON MACHINE
GC011416:12:25   770██8721-PHONED NUM IS INVALID
GC011416:12:27   4█████41354-PHONED NUMBER WAS BUSY
GC011416:18:15   3█████7600-PHONE ANSWERD NO LINKBACK
GC011416:20:19   4█████3525-PHONE ANSWERD NO LINKBACK
GC011416:20:19   4█████0589-PHONE ANSWERD NO LINKBACK
GC011416:20:19   501██5452-CALL SKIPPED - NOT MADE
GC011416:20:19   770██8721-CALL SKIPPED - NOT MADE
GC011416:20:19   4████41354-CALL SKIPPED - NOT MADE
GC011516:09:51   █████7600-PHONE ANSWERD NO LINKBACK
GC011516:11:09   4█████3525-PHONE ANSWERD NO LINKBACK
GC011516:11:09   4█████0589-PHONE ANSWERD NO LINKBACK
GC011516:11:10   501██5452-PHONE ANSWERD NO LINKBACK
GC011516:13:53   770██8721-PHONED NUM IS INVALID
GC011516:13:53   404██41354-PHNE # LEFT MSGE ON MACHINE
GC011616:09:44   3█0██7600-PHONE ANSWERD NO LINKBACK
GC011616:11:16   4█5██3525-PHONE ANSWERD NO LINKBACK
GC011616:11:16   4█5██0589-PHONE ANSWERD NO LINKBACK
GC011616:11:17   501██5452-PHNE # LEFT MSGE ON MACHINE
GC011616:11:17   770██8721-PHONED NUM IS INVALID
GC011616:11:17   4█5██41354-PHNE # LEFT MSGE ON MACHINE
GC011816:08:51   3█0██7600-PHONE ANSWERD NO LINKBACK
GC011816:09:58   4█5██3525-PHONE ANSWERD NO LINKBACK
GC011816:09:58   4█5██0589-PHONE ANSWERD NO LINKBACK
GC011816:09:59   501█0█5452-PHONE ANSWERD NO LINKBACK
GC011816:11:46   770██8721-PHONED NUM IS INVALID
GC011816:09:59   404██41354-PHONE ANSWERD NO LINKBACK
GC011916:09:36   3█0██7600-PHONE ANSWERD NO LINKBACK
GC011916:11:09   4█5██3525-PHONE ANSWERD NO LINKBACK
GC011916:11:09   4█5██0589-PHONE ANSWERD NO LINKBACK
GC011916:12:58   501█0█5452-PHONE ANSWERD NO LINKBACK
GC011916:12:57   770██8721-PHONED NUM IS INVALID
GC011916:12:57   4█4██41354-PHNE # LEFT MSGE ON MACHINE
GC012016:08:26   3█0██7600-PHONE ANSWERD NO LINKBACK
GC012016:09:27   4█5██3525-PHONE ANSWERD NO LINKBACK
GC012016:09:27   4█55█0589-PHONE ANSWERD NO LINKBACK
GC012016:10:49   501█0█5452-PHNE # LEFT MSGE ON MACHINE
GC012016:10:49   770██8721-PHONED NUM IS INVALID
GC012016:09:27   4█4██41354-PHONE ANSWERD NO LINKBACK
GC012016:17:28   3█0██7600-PHONE ANSWERD NO LINKBACK
GC012016:18:59   4█5██3525-CALL SKIPPED - NOT MADE
GC012016:18:59   4█5██0589-CALL SKIPPED - NOT MADE
GC012016:18:59   501█0█5452-CALL SKIPPED - NOT MADE
GC012016:18:59   4██████8721-CALL SKIPPED - NOT MADE
```

RCA - 000225

```
------------------------------ HISTORY ------------------------------
GC012016:18:59  4049841354-CALL SKIPPED - NOT MADE
GC012116:08:46  3104607600-PHONE ANSWERD NO LINKBACK
GC012116:09:33  4154103525-PHONE ANSWERD NO LINKBACK
GC012116:09:33  4156320589-PHONE ANSWERD NO LINKBACK
GC012116:10:46  5019605452-PHONE ANSWERD NO LINKBACK
GC012116:10:46  7709958721-PHONED NUM IS INVALID
GC012116:10:45  4049841354-PHNE # LEFT MSGE ON MACHINE
GC012116:11:20  3104607600-PHONE ANSWERD NO LINKBACK
GC012116:11:59  4154103525-PHONE ANSWERD NO LINKBACK
GC012116:11:59  4156320589-PHONE ANSWERD NO LINKBACK
GC012116:12:01  5019605452-PHNE # LEFT MSGE ON MACHINE
GC012116:11:59  7709958721-PHONED NUM IS INVALID
GC012116:12:00  4049841354-PHONE ANSWERD NO LINKBACK
GC012216:11:19  3104607600-PHONE ANSWERD NO LINKBACK
GC012216:12:42  4154103525-PHONE ANSWERD NO LINKBACK
GC012216:12:42  4156320589-PHONE ANSWERD NO LINKBACK
GC012216:12:43  5019605452-PHONE ANSWERD NO LINKBACK
GC012216:15:50  7709958721-PHONED NUM IS INVALID
GC012216:15:49  4049841354-PHNE # LEFT MSGE ON MACHINE
GC012316:09:31  3104607600-PHONE ANSWERD NO LINKBACK
GC012316:10:08  4154103525-PHONE ANSWERD NO LINKBACK
GC012316:10:08  4156320589-PHONE ANSWERD NO LINKBACK
GC012316:11:18  5019605452-PHNE # LEFT MSGE ON MACHINE
GC012316:11:17  7709958721-PHONED NUM IS INVALID
GC012316:10:09  4049841354-PHONE ANSWERD NO LINKBACK
GC012516:17:29  3104607600-PHONE ANSWERD NO LINKBACK
GC012516:18:26  4154103525-PHONE ANSWERD NO LINKBACK
GC012516:18:28  4156320589-PHONE ANSWERD NO LINKBACK
GC012516:18:26  5019605452-PHNE # LEFT MSGE ON MACHINE
GC012516:18:26  7709958721-CALL SKIPPED - NOT MADE
GC012516:18:26  4049841354-CALL SKIPPED - NOT MADE
99012616:02:00  0357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02578480
99012616:02:00  0357504 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02578486
GC012616:12:15  3104607600-CALL SKIPPED - NOT MADE
GC012616:12:15  4154103525-CALL SKIPPED - NOT MADE
GC012616:12:15  4156320589-CALL SKIPPED - NOT MADE
GC012616:12:15  5019605452-CALL SKIPPED - NOT MADE
GC012616:12:15  7709958721-CALL SKIPPED - NOT MADE
GC012616:12:15  4049841354-CALL SKIPPED - NOT MADE
GC012616:14:44  3104607600-PHONE ANSWERD NO LINKBACK
GC012616:16:06  4154103525-PHONE ANSWERD NO LINKBACK
GC012616:16:06  4156320589-PHONE ANSWERD NO LINKBACK
GC012616:16:07  5019605452-PHONE ANSWERD NO LINKBACK
GC012616:16:06  7709958721-PHONED NUM IS INVALID
GC012616:16:06  4049841354-PHONE ANSWERD NO LINKBACK
GC012716:13:38  3104607600-PHONE ANSWERD NO LINKBACK
GC012716:14:39  4154103525-PHONE ANSWERD NO LINKBACK
GC012716:14:40  4156320589-PHONE ANSWERD NO LINKBACK
GC012916:13:10  3104607600-PHONE ANSWERD NO LINKBACK
GC012916:15:07  4154103525-PHONE ANSWERD NO LINKBACK
GC012916:15:07  4156320589-PHONE ANSWERD NO LINKBACK
GC012916:15:07  5019605452-PHNE # LEFT MSGE ON MACHINE
GC012916:15:07  7709958721-PHONED NUM IS INVALID
GC012916:15:07  4049841354-PHNE # LEFT MSGE ON MACHINE
GC020116:17:32  3104607600-PHONE ANSWERD NO LINKBACK
GC020116:17:59  4154103525-PHONE ANSWERD NO LINKBACK
GC020116:17:59  4156320589-PHONE ANSWERD NO LINKBACK
GC020116:18:41  5019605452-PHNE # LEFT MSGE ON MACHINE
```

RCA - 000226

