Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
David E. Castro - 298614
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com
dcastro@ellislawgrp.com

Attorneys for Defendant
RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No.:  4:16-cv-03396-YGR JSC<br><br>**DECLARATION OF MARK E. ELLIS IN SUPPORT OF DEFENDANT RASH CURTIS & ASSOCIATES' OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT KOURTNEY RICHARDSON AS CLASS REPRESENTATIVE**<br><br>DATE**:**   January 9, 2018<br>TIME:    2:00 P.M.<br>DEPT:    1<br>Hon. Yvonne Gonzalez Rogers |

I, Mark E. Ellis, declare:

1. I am an attorney at law duly licensed to practice before this Court, and I am the managing partner in the law firm of Ellis Law Group LLP, attorneys of records for Defendant RASH CURTIS & ASSOCIATES in the above matter.  This declaration is based upon my own personal knowledge except as to those matters stated upon information and belief, and as to those things I believe them to be true.  If called as a witness to testify to the matters asserted herein I would do so competently.

2. The *Richardson v. Rash Curtis* matter was filed on April 13, 2017.  Very little litigation or discovery has been done to date.  The parties prepared and filed a joint Case Management

1

Conference Statement, and an anticipated ENE Conference was set.

3. However, Plaintiff's lead counsel resides in Florida, and he was affected by the September 2017 hurricanes there, and the ENE Conference was postponed. Meanwhile, in the instant (McMillion) matter, class discovery proceeded.

4. Class counsel here has suggested that all necessary discovery, including Ms. Richardson's deposition could be conducted over the next two weeks. Of course, Ms. Richardson's actual attorneys will need to agree to produce her. This "hurry up over the holiday" plan is not workable, and is definitely intended to prejudice Rash Curtis' due process rights.

5. The emails in Plaintiffs' Exhibit 7 which refer to an account No. 1952383 for Mr. Prashad related to medical services rendered at John Muir which had been referred to Rash Curtis in 2013, but which were not collected on in 2016 or 2017 (the time period in question here) are attorney-client privileged and subject to this Court's claw-back order.

6. On October 24, 2017, I attended and defended the deposition of Bob Keith, Vice President of Operation at Rash Curtis, and class counsel improperly attempted to use Exhibit 7 at his deposition. I objected on the basis of privilege. Attached to Defendant Rash Curtis & Associates' Master List of Exhibits as **Exhibit B,** are true and correct copies of excerpts from Bob Keith's deposition.

7. I stipulated to permit class counsel to ask question based upon the stipulation that there was no waiver of the attorney-client privilege, and class counsel agreed.

8. The emails in Plaintiffs' Exhibit 7 are attorney-client privileged as communications between counsel and client, and between client contact (Bob Keith) and client and business associates on behalf of counsel within the first month of the *Richardson* litigation.

9. The emails in question were produced in response to this Court's orders, and they are subject to the stipulated claw-back order. A privilege log related to the emails produced four times (from different users' email accounts) was produced identifying these specific emails as privileged. Attached to Defendant Rash Curtis & Associates' Master List of Exhibits as **Exhibit C** is a true and correct copy of excerpts from Defendant's privilege log.

2

DECLARATION OF MARK E. ELLIS IN SUPPORT OF DEFENDANT RASH CURTIS & ASSOCIATES' OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT KOURTNEY RICHARDSON AS CLASS REPRESENTATIVE

...

10. The privilege was asserted when the emails were produced. These emails are required to be given back, which class counsel has not yet done.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed on December 18, 2017 in Sacramento, California.

/s/ *Mark E. Ellis*_____
Mark E. Ellis

DECLARATION OF MARK E. ELLIS IN SUPPORT OF DEFENDANT RASH CURTIS & ASSOCIATES' OPPOSITION TO PLAINTIFFS' MOTION TO APPOINT KOURTNEY RICHARDSON AS CLASS REPRESENTATIVE