United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, et al., <br> Plaintiffs, <br> v. <br> RASH CURTIS & ASSOCIATES, <br> Defendant. | Case No.16-cv-03396-YGR <br><br> **ORDER RE: PRETRIAL AND TRIAL DATES** <br><br> Re: Dkt. No. 155 |

As stated on the record at the hearing held on January 30, 2018, the Court **ORDERS** as follows:

1. Defendant shall produce the VIC call logs from DAKS by **February 15, 2018**.
2. Plaintiff shall serve Amended Expert Disclosures by **March 8, 2018**.
3. Expert discovery shall close **March 29, 2018**.

**IT IS SO ORDERED.**

Dated: February 2, 2018

YVONNE GONZALEZ ROGERS
United States District Judge