```
------------------------------------- HISTORY ------------------------------
GC020116:18:40  7709968721-CALL SKIPPED - NOT MADE
10020216:09:50  REQUESTED: ONLINE Experian Credit File
10020216:09:51  OB 1354 NA.........OB 8721 DISCO .........OB 5254 NA.......OB
                0589 NUP ...........OB 3525 NA ..........OB 7600 NA.......DFLO
10020216:09:51  --------------------------- PROFILE SUMMARY
                ------------------------------ CNT 06\00\24\82 PUBLIC
                RECORDS-------1 PAST DUE AMT----$7,227 INQUIRIES--29 SATIS
                ACCTS---3 INST\OTH BAL---$26,674 SCH\EST PAY-------$373+ INQS\6
                MO---4 NOW DEL\DRG---7 R ESTATE BAL-------N\A R ESTATE
                PAY-------N\A TRADELINE--13 WAS DEL\DRG---3 TOT REV
                BAL-----$3,188 TOT REV AVAIL-------0% PAID ACCT---3 OLD
                TRADE--8-05
15020216:16:27  ***OPENED CIH FOR COLL***
15020216:16:30  IBC 0589 QA SHE ASKED FOR NO MORE CALLS AT ALL SHE SAID SHE
                HAS A ATTY SO I ASKED FOR HIS INFO SHE SAID DNC ME AGAIN UH AND
                REMOVE ALL NUMBER CSC TO CIH ,LS
3C020216:14:18  ▓▓▓7600-PHONE ANSWERD NO LINKBACK
3C020216:15:59  ▓▓▓3525-PHONE ANSWERD NO LINKBACK
3C020216:16:00  ▓▓▓0589-PHNE # LEFT MSGE ON MACHINE
3C020216:15:59  ▓▓▓5452-PHNE # LEFT MSGE ON MACHINE
3C020216:15:59  ▓▓▓1354-PHNE # LEFT MSGE ON MACHINE
TD021616:08:09  ACCOUNT #: 2603552 - LETTER 300 NOT SENT: Y Address Flag
                GenCode=I6 FOR MASTER 1286735
3C021616:09:25  4156320589-PHONE ANSWERD NO LINKBACK
3C021616:18:52  4156320589-CALL SKIPPED - NOT MADE
10021716:16:18  ***OPENED CIH FOR COLL***
10021716:16:25  GC QA DTR CUT DNC..4156320589.......CLIAMS WILL GO
                LGL........SKIP-TLO FOUND POE......OB 415-458-8675 NA.......TR
                FOT 2MAR.........DFLO
10021716:16:25  --------------------------- PROFILE SUMMARY
                ------------------------------ CNT 06\00\24\82 PUBLIC
                RECORDS-------1 PAST DUE AMT----$7,227 INQUIRIES--29 SATIS
                ACCTS---3 INST\OTH BAL---$26,674 SCH\EST PAY-------$373+ INQS\6
                MO---4 NOW DEL\DRG---7 R ESTATE BAL-------N\A R ESTATE
                PAY-------N\A TRADELINE--13 WAS DEL\DRG---3 TOT REV
                BAL-----$3,188 TOT REV AVAIL-------0% PAID ACCT---3 OLD
                TRADE--8-05
3C021716:16:13  4156320589-PHONE ANSWERD NO LINKBACK
10021816:08:08  OB 8675 FOR VOE......NA..........DFLO
SK022216:08:28  1ST ALERT D CODE= Moved With Forward Address MV TYPE= I MV
                DATE 1407
SK031616:08:20  1ST ALERT ACS D CODE= Moved Left No Address
SK031616:08:20  1ST ALERT ACS D CODE= Moved Left No Address
83031616:14:07  WORKING CS MAIL;;RCVD NOTICE FROM ATTY ADVISING NO MORE
                CALLS--ACCTS WERE ALREADY MAL, CHANGED TO ATY AND UPDATED
                HEADER. LETTER INDICATES POSSIBLE SUIT, ATTACHED TO VAULT AND
                HANDED DOC TO DC TO REV *SL
```

RCA - 000227

**EXHIBIT 4**



# Admission/Registration Record

| | VISIT ID | PAT TYPE | SERVICE | NURBES STATION | ROOM | MED. RED. NO |
|---|---|---|---|---|---|---|
| | 4000893020 | **EMERGENCY** | ERD | Emergency Dept. | RME-A | 02191817 |

| | FC | ARRIVED BY | SOURCE | PREFERRED LANGUAGE | ADMIT DATE / TIME |
|---|---|---|---|---|---|
| | 200 | UNKNOWN | NON-HEALTH CARE FACILITY POINT OF ORIGIN | English | 06/28/2015 09:10 |

| | OPT CEN | OPT REL | BIRTHDATE | AGE | SEX | MARITAL | RACE | RELIGION | PRIOR ADM DT | DISCH DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| PATIENT | NO | NO | 05/07/1985 | 50Y | F | S | BLACK | BAP | 04/30/2013 14:20 | |

| | PATIENT NAME AND ADDRESS | PRIMARY PHONE COUNTY | PATIENT EMPLOYER NAME AND ADDRESS | CELL PHONE |
|---|---|---|---|---|
| | MCMILLION, SANDRA 822 B ST APT 8, SAN RAFAEL, CA 94901 | (415) 632-0589 | DISABLED | (415)410-3525 |

| | GUARANTOR NAME AND ADDRESS | PHONE/DOB | GUARANTOR EMPLOYER NAME AND ADDRESS | WORK PHONE |
|---|---|---|---|---|
| GUARANTOR | MCMILLION, SANDRA 822 B ST APT 8 SAN RAFAEL, OA 94901 | (415) 632-0589 05/07/1985 | DISABLED | ()- |

| | PRIMARY CONTACT NAME AND ADDRESS | PHONE/REL | PRIMARY EMPLOYER NAME & ADDRESS | PHONE |
|---|---|---|---|---|
| PRIMARY | MCMILLION, SKYLER UNKNOWN OLIVE BRANCH, MS 00000 | (662)420-0372 Son | | ()- |

| | SECONDARY CONTACT NAME AND ADDRESS | PHONE / RELATION | HIPAA NOTICE | OUTPATIENT LOCATION | ACCOMMODATION | ACCIDENT DATE/TIME |
|---|---|---|---|---|---|---|
| SECONDARY | , , | ()- | 04/17/2012 | EMERGENCY ROOM | | 06/28/2015 07:00 |

| | INSURANCE 1 INFO | | INSURANCE 2 INFO | | INSURANCE 3 INFO | |
|---|---|---|---|---|---|---|
| | NAME/ADDRESS | SUB REL / POLI #/ GRP# / AUTH# | NAME/ADDRESS | SUB REL / POLI#/ GRP# / AUTH# | NAME/ADDRESS | SUB REL / POLI #/ GRP# / AUTH# |
| INSURANCE | MEDICARE PART A & B PO BOX 871 AUGUSTA, GA 309030971 | SELF 429310D77A | , | | , | |

| DX | ADMITTING COMPLAINT | ADMITTED BY |
|---|---|---|
| | Back Pain | green11 |
| | COMMMENTS | ASSEMBLY |
| | | |

PRINTED: 06/30/2015 3:18:39 PM
VISIT NO:

MED REC NO:

Page 1 of 1

*Form *
Form#:

**\*4000893020\***   **\*02191817\***

RCA - 000230



MARIN
GENERAL
HOSPITAL    250 BON AIR ROAD
GREENBRAE, CA 94904

# Admission/Registration Record

| ALERTS | ANALYSIS |
|--------|----------|
|        | CODING   |

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | FAMILY PHYSICIAN | FILE |
|---------------------|---------------------|-----------------|------|
| ER DEPT, PHYSICIAN<br>Phone: (415)925-7203 | ER DEPT, PHYSICIAN<br>Phone: (415)925-7203 | Phone: | |

PRINTED: 06/30/2016 3:16:39 PM
VISIT NO:

**\*4000893020\***

MED REC NO:

**\*02191817\***

Page 2 of 1

\*Form \*
Form#:

RCA - 000231



MARIN
GENERAL
HOSPITAL
250 BON AIR ROAD
GREENBRAE, CA 94904

# Admission/Registration Record

| VISIT ID | PAT TYPE | SERVICE | NURSES STATION | ROOM | MED. REG. NO |
|---|---|---|---|---|---|
| 4000894835 | OP SINGLE VISIT | XRY | UNKNOWN_LOCA TION | UNKNOWN_ROOM- UNKNOWN_BED | 02191817 |

| FC | ARRIVED BY | SOURCE | PREFERRED LANGUAGE | ADMIT DATE / TIME |
|---|---|---|---|---|
| 200 | WALK IN | CLINIC REFERRAL | English | 07/01/2015 13:51 |

**PATIENT**

| OPT CEN | OPT REL | BIRTHDATE | AGE | SEX | MARITAL | RACE | RELIGION | PRIOR ADM DT | DISCH DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| NO | NO | 05/07/1965 | 50Y | F | S | BLACK | BAP | 06/28/2015 09:10 | |

| PATIENT NAME AND ADDRESS | PRIMARY PHONE COUNTY | PATIENT EMPLOYER NAME AND ADDRESS | CELL PHONE |
|---|---|---|---|
| MCMILLION, SANDRA 822 B ST APT 8, SAN RAFAEL, CA 94901 | (415) 662-0599 | DISABLED | (415)410-3525 |

**GUARANTOR/PRIMARY**

| GUARANTOR NAME AND ADDRESS | PHONE/DOB | GUARANTOR EMPLOYER NAME AND ADDRESS | WORK PHONE |
|---|---|---|---|
| MCMILLION, SANDRA 822 B ST APT 8 SAN RAFAEL, CA 94901 | (415) 662-0599 05/07/1965 | DISABLED | ()- |

| PRIMARY CONTACT NAME AND ADDRESS | PHONE/REL | PRIMARY EMPLOYER NAME & ADDRESS | PHONE |
|---|---|---|---|
| MCMILLION, SKYLER UNKNOWN OLIVE BRANCH, MS 00000 | (662)420-0372 Son | | ()- |

**SECONDARY**

| SECONDARY CONTACT NAME AND ADDRESS | PHONE / RELATION | HIPAA NOTICE | OUTPATIENT LOCATION | ACCOMMODATION | ACCIDENT DATE / TIME |
|---|---|---|---|---|---|
| | ()- | 04/17/2012 | RADIOLOG Y | | 07/01/2015 13:52 |

**INSURANCE**

| INSURANCE 1 INFO | | INSURANCE 2 INFO | | INSURANCE 3 INFO | |
|---|---|---|---|---|---|
| NAME/ADDRESS | SUB REL / POLI # / GRP# / AUTH# | NAME/ADDRESS | SUB REL / POLI # / GRP# / AUTH# | NAME/ADDRESS | SUB REL / POLI # / GRP# / AUTH# |
| MEDICARE PART A & B PO BOX 971 AUGUSTA, GA 309030971 | SELF 426310077A | | | | |

| DX | ADMITTING COMPLAINT | ADMITTED BY |
|---|---|---|
| 723.1 719.41 | | garclatr |
| COMMMENTS | | ASSEMBLY |

PRINTED: 07/01/2015 1:55:47 PM
VISIT NO:

Page 1 of 1

*Form *
Format:

MED REC NO:

**\*4000894835\***  **\*02191817\***

RCA - 000232



MARIN
GENERAL
HOSPITAL
250 BON AIR ROAD
GREENBRAE, CA 94904

# Admission/Registration Record

| ALERTS | | | ANALYSIS |
|--------|--|--|----------|
| | | | CODING |
| **ADMITTING PHYSICIAN**<br>GONZALEZ, LETICIA<br>Phone: (415)467-8182 | **ATTENDING PHYSICIAN**<br>GONZALEZ, LETICIA<br>Phone: (415)467-8182 | **FAMILY PHYSICIAN**<br>BYRNES, MARCIA<br>Phone: (415)467-8182 | FILE |

PRINTED: 07/01/2016 1:56:47 PM
VISIT NO:

**\*4000894835\***

MED REC NO:

**\*02191817\***

Page 2 of 1

*Form *
Form#:

RCA - 000233



| | VISIT ID | PAT TYPE | | SERVICE | NURSES STATION | ROOM | MED. REC. NO |
|---|---|---|---|---|---|---|---|
| | 4000909332 | RECURRING OP | | PTD | UNKNOWN_LOCA TION | UNKNOWN_ROOM-UNKNOWN_BED | 02191817 |

| | FC | ARRIVED BY | SOURCE | PREFERRED LANGUAGE | ADMIT DATE / TIME |
|---|---|---|---|---|---|
| | 200 | WALK IN | CLINIC REFERRAL | English | 07/30/2015 08:39 |

**PATIENT**

| OPT DEN | OPT REL | BIRTHDATE | AGE | SEX | MARITAL | RACE | RELIGION | PRIOR ADM DT | DISCH DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| NO | NO | 06/07/1965 | 50Y | F | S | BLACK | BAP | 07/01/2015 13:51 | |

| PATIENT NAME AND ADDRESS | PRIMARY PHONE COUNTY | PATIENT EMPLOYER NAME AND ADDRESS | CELL PHONE |
|---|---|---|---|
| MCMILLION, SANDRA 622 B ST APT 8, SAN RAFAEL, CA 94901 | (415) 832-0589 | DISABLED | (415)410-3525 |

**GUARANTOR**

| GUARANTOR NAME AND ADDRESS | PHONE/DOB | GUARANTOR EMPLOYER NAME AND ADDRESS | WORK PHONE |
|---|---|---|---|
| MCMILLION, SANDRA 622 B ST APT 8 SAN RAFAEL, CA 94901 | (415) 832-0589 06/07/1965 | DISABLED | ()- |

**PRIMARY**

| PRIMARY CONTACT NAME AND ADDRESS | PHONE/REL. | PRIMARY EMPLOYER NAME & ADDRESS | PHONE |
|---|---|---|---|
| MCMILLION, SKYLER UNKNOWN OLIVE BRANCH, MS 00000 | (662)420-0372 Son | | ()- |

**SECONDARY**

| SECONDARY CONTACT NAME AND ADDRESS | PHONE / RELATION | HIPAA NOTICE | OUTPATIENT LOCATION | ACCOMMODATION | ACCIDENT DATE / TIME |
|---|---|---|---|---|---|
| , | ()- | 04/17/2012 | PHYSICAL THERAPY | | 07/30/2015 08:39 |

**INSURANCE**

| | INSURANCE 1 INFO | | INSURANCE 2 INFO | | INSURANCE 3 INFO | |
|---|---|---|---|---|---|---|
| | NAME/ADDRESS | SUB REL / POLI # / GRP# / AUTH# | NAME/ADDRESS | SUB REL / POLI # / GRP# / AUTH# | NAME/ADDRESS | SUB REL / POLI # / GRP# / AUTH# |
| | MEDICARE PART A & B PO BOX 971 AUGUSTA, GA 309030971 | SELF 426310077A | | | | |

**DX**

| ADMITTING COMPLAINT | ADMITTED BY |
|---|---|
| S/P C4/C5 ACDF FOR CERVICAL DISC HERNIATION AND CORD COMPRESSION | trajanr |
| COMMENTS | ASSEMBLY |

PRINTED: 07/30/2015 8:43:48 AM
VISIT NO:
MED REC NO:
Page 1 of 1
*Form *
Form#:

**\*4000909332\*   \*02191817\***

RCA - 000234



MARIN
GENERAL
HOSPITAL
250 BON AIR ROAD
GREENBRAE, CA 94904

# Admission/Registration Record

| ALERTS | ANALYSIS |
|--------|----------|
|  | |
|  | CODING |

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | FAMILY PHYSICIAN | FILE |
|---------------------|---------------------|-----------------|------|
| LENG, LEWIS | LENG, LEWIS | | |
| Phone: (415)800-7760 | Phone: (415)800-7760 | Phone: | |

PRINTED: 07/30/2016 8:43:46 AM
VISIT NO:

MED REC NO:

Page 2 of 1

*Form *
Form#:

**\*4000909332\***        **\*02191817\***

RCA - 000235



MARIN
GENERAL
HOSPITAL
250 BON AIR ROAD
GREENBRAE, CA 94904

# Admission/Registration Record

| VISIT ID | PAT TYPE | | SERVICE | NURSES STATION | ROOM | MED. REC. NO |
|---|---|---|---|---|---|---|
| 4000926825 | EMERGENCY | | ERD | Emergency Dept. | 14-A | 02191817 |

<table>
<tr><td rowspan="3">P<br>A<br>T<br>I<br>E<br>N<br>T</td><td>FC</td><td colspan="2">ARRIVED BY</td><td colspan="2">SOURCE</td><td colspan="2">PREFERRED LANGUAGE</td><td>ADMIT DATE /<br>TIME</td></tr>
<tr><td>200</td><td colspan="2">WALK IN</td><td colspan="2">NON-HEALTH CARE FACILITY<br>POINT OF ORIGIN</td><td colspan="2">English</td><td>09/02/2015<br>11:42</td></tr>
<tr><td colspan="9"></td></tr>
</table>

| | OPT<br>CEN | OPT<br>REL | BIRTHDATE | AGE | SEX | MARITAL | RACE | RELIGION | PRIOR ADM DT | DISCH DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| | NO | NO | 05/07/1965 | 50Y | F | S | BLACK | BAP | 07/30/2015<br>08:39 | |

| PATIENT NAME AND ADDRESS | PRIMARY PHONE<br>COUNTY | PATIENT EMPLOYER NAME AND ADDRESS | CELL PHONE |
|---|---|---|---|
| MCMILLION, SANDRA<br>822 B ST APT 8,<br>SAN RAFAEL, CA 94901 | (415) 832-0599 | DISABLED | |

| | GUARANTOR NAME AND ADDRESS | PHONE/DOB | GUARANTOR EMPLOYER NAME AND ADDRESS | WORK PHONE |
|---|---|---|---|---|
| G<br>U<br>A<br>R<br>A<br>N<br>T<br>O<br>R | MCMILLION, SANDRA<br>822 B ST APT 8<br><br>SAN RAFAEL, CA 94901 | (415) 832-0599<br>05/07/1965 | DISABLED | ()- |

| P<br>R<br>I<br>M<br>A<br>R<br>Y | PRIMARY CONTACT NAME AND ADDRESS | PHONE/REL | PRIMARY EMPLOYER NAME & ADDRESS | PHONE |
|---|---|---|---|---|
| | MCMILLION, SKYLER<br>UNKNOWN<br>OLIVE BRANCH, MS 00000 | (662) 420-0372<br>Son | | ()- |

| S<br>E<br>C<br>O<br>N<br>D<br>A<br>R<br>Y | SECONDARY CONTACT NAME AND ADDRESS | PHONE / RELATION | HIPAA NOTICE | OUTPATIENT<br>LOCATION | ACCOMMODATI<br>ON | ACCIDENT<br>DATE / TIME |
|---|---|---|---|---|---|---|
| | , | ()- | 04/17/2012 | EMERGEN<br>CY ROOM | | 09/02/2015<br>12:49 |

<table>
<tr><td rowspan="5">I<br>N<br>S<br>U<br>R<br>A<br>N<br>C<br>E</td><td colspan="2">INSURANCE 1 INFO</td><td colspan="2">INSURANCE 2 INFO</td><td colspan="2">INSURANCE 3 INFO</td></tr>
<tr><td>NAME/ADDRESS</td><td>SUB REL / POLI #/<br>GRPS / AUTH#</td><td>NAME/ADDRESS</td><td>SUB REL / POLI #/<br>GRPS / AUTH#</td><td>NAME/ADDRESS</td><td>SUB REL / POLI #/<br>GRPS / AUTH#</td></tr>
<tr><td>MEDICARE PART A &amp;<br>B<br>PO BOX 671<br><br>AUGUSTA, GA<br>309030971</td><td>SELF<br>429310077A</td><td>,</td><td></td><td>,</td><td></td></tr>
</table>

| DX | ADMITTING COMPLAINT | ADMITTED BY |
|---|---|---|
| | Neck swelling / pain | connoic |
| | COMMENTS | ASSEMBLY |

PRINTED: 09/02/2015 1:00:20 PM
VISIT NO:
MED REC NO:
Page 1 of 1
*Form *
Form#:

**4000926825* *02191817*

RCA - 000236



250 BON AIR ROAD
GREENBRAE, CA 94904

# Admission/Registration Record

| VISIT ID | PAT TYPE | SERVICE | NURSES STATION | ROOM | MED. REC. NO |
|---|---|---|---|---|---|
| 4000968643 | RECURRING OP | PTD | UNKNOWN_LOCATION | UNKNOWN_ROOM-UNKNOWN_BED | 02191817 |

| FC | ARRIVED BY | SOURCE | PREFERRED LANGUAGE | ADMIT DATE/TIME |
|---|---|---|---|---|
| 200 | WALK IN | CLINIC REFERRAL | English | 10/01/2015 10:28 |

| OPT CEN | OPT REL | BIRTHDATE | AGE | SEX | MARITAL | RACE | RELIGION | PRIOR ADM DT | DISCH DATE/TIME |
|---|---|---|---|---|---|---|---|---|---|
| NO | NO | 05/07/1965 | 50Y | F | S | BLACK | BAP | 09/02/2015 11:42 | |

| PATIENT NAME AND ADDRESS | PRIMARY PHONE COUNTY | PATIENT EMPLOYER NAME AND ADDRESS | CELL PHONE |
|---|---|---|---|
| MCMILLION, SANDRA<br>822 B ST APT 8,<br>SAN RAFAEL, CA 94901 | (415) 632-0589 | DISABLED | |

| GUARANTOR NAME AND ADDRESS | PHONE/DOB | GUARANTOR EMPLOYER NAME AND ADDRESS | WORK PHONE |
|---|---|---|---|
| MCMILLION, SANDRA<br>822 B ST APT 8<br>SAN RAFAEL, CA 94901 | (415) 632-0589<br>05/07/1965 | DISABLED | ()- |

| PRIMARY CONTACT NAME AND ADDRESS | PHONE/REL | PRIMARY EMPLOYER NAME & ADDRESS | PHONE |
|---|---|---|---|
| MCMILLION, SKYLER<br>UNKNOWN<br>OLIVE BRANCH, MS 00000 | (662) 420-0372<br>Son | | ()- |

| SECONDARY CONTACT NAME AND ADDRESS | PHONE / RELATION | HIPAA NOTICE | OUTPATIENT LOCATION | ACCOMMODATION | ACCIDENT DATE / TIME |
|---|---|---|---|---|---|
| , | ()- | 11/16/2015 | PHYSICIAL THERAPY | | 07/30/2015 10:28 |

| INSURANCE 1 INFO | | INSURANCE 2 INFO | | INSURANCE 3 INFO | |
|---|---|---|---|---|---|
| NAME/ADDRESS | SUB REL / POLI #/ GRP# / AUTH# | NAME/ADDRESS | SUB REL / POLI #/ GRP# / AUTH# | NAME/ADDRESS | SUB REL / POLI #/ GRP# / AUTH# |
| MEDICARE PART A & B<br>PO BOX 971<br>AUGUSTA, GA 309030971 | SELF<br>429310077A | | | | |

| ADMITTING COMPLAINT | ADMITTED BY |
|---|---|
| S/P C4/C5 ACDF FOR CERVICAL DISC HERNIATION AND CORD COMPRESSION | trajanr |
| COMMMENTS | ASSEMBLY |

PRINTED: 11/18/2015:10:29:43 AM
VISIT NO:      MED REC NO:     Page 1 of 1     Form#:

Patient: MCMILLION, SANDRA   MRN: 02191817   Encounter: 4000968643   Page 1 of 2

RCA - 000237



MARIN
GENERAL
HOSPITAL
250 BON AIR ROAD
GREENBRAE, CA 94904

# Admission/Registration Record

| ALERTS | ANALYSIS |
|---|---|
| | CODING |

| ADMITTING PHYSICIAN | ATTENDING PHYSICIAN | FAMILY PHYSICIAN | FILE |
|---|---|---|---|
| LENG, LEWIS<br>Phone: (415)600-7760 | LENG, LEWIS<br>Phone: (415)600-7760 | Phone: | |

PRINTED: 11/18/2016 10:28:43 AM
VISIT NO:
MED REC NO:
Page 2 of 1
Form#:

Patient: MCMILLION, SANDRA    MRN: 02191817    Encounter: 4000968643    Page 2 of 2

RCA - 000238

**EXHIBIT 5**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

SANDRA MCMILLION, JESSICA )
ADEKOYA, and IGANCIO PEREZ, on )
Behalf of Themselves and all )
others Similarly Situated, )
   Plaintiffs, )
  vs. ) NO.
RASH CURTIS & ASSOCIATES, )
   Defendant. )
_____)

**TUESDAY, JULY 11, 2017**

--oOo--

Deposition of

**SANDRA K. MCMILLION**

Reported By: SUZY S. BAKER, CSR No. 9361

---oOo---

BE IT REMEMBERED that on Tuesday, July 11, 2017, commencing at the hour of 10:00 A.M., of said day, at the Bursor & Fisher law firm, 1990 North California Boulevard, Suite 940, Walnut Creek, California, before me, SUZY BAKER, CSR No. 9361, a Notary Public in and for the County of Sacramento, State of California, personally appeared

**SANDRA MCMILLION,**

called as a witness herein, and after being first duly sworn by me to tell the truth, the whole truth, and nothing but the truth, was examined and testified as follows:

---oOo---

10:55:06 AM   MR. ELLIS:  Good morning, can you state your full name for the record, please, and spell your last name.

10:04:24 AM

10:04:29 AM   A    Sandra K. McMillion, M-C-M-I-L-L-I-O-N.

Q    Good morning, Ms. McMillion, we met a few minutes ago before the deposition, my name is Mark Ellis and this guy to my left is Anthony Valenti.  You don't have to be nice to him, by

1   the way.

2   A       Okay.

3   Q       I am here to take your deposition today.

4   It will probably take a little less than two

5   hours.

6   A       Okay.

10:04:58 AM 7   Q       Probably about halfway through, about an

8   hour into it we'll take a break and you can get

9   coffee or water, use the restroom if you want

10  to.  In fact, you can do that at any time you

11  want to just let me know.  Put your hand up or

12  say Mr. Ellis or Mark, can we stop.

13  A       Okay.

14  Q       Let me just go over a few of the ground

15  rules with you about a deposition.  You have

16  been sworn under oath subject to penalty of

17  perjury just as if we were sitting in front of a

18  court of law in front of a judge and a jury.  So

10:05:29 AM 19  it's really important that I get your best

20  testimony today, Ms. McMillion.

21          And do you understand that?

22  A       Yes.

23  Q       All right.  So at some point in time when

24  we are done, Miss Baker, who is the court

25  reporter who likes your glasses so much, is, is

| | |
|---|---|
| 1 | Q     If you do that I'll prompt you. |
| 2 | Do you have any questions for me about the |
| 10:07:58 AM 3 | process or have you and your attorney talked |
| 4 | about all of that and we are good? |
| 5 | A     We're good. |
| 6 | Q     Okay.  So let's go ahead and start.  I am |
| 7 | just going to get some background from you first |
| 8 | because you are going to get nervous.  I don't |
| 9 | care how much you have been prepped on this, so |
| 10 | we'll go through some background questions that |
| 11 | are easy to answer and kind of try to hopefully |
| 12 | get the butterflies out of the your stomach. |
| 13 | You with me so far? |
| 14 | A     I am with you. |
| 15 | Q     Okay.  So where do you currently live? |
| 16 | What is your current address? |
| 10:08:30 AM 17 | A     401 Ignacio Boulevard, number 236, Novato, |
| 18 | California 94949. |
| 19 | Q     Okay.  And how long have you lived there? |
| 20 | A     I lived there since February of 2017. |
| 21 | Q     Okay.  And do you currently own a cell |
| 22 | phone? |
| 23 | A     Yes, I do. |
| 24 | Q     And can you tell me what that cell number |
| 25 | is? |

1    A      (▓▓▓▓▓-0589.

2    Q      Okay.  And how long have you owned that

3  cell phone?

4    A      Approximately, this one, a year.

5    Q      Okay.  That was a bad question.

6          How long have you had that cell phone

7  telephone number?

8    A      Approximately five years.

9    Q      Okay.  And have you had the same plan the

10  entire five years?

11    A      No.

12    Q      Okay.  Who are you currently with?  Who is

13  your current provider?

14    A      Metro PCS.

15    Q      And how long have you been with Metro PCS,

16  Ms. McMillion?

17    A      Approximately two years now.

18    Q      And who was your prior cell phone

19  provider?

20    A      Verizon.

21    Q      And how long were you with Verizon?

22    A      Approximately two and a half to three

23  years.

24    Q      And with respect to the complaint that you

25  have in this case against Rash Curtis, your cell

```
 1    A      I am not absolutely sure.
 2    Q      You don't need to be absolutely sure.  Let
 3  me go back and talk with you a little bit about
 4  that.  What I should have talked with you about
 5  before.
 6         So that -- so I am entitled to your best
 7  estimate of things and I am not going to try to
 8  hold you to 19 versus 20, versus 21 telephone
 9  conversations.  I am just trying to get your
10  best recollection of what happened.
11         So it does sound -- so you understand what
12  I am saying?
13    A      Yes.
14    Q      All right.  So it does sound like you
15  believe that on this old cell phone that you
16  disconnected sometime in 2015, in early 2015 as
17  I understand it.  Correct?
18    A      Yes.
19    Q      That you believe that Rash Curtis called
20  you and you actually spoke with a person on at
21  least 10 phone calls.  Correct?
22    A      Correct.
23    Q      All right.  It may be as many as 20 or
24  even more than that but you just can't be sure.
25  Am I accurately reflecting your answer?
```

10:14:00 AM — line 5
10:14:28 AM — line 16
0:14:55 AM — line 25

1    A       Yes.

2    Q       All right.  So let's go to the 0589

3    telephone number.  I understand that Rash Curtis

4    made telephone calls to you on that number also.

5    Correct?

6    A       Yes.

7    Q       All right.  How many live conversations

8    did you have with a Rash Curtis representative

9    on that number, the 0589 number?

10   A       I would say at least 30 live

11   conversations.

12   Q       And those 30 live conversations were

13   between what time and when?  Can you, can you

14   bracket the time period where they were calling

15   you on the 0589  number?

16   A       Usually they would call me two to three

17   minutes after 8:00 a.m.  Definitely before nine.

18   And within all times of the day up until maybe

19   5:00 p.m.

20   Q       Okay.  Thank you.  My question is a little

21   different though, but that answer was helpful.

22   Thank you.

23        What I am talking about is months and

24   years, when they, when they called you this

25   perhaps 30 times with live conversations.  What

1   is, what's the, what's the arc of the time
2   period that we are talking about?  When did they
3   start and approximately when did they end?
4   A       I am, I am inclined to say that these
5   calls started probably in 2006 and they have
6   recently stopped maybe six months ago.
7   Q       So when you say six months ago, would that
8   have been 2016?
9   A       No, '17.
10   Q       And when in 2017?
11   A       I am going to say between February and
12   March.
13   Q       Now, did you actually have a live
14   conversation with anyone at Rash Curtis in 2017?
15   A       Yes.
16   Q       Okay.  On how many occasions?
17   A       At least 30, 40 times.
18   Q       Okay.  In 2017?
19   A       Okay.  Let me rephrase that.  I would say
20   maybe 15 times.
21   Q       Okay.
22          MR. SMITH:  Did you understand the
23   question?
24          MR. ELLIS:  I am going to re-ask it to
25   make sure we are clear.

```
 1              MR. SMITH:  Okay.
 2     BY MR. ELLIS:
 3     Q        So you believe that from, like, January
 4     1st, 2017 up until when the calls stopped you
 5     believe in March of 2017, you talked -- you had
 6     a live conversation with a Rash Curtis
 7     representative maybe 15 times?
 8     A        I received calls and maybe I have had a
 9     live conversation, actual conversation possibly
10     five, six times.
11     Q        All right.  By January of 2017 you knew
12     that a lawsuit had been filed on your behalf
13     against Rash Curtis.  True?
14     A        Yes.
15     Q        All right.  You knew that no one from Rash
16     Curtis was supposed to be contacting you.  Is
17     that  correct?
18     A        Yes.
19     Q        And you had maybe five or six
20     conversations with Rash Curtis representatives
21     in 2017 as I understand your testimony.  Yes?
22     A        Yes.
23     Q        All right.  And so did you take notes of
24     any of these conversations?
25     A        I did not take notes.  But every time that
```

```
 1    Q        Sometimes you also have the ability to
 2    call what we call a private lawsuit in court, a
 3    civil action.  They call it a third party claim.
 4    Doesn't sound like you did that --
 5    A        No.
 6    Q        -- in this case.
 7             Okay.  Any other lawsuits?
 8    A        No.
 9    Q        Okay.  So from 2006 up until when Rash
10    Curtis stopped calling you in 2017, across all
11    of the debts that you may have owed and were
12    sent to collections, is it your testimony that
13    Rash Curtis probably called you on various
14    numbers and you talked with somebody 40, 50, 60
15    times?
16    A        Yes.
17    Q        So let me ask you this:  In 2015, do you
18    know what debt or debts Rash Curtis was calling
19    you on?
20    A        I assumed they were all medical.
21    Q        Okay.  But you've been to -- and I'm
22    sorry, what is the name of the hospital that
23    most of these debts came from?
24    A        Marin General.
25    Q        Marin General.  I am going to make this
```

10:24:58 AM (line 10)

10:25:2 AM (line 18)

1  Q      All right.  And so what did you do, did
2  you go on Goggle or something or put in debt
3  collection or collection laws or something?
4  A      Collection laws.
5  Q      Okay.  And did you read about at that
6  point in time this act called the Fair Debt
7  Collection Practices Act?
8  A      I don't recall.
9  Q      Ms. McMillion, in 2015 and 2016 did you
10 have any other collection agencies calling you?
11 A      Yes.
12 Q      Okay.  Can you recall what other
13 collection agencies were calling you?
14 A      I can't, off the top of my head, give the
15 names, but I can tell you that most of the
16 collections were due to medical debt.
17 Q      Well, can you give me your best estimate
18 about how many collection, how many other
19 collection agencies, that is, agencies other
20 than Rash Curtis were calling you in the
21 2015/2016 time period?
22 A      Maybe three.
23 Q      So total with Rash Curtis would be about
24 four?
25 A      Yes.

1    Q        And I just want to be clear here.  You
2    have told me that Rash Curtis called you
3    repeatedly and you had repeated live
4    conversations with Rash Curtis representatives.
10:30:59 AM
5    Is that true?
6    A        Yes.
7    Q        Were you having as many live conversations
8    with the other three -- with representatives
9    from the other three collection agencies?
10   A        No.
11   Q        Is it possible as you sit here today that
12   you have somehow mis-remembered and when you say
13   you had as many live conversations, some of
14   those live conversations that you have, hence to
15   for, in this deposition attributed to Rash
10:31:28 AM
16   Curtis may have been with some of these other
17   collection agencies?
18   A        No, because I recall with a couple of the
19   other agencies, I told them that I did not want
20   them calling me any longer and if they did call
21   me I would seek legal advice and they stopped
22   calling.
23   Q        Okay.  So I am going to ask you this:  In
24   your research, did you figure out that if Rash
0:31:58 AM
25   Curtis is calling on one account and you tell

them to stop, they have to stop on that account.
Did you do that kind of research before you went
to the lawyers?

A     No. I just -- I found out that you have
the right to tell them to stop calling you.

Q     So did you also find out under the law,
and this is just my representation, you don't
have to accept it, that under the law if a new
account comes in your cease and desist on an
older account has no force and effect on that
new account. Did you know that --

A     No, I did not.

Q     -- when you did your homework?

MR. SMITH: I'm going to object, it calls
for a legal conclusion.

BY MR. ELLIS:

Q     So again, this gets back to my question,
in your lawsuit you have made allegations that
Rash Curtis made phone calls to you after you
told them to stop?

A     Yes.

Q     Did you read this lawsuit before it was
filed?

A     No.

Q     Have you read the allegations that relate

1 going to go through, I have your medical record
2 here and the sign up sheets and things like
3 that.  So I will tell you that on virtually
4 every one of those documents is your cell phone
5 number.

6          So it's true, is it not, that you gave the
7 0589 number to the hospitals or medical
8 facilities when you went there for treatment?
9 A          Yes.
10 Q          And you did that voluntarily?
11 A          Yes.
12 Q          And you knew that that was going to be a
13 contact number that you could be contacted on
14 with respect to hospital business.  Correct?
15 A          Yes.
16 Q          All right.  And do you know whether or not
17 the hospitals gave that number to Rash Curtis so
18 that it could call you on hospital business?
19          MR. SMITH:  Objection; calls for
20 speculation.
21 BY MR. ELLIS:
22 Q          Do you know one way or the other?
23 A          I do not.
24 Q          Okay.  So let's, let's go to, let's go
25 back to the second page of Exhibit 1.

10:46:55 AM

10:47:28 AM

1     "The following chart details 33 of defendant's

2     calls to Ms. McMillion."

3           Do you see that?

4   A     Yes, I do.

5   Q     Do you know what the total number of phone

6   calls or was it 33? Was it more, was it less,

7   or do you know?

8   A     As far as I know I recorded 57 calls from

9   Rash Curtis.

10   Q     Okay. Starting again in late 2015 and

11   going through sometime in 2016?

12   A     Yes.

13   Q     Not all 57 of those phone calls ended up

14   with live conversations, did it?

15   A     That's true.

16   Q     Okay. So how many of the 57 phone calls

17   were live and how many were not live, your best

18   estimate.

19   A     I would say 96 percent were live.

20   Q     Okay. I don't know what that is. I don't

21   know what 96 percent of 57 is, but it must be

22   close to 50, you think?

23   A     Yes.

24   Q     So all I just want -- all of us want to be

25   clear here. You believe between late 2015 and

```
 1    into -- well, I guess, actually 2017?
 2    A       Yes.
 3    Q       There were some 57 phone calls?
 4    A       Yes.
 5    Q       And do you have all of them logged
 6    someplace?  Is all this still in your phone on
 7    your app?
 8    A       Yes.
 9    Q       And you also would have sent that
10    information to Metro PCS?
11    A       If I actively put in the complaint, yes.
12    Q       Well, let me just ask you, Ms. McMillion,
13    when is the last time that you recall actively
14    making a complaint to Metro PCS?
15    A       Probably about two months ago.
16    Q       And this app comes with your cell phone
17    plan with Metro PCS?
18    A       Yes.
19    Q       By the way, while we are talking about
20    this.  Is, is your plan like most plans today,
21    it's -- you get unlimited number of calls for a
22    set fee per month?
23    A       Yes.
24    Q       So one other phone call or 10 other phone
25    calls doesn't change your bill.  Is that
```

```
 1    correct?
 2    A      Yes.
 3    Q      So in paragraph 4 here -- don't even worry
 4    about that, that is Jessica Adekoya.  We'll be
 5    talking to her this afternoon.
 6          By the way, did Rash Curtis in 2016 --
 7    strike that.
 8          In 2015 did Rash Curtis ever call you at
 9    work?
10    A      No.
11    Q      In 2016 did Rash Curtis ever call you at
12    work?
13    A      Okay.  Let me ask a question.
14    Q      Sure.
15    A      "At work," do you mean my work phone at my
16    work or on my personal phone?
17    Q      You know we are going to go through both.
18    So let me just ask you:  Did Rash Curtis ever
19    call you in 2015 on a work phone?
20    A      No.
21    Q      In 2016 same answer?
22    A      Exactly.
23    Q      In 2017 you were not working so they
24    couldn't call you?
25    A      Correct.
```

1   Q        There would be times, however, when your
2   cell phone would ring when you would be at work?
3   A        Yes.
4   Q        Were all those phone calls from Rash
5   Curtis or were some of them from other
6   collection agencies?
7   A        Some were from other collection agencies.
8   Q        And how, as we sit here today, would you
9   suggest to me that we somehow segregate the
10  phone calls that came into your cell phone from
11  other collection agencies from the ones that
12  came in from Rash Curtis?
13          MR. SMITH:  Objection; calls for
14  speculation.
15          MR. ELLIS:  I am asking for your best
16  suggestion because I don't know how to do it.
17          THE WITNESS:  Rash Curtis had called me so
18  many times that I had began to memorize the
19  numbers.  So when I would see a certain number I
20  knew it was them
21  BY MR. ELLIS:
22  Q        All right.  Did you ever get to the point
23  where you just didn't pick it up when you saw
24  the number?
25  A        Yes.

```
 1          So we'll just call it a year period.  A
 2     year and a couple of months.  Are you with me?
 3     A     Yes.
 4     Q     All right.  So from -- as I understand
 5     your testimony you found that number of phone
 6     calls harassing?
 7     A     Yes.
 8     Q     Okay.  How?
 9     A     If you call me four times, five times,
10     that's within reason.  But if you call me every
11     day for two months, every day you call me and
12     every day I say to you, please, stop calling me,
13     I have no means to pay the bill.  So would you
14     please stop calling me.  This is really
15     beginning to stress me out and to the point
16     where I am afraid to even answer my phone when I
17     see a number that says unidentified or an 800
18     number or area code that I don't know because I
19     am afraid that it's you guys.  And so if you are
20     not calling me to help me with the situation
21     then, apparently, you are calling me to hurt me.
22     You are not calling to help.  You are hindering
23     me.  You are causing me to be distressed, to be
24     under duress, to just really feel like I am
25     being violated constantly.  That I have no
```

1  rights as far as me being able to say there is

2  nothing I can do at this moment, would you

3  please respect that and please not call me

4  anymore and if I don't do that you are harassing

5  me.

6  Q    So -- okay.  Thank you.  Did you ever go

7  to a health care provider because of the stress?

8  A    Yes.

9  Q    Who?

10  A    Ritter Center.

11  Q    Who?

12  A    Ritter Center, R-I-T-T-E-R.

13  Q    Center?

14  A    Yes.  It's a medical clinic in San Rafael.

15  Q    Okay.  And who do you see there?

16  A    Her name is Carmen Ferucchi.  (phonetic)

17  Q    So I just want to be clear about this.  We

18  are going to seek those medical records if

19  that's -- to understand, to support.

20  Are you okay with us doing that?

21  A    Yes, I am fine.

22  Q    So on this record you are giving me

23  consent to get your medical records to document

24  whether or not you were treated for emotional

25  distress?

distress?

11:37:29 AM MR. SMITH: Hold on. We're going to reserve objections and we'll cross that bridge when we get there.

THE WITNESS: Okay.

MR. SMITH: She is going to take advice of counsel as to whether or not it's appropriate to produce those documents.

MR. ELLIS: I am just telling you we are crossing the bridge right now.

MR. SMITH: Okay.

MR. ELLIS: Because I just checked on discovery and, you know, your associate Yeremey seems to think that I really haven't done a whole lot in this case so that is changing right now.

Q   So how did the stress manifest itself?

11:37:58 AM A   Medically I was going through a terminal illness. Once I had to go through all of the procedures with the terminal illness, these calls were constant so it added to the stress that I already had. I ended up at points having to seek psychological attention from my

11:38:27 AM therapist and I had a therapist there by the name of Dan Cuomous.

```
 1   Q      Spell the last name.
 2   A      I think it's C-U-O-M-O-U-S.  I am not
 3   exactly sure on the name.
 4   Q      C-O-U?
 5   A      C-U-O --
 6   Q      C-U-O.
 7   A      M-O-U-S.
 8   Q      M-O-U-S.  Cuomous.  And that's in San
 9   Rafael?
10   A      Yes, at Ritter Center and he was my
11   therapist up until February, and he now has a
12   private practice.  And so with all the other
13   stressors that I had, these calls were constant
14   and it just added to my stress; and I was placed
15   on anti-depressants because of the stress that I
16   was already under.  And Carmen suggested that I
17   take the medication and perhaps it would help me
18   to deal with everything that I was going through
19   in which it did.
20   Q      Who is Carmen?
21   A      Carmen Ferucchi.  She is the, she is
22   the -- not psychiatrist, the psychologist.
23   Yeah.
24   Q      At the Ritter Center?
25   A      Ritter Center, yes.
```

11:38:58 AM (line 13)

11:39:27 AM (line 22)

```
 1     Q     Okay.  And so -- I just want to be clear.
 2   So you were going through stress because of what
 3   you call a terminal illness?
 4     A     Yes.
 5     Q     Is this the same illness we talked about
 6   off the record?
 7     A     Yes.
 8     Q     And is it still your understanding that
 9   that's a terminal illness?
11:39:54 AM10     A     Well I was diagnosed as terminal.  I was
11   given three years to live.
12     Q     And are you in remission?
13     A     I am cured.  I no longer have the Hep C.
14           MR. SMITH:  We are going to mark that line
15   confidential, please.
16           MR. ELLIS:  Well I think we are going to
17   have to -- I mean, depending on what the, what
18   the claims are, you know, I think that we are
19   going to -- you and I are going to have to talk
20   about that at some other point in time.
21           MR. SMITH:  I understand.
22           (Record marked confidential as requested.)
23   BY MR. ELLIS:
11:40:25 AM24     Q     Okay.  So Dan Cuomous, was he a counselor
25   to your understanding?
```

```
 1    A      Therapist.

 2    Q      So did you understand that he was a

 3  clinical psychologist?

 4    A      Yes.

 5    Q      As opposed to a master of social work?

 6    A      Clinical psychologist, exactly.

 7    Q      And how long did you seek treatment there?

 8    A      Two years.

 9    Q      And who, who prescribed the

10  antidepressant?

11    A      Carmen Ferucchi.

12    Q      Okay.  So I understand she is a

13  psychologist too?

14    A      Yes.

15    Q      So psychologists can't prescribe --

16    A      She is also a nurse practitioner.

17    Q      Okay.  Neither one can prescribe

18  medications, so do you know who prescribed the

19  medication?

20    A      Well, they have a doctor there.  I don't

21  know his name.

22    Q      And what anti-depressants did you take?

23    A      Brupropion, B-R-U-P-R-O-P-I-O-N.

24    Q      Anything else?

25    A      No, that's it.
```

1 Q Okay. And when did you start taking that?

2 A November of 2015 I do believe.

3 Q And you stopped taking it when?

4 A No, I am still on it. I still take it.

5 Q And did you take it today?

6 A Yes.

7 Q Okay. Does it effect in any way your

8 ability to give testimony?

9 A No.

10 Q Okay. Does it effect in any way your

11 memory?

12 A No.

13 Q Okay. You are sure about that?

14 A I am positive.

15 Q And what dosage are you taking if you

16 know?

17 A I think it's 20 milligrams once a day.

18 Q Okay. You take it in the morning?

19 A Yes.

20 Q Okay. You took it this morning?

21 A Yes.

22 Q All right. How did you get here today?

23 A A driver picked me up.

24 Q All right. Let's, let's go on. By the

25 way, have you ever agreed to pay any of the

1  Q    "For example, in September of 2015
2  defendant called nearly daily."
3       Do you see that?
4  A    Yes.
5  Q    Okay.  None of those September 2015 phone
6  calls are in your, are in your little grid.  Do
7  you have those stored someplace too?
8  A    They should be in my phone.
9  Q    They should be, but are they, do you know?
11:43:58 AM10  A    They are in my backup system, yes, I am
11  positive that they are there.
12  Q    Okay.  And again, were these phone calls
13  to the cell phone or some other number?
14  A    Cell phone.
15  Q    Okay.  And you say "Defendant called Ms.
16  McMillion's --" strike that.
17       The complaint reads, open quote,
18  "Defendant called Ms. McMillion's cellular
19  telephone on September 11th, September 14th,
11:44:24 AM20  September 16th, September 18th, September 21st,
21  23rd, 24th, 25th, 26th, 28th, 29th, and 30th."
22       Do you see that?
23  A    Yes.
24  Q    And you think you've got all of these
25  calls logged in your cell phone someplace?

A Yes.

Q Okay. And were there multiple calls on those days or just one phone call?

11:45:00 AM

A I cannot be absolute.

Q Did you pick up any of these phone calls, that is, did you answer?

A I can't say.

Q So you may have answered/you may not have answered?

A Correct.

Q All right. Let's go to the next paragraph. "Prior to the calls at issue in this action, Ms. McMillion never had any contact with the defendant."

Do you see that?

A Yes.

Q That is not true, is it, based upon -- and again, someone else drafted this. I mean I get it, I'm, I'm not -- this is not a gotcha moment. But that allegation is not true. You had, you had contacts with Rash Curtis going back to 2006 on different accounts. Isn't that true?

11:45:28 AM

A That's true.

Q Okay. And then when it says, open quote, "She has never consented in writing or otherwise

1  to receive autodial telephone calls from
2  defendant." Again, we've talked about that.

11:45:59 AM 3      You did give the hospitals your numbers as
4  a contact number. Correct?
5  A     Correct.
6  Q     All right. Is it your testimony --
7  withdraw that.
8      Do you know -- at any point in time did
9  the Rash Curtis collection representatives ever
10  say is this a good number to call you at?
11  A     No. I am not going to say that I recall
12  that.
13  Q     But that may have happened/it may not have

11:46:30 AM 14  happened you just don't, you don't recall as you
15  sit here today. Is that true?
16  A     True.
17  Q     All right. Other than the stress that you
18  felt from what you think are the harassing phone
19  calls from Rash Curtis, anything else in terms
20  of a claim that you are making against them?
21  A     No.
22  Q     Okay. And again, the way that the, the

11:46:57 AM 23  stress -- what you have said to me is that you
24  were having stress because you had a life
25  threatening illness at one point in time. Is

```
1    that correct?
2    A      Yes.
3    Q      And the phone calls coming in to you added
4    to that stress in some way.   True?
5    A      Yes.   True.
6    Q      All right.   Is your stress better now that
7    you have been cured of the illness that you had?
8    A      It, it is better to some degree, but
9    again, I have suffered two other severe injuries
10   to my neck and I had to have two more surgeries.
11   So once again, I am in the, the healing process.
12   Q      So that is causing you stress?
13   A      Yes.
14   Q      Because the phone calls are not coming in
15   anymore?
16   A      Correct.
17   Q      So that is not a stressor at this point in
18   time.   Right?
19   A      Right.
20   Q      Okay.   But you are still continuing to
21   feel stressed because of these other things
22   going on in your life?
23   A      Yes.
24          MR. ELLIS:  All right.  We are almost
25   done.  We are just going to go through a couple
```

```
 1    Q      Okay.   121, you are correct, and should go
 2   through -- and let's just make sure the last
 3   page is the same.  It should say RCA 0000141.
 4    A      Correct.
 5    Q      Okay.   So I am just going to, I am just
 6   going to run through this really quickly and try
 7   to get some confirmations from you.
 8            On page 121 you'll see it says that there
 9   is an admit date of 6/7/2012.
10    A      Uh-huh.
11    Q      Do you see that?
12    A      Yes.
13    Q      Can you tell me what services you were
14   having on that day?
15    A      June 7th, 2012.  I would think that --
16   2012.  It was a follow up for my treatment for
17   my Hep C.
18    Q      Okay.  And then we'll turn the page to
19   122.  And again you'll see this is the, I think
20   this is the same visit?
21    A      Okay.
22    Q      Do you see that?
23    A      Yes.
24    Q      It looks like you were admitted on 6/7 and
25   you were discharged on June 8th, the next day?
```

11:50:27 AM

11:50:58 AM

|    |   |                                                    |
|----|---|----------------------------------------------------|
| 1  | A | Okay.                                              |
| 2  | Q | Do you see that?                                   |
| 3  | A | Yes.                                               |
| 4  | Q | It looks like there were a series of               |
| 5  |   | tests.  And by the way, all of this was done at    |
| 6  |   | Marin General Hospital.  Correct?                  |

11:51:29 AM on line 6

| 7  | A | Yes.                                               |
| 8  | Q | And let's go to page 123.  And it looks            |
| 9  |   | like these are medical charges for the same        |
| 10 |   | visit.                                             |
| 11 |   | Do you see that?                                   |
| 12 | A | Yes.  If I recall correctly I had a viral          |
| 13 |   | infection.                                         |
| 14 | Q | Okay.                                              |
| 15 | A | And I was in the hospital.                         |
| 16 | Q | Okay.  And then if we go to page 124.              |
| 17 | A | Uh-huh.                                            |
| 18 | Q | Do you see that?                                   |
| 19 | A | Yes.                                               |
| 20 | Q | You'll see that that's for the same visit?         |

11:51:59 AM on line 20

| 21 | A | Yes.                                               |
| 22 | Q | And it looks like the total charges were           |
| 23 |   | some $23,672.02.                                   |
| 24 |   | Do you see that on page 124?                       |
| 25 | A | Yes.                                               |

1    Q        And it looks like insurance, MediCal paid
2    22,516?

3    A        Yes.

4    Q        And then there was, there was a co-pay
11:52:26 AM 5    for, of -- it looks like it totaled $678.

6             Do you see that?

7    A        Yes.

8    Q        Do you recall Rash Curtis collecting on
9    this debt?

10   A        Yes.

11   Q        Okay.  Did you ever pay that?

12   A        No.

13   Q        Okay.  If we go to page 125.

14   A        Yes.

15   Q        You'll see that this was a -- these are
16   charges from March 11th, 2013?

17   A        Yes.

18   Q        With services apparently going through, it
11:52:58 AM19   looks like the discharge date was July 22nd,
20   2013.  Were you in the hospital that long?

21   A        3/11/2013.  No.  That's an error.

22   Q        Okay.  Do you see that the attending
23   physician was Susan Watts.  Do you remember that
24   doctor?

25   A        Yes.

```
 1    Q      Okay.  All right.  But again, that was
 2  Marin General Hospital?
 3    A      Yes.
 4    Q      And do you recall Rash Curtis collecting
 5  on this debt?
 6    A      Yes.
 7    Q      Okay.  And you agree with me, this debt,
 8  for this time period was a distinct debt then
 9  the one from June 7th, 2012?
10    A      Yes.
11    Q      Okay.  And then on page 126.
12    A      Yes.
13    Q      You see that this was for services from
14  7/1/2015?
15    A      Yes.
16    Q      Okay.  And you see that total charges were
17  some $2,880?
18    A      Yes.
19    Q      And then there was an amount that you owed
20  of $26.83?
21    A      Yes.
22    Q      All right.  You never paid that, did you?
23    A      I did not.
24    Q      And Rash Curtis collected against you on
25  that, did it not?
```

11:53:29 AM (line 5)

11:53:56 AM (line 16)

```
 1   A      Yes.
 2   Q      Okay.  So you understood that was a
 3   different account from the other two that we
 4   talked about.  Right?
 5   A      Yes.
 6   Q      Let's go to the next page.  Page 127.
 7   This is services on, it looks like June 28th,
 8   2015.
 9          Do you see that?
10   A      Yes.
11   Q      All right.  And the total charges there
12   were $1,100.30.
13          Do you see that?
14   A      Yes.
15   Q      All right.  And then MediCal paid or
16   Medicare paid part and then you owed $31.84.
17          Do you see that?
18   A      Yes.
19   Q      You never paid that, did you?
20   A      No, I did not.
21   Q      And do you recall Rash Curtis collecting
22   on  this separate debt?
23   A      Yes.
24   Q      All right.  Go to page 128 and you'll see
25   this is for services on September 2nd, 2015?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | And the total charges were $11,748? |
| 3 | A | Yes. |
| 4 | Q | And there was an amount that you owed of $144.46. |
| | | Do you see that? |
| 7 | A | Yes. |
| 8 | Q | You never paid that, did you? |
| 9 | A | No. |
| 0 | Q | And you recall Rash Curtis collecting -- |
| 1 | A | Yes. |
| 2 | Q | -- against you on this debt? |
| 13 | A | Yes. |

11:55:27 AM 14  Q    All right. And finally page 129 you'll

15  see that this is an admit date of 7/30, and it

16  looks like the discharge date is 9/30.

17      Again, do you think that is a mistake in

18  terms of how long you were in the hospital?

19  A    Yes, that's incorrect.

20  Q    Okay. It looks like the total charges

21  were $998.40.

22      Do you see that?

23  A    Yes.

24  Q    That leads me to believe that that is

11:56:00 AM 25  incorrect too because $998 would probably be but

```
1   an hour in the hospital.  Right?

2   A      Yeah.

3   Q      But there was $28 and some change owed by

4   you.  Do you agree with that?

5   A      Yes.

6   Q      And you never paid that, did you?

7   A      No.

8   Q      And then Rash Curtis collected against

9   this amount also.  Correct?

10  A      Yes.

11  Q      All right.  Looking at what we have marked

12  as page 130 you see that -- withdraw that.

13  Page 130 of Exhibit 2, you see is an

14  admission registration record?

15  A      Yes.

16  Q      Okay.  And that's from, as you understand,

17  from Marin General?

18  A      Yes.

19  Q      And you see down here it has primary

20  phone.        Do you see that?

21  A      Yes.

22  Q      And it (415) 410-3525.  Does that refresh

23  your recollection, was that the other cell phone

24  that you had?

25  A      I believe so, but I know that -- yeah,
```

11:56:28 AM (line 13)
11:56:58 AM (line 23)

```
 1    that should have been the number.  That is 2013?
 2    Q       Yes, ma'am.
 3    A       Yeah, that's correct.
 4    Q       Okay.  So that was the earlier cell phone
 5    number that we were  --
 6    A       Yes.
 7    Q       -- talking about?
 8    A       3525.
```
11:57:29 AM 9    Q       Okay.  And you provided that on the date
```
10    of your admission.  Is that correct?
11    A       Yes.
12    Q       All right.
13    A       And then the doctor at the bottom of this,
14    Susan Watts, she was the doctor at Ritter Center
15    at that time.
16    Q       Okay.  So let's go to page 131.
```
11:58:00 AM17    A       Okay.
```
18    Q       You'll see that, you'll see that this is
19    an admission administration record again for the
20    treatment.  It looks like, again, this is 2013?
21    A       Yes.
22            MR. SMITH:  I see a 2015.
23            THE WITNESS:  2015.
24            MR. ELLIS:  Okay.  Where is that at?
```
11:58:29 AM25            MR. SMITH:  Upper right-hand corner.

```
 1          MR. ELLIS:  Okay.  I have got it.  You are
 2   right.  This is from, this is from June 28,
 3   2015.
 4          THE WITNESS:  Uh-huh.
 5   BY MR. ELLIS:
 6   Q       Is that correct?
 7   A       Yes.
 8   Q       All right.  And you'll see you are giving
 9   your number as (415) 632-0589?
10   A       Correct.
11   Q       All right.  And looks like you gave it as
12   your primary number.
13          Do you see that?
14   A       Yes.
15   Q       All right.  And you did voluntarily
16   provide that?
17   A       Yes.
18   Q       All right.  And I don't see any, I don't
19   see any restrictions on this.  Do you recall,
20   did you put any restrictions when you gave the
21   hospital your number?
22          MR. SMITH:  Objection; vague.  Do you
23   understand what he means by restrictions?
24          THE WITNESS:  If I stated that I didn't
25   want them to give the number to anyone else?
```

```
 1              MR. ELLIS:  Yeah.
 2              THE WITNESS:  No, I did not.
 3      BY MR. ELLIS:
 4      Q      Okay.  132.  And once again, this was a
 5      cell phone number that you provided to Marin
 6      General?
 7      A      Yes.
 8      Q      You see where I am talking about?
 9      A      Yes, 6325, yes.
10      Q      Right.  Okay.  We can skip page 133.  And
11      then page 134, this looks like this was
12      treatment for July 1st, 2015.
13              Do you see that?
14      A      Yes.
15      Q      All right.  And again, you provided your
16      cell phone number?
17      A      Yes.
18      Q      You did that voluntarily?
19      A      I did, yes.
20      Q      And again, no restrictions.  Correct?
21      A      Correct.
22      Q      Okay.  Let's go to page 136.  This looks
23      like this is treatment for July 30th, 2015.
24              Do you see that?
25      A      Yes.
```

```
 1   Q     And again, you provided your cell phone
 2   number to the hospital?
 3   A     Yes.
 4   Q     And did you that voluntarily?
 5   A     Yes.
 6   Q     And with no restrictions.  Correct?
 7   A     Correct.
 8   Q     Okay.  We can skip page 137.  Looking at
 9   page 138, this looks like this was treatment on
10   September 2nd, 2015.
11   Are you with me?
12   A     Yes.
13   Q     And that's correct, isn't it?
14   A     Correct.
15   Q     And again, you provided your cell phone to
16   the hospital voluntarily?
17   A     Yes.
18   Q     All right.  And then page 139.  This looks
19   like this may be the same.  This is the same.
20   So we'll just skip that.
21   Then page 140.  This looks like this was
22   treatment on October 1st, 2015.  Correct, Ms.
23   McMillion?
24   A     Yes.
25   Q     And again, I provided your cell phone to
```

12:01:00 PM (line 11)
12:01:29 PM (line 21)

```
 1    the hospital voluntarily?
 2    A      Yes, I did.
 3    Q      Okay.  And with no restrictions.  True?
 4    A      True.
 5           MR. ELLIS:  Thank you, ma'am.  We are
 6    done.  Thank you Joel.
 7           MR. SMITH:  Done with the depo and not
 8    Exhibit 2?
 9           MR. ELLIS:  Done with the depo.
10           MR. SMITH:  One moment I want to reserve
11    signature.  I would like to mark the document
12    that has been marked as Exhibit 2 as
13    confidential, and throughout the deposition
14    obviously there was, it ended up being a fair
15    amount of testimony regarding Ms. McMillion's
16    health conditions and health care, I would like
17    to provisionally mark those confidential.  We
18    can provide more detail page and line
19    confidentiality designations when we get the
20    transcript.
21           MR. ELLIS:  That's fine.  Thank you very
22    much I really appreciate it.
23           THE WITNESS:  Thank you.
24                (Deposition concluded.)
25
```

# CERTIFICATE OF REPORTER

I, SUZY BAKER, CSR No. 9361 a Certified
Shorthand Reporter in and for the State of
California, hereby certify that the witness in the
foregoing deposition,

SANDRA McMILLION,

was by me duly sworn to testify the truth, the
whole truth, in the within-entitled cause; that
said deposition was taken by me, a duly certified
shorthand reporter and a disinterested person, at
the time and place herein stated, and was
thereafter transcribed into typewriting, by
computer, under my direction and supervision.

I further certify that I am not of counsel
or attorney for either or any of the parties to
said deposition, nor in any way interested in the
outcome of the cause, and that I am not related to
any of the parties thereto.

IN WITNESS WHEREOF, I have hereunto set my
hand of July 27, 2017.

_____

SUZY BAKER, CSR No. 9361

**EXHIBIT 6**

------------------------------------------------------------------------

         MASTER RECORD:

    NAME: ADEKOYA, JESSICA J              SPOUSE: ADELIQUE
    1ADD: 335 S 27TH ST           BAD ADD: N
    2ADD:                         BUSINESS: N
    CITY: RICHMOND                  ST ZIP: CA 94804-2955
   PHONE:                          S.S.N.:
  LIC NO: PAID 2X A MONTH 1        EMPLOY: ALT BUISNESS SOLUTIONS SAN LOR
     REM: B OF A
     REM:                            RENT 1000

```
------------------------------------------------------------------------

        MASTER RECORD:

    NAME: ADEKOYA, JESSICA J              SPOUSE: ADELIQUE
    1ADD: 335 S 27TH ST          BAD ADD: N
    2ADD:                        BUSINESS: N
    CITY: RICHMOND               ST ZIP: CA 94804-2955
    PHONE:                       S.S.N.: 564554620
    LIC NO: PAID 2X A MONTH 1    EMPLOY: ALT BUISNESS SOLUTIONS SAN LOR
      REM: B OF A
      REM:                         . RENT 1000


------------------------------------------------------------------------
                    ------ACTIONS -----------------------------
        051515IL30002446237  NK021916QL338  024462022216QL33802446237
        031116HL30302446237  07031616LA17      031616DLA1702446237
        07032216LA17      032216DLA1702446237 040816HL34202446237


------------------------------ HISTORY -----------------------------
I*051515:01:01  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                       ard
SK051515:15:25   15   ALERT No Information On File
GC051515:08:53   51   25496-PHONE ANSWERD NO LINKBACK
SK051815:08:31   14   ALERT No Information On File
GC051815:18:04   5    25496-HUP ON ANSWERING MCHNE
GC051915:11:37   5    25496-PHNE # LEFT MSGE ON MACHINE
GC051915:16:06   5    25496-PHONE ANSWERD NO LINKBACK
GC052015:17:06   5    25496-PHONE ANSWERD NO LINKBACK
GC052015:18:51   51   94691-CALL SKIPPED - NOT MADE
GC052015:18:51   702  85270-CALL SKIPPED - NOT MADE
GC052115:15:50   51   25496-PHONE ANSWERD NO LINKBACK
GC052115:17:39   51   94691-PHONE ANSWERD NO LINKBACK
GC052115:17:39   702  85270-PHONED NUM IS INVALID
GC052215:13:15   5    25496-PHNE # LEFT MSGE ON MACHINE
GC052215:11:48   5    94691-PHONE ANSWERD NO LINKBACK
GC052215:11:48   702  85270-PHONED NUM IS INVALID
GC052615:15:03   51   25496-PHNE # LEFT MSGE ON MACHINE
GC052615:13:24   51   94691-PHONE ANSWERD NO LINKBACK
GC052615:13:23   702  85270-PHONED NUM IS INVALID
GC052715:11:04   51   25496-PHONE ANSWERD NO LINKBACK
GC052715:12:52   51   94691-PHONE ANSWERD NO LINKBACK
GC052715:15:37   702  85270-PHONED NUM IS INVALID
GC052715:16:36   51   25496-PHNE # LEFT MSGE ON MACHINE
GC052715:17:35   51   94691-PHONE ANSWERD NO LINKBACK
GC052715:17:34   702  85270-PHONED NUM IS INVALID
GC052815:10:57   51   25496-PHONE ANSWERD NO LINKBACK
GC052815:12:03   51   94691-PHONE ANSWERD NO LINKBACK
3C052815:15:50   702  85270-PHONED NUM IS INVALID
3C052915:12:02   51   25496-PHONE ANSWERD NO LINKBACK
3C052915:12:20   51   94691-CALL SKIPPED - NOT MADE
3C052915:12:20   702  85270-CALL SKIPPED - NOT MADE
3C052915:08:13   51   25496-PHONE ANSWERD NO LINKBACK
3C052915:10:52   51   94691-PHONE ANSWERD NO LINKBACK
3C052915:12:48   702  85270-PHONED NUMBER WAS BUSY
3C053015:08:05   51   25496-PHONE ANSWERD NO LINKBACK
3C053015:11:41   51   94691-PHONE ANSWERD NO LINKBACK
```

RCA - 000249

```
------------------------------------- HISTORY -------------------------------------
GC053015:11:40   7█2█93█5270-PHONED NUM IS INVALID
GC060115:15:59   5███25496-PHONE ANSWERD NO LINKBACK
GC060115:16:46   5███4691-CALL SKIPPED - NOT MADE
GC060115:16:46   7█2██5270-CALL SKIPPED - NOT MADE
GC060115:16:49   5███25496-PARTITIONED DNC NOT MADE
GC060115:18:03   5███4691-PHONE ANSWERD NO LINKBACK
GC060115:20:37   7█2██5270-PHONED NUM IS INVALID
GC060215:13:10   5███25496-PHONE ANSWERD NO LINKBACK
GC060215:15:53   5███4691-PHONE ANSWERD NO LINKBACK
GC060215:15:53   7█2██5270-PHONED NUM IS INVALID
GC060315:09:21   5███25496-PHONE ANSWERD NO LINKBACK
GC060315:12:20   5███4691-PHONE ANSWERD NO LINKBACK
GC060315:12:20   7█2██5270-PHONED NUM IS INVALID
GC060415:15:08   5███25496-PHONE ANSWERD NO LINKBACK
GC060415:16:34   5███4691-PHONE ANSWERD NO LINKBACK
GC060415:19:10   7█2██5270-PHONED NUM IS INVALID
GC060515:08:13   5███25496-PHONE ANSWERD NO LINKBACK
GC060515:11:11   5███4691-PHONE ANSWERD NO LINKBACK
GC060515:11:10   7█2██5270-PHONED NUM IS INVALID
TD060615:08:55   █H█N█ 5106925496 REMOVED BY GC UPDATE (C261354): answered.
GC060615:08:07   5███25496-PHONE ANSWERD NO LINKBACK
GC060615:08:07   5███4691-CALL SKIPPED - NOT MADE
GC060615:08:07   7█2██5270-CALL SKIPPED - NOT MADE
GC060615:08:12   5███25496-PHONE ANSWERD NO LINKBACK
GC060615:11:05   5███4691-PHONE ANSWERD NO LINKBACK
GC060615:11:05   7█2██5270-PHONED NUM IS INVALID
GC060815:15:52   5███25496-PHONE ANSWERD NO LINKBACK
GC060815:17:19   5███4691-PHONE ANSWERD NO LINKBACK
GC060815:17:17   7█2██5270-PHONED NUM IS INVALID
GC060915:11:09   5███25496-PHONE ANSWERD NO LINKBACK
GC060915:13:18   5███4691-PHONE ANSWERD NO LINKBACK
GC060915:17:03   7█2██5270-PHONED NUM IS INVALID
GC061015:08:07   5███25496-PHNE # LEFT MSGE ON MACHINE
GC061015:11:09   5███4691-PHONE ANSWERD NO LINKBACK
GC061015:11:09   7█2██5270-PHONED NUM IS INVALID
GC061115:09:55   5███25496-PHONE ANSWERD NO LINKBACK
GC061115:10:45   5███4691-CALL SKIPPED - NOT MADE
GC061115:10:45   7█2██5270-CALL SKIPPED - NOT MADE
GC061115:11:59   5███4691-PHONE ANSWERD NO LINKBACK
GC061115:11:58   7█2██5270-PHONED NUM IS INVALID
3C061215:08:32   5███25496-PHONE ANSWERD NO LINKBACK
3C061215:09:41   5███4691-CALL SKIPPED - NOT MADE
3C061215:09:41   7█2██5270-CALL SKIPPED - NOT MADE
3C061215:10:05   5███4691-PHONE ANSWERD NO LINKBACK
3C061215:10:04   7█2██5270-PHONED NUM IS INVALID
3C061215:16:40   5███25496-CALL SKIPPED - NOT MADE
3C061215:16:40   5███4691-CALL SKIPPED - NOT MADE
3C061215:16:40   7█2██5270-CALL SKIPPED - NOT MADE
3C061315:08:06   5███25496-PHONE ANSWERD NO LINKBACK
3C061315:10:37   5███4691-PHONE ANSWERD NO LINKBACK
3C061315:10:36   7█2██5270-PHONED NUM IS INVALID
3C061515:16:33   5███25496-PHONE ANSWERD NO LINKBACK
3C061515:14:42   5███4691-PHONE ANSWERD NO LINKBACK
3C061515:17:41   7█2██5270-PHONED NUM IS INVALID
3C061615:14:01   5███25496-PHONE ANSWERD NO LINKBACK
3C061615:15:20   5███4691-PHONE ANSWERD NO LINKBACK
3C061615:17:31   7█2██5270-PHONED NUM IS INVALID
3C061715:07:59   5███25496-CALL SKIPPED - NOT MADE
```

RCA - 000250

```
-------------------------------------- HISTORY --------------------------------------
GC061715:10:18   5108494691-PHONE ANSWERD NO LINKBACK
GC061715:10:17   7029385270-PHONED NUM IS INVALID
GC061715:12:01   5106935496-PHONE ANSWERD NO LINKBACK
GC061715:13:53   7029385270-PHONED NUM IS INVALID
GC061815:13:43   5106935496-PHONE ANSWERD NO LINKBACK
GC061815:15:22   5108494691-PHONE ANSWERD NO LINKBACK
GC061815:17:13   7029385270-PHONED NUM IS INVALID
GC061915:08:06   5106935496-PHONE ANSWERD NO LINKBACK
GC061915:11:26   5108494691-CALL SKIPPED - NOT MADE
GC061915:11:26   7029385270-CALL SKIPPED - NOT MADE
GC061915:11:20   5106935496-CALL SKIPPED - NOT MADE
GC061915:11:20   5108494691-CALL SKIPPED - NOT MADE
GC061915:11:20   7029385270-CALL SKIPPED - NOT MADE
GC061915:11:32   5106935496-PHNE # LEFT MSGE ON MACHINE
GC061915:14:45   5108494691-PHONE ANSWERD NO LINKBACK
GC061915:14:45   7029385270-PHONED NUM IS INVALID
GC062015:08:06   5106935496-PHNE # LEFT MSGE ON MACHINE
GC062015:08:13   5108494691-CALL SKIPPED - NOT MADE
GC062015:08:13   7029385270-CALL SKIPPED - NOT MADE
GC062015:08:16   5106935496-PHNE # LEFT MSGE ON MACHINE
GC062015:10:30   5108494691-PHONE ANSWERD NO LINKBACK
GC062015:10:29   7029385270-PHONED NUM IS INVALID
GC062215:12:36   5106935496-PHONE ANSWERD NO LINKBACK
GC062215:11:09   5108494691-PHONE ANSWERD NO LINKBACK
GC062215:13:24   7029385270-PHONED NUM IS INVALID
99062315:02:00   0357354 ROLLED COLLECTOR H0 TO H2 ON ACCOUNT 02446237
GC062315:15:53   5106935496-PHNE # LEFT MSGE ON MACHINE
GC062315:14:48   5108494691-PHONE ANSWERD NO LINKBACK
GC062315:16:30   7029385270-PHONED NUM IS INVALID
GC062415:17:04   5106935496-PHNE # LEFT MSGE ON MACHINE
GC062415:18:53   5108494691-PHONE ANSWERD NO LINKBACK
GC062415:18:53   7029385270-PHONED NUM IS INVALID
3C062515:16:21   5106935496-PHNE # LEFT MSGE ON MACHINE
3C062515:19:04   5108494691-CALL SKIPPED - NOT MADE
3C062515:19:04   7029385270-CALL SKIPPED - NOT MADE
3C062615:15:25   5106935496-PHNE # LEFT MSGE ON MACHINE
3C062615:14:40   5108494691-PHONE ANSWERD NO LINKBACK
3C062615:15:51   7029385270-PHONED NUM IS INVALID
3C062915:14:37   5106935496-PHNE # LEFT MSGE ON MACHINE
3C062915:16:53   5108494691-CALL SKIPPED - NOT MADE
3C062915:16:53   7029385270-CALL SKIPPED - NOT MADE
3C070115:17:18   5106935496-PHNE # LEFT MSGE ON MACHINE
3C070115:19:00   5108494691-CALL SKIPPED - NOT MADE
3C070115:19:00   7029385270-CALL SKIPPED - NOT MADE
3C070215:15:35   5106935496-PHNE # LEFT MSGE ON MACHINE
3C070215:13:40   5108494691-PHONE ANSWERD NO LINKBACK
3C070215:16:44   7029385270-PHONED NUM IS INVALID
3C070715:18:28   5106935496-PHONE ANSWERD NO LINKBACK
3C070715:16:19   5108494691-PHONE ANSWERD NO LINKBACK
3C070715:16:18   7029385270-PHONED NUM IS INVALID
3C070815:15:14   5106935496-PHNE # LEFT MSGE ON MACHINE
3C070815:16:05   5108494691-PHONE ANSWERD NO LINKBACK
3C070815:16:03   7029385270-PHONED NUM IS INVALID
3C070915:12:44   5106935496-PHONE ANSWERD NO LINKBACK
3C070915:10:41   5108494691-PHONE ANSWERD NO LINKBACK
3C070915:10:41   7029385270-PHONED NUM IS INVALID
3C070915:16:32   5106935496-PHNE # LEFT MSGE ON MACHINE
3C070915:19:07   5108494691-CALL SKIPPED - NOT MADE
```

RCA - 000251

```
GC070915:19:07  7029385270-CALL SKIPPED - NOT MADE
GC071015:11:22  5106925496-PHONE ANSWERD NO LINKBACK
GC071015:12:10  5108494691-PHONE ANSWERD NO LINKBACK
GC071015:16:26  7029385270-PHONED NUM IS INVALID
GC071415:14:53  5106925496-PHONE ANSWERD NO LINKBACK
GC071415:12:03  5108494691-PHONE ANSWERD NO LINKBACK
GC071415:12:02  7029385270-PHONED NUM IS INVALID
GC071515:16:45  5106925496-PHNE # LEFT MSGE ON MACHINE
GC071515:15:27  5108494691-PHONE ANSWERD NO LINKBACK
GC071515:15:26  7029385270-PHONED NUM IS INVALID
GC071615:13:37  5106925496-PHONE ANSWERD NO LINKBACK
GC071615:15:04  5108494691-PHONE ANSWERD NO LINKBACK
GC071615:17:45  7029385270-PHONED NUM IS INVALID
GC072215:17:11  5106925496-PHONE ANSWERD NO LINKBACK
GC072215:19:09  5108494691-CALL SKIPPED - NOT MADE
GC072215:19:09  7029385270-CALL SKIPPED - NOT MADE
GC072315:16:56  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072315:15:35  5108494691-PHONE ANSWERD NO LINKBACK
GC072315:15:33  7029385270-PHONED NUM IS INVALID
GC072415:12:00  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072415:10:16  5108494691-PHONE ANSWERD NO LINKBACK
GC072415:13:12  7029385270-PHONED NUM IS INVALID
GC072715:11:30  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072715:12:52  5108494691-PHONE ANSWERD NO LINKBACK
GC072715:12:52  7029385270-PHONED NUM IS INVALID
GC072715:13:34  5106925496-PARTITIONED DNC NOT MADE
GC072715:13:34  5108494691-PARTITIONED DNC NOT MADE
GC072715:14:17  7029385270-PHONED NUM IS INVALID
GC072815:11:27  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072815:10:01  5108494691-PHONE ANSWERD NO LINKBACK
GC072815:12:34  7029385270-PHNE # LEFT MSGE ON MACHINE
GC072915:11:43  5106925496-PHNE # LEFT MSGE ON MACHINE
GC072915:15:45  5108494691-PHONE ANSWERD NO LINKBACK
GC072915:15:44  7029385270-PHONE ANSWERD NO LINKBACK
GC073015:15:30  5106925496-PHONE ANSWERD NO LINKBACK
GC073015:17:00  5108494691-PHONE ANSWERD NO LINKBACK
GC073015:16:58  7029385270-PHONED NUM IS INVALID
GC073115:13:58  5106925496-PHONE ANSWERD NO LINKBACK
GC073115:13:06  5108494691-PHONE ANSWERD NO LINKBACK
GC073115:14:41  7029385270-PHONE ANSWERD NO LINKBACK
99080215:02:00  6287504 ROLLED COLLECTOR H2 TO H3 ON ACCOUNT 02446237
GC080415:16:44  5108494691-PHONE ANSWERD NO LINKBACK
GC080415:15:47  7029385270-PHONED NUMBER WAS BUSY
GC080515:16:29  5108494691-PHONE ANSWERD NO LINKBACK
GC080515:18:25  7029385270-PHONED NUM IS INVALID
GC080615:10:16  5108494691-PHONE ANSWERD NO LINKBACK
GC080615:13:10  7029385270-PHONED NUM IS INVALID
GC081115:17:00  5106925496-PHNE # LEFT MSGE ON MACHINE
GC081115:16:00  5108494691-PHONE ANSWERD NO LINKBACK
GC081115:18:36  7029385270-PHONED NUM IS INVALID
GC081715:17:19  5106925496-PHONED NUMBER WAS BUSY
GC081715:18:13  5108494691-PHONE ANSWERD NO LINKBACK
GC081715:18:13  7029385270-PHONED NUMBER WAS BUSY
GC081915:15:00  5106925496-PHONE ANSWERD NO LINKBACK
3C081915:17:04  5108494691-CALL SKIPPED - NOT MADE
3C081915:17:04  7029385270-CALL SKIPPED - NOT MADE
3C082415:16:47  5106925496-PHONED NUMBER WAS BUSY
3C082415:19:01  5108494691-CALL SKIPPED - NOT MADE
```

RCA - 000252

```
-------------------------------------- HISTORY --------------------------------------
GC082415:19:01  7023 5270-CALL SKIPPED - NOT MADE
GC082515:14:42  510 25496-PHNE # LEFT MSGE ON MACHINE
GC082515:13:15  510 4691-PHONE ANSWERD NO LINKBACK
GC082515:15:46  7023 5270-PHONED NUM IS INVALID
GC082715:16:13  510 5496-PHNE # LEFT MSGE ON MACHINE
GC082715:14:56  510 4691-PHONE ANSWERD NO LINKBACK
GC082715:14:55  7023 5270-PHONED NUM IS INVALID
GC083115:15:16  510 5496-PHNE # LEFT MSGE ON MACHINE
GC083115:14:39  510 4691-PHONE ANSWERD NO LINKBACK
GC083115:14:38  7023 5270-PHONED NUMBER WAS BUSY
GC083115:15:25  510 25496-PHONED NUMBER WAS BUSY
GC083115:16:00  510 4691-PHONED NUMBER WAS BUSY
GC083115:16:00  7023 5270-PHONED NUMBER WAS BUSY
GC090115:17:39  510 25496-PHNE # LEFT MSGE ON MACHINE
GC090115:16:19  510 4691-PHONE ANSWERD NO LINKBACK
GC090115:18:32  7023 5270-PHONED NUM IS INVALID
GC090315:15:51  510 25496-PHNE # LEFT MSGE ON MACHINE
GC090315:16:57  510 4691-PHONE ANSWERD NO LINKBACK
GC090315:16:57  7023 5270-PHONED NUM IS INVALID
GC090815:17:16  510 5496-PHNE # LEFT MSGE ON MACHINE
GC090815:18:53  510 4691-CALL SKIPPED - NOT MADE
GC090815:18:53  7023 5270-CALL SKIPPED - NOT MADE
99091115:02:00  5 4 ROLLED COLLECTOR H3 TO H4 ON ACCOUNT 02446237
GC091115:15:07  510 5496-PHNE # LEFT MSGE ON MACHINE
GC091115:16:56  510 4691-CALL SKIPPED - NOT MADE
GC091115:16:56  7023 5270-CALL SKIPPED - NOT MADE
GC091415:16:17  510 5496-PHONE ANSWERD NO LINKBACK
GC091415:17:33  510 4691-PHONE ANSWERD NO LINKBACK
GC091415:17:32  7023 5270-PHONED NUM IS INVALID
GC091615:09:38  510 5496-PHONE ANSWERD NO LINKBACK
GC091615:11:18  510 4691-PHONE ANSWERD NO LINKBACK
GC091615:13:54  7023 5270-PHONED NUM IS INVALID
GC091815:15:04  510 5496-PHNE # LEFT MSGE ON MACHINE
GC091815:16:24  510 4691-PHONE ANSWERD NO LINKBACK
GC091815:16:23  7023 5270-PHONED NUM IS INVALID
GC092115:15:30  510 5496-PHONE ANSWERD NO LINKBACK
GC092115:14:50  510 4691-PHONE ANSWERD NO LINKBACK
GC092115:15:54  7023 5270-PHONED NUM IS INVALID
GC092315:16:12  510 5496-PHNE # LEFT MSGE ON MACHINE
GC092315:18:02  510 4691-PHONE ANSWERD NO LINKBACK
GC092315:18:01  7023 5270-PHONED NUM IS INVALID
GC092415:16:39  510 5496-PHNE # LEFT MSGE ON MACHINE
GC092415:15:45  510 4691-PHONE ANSWERD NO LINKBACK
GC092415:15:44  7023 5270-PHONED NUM IS INVALID
GC092515:14:41  510 5496-PHONE ANSWERD NO LINKBACK
GC092515:15:46  510 4691-PHONE ANSWERD NO LINKBACK
GC092515:15:46  7023 5270-PHONED NUM IS INVALID
GC092615:10:31  510 5496-PHONE ANSWERD NO LINKBACK
GC092615:11:49  510 4691-CALL SKIPPED - NOT MADE
GC092615:11:49  7023 5270-CALL SKIPPED - NOT MADE
GC092815:15:39  510 5496-PHNE # LEFT MSGE ON MACHINE
GC092815:15:07  510 4691-PHONE ANSWERD NO LINKBACK
GC092815:16:13  7023 5270-PHONED NUM IS INVALID
GC092915:14:10  510 5496-PHONE ANSWERD NO LINKBACK
GC092915:15:51  510 4691-PHONE ANSWERD NO LINKBACK
GC092915:15:50  7023 5270-PHONED NUM IS INVALID
GC093015:15:01  510 5496-PHNE # LEFT MSGE ON MACHINE
GC093015:16:08  510 4691-PHONE ANSWERD NO LINKBACK
```

RCA - 000253

```
-------------------------------------------- HISTORY -----------------------------
GC093015:16:07  70▓▓85270-PHONED NUM IS INVALID
GC100515:16:49  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC100515:15:50  51▓▓94691-PHONE ANSWERD NO LINKBACK
GC100515:15:48  70▓▓85270-PHONED NUM IS INVALID
GC100615:17:01  51▓▓25496-PHONE ANSWERD NO LINKBACK
GC100615:18:47  51▓▓94691-CALL SKIPPED - NOT MADE
GC100615:18:47  70▓▓85270-CALL SKIPPED - NOT MADE
GC100815:17:25  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC100815:18:53  51▓▓94691-CALL SKIPPED - NOT MADE
GC100815:18:53  70▓▓85270-CALL SKIPPED - NOT MADE
GC100915:13:57  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC100915:16:53  51▓▓94691-CALL SKIPPED - NOT MADE
GC100915:16:53  70▓▓85270-CALL SKIPPED - NOT MADE
GC101315:16:51  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC101315:16:06  51▓▓94691-PHONE ANSWERD NO LINKBACK
GC101315:17:19  70▓▓85270-PHONED NUM IS INVALID
GC101415:16:24  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC101415:18:44  51▓▓94691-CALL SKIPPED - NOT MADE
GC101415:18:44  70▓▓85270-CALL SKIPPED - NOT MADE
GC101915:13:57  51▓▓25496-PHONE ANSWERD NO LINKBACK
GC101915:15:31  51▓▓94691-PHONE ANSWERD NO LINKBACK
GC101915:15:30  70▓▓85270-PHONED NUM IS INVALID
99102115:02:00  C3▓▓04 ROLLED COLLECTOR H4 TO H5 ON ACCOUNT 02446237
99102115:02:00  C3▓▓04 ROLLED STATUS PNB TO PRI ON ACCOUNT 02446237
GC102315:14:53  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC102315:16:51  51▓▓94691-CALL SKIPPED - NOT MADE
GC102315:16:51  70▓▓85270-CALL SKIPPED - NOT MADE
GC111215:16:09  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC111215:17:01  51▓▓94691-CALL SKIPPED - NOT MADE
GC111215:17:01  70▓▓85270-CALL SKIPPED - NOT MADE
GC112115:09:44  51▓▓94691-PHONE ANSWERD NO LINKBACK
GC112115:11:56  70▓▓85270-CALL SKIPPED - NOT MADE
GC120115:15:30  51▓▓94691-PHONE ANSWERD NO LINKBACK
GC120115:18:55  70▓▓85270-CALL SKIPPED - NOT MADE
GC120915:11:37  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC120915:18:52  51▓▓94691-CALL SKIPPED - NOT MADE
GC120915:18:52  70▓▓85270-CALL SKIPPED - NOT MADE
GC123015:14:05  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC123015:17:02  51▓▓94691-CALL SKIPPED - NOT MADE
GC123015:17:02  70▓▓85270-CALL SKIPPED - NOT MADE
GC011816:17:38  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC011816:18:52  51▓▓94691-CALL SKIPPED - NOT MADE
GC011816:18:52  70▓▓85270-CALL SKIPPED - NOT MADE
GC012016:14:46  51▓▓25496-CALL SKIPPED - NOT MADE
GC012016:14:46  51▓▓94691-CALL SKIPPED - NOT MADE
GC012016:14:46  70▓▓85270-CALL SKIPPED - NOT MADE
GC012116:15:20  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC012116:18:28  51▓▓94691-PHONE ANSWERD NO LINKBACK
GC012116:18:28  70▓▓85270-PHONED NUM IS INVALID
GC012916:11:31  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
GC012916:18:01  51▓▓94691-CALL SKIPPED - NOT MADE
GC012916:18:01  70▓▓85270-CALL SKIPPED - NOT MADE
3C020816:11:18  51▓▓25496-PHNE # LEFT MSGE ON MACHINE
3C020816:17:07  51▓▓94691-CALL SKIPPED - NOT MADE
3C020816:17:07  70▓▓85270-CALL SKIPPED - NOT MADE
3C021116:11:46  51▓▓25496-PARTITIONED DNC NOT MADE
3C021116:13:23  51▓▓94691-PHONE ANSWERD NO LINKBACK
3C021116:13:22  70▓▓85270-PHONED NUM IS INVALID
```

RCA - 000254

```
GC021716:11:06    ████5496-PHONE ANSWERD NO LINKBACK
GC021716:18:52    ████4691-CALL SKIPPED - NOT MADE
GC021716:18:52    ████5270-CALL SKIPPED - NOT MADE
GC021816:11:18    ████5496-NML - MACHINE
GC021816:18:54    ████4691-CALL SKIPPED - NOT MADE
GC021816:18:54    ████5270-CALL SKIPPED - NOT MADE
GC030416:11:07    ████5496-NML - MACHINE
GC030416:16:54    ████4691-CALL SKIPPED - NOT MADE
GC030416:16:54    ████5270-CALL SKIPPED - NOT MADE
07031016:16:19    REQUESTED: ONLINE Experian Credit File
07031016:16:20    5496 TT DEBTOR QA MM SHE WAS IN A HURRY SHE WAS AT WORK SO
                  ONLY TIME TO UH...EMAIL CHOCOLATECHIP301@GMAIL.COM UH POE
                  GOOGLED POE (510) 351-9400 DEBTOR ALSO RESPONSIBLE FOR MOTHER
                  AND MOTHERS INCOME...UH BANK...RENT ..LEL
07031016:16:20    -------------------------- PROFILE SUMMARY
                  -------------------------- CNT 01\01\50\22 PUBLIC
                  RECORDS-------0 PAST DUE AMT----$6,212 INQUIRIES---3 SATIS
                  ACCTS---0 INST\OTH BAL---$24,572 SCH\EST PAY-------$132+ INQS\6
                  MO---2 NOW DEL\DRG---6 R ESTATE BAL-------N\A R ESTATE
                  PAY-------N\A TRADELINE--10 WAS DEL\DRG---4 TOT REV
                  BAL--------N\A TOT REV AVAIL------N\A PAID ACCT---0 OLD
                  TRADE-12-07
GC031016:16:14    ████5496-PHONE ANSWERD NO LINKBACK
GC031016:19:02    ████4691-CALL SKIPPED - NOT MADE
GC031016:19:02    ████5270-CALL SKIPPED - NOT MADE
SK031416:08:10    1ST ALERT No Information On File
07031416:14:21    OB 5496 LM...LEL
07031516:12:12    5496 OB LM..9400 TT F SAYS SHE IS BACK FROM LUNCH AT 1PM...LEL
07031616:09:14    5496 OB NA 5103519400 TT DEBTOR SHE SAYS WE CAN NOT CALL THIS
                  PHONE NUMB ANY MORE...I REMOVED # FROM HEADED ...GOOGLED POE
                  FAX NUMB 5103513406 ...LEL
07032216:10:59    5496 OB NA 4691 NML 7029385270 NOT VALID NUMB....LEL
95032216:16:52    FAXED V OE. [DT]
07032916:13:51    5496 OB NA..3406 NA....LEL
07033016:09:58    5496 OB L VSMAIL..4691 NA.LEL
07040716:14:41    5496 OB NA 4691
07040816:09:44    5496 OB NA 4691 NA...LEL
88041316:08:03    RCVD VOE; ATTACHED TO VAULT; NO FURTHER ACTION TAKEN.. TR
GC041516:16:01    ████5496-NML - MACHINE
GC041516:15:10    ████4691-PHONE ANSWERD NO LINKBACK
GC041516:16:56    ████3406-NML - MACHINE
GC041616:10:57    ████5496-PHONE ANSWERD NO LINKBACK
GC041616:11:43    ████4691-PHONE ANSWERD NO LINKBACK
GC041616:11:43    ████3406-NML - MACHINE
44041816:18:40    VIC OE   RES 5496 QA FEMALE ST SHE WAS DBTR ....MS ST THT SHE
                  WAS REST CAD.....MS HUP...MF
GC041816:17:02    ████5496-PHONE ANSWERD NO LINKBACK
GC041816:16:36    ████4691-PHONE ANSWERD NO LINKBACK
GC041816:16:36    ████3406-NML - MACHINE
GC041916:12:30    ████4691-PHONE ANSWERD NO LINKBACK
GC041916:18:33    ████3406-NO ANSWER AT NUM CALLED
GC042116:08:06    ████4691-PHONE ANSWERD NO LINKBACK
3C042116:11:11    ████3406-NML - MACHINE
3C042216:15:09    ████4691-PHONE ANSWERD NO LINKBACK
3C042216:16:10    ████3406-NML - MACHINE
3C042516:08:16    ████4691-PHONE ANSWERD NO LINKBACK
3C042516:12:16    ████3406-NML - MACHINE
3C042616:09:44    ████4691-PHONE ANSWERD NO LINKBACK
```

```
------------------------------ HISTORY ------------------------------
GC042616:18:49   51   3406-NML - MACHINE
GC042716:11:33   51084 4691-PHONE ANSWERD NO LINKBACK
GC042716:14:41   51035 3406-NML - MACHINE
GC042816:14:55   51084 4691-PHONE ANSWERD NO LINKBACK
GC042816:16:49   51035 3406-NML - MACHINE
GC042916:13:46   51084 4691-PHONE ANSWERD NO LINKBACK
GC042916:15:39   51035 3406-NML - MACHINE
GC050216:17:28   51084 4691-PHONE ANSWERD NO LINKBACK
GC050216:18:44   51035 3406-CALL SKIPPED - NOT MADE
GC050316:08:15   51084 4691-PHONE ANSWERD NO LINKBACK
GC050316:15:09   51035 3406-NML - MACHINE
GC050516:13:26   51084 4691-PHONE ANSWERD NO LINKBACK
GC050516:15:41   51035 3406-NML - MACHINE
BC050616:11:20   removed 5106925496 from accnts bc
```

RCA - 000256

---------------------------------------------------------------------------

ACCOUNT #:  2446237   CLIENT DEBTOR #:      1300234200-0001

TYPE OF ACCOUNT:   1
CLIENT NAME: DOCTORS MEDICAL CTR SAN PABLO      FORWARDED (BY/TO):
        FOR: ADEKOYA,ADELEKE                    FORWARDED FOR:
        REM:                                        COLLECTOR CODE:55
CLIENT NO. : 1771
LAST LETTER: 342   DOCUMENT CODE (1-9): 0    INTEREST FM(R/S/J): S  INTEREST %: 10
 LABEL/CARD: N          NEW BUSINESS: Y       DATE OF REFERRAL: 051415
CREDIT FLAG: D        BULLETIN CODE: 00       DATE OF SERVICE: 010515
 CLERK CODE: 84         STATUS CODE: ATY   DATE OF LAST PAYMENT:  0
       RATE: 19         S/L NUMBER: 00            JACK DATE: 050716

AMOUNT REFERRED:        $    1173.79
PRINCIPAL BALANCE:      $    1173.79
ACCUMULATED INTEREST:   $       0.00
OTHER CHARGES:          $       0.00
COURT COSTS:            $       0.00
ATTORNEY FEES:          $       0.00
OTHER:                  $       0.00
INTEREST:               $     156.83

ACC'T BAL:              $    1330.62

| | | PAYMENT TRANSACTION HISTORY | | | | | |
|------|------|---------|---------|---------|---------|---------|---------|
| TYPE | DATE | PAYMENT | PAID ON | PAID ON | PAID ON | PAID ON | PAID ON | PAID ON |
| | | AMOUNT | PRINCIPAL | INTEREST | OTHER CHGS | COURT COST | ATTY FEES | OTHER |

---------------------------------------------------------------------------

NO PAYMENTS THIS ACCOUNT

| | | | | | | | |
|------|------|------|------|------|------|------|------|
| GRAND TOTALS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

RCA - 000257

**EXHIBIT 7**

------------------------------------------------------------------------

            MASTER RECORD:

    NAME: CALDWELL, GERALDINE D          SPOUSE: SINGLE
    1ADD: 335 S 27TH ST            BAD ADD: S
    2ADD:                          BUSINESS: N
    CITY: RICHMOND                 ST ZIP: CA 948042955
    PHONE:                         S.S.N.: ̶1̶4̶2̶5̶8̶9̶2̶7̶6̶
    LIC NO:                        EMPLOY: SSI
       REM: NONE
       REM:                           MI 877 R400 D0 C0


-------------------------------------ACTIONS -------------------------------
          010914IL30001993006  011314BLDS101993006



----------------------------------- HISTORY ------------------------------
GC010814:13:43  ████████5496-PHONE ANSWERD NO LINKBACK
I*010914:01:13  REQUESTED ECA Advanced Trace, Assets, Bankruptcy, Score -
                rd
3C010914:15:48  ████████5496-PHONE ANSWERD NO LINKBACK
3C011014:12:34  ████████5496-PHONE ANSWERD NO LINKBACK
3C011014:11:19  ████████1611-PHONE ANSWERD NO LINKBACK
3C011114:11:14  ████████5496-PHONE ANSWERD NO LINKBACK
3C011114:09:53  ████████1611-PHONE ANSWERD NO LINKBACK
24011314:17:49  ████ THIRD PARTY MSG. SHE LIVES OUT OF STATE...5496 NA...
                ACCURINT= 3807 TEXAS CT CHARLOTTE NC 28208-3030 MK
37011314:18:26  5496 MM QA GAVE AUHTO TO TALK TO DAUGHTER NEEDS TO RESEARCH
                THIS FURTHER RB
3C011314:16:34  5106925496-PHONE ANSWERD NO LINKBACK
3C011314:17:50  7328971611-PHONE ANSWERD NO LINKBACK
06011414:16:00  8006 TT MS QA MM MS SD HAS TO TALK PAY-EE AND CB KCW
3C011714:08:21  5106925496-PHNE # LEFT MSGE ON MACHINE
3C011714:08:25  7328971611-PHNE # LEFT MSGE ON MACHINE
06012014:15:16  5496 NML 1611 NML KCW
24012014:08:23  5496 NA MR SAID NO ONE BY THAT NAME LIVES THERE, ... MK
3C012414:09:25  5106925496-HUP ON ANSWERING MCHNE
3C012414:09:42  7328971611-PHONE ANSWERD NO LINKBACK
3C012414:09:25  5106925496-HUP ON ANSWERING MCHNE
3C012414:09:42  7328971611-PHONE ANSWERD NO LINKBACK
06013114:11:27  5496 NML KCW

RCA - 000258

---

ACCOUNT #:  1993006  CLIENT DEBTOR #:     1300153615-0001

TYPE OF ACCOUNT:   1
CLIENT NAME: DOCTORS MEDICAL CTR SAN PABLO      FORWARDED (BY/TO):
        FOR: CALDWELL,GERALDINE                 FORWARDED FOR:
        REM:                                       COLLECTOR CODE:55
CLIENT NO. : 1771
LAST LETTER: DS1    DOCUMENT CODE (1-9): 0    INTEREST FM(R/S/J): S  INTEREST %: 10
  LABEL/CARD: N          NEW BUSINESS: Y      DATE OF REFERRAL: 010814
 CREDIT FLAG: D         BULLETIN CODE: 00     DATE OF SERVICE: 112713
  CLERK CODE: NK          STATUS CODE: ATY  DATE OF LAST PAYMENT:  0
        RATE: 19          S/L NUMBER: 00          JACK DATE: 042916

  AMOUNT REFERRED:        $     538.84
  PRINCIPAL BALANCE:      $     538.84
  ACCUMULATED INTEREST:   $       0.00
  OTHER CHARGES:          $       0.00
  COURT COSTS:            $       0.00
  ATTORNEY FEES:          $       0.00
  OTHER:                  $       0.00
  INTEREST:               $     131.57

  ACC'T BAL:              $     670.41

|      |      | PAYMENT TRANSACTION HISTORY | | | | | |
| TYPE | DATE | PAYMENT AMOUNT | PAID ON PRINCIPAL | PAID ON INTEREST | PAID ON OTHER CHGS | PAID ON COURT COST | PAID ON ATTY FEES | PAID ON OTHER |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

NO PAYMENTS THIS ACCOUNT

| | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GRAND TOTALS | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

RCA - 000259

------------------------------------------------------------------------

          MASTER RECORD:

     NAME: CALDWELL, GERALDINE D          SPOUSE: SINGLE
     1ADD: 335 S 27TH ST              BAD ADD: S
     2ADD:                            BUSINESS: N
     CITY: RICHMOND                   ST ZIP: CA 948042955
     PHONE:                           S.S.N.: 142589276
     LIC NO:                          EMPLOY: SSI
        REM: NONE
        REM:                          MI 877 R400 DO CO


------------------------------------ACTIONS ------------------------------
          032114BLD$101993006 0508'01>30 01993006 0509'30>H5 01993006


---------------------------------- HISTORY ----------------------------
SK020414:08:07   1ST ALERT ACS D CODE= Moved Left No Address
99020414:08:07   LETTER 300 BLOCKED BY 1ST ALERT
SK020414:08:07   1ST ALERT ACS D CODE= Moved Left No Address
GC021914:11:31   5106925496-HUP ON ANSWERING MCHNE
GC021914:10:25   7328971611-PHONE ANSWERD NO LINKBACK
GC022014:14:31   5106925496-PHONE ANSWERD NO LINKBACK
GC022014:16:12   7328971611-PHONE ANSWERD NO LINKBACK
GC022414:15:54   5106925496-PHNED NUM LINKBACK DROPPED CALL
GC022414:16:50   7328971611-PHONE ANSWERD NO LINKBACK
GC022414:18:48   5106925496-CALL SKIPPED - NOT MADE
GC022414:18:48   7328971611-CALL SKIPPED - NOT MADE
GC022514:08:44   5106925496-PHONE ANSWERD NO LINKBACK
GC022514:15:54   7328971611-PHONE ANSWERD NO LINKBACK
GC022614:14:57   5106925496-PHNE # LEFT MSGE ON MACHINE
GC022614:16:47   7328971611-CALL SKIPPED - NOT MADE
37022714:12:24   5496 IC MM QA DAUGHTER CLLD IN OFFERED SIF FOR 281.41 PB268
                 INT 13.47 SHE IS GOING TO SEE WHAT SHE CAN DO AND CLL ME BAK
                 SWAP RB
GC022714:12:59   5106925496-PHONE ANSWERD NO LINKBACK
GC022714:14:16   7328971611-PHONE ANSWERD NO LINKBACK
37022814:14:45   5496 NO ANS RB
37030414:13:55   5496 NO ANS RB
37031014:10:36   REV RB
37031314:09:55   5496 NML 1611 NO LONGER LIVES THERE RB
37031714:08:35   5496 NO ANS RB
37031814:10:46   5496 NO ANS RB
37031914:09:16   5496 NO ANS RB
37032114:11:05   5496 NOANS RB
37032414:09:19   5496 NO ANS R4B
37032514:13:53   5496 NO ANS RB
37032614:11:01   5496 NO ANS RB
37032714:09:49   5496 NO ANS RB
37032814:11:20   5496 NO ANS RB
37033114:09:47   5496 NO ANS RB
37040114:10:07   5496 NO ANS RB
37040214:12:15   5496 NO ANS RB
37040314:09:05   5496 NML RB
3C040414:10:55   5106925496-PHONE ANSWERD NO LINKBACK
3C040814:09:17   5106925496-PHONED NUMBER WAS BUSY

RCA - 000260

```
------------------------------ HISTORY ------------------------------
GC040814:09:20    5106925496-PARTITIONED DNC NOT MADE
GC040814:13:23    5106925496-PARTITIONED DNC NOT MADE
GC040914:13:43    5106925496-HUP ON ANSWERING MCHNE
GC041014:08:14    5106925496-PARTITIONED DNC NOT MADE
GC041014:08:14    5106925496-PARTITIONED DNC NOT MADE
GC041114:16:25    5106925496-CALL SKIPPED - NOT MADE
GC041114:11:21    5106925496-PHONE ANSWERD NO LINKBACK
GC041414:15:22    5106925496-PHONE ANSWERD NO LINKBACK
03041514:12:56    8006- MM QA 8D THAT SHE WILL SEND IN 10.00 MNTH THAT IS ALL  ⟵
                  SHE CAN AFFORD-SB
GC041514:12:55    5106925496-PHONE ANSWERD NO LINKBACK
GC041614:12:18    5106925496-PHONE ANSWERD NO LINKBACK
GC041614:13:22    5103028006-PHONE ANSWERD NO LINKBACK
GC041614:17:38    5103025496-PHONE ANSWERD NO LINKBACK
GC041614:18:39    5103028006-PHONE ANSWERD NO LINKBACK
GC041714:12:13    5103025496-HUP ON ANSWERING MCHNE
GC041714:11:16    5103028006-PHONE ANSWERD NO LINKBACK
GC041814:14:12    5103025496-PHONE ANSWERD NO LINKBACK
GC041814:16:19    5103028006-CALL SKIPPED - NOT MADE
GC042114:12:28    5103025496-PHONE ANSWERD NO LINKBACK
GC042114:16:14    5103028006-HUP ON ANSWERING MCHNE
GC042214:10:06    5103025496-PARTITIONED DNC NOT MADE
GC042214:10:06    5103028006-PARTITIONED DNC NOT MADE
GC042314:13:48    5103028006-PHONE ANSWERD NO LINKBACK
GC042314:16:20    5103028006-PHONE ANSWERD NO LINKBACK
GC042414:15:54    5103028006-PHONE ANSWERD NO LINKBACK
GC042414:13:57    5103028006-PHONE ANSWERD NO LINKBACK
3C042514:12:49    5103025496-HUP ON ANSWERING MCHNE
3C042514:14:24    5103028006-HUP ON ANSWERING MCHNE
3C042814:13:22    5103025496-HUP ON ANSWERING MCHNE
3C042814:11:52    5103028006-PHNED NUM LINKBACK DROPED CALL
3C042914:12:23    5103025496-PHONE ANSWERD NO LINKBACK
3C042914:13:38    5103028006-PHONE ANSWERD NO LINKBACK
3C043014:11:16    5103025496-HUP ON ANSWERING MCHNE
3C043014:13:20    5103028006-PHONE ANSWERD NO LINKBACK
01050114:12:35    5103028006 TT MRS QA MM 8D SHE IS DSBLD HER DAUGHTER =JESSICA  ⟵
                  HELPS WILL HV HERT CLLBK EG
3C050114:11:15    5106925496-HUP ON ANSWERING MCHNE
3C050114:12:37    5103028006-PHONE ANSWERD NO LINKBACK
3C050114:11:15    5106925496-HUP ON ANSWERING MCHNE
3C050114:12:37    5103028006-PHONE ANSWERD NO LINKBACK
01050514:16:23    R\A EG
3C050914:12:10    PRI
3C051314:15:39    5103025496-PHONE ANSWERD NO LINKBACK
3C051314:18:52    5103028006-CALL SKIPPED - NOT MADE
3C051914:12:34    5103025496-PHONE ANSWERD NO LINKBACK
3C051914:16:48    5103028006-CALL SKIPPED - NOT MADE
3C052014:10:49    5103025496-PARTITIONED DNC NOT MADE
3C052014:12:57    5103028006-PHONE ANSWERD NO LINKBACK
3C052214:16:15    5103025496-PHONE ANSWERD NO LINKBACK
3C052214:18:55    5103028006-CALL SKIPPED - NOT MADE
3C052714:17:02    5103025496-HUP ON ANSWERING MCHNE
3C052714:18:54    5103028006-CALL SKIPPED - NOT MADE
3C052814:12:38    5103025496-PARTITIONED DNC NOT MADE
3C052814:18:17    5103028006-CALL SKIPPED - NOT MADE
3C061214:14:43    5106925496-PHNE # LEFT MSGE ON MACHINE
3C061214:16:51    5103028006-PHONE ANSWERD NO LINKBACK
10061314:09:49    8006--MMQA---TT DBTR-- SYS WLL C\B --PW
```

RCA - 000261

```
------------------------------ HISTORY ------------------------------
GC062514:18:50   5106925496-CALL SKIPPED - NOT MADE
GC062514:18:50   5103028006-CALL SKIPPED - NOT MADE
GC062614:16:20   5106925496-PHONE ANSWERD NO LINKBACK
GC062614:18:51   5103028006-CALL SKIPPED - NOT MADE
GC062714:16:03   5106925496-HUP ON ANSWERING MCHNE
GC062714:16:23   5103028006-CALL SKIPPED - NOT MADE
GC080514:11:50   5106925496-PHONE ANSWERD NO LINKBACK
GC080514:18:54   5103028006-CALL SKIPPED - NOT MADE
GC081314:14:37   5106925496-HUP ON ANSWERING MCHNE
GC081314:18:42   5103028006-CALL SKIPPED - NOT MADE
GC082714:09:34   5106925496-HUP ON ANSWERING MCHNE
GC082714:18:53   5103028006-CALL SKIPPED - NOT MADE
GC091714:11:25   5106925496-NO ANSWER AT NUM CALLED
GC091714:18:51   5103028006-CALL SKIPPED - NOT MADE
GC091814:09:24   5106925496-PHONE ANSWERD NO LINKBACK
GC091814:14:20   5103028006-NO ANSWER AT NUM CALLED
GC092414:13:19   5106925496-NO ANSWER AT NUM CALLED
GC092414:18:53   5103028006-CALL SKIPPED - NOT MADE
GC092914:08:31   5106925496-NO ANSWER AT NUM CALLED
GC092914:16:50   5103028006-CALL SKIPPED - NOT MADE
GC101614:10:45   5106925496-PHONE ANSWERD NO LINKBACK
GC101614:18:40   5103028006-CALL SKIPPED - NOT MADE
GC102314:18:51   5106925496-CALL SKIPPED - NOT MADE
GC102314:18:51   5103028006-CALL SKIPPED - NOT MADE
GC102314:18:51   5106925496-CALL SKIPPED - NOT MADE
GC102314:18:51   5103028006-CALL SKIPPED - NOT MADE
GC102314:16:00   5106925496-HUP ON ANSWERING MCHNE
GC102314:18:51   5103028006-CALL SKIPPED - NOT MADE
GC102914:08:45   5106925496-PHONE ANSWERD NO LINKBACK
GC102914:16:46   5103028006-CALL SKIPPED - NOT MADE
GC103014:15:39   5106925496-CALL SKIPPED - NOT MADE
GC103014:15:39   5103028006-CALL SKIPPED - NOT MADE
GC110514:10:57   5106925496-HUP ON ANSWERING MCHNE
GC110514:18:55   5103028006-CALL SKIPPED - NOT MADE
GC110614:09:20   5106925496-CALL SKIPPED - NOT MADE
GC110614:16:47   5103028006-CALL SKIPPED - NOT MADE
GC112014:13:37   5106925496-PHONE ANSWERD NO LINKBACK
GC112014:16:48   5103028006-CALL SKIPPED - NOT MADE
GC112614:19:19   5106925496-CALL SKIPPED - NOT MADE
GC112614:19:19   5103028006-CALL SKIPPED - NOT MADE
GC112614:19:19   5106925496-CALL SKIPPED - NOT MADE
GC112614:19:19   5103028006-CALL SKIPPED - NOT MADE
GC112614:19:19   5106925496-CALL SKIPPED - NOT MADE
GC112614:19:19   5103028006-CALL SKIPPED - NOT MADE
GC112614:19:19   5106925496-CALL SKIPPED - NOT MADE
GC112614:19:19   5103028006-CALL SKIPPED - NOT MADE
GC121514:10:55   5106925496-HUP ON ANSWERING MCHNE
GC121514:16:56   5103028006-HUP ON ANSWERING MCHNE
GC010615:12:00   5106925496-NO ANSWER AT NUM CALLED
GC010615:13:01   5103028006-PHONE ANSWERD NO LINKBACK
GC010615:12:00   5106925496-NO ANSWER AT NUM CALLED
GC010615:13:01   5103028006-PHONE ANSWERD NO LINKBACK
GC022415:11:04   5106925496-HUP ON ANSWERING MCHNE
GC022415:18:50   5103028006-CALL SKIPPED - NOT MADE
01031315:14:10   518006 TT MRS QA\MM MRS SAID SHE DOES NOT REMEMBER THESE
                 SERVICES...MRS SAID SHE WILL HVE DGHTR CALL ME BACK.....DGHTR
                 HANDLES FINANCES........AF
GC040215:09:29   5106925496-HUP ON ANSWERING MCHNE
```

RCA - 000262

```
------------------------------- HISTORY -------------------------------
GC040215:17:32  51█3██8006-PHONE ANSWERD NO LINKBACK
GC040215:09:29  51█0█25496-HUP ON ANSWERING MCHNE
GC040215:17:32  51█0█8006-PHONE ANSWERD NO LINKBACK
GC041315:12:38  51█0█25496-PHONE ANSWERD NO LINKBACK
GC041315:18:50  51█0█28006-CALL SKIPPED - NOT MADE
GC041415:08:12  51█0█25496-PARTITIONED DNC NOT MADE
GC041415:18:47  51█0█28006-CALL SKIPPED - NOT MADE
GC041515:18:45  51█0█25496-CALL SKIPPED - NOT MADE
GC041515:18:45  51█0█28006-CALL SKIPPED - NOT MADE
GC052015:16:19  51█0█25496-PHNE # LEFT MSGE ON MACHINE
GC052015:18:47  51█0█8006-CALL SKIPPED - NOT MADE
GC052115:07:59  51█0█25496-PARTITIONED DNC NOT MADE
GC052115:18:54  51█0█8006-CALL SKIPPED - NOT MADE
GC052715:13:21  51█0█25496-PHNE # LEFT MSGE ON MACHINE
GC052715:18:59  51█0█28006-CALL SKIPPED - NOT MADE
GC061015:17:20  51█0█25496-PHONE ANSWERD NO LINKBACK
GC061015:19:01  51█0█28006-CALL SKIPPED - NOT MADE
GC061115:08:04  51█0█25496-PARTITIONED DNC NOT MADE
GC061115:18:51  51█0█28006-CALL SKIPPED - NOT MADE
GC071315:11:48  51█0█25496-PHONE ANSWERD NO LINKBACK
GC071315:17:17  51█0█28006-CALL SKIPPED - NOT MADE
GC071515:18:12  51█0█25496-PHNE # LEFT MSGE ON MACHINE
GC071515:19:02  51█0█28006-CALL SKIPPED - NOT MADE
GC071615:16:58  51█0█25496-PARTITIONED DNC NOT MADE
GC071615:18:53  51█0█28006-CALL SKIPPED - NOT MADE
GC091715:18:37  51█0█25496-CALL SKIPPED - NOT MADE
GC091715:18:37  51█0█28006-CALL SKIPPED - NOT MADE
GC092415:18:45  51█0█25496-PHNE # LEFT MSGE ON MACHINE
GC092415:18:49  51█0█28006-CALL SKIPPED - NOT MADE
GC102315:16:19  51█0█28006-PHONE ANSWERD NO LINKBACK
GC111215:17:01  51█0█28006-CALL SKIPPED - NOT MADE
GC122315:17:14  51█0█25496-PHNE # LEFT MSGE ON MACHINE
GC122315:18:43  51█0█28006-CALL SKIPPED - NOT MADE
GC011816:18:19  51█0█25496-PHNE # LEFT MSGE ON MACHINE
GC031716:12:54  51█0█25496-NML - MACHINE
GC031716:17:12  51█0█28006-CALL SKIPPED - NOT MADE
GC032216:19:06  51█0█25496-CALL SKIPPED - NOT MADE
GC032216:19:06  51█0█28006-CALL SKIPPED - NOT MADE
GC032316:09:05  51█0█25496-NML - MACHINE
GC032316:17:09  51█0█28006-CALL SKIPPED - NOT MADE
GC042716:16:32  51█0█25496-PHONE ANSWERD NO LINKBACK
GC042716:18:52  51█0█28006-CALL SKIPPED - NOT MADE
GC042816:18:18  51█0█25496-PHONE ANSWERD NO LINKBACK
GC042816:18:58  51█0█28006-CALL SKIPPED - NOT MADE
BC050616:11:20  removed 5106925496 from accnts bc
```

RCA - 000263

**EXHIBIT 8**

## Patient Information

| | |
|---|---|
| Patient Name: | ADEKOYA, ADELEKE |
| Gender: | MALE |
| Date of Birth: | 09/14/2015 |
| SSN: | 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 |
| Address: | 335 S 27TH ST |
| | RICHMOND, CA 94804 |
| Account Number: | 20031482 |
| Phone: | (510) 282-5499 ← |
| Work Phone: | |
| Race: | BLACK |
| Marital Status: | S |
| Employer: | |
| Religion: | NP |
| Emergency Contact: | ADEKOYA, JESSICA J |

## Encounters

| Encounter | VisitDate | PhysicianName | AdmitPhysician | RfrlcName | DischargeDate | EnTypeServ | RevCd | FinClass | PriPlan | SecPlan | AdmitSource | Total | BalInsdGrpNPBGR | AdmitType | MedServ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300230222 | 2014/12/09 01:42:00 | SAN PABLO DMO | | | 2014/12/09 03:42:00 | ER | EMD3001B05 | 300110 | 1 | | | 1774.30 | 01 | | |
| 1300234200 | 2016/01/05 14:22:00 | SAN PABLO DMC | | | 2016/01/06 18:30:00 | ER | EMD999995BP | 999995 | 1 | | | 4695.15 | 01 | | |

## Problems

| Encounter | VisitDate | ProblemListID | Desc | ImpressionDXID | | | Comment | SortOrder |
|---|---|---|---|---|---|---|---|---|
| 1300230222 | 2014/12/09 01:42:00 | 4609666 | COUGH | 786.2 | Y | | A | 1 |
| 1300230222 | 2014/12/09 01:42:00 | 4609657 | BRONCHITIS, NOT SPECIFIED AS ACUTE OR CHRONIC | 490 | Y | | P | 2 |
| 1300230222 | 2014/12/09 01:42:00 | 4602866 | ANEMIA, UNSPECIFIED | 280.9 | Y | | B | 3 |
| 1300234200 | 2016/01/05 14:22:00 | 4633545 | COUGH | 786.2 | Y | | A | 1 |
| 1300234200 | 2016/01/05 14:22:00 | 4633544 | PNEUMONIA, ORGANISM UNSPECIFIED | 486 | Y | | P | 2 |
| 1300234200 | 2016/01/05 14:22:00 | 4633545 | DEHYDRATION | 276.51 | Y | | B | 3 |

## Procedures

| Encounter | ProcedureDate | ProcedureCode | PhysicianCode | PhysicianName | ProcedureName | ICVersion | SortOrder |
|---|---|---|---|---|---|---|---|
| 1300230222 | 2014/12/09 | 99283 | | | | | 1 |

## Physicians

| Encounter | PhysicianType | PhysicianCode | PhysicianName |
|---|---|---|---|
| 1300230222 | Admitting | 4304 | MOORE, JUDE J |
| 1300230222 | Attending | 4304 | MOORE, JUDE J |
| 1300230222 | Referring | 11099 | UNKNOWN, UNKNOWN |
| 1300234200 | Admitting | 4699 | CADY, STEPHEN D |
| 1300234200 | Attending | 4699 | CADY, STEPHEN D |
| 1300234200 | Referring | 7777 | NO, PERSONAL D |

RCA - 000264

**EXHIBIT 9**

**Patient Information**

| | |
|---|---|
| Patient Name: | ADEKOYA, JESSICA |
| Gender: | FEMALE |
| Date of Birth: | ~~██/██/████~~ |
| SSN: | ~~███-██-████~~ |
| Address: | 335 S 27TH ST |
| | APT 7 |
| | RICHMOND, CA 84804 |
| Account Number: | 20011171 |
| Phone: | ~~(███) ███-0496~~ |
| Work Phone: | |
| Race: | B |
| Marital Status: | M |
| Employer: | |
| Religion: | OOO |
| Emergency Contact: | CALDWELL, GERALDINE D |

**Encounters**

| Encounter | VisitDate | PhysicianName | AdmitPhysician | ClinicName | DischargeDate | PatType | ServPayCat | FinClass | PtFamBal | BasePlan | SourceTotal | Bal | PlanGrp | NoDR | AdmitType | MedSvc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300076812 | 2012/12/17 14:48:00 | SAN PABLO DMC | | | 2012/12/17 17:07:00 | ER | EM020020002 | 200200 | 1 | | 1700.50 | 01 | | | | |
| 1300208900 | 2014/07/27 03:03:50 | SAN PABLO DMC | | | 2014/07/27 05:32:00 | ER | EMD350011005 | 300110 | 1 | | 2492.02 | 01 | | | | |
| 1300212169 | 2014/08/22 16:04:00 | SAN PABLO DMC | | | 2014/08/22 18:00:00 | ER | EMD350011005 | 300110 | 1 | | 2050.77 | 01 | | | | |
| 1300248108 | 2016/03/23 18:38:00 | SAN PABLO DMC | | | 2016/03/23 22:14:00 | ER | EM020010002 | 200100998998 | 1 | | 2689.63 | 01 | | | | |

**Problems**

| Encounter | VisitDate | ProblemUstIB | Data | ImpressionDxID | V | | Comment | SortOrder |
|---|---|---|---|---|---|---|---|---|
| 1300076812 | 2012/12/17 14:48:00 | 3933169 | OTHER CURRENT CONDITIONS CLASS | 648.93 | Y | V | A | 1 |
| 1300076812 | 2012/12/17 14:48:00 | 3933170 | OTHER CURRENT CONDITIONS CLASS | 648.93 | Y | | P | 2 |
| 1300076812 | 2012/12/17 14:48:00 | 3933171 | ACUTE UPPER RESPIRATORY INFECT | 465.9 | Y | | S | 3 |
| 1300208900 | 2014/07/27 03:03:00 | 4382212 | UNSPECIFIED CHEST PAIN | 786.50 | Y | | A | 1 |
| 1300208900 | 2014/07/27 03:03:00 | 4382213 | ANXIETY STATE, UNSPECIFIED | 300.00 | Y | | P | 2 |
| 1300208900 | 2014/07/27 03:03:00 | 4382214 | OTHER CHEST PAIN | 786.59 | Y | | S | 3 |
| 1300208900 | 2014/07/27 03:03:00 | 4382216 | TOBACCO USE DISORDER | 305.1 | Y | | S | 4 |
| 1300212169 | 2014/08/22 16:04:00 | 4415222 | BACKACHE, UNSPECIFIED | 724.5 | Y | | A | 1 |
| 1300212169 | 2014/08/22 16:04:00 | 4415223 | OTHER SPECIFIED SITES OF SPRAINS AND STRAINS | 848.8 | Y | | P | 2 |
| 1300212169 | 2014/08/22 16:04:00 | 4415224 | ACTIVITIES INVOLVING WALKING, MARCHING AND HIKING | E001.0 | Y | | S | 3 |
| 1300212169 | 2014/08/22 16:04:00 | 4415225 | PLACE OF OCCURRENCE, E849.9 UNSPECIFIED PLACE | | Y | | S | 4 |
| 1300212169 | 2014/08/22 16:04:00 | 4415226 | BACKACHE, UNSPECIFIED | 724.5 | Y | | S | 5 |
| 1300248108 | 2016/03/23 18:38:00 | 4603264 | COUGH | 786.2 | Y | | A | 1 |
| 1300248108 | 2016/03/23 18:38:00 | 4603265 | ALLERGIC RHINITIS CAUSE UNSPECIFIED | 477.9 | Y | | P | 2 |

**Procedures**

| Encounter | ProcedureDate | ProcedureCode | PhysicianCode | PhysicianName | ProcedureName | IcdVersion | SortOrder |
|---|---|---|---|---|---|---|---|
| 1300076812 | 2012/12/17 | 94640 | | | | | 1 |

**Physicians**

| Encounter | PhysicianType | PhysicianCode | PhysicianName |
|---|---|---|---|
| 1300076812 | Admitting | 4176 | KO, T CHRISTINE |
| 1300076812 | Attending | 4176 | KO, T CHRISTINE |
| 1300076812 | Referring | 11096 | UNKNOWN, UNKNOWN |
| 1300208900 | Admitting | 4699 | CADY, STEPHEN D |
| 1300208900 | Attending | 4699 | CADY, STEPHEN D |
| 1300208900 | Referring | 11096 | UNKNOWN, UNKNOWN |
| 1300212169 | Admitting | 4523 | JOHNSON, MALCOLM C |
| 1300212169 | Attending | 4523 | JOHNSON, MALCOLM C |
| 1300212169 | Referring | 11096 | UNKNOWN, UNKNOWN |
| 1300248108 | Admitting | 4910 | LARSEN, GREG S |
| 1300248108 | Attending | 4910 | LARSEN, GREG S |
| 1300248108 | Referring | 7777 | NO, PERSONAL D |

RCA - 000265

# EXHIBIT 10

## Patient Information

| | |
|---|---|
| Patient Name: | CALDWELL, GERALDINE |
| Gender: | FEMALE |
| Date of Birth: | ██/██/1957 |
| SSN: | ███-██-██75 |
| Address: | 335 S 27TH ST |
| | RICHMOND, CA 94804 |
| Account Number: | 20021394 |
| Phone: | (███)███-8006 |
| Work Phone: | |
| Race: | B |
| Marital Status: | S |
| Employer: | |
| Religion: | BAP |
| Emergency Contact: | POWELL, JESSICA |

## Encounters

| Encounter | VisitDate | PhysicianNameAdmit | PhysicianClinicName | DischargeDate | Pat | TypeServ | PavCd | FinClass | PriPlan | SecPlan | Admit | Source | Total | Bal | Disp | GrpNo | DRG | AdmitType | MedServ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1300165316 | 2013/11/27 21:50:00 | | SAN PABLO DMC | 2013/11/28 22:50:00 | ER | EMD | 999999 | SP | 999995 | | 1 | | 2165.34 | | 01 | | | | |
| 1300165348 | 2013/12/06 09:33:00 | | SAN PABLO DMC | 2013/12/06 12:53:00 | ER | EMD | 20010002 | | 200100 | 200100 | 1 | | 2807.99 | | 01 | | | | |
| 1300169513 | 2014/02/08 17:17:00 | | SAN PABLO DMC | 2014/02/08 18:20:00 | ER | EMD | 30011005 | | 300110 | | 1 | | 1073.38 | | 01 | | | | |
| 1300171871 | 2014/02/19 17:19:00 | | SAN PABLO DMC | 2014/02/19 18:43:00 | ER | EMD | 30011005 | | 300110 | | 1 | | 2386.76 | | 01 | | | | |
| 1300175863 | 2014/03/08 12:20:00 | | SAN PABLO DMC | 2014/03/08 13:05:00 | ER | EMD | 30011005 | | 300110 | | 8 | | 2085.34 | | 01 | | | | |
| 1300175889 | 2014/03/10 09:04:00 | | SAN PABLO DMC | 2014/03/10 23:59:00 | OP | OPD | 30011005 | | 300110 | | 1 | | 734.00 | | 01 | | | | |
| 1300181065 | 2014/04/01 14:30:00 | | SAN PABLO DMC | 2014/04/01 15:55:00 | ER | EMD | 30011005 | | 300110 | | 1 | | 2058.27 | | 01 | | | | |
| 1300181411 | 2014/04/08 08:46:00 | | SAN PABLO DMC | | OP | OPD | 30011005 | | 300110 | | 1 | | 0.00 | | | | | | |
| 1300181542 | 2014/04/04 12:46:00 | | SAN PABLO DMC | 2014/04/30 23:59:00 | REC | REH | 30011005 | | 300110 | | 1 | | 2209.92 | | 01 | | | | |
| 1300184576 | 2014/04/22 07:26:00 | | SAN PABLO DMC | 2014/04/22 23:59:00 | OP | OPD | 30011005 | | 300110 | | 1 | | 3636.00 | | 01 | | | | |
| 1300187489 | 2014/06/01 00:00:00 | | SAN PABLO | | REC | REH | 30011005 | | 300110 | | 1 | | 0.00 | | | | | | |
| 1300188896 | 2014/05/06 16:36:00 | | SAN PABLO DMC | 2014/05/06 18:15:00 | ER | EMD | 30011005 | | 300110 | | 1 | | 3470.91 | | 01 | | | | |
| 1300189052 | 2014/05/08 11:15:00 | | SAN PABLO DMC | | OP | OPD | 30011005 | | 300110 | | 1 | | 0.00 | | | | | | |
| 1300189893 | 2014/05/12 12:03:00 | | SAN PABLO DMC | 2014/05/12 23:59:00 | OP | OPD | 30011005 | | 300110 | | 1 | | 1734.00 | | 01 | | | | |
| 1300190016 | 2014/06/10 16:12:00 | | SAN PABLO DMC | 2014/06/10 17:40:00 | ER | EMD | 30011005 | | 300110 | | 1 | | 2362.09 | | 01 | | | | |
| 1300218014 | 2014/09/29 09:00:00 | | SAN PABLO DMC | | OP | OPD | 30011005 | | 300110 | 520200 | 1 | | 0.00 | | | | | | |
| 1300230834 | 2014/12/10 16:04:00 | | SAN PABLO DMC | 2014/12/10 17:20:00 | ER | EMD | 30011005 | | 300110 | | 1 | | 2133.45 | | 01 | | | | |
| 1300231301 | 2014/12/15 16:42:00 | | SAN PABLO DMC | 2014/12/15 18:10:00 | ER | EMD | 30011005 | | 300110 | | 1 | | 4748.34 | | 01 | | | | |
| 1300246423 | 2015/03/12 19:35:00 | | SAN PABLO DMC | 2015/03/12 21:45:00 | ER | EMD | 30011005 | | 300110 | | 1 | | 2982.90 | | 01 | | | | |

## Problems

| Encounter | VisitDate | ProblemListID | Desc | ImpressionDXID | | Comment | SortOrder |
|---|---|---|---|---|---|---|---|
| 1300163616 | 2013/11/27 21:50:00 | 4011598 | LUMBAGO | 724.2 | Y | A | 1 |
| 1300163616 | 2013/11/27 21:50:00 | 4011599 | DISPLACEMENT OF LUMBAR INTERVERTEBRAL DISC WITHOUT MYELOPATHY | 722.10 | Y | P | 2 |
| 1300163616 | 2013/11/27 21:50:00 | 4011600 | ASTHMA, UNSPECIFIED, UNSPECIFIED | 493.90 | Y | S | 3 |
| 1300163616 | 2013/11/27 21:50:00 | 4011601 | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA | 070.70 | Y | S | 4 |
| 1300165348 | 2013/12/06 09:33:00 | 4023454 | COUGH | 786.2 | Y | A | 1 |
| 1300165348 | 2013/12/06 09:33:00 | 4023455 | ACUTE BRONCHITIS | 466.0 | Y | P | 2 |
| 1300165348 | 2013/12/06 09:33:00 | 4023456 | BACKACHE, UNSPECIFIED | 724.5 | Y | S | 3 |
| 1300169513 | 2014/02/08 17:17:00 | 4124197 | LUMBAGO | 724.2 | Y | A | 1 |
| 1300169513 | 2014/02/08 17:17:00 | 4124198 | LUMBAGO | 724.2 | Y | P | 2 |
| 1300169513 | 2014/02/08 17:17:00 | 4124199 | UNSPECIFIED ESSENTIAL HYPERTENSION | 401.9 | Y | S | 3 |
| 1300169513 | 2014/02/08 17:17:00 | 4124200 | ASTHMA, UNSPECIFIED, UNSPECIFIED | 493.90 | Y | S | 4 |
| 1300171871 | 2014/02/19 17:19:00 | 4143372 | OTHER AND UNSPECIFIED INJURY TO KNEE, LEG, | 959.7 | Y | A | 1 |

RCA - 000281

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1300171871 | 2014/02/19 17:19:00 | 4143373 | ANKLE, AND FOOT OTHER AND UNSPECIFIED INJURY TO KNEE, LEG, ANKLE, AND FOOT | 959.7 | Y | P | 2 |
| 1300171871 | 2014/02/19 17:19:00 | 4143374 | ACCIDENTAL FALL FROM LADDER | E881.0 | Y | S | 3 |
| 1300171871 | 2014/02/19 17:19:00 | 4143375 | PLACE OF OCCURRENCE, UNSPECIFIED PLACE | E849.9 | Y | S | 4 |
| 1300176663 | 2014/03/08 12:20:00 | 4175594 | PAIN IN LIMB | 729.5 | Y | A | 1 |
| 1300176663 | 2014/03/08 12:20:00 | 4175595 | SPRAIN AND STRAIN OF UNSPECIFIED SITE OF KNEE AND LEG | 844.9 | Y | P | 2 |
| 1300176663 | 2014/03/08 12:20:00 | 4175596 | LUMBAGO | 724.2 | Y | S | 3 |
| 1300176663 | 2014/03/08 12:20:00 | 4175597 | UNSPECIFIED FALL | E888.9 | Y | S | 4 |
| 1300176663 | 2014/03/08 12:20:00 | 4175598 | PLACE OF OCCURRENCE, UNSPECIFIED PLACE | E849.9 | Y | S | 5 |
| 1300176898 | 2014/03/10 09:04:00 | 4195846 | DISPLACEMENT OF LUMBAR INTERVERTEBRAL DISC WITHOUT MYELOPATHY | 722.10 | Y | A | 1 |
| 1300176898 | 2014/03/10 09:04:00 | 4195846 | LUMBOSACRAL SPONDYLOSIS WITHOUT MYELOPATHY | 721.3 | Y | P | 2 |
| 1300181058 | 2014/04/01 14:30:00 | 4218941 | LUMBAGO | 724.2 | Y | A | 1 |
| 1300181058 | 2014/04/01 14:30:00 | 4218942 | LUMBAGO | 724.2 | Y | P | 2 |
| 1300181058 | 2014/04/01 14:30:00 | 4218943 | OTHER CHRONIC PAIN | 338.29 | Y | S | 3 |
| 1300181058 | 2014/04/01 14:30:00 | 4218944 | UNSPECIFIED ESSENTIAL HYPERTENSION | 401.9 | Y | S | 4 |
| 1300181058 | 2014/04/01 14:30:00 | 4218945 | ASTHMA, UNSPECIFIED, UNSPECIFIED | 493.90 | Y | S | 5 |
| 1300181058 | 2014/04/01 14:30:00 | 4218946 | UNSPECIFIED VIRAL HEPATITIS C WITHOUT HEPATIC COMA | 070.70 | Y | S | 6 |
| 1300181642 | 2014/04/04 12:46:00 | 4262405 | CARE INVOLVING OTHER PHYSICAL THERAPY | V57.1 | Y | A | 1 |
| 1300181642 | 2014/04/04 12:46:00 | 4262406 | CARE INVOLVING OTHER PHYSICAL THERAPY | V57.1 | Y | P | 2 |
| 1300181642 | 2014/04/04 12:45:00 | 4262407 | OTHER CHRONIC PAIN | 338.29 | Y | S | 3 |
| 1300181642 | 2014/04/04 12:45:00 | 4262408 | DISPLACEMENT OF LUMBAR INTERVERTEBRAL DISC WITHOUT MYELOPATHY | 722.10 | Y | S | 4 |
| 1300184676 | 2014/04/22 07:26:00 | 4262376 | DEGENERATION OF INTERVERTEBRAL DISC, SITE UNSPECIFIED | 722.6 | Y | A | 1 |
| 1300184676 | 2014/04/22 07:26:00 | 4252377 | DEGENERATION OF LUMBAR OR LUMBOSACRAL INTERVERTEBRAL DISC | 722.52 | Y | P | 2 |
| 1300188896 | 2014/05/06 16:36:00 | 4271452 | SHORTNESS OF BREATH | 786.05 | Y | A | 1 |
| 1300188896 | 2014/05/06 16:36:00 | 4271453 | ASTHMA, UNSPECIFIED, WITH (ACUTE) EXACERBATION | 493.92 | Y | P | 2 |
| 1300188896 | 2014/05/06 16:36:00 | 4271454 | UNSPECIFIED ESSENTIAL HYPERTENSION | 401.9 | Y | S | 3 |
| 1300188896 | 2014/05/06 16:36:00 | 4271465 | TOBACCO USE DISORDER | 305.1 | Y | S | 4 |
| 1300188809 | 2014/05/12 12:03:00 | 4282204 | CHRONIC HEPATITIS C WITHOUT MENTION OF HEPATIC COMA | 070.54 | Y | A | 1 |
| 1300188809 | 2014/05/12 12:03:00 | 4282205 | CHRONIC HEPATITIS C WITHOUT MENTION OF HEPATIC COMA | 070.54 | Y | P | 2 |
| 1300196916 | 2014/06/10 16:12:00 | 4322633 | PAIN IN LIMB | 729.5 | Y | A | 1 |
| 1300196916 | 2014/06/10 16:12:00 | 4322634 | OTHER TENOSYNOVITIS OF HAND AND WRIST | 727.05 | Y | P | 2 |
| 1300196916 | 2014/06/10 16:12:00 | 4322635 | UNSPECIFIED ESSENTIAL HYPERTENSION | 401.9 | Y | S | 3 |
| 1300196916 | 2014/06/10 16:12:00 | 4322636 | TOBACCO USE DISORDER | 305.1 | Y | S | 4 |
| 1300196916 | 2014/06/10 16:12:00 | 4322637 | BIPOLAR I DISORDER, MOST RECENT EPISODE (OR CURRENT) DEPRESSED, UNSPECIFIED | 296.50 | Y | S | 5 |
| 1300196916 | 2014/06/10 16:12:00 | 4322638 | UNSPECIFIED SCHIZOPHRENIA, UNSPECIFIED | 295.90 | Y | S | 6 |
| 1300230614 | 2014/12/10 16:04:00 | 4611656 | CERVICALGIA | 723.1 | Y | A | 1 |
| 1300230614 | 2014/12/10 16:04:00 | 4611657 | OSTEOARTHROSIS, UNSPECIFIED WHETHER GENERALIZED OR LOCALIZED, UNSPECIFIED SITE | 715.90 | Y | P | 2 |
| 1300230614 | 2014/12/10 16:04:00 | 4611658 | ASTHMA, UNSPECIFIED, | 493.90 | Y | S | 3 |
| 1300230614 | 2014/12/10 16:04:00 | 4611659 | DISPLACEMENT OF LUMBAR INTERVERTEBRAL DISC WITHOUT MYELOPATHY | 722.10 | Y | S | 4 |
| 1300230614 | 2014/12/10 16:04:00 | 4611660 | UNSPECIFIED ESSENTIAL HYPERTENSION | 401.9 | Y | S | 5 |
| 1300231301 | 2014/12/15 16:42:00 | 4615876 | SHORTNESS OF BREATH | 786.05 | Y | A | 1 |
| 1300231301 | 2014/12/15 16:42:00 | 4615876 | ASTHMA, UNSPECIFIED, | 493.90 | Y | P | 2 |
| 1300231301 | 2014/12/15 16:42:00 | 4615877 | TOBACCO USE DISORDER | 305.1 | Y | S | 3 |
| 1300246423 | 2015/03/12 19:35:00 | 4698430 | SHORTNESS OF BREATH | 786.05 | Y | A | 1 |
| 1300246423 | 2015/03/12 19:35:00 | 4698431 | BRONCHITIS, NOT SPECIFIED AS ACUTE OR CHRONIC | 490 | Y | P | 2 |

## Procedures

| Encounter | ProcedureDate | ProcedureCode | PhysicianCode | PhysicianName | ProcedureName | ICDVersion | SortOrder |
|---|---|---|---|---|---|---|---|
| 1300153616 | 2013/11/27 | 61003 | | | | | 1 |

## Physicians

| Encounter | | PhysicianType | | PhysicianCode | | PhysicianName | |
|---|---|---|---|---|---|---|---|
| 1300153616 | | Admitting | | 3616 | | HODGSON, LAUREL A | |

| | | | |
|---|---|---|---|
| 1300163815 | Attending | 3515 | HODGSON, LAUREL A |
| 1300163815 | Referring | 11096 | UNKNOWN, UNKNOWN |
| 1300166348 | Admitting | 4689 | CADY, STEPHEN D |
| 1300166348 | Attending | 4689 | CADY, STEPHEN D |
| 1300166348 | Referring | 7777 | NO, PERSONAL D |
| 1300169513 | Admitting | 345 | CARSON, DESMOND E |
| 1300169513 | Attending | 345 | CARSON, DESMOND E |
| 1300169513 | Attending | 3004 | RICHMOND, HEALTH CENTER |
| 1300169513 | Referring | 345 | CARSON, DESMOND E |
| 1300171871 | Attending | 345 | CARSON, DESMOND E |
| 1300171871 | Referring | 9998 | BROOKSIDE, CLINIC |
| 1300175863 | Admitting | 4523 | JOHNSON, MALCOLM C |
| 1300175863 | Attending | 4523 | JOHNSON, MALCOLM C |
| 1300175863 | Referring | 7777 | NO, PERSONAL D |
| 1300175898 | Admitting | NS1705 | BISSONNETTE, CHRIS |
| 1300175898 | Attending | NS1705 | BISSONNETTE, CHRIS |
| 1300175898 | Referring | NS1705 | BISSONNETTE, CHRIS |
| 1300181058 | Admitting | 4689 | CADY, STEPHEN D |
| 1300181058 | Attending | 4689 | CADY, STEPHEN D |
| 1300181058 | Referring | 9998 | BROOKSIDE, CLINIC |
| 1300181411 | Admitting | NS1705 | BISSONNETTE, CHRIS |
| 1300181411 | Attending | NS1705 | BISSONNETTE, CHRIS |
| 1300181411 | Referring | NS1705 | BISSONNETTE, CHRIS |
| 1300181642 | Admitting | NS1131 | GLINES, MELINDA E |
| 1300181642 | Attending | NS1131 | GLINES, MELINDA E |
| 1300181642 | Referring | NS1131 | GLINES, MELINDA E |
| 1300184876 | Admitting | NS1705 | BISSONNETTE, CHRIS |
| 1300184876 | Attending | NS1705 | BISSONNETTE, CHRIS |
| 1300184876 | Referring | NS1705 | BISSONNETTE, CHRIS |
| 1300187489 | Admitting | NS1131 | GLINES, MELINDA E |
| 1300187489 | Attending | NS1131 | GLINES, MELINDA E |
| 1300187489 | Referring | NS1131 | GLINES, MELINDA E |
| 1300188896 | Admitting | 35 | AHWAH, IAN |
| 1300188896 | Attending | 35 | AHWAH, IAN |
| 1300188896 | Referring | NS1705 | BISSONNETTE, CHRIS |
| 1300189052 | Admitting | NS1705 | BISSONNETTE, CHRIS |
| 1300189052 | Attending | NS1705 | BISSONNETTE, CHRIS |
| 1300189052 | Referring | NS1705 | BISSONNETTE, CHRIS |
| 1300188809 | Admitting | NS1705 | BISSONNETTE, CHRIS |
| 1300188809 | Attending | NS1705 | BISSONNETTE, CHRIS |
| 1300188809 | Referring | NS1705 | BISSONNETTE, CHRIS |
| 1300196916 | Admitting | 2003 | TURNER, RICHARD K |
| 1300196916 | Attending | 2003 | TURNER, RICHARD K |
| 1300196916 | Referring | 11006 | UNKNOWN, UNKNOWN |
| 1300218014 | Admitting | NS1705 | BISSONNETTE, CHRIS |
| 1300218014 | Attending | NS1705 | BISSONNETTE, CHRIS |
| 1300218014 | Referring | NS1705 | BISSONNETTE, CHRIS |
| 1300230614 | Admitting | 4689 | CADY, STEPHEN D |
| 1300230614 | Attending | 4689 | CADY, STEPHEN D |
| 1300230614 | Referring | 9998 | BROOKSIDE, CLINIC |
| 1300231301 | Admitting | 3515 | HODGSON, LAUREL A |
| 1300231301 | Attending | 3515 | HODGSON, LAUREL A |
| 1300231301 | Referring | 7777 | NO, PERSONAL D |
| 1300246423 | Admitting | 35 | AHWAH, IAN |
| 1300246423 | Attending | 35 | AHWAH, IAN |
| 1300246423 | Referring | 0998 | BROOKSIDE, CLINIC |