UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA MCMILLION, et al.,

    Plaintiffs,

v.

RASH CURTIS & ASSOCIATES,

    Defendant.

Case No. 16-cv-03396-YGR

**ORDER TO SHOW CAUSE**

Re: Dkt. Nos. 109, 145, 173

THE COURT hereby issues an ORDER TO SHOW CAUSE why defendant should not be sanctioned in the amount of $250 per day dating back to February 15, 2018, for failure to produce VIC call logs bearing the date, time, debtor first name, debtor last name, account number, result of call, and call duration. Defendant shall file a written statement by **March 1, 2018**.

By way of background, on October 18, 2017, Magistrate Judge Corley ordered defendant to produce VIC call log data. (Dkt. No. 109.) On December 19, 2017, this Court ordered "defendant to produce VIC call logs bearing the date, time, debtor first name, debtor last name, account number, result of call, and call duration by Tuesday, December 26, 2017." (Dkt. No. 145.) At the hearing held on January 30, 2018, this Court again ordered defendant to produce usable VIC call logs by February 15, 2018 and stated that "[f]ailure to do so will result in daily damages." (Dkt. No. 173, Declaration of Yeremey Krivoshey ("Krivoshey Decl."), Ex. A at 33:2-5.) Defendant failed to produce VIC logs until February 21, 2018. Further, plaintiffs contend that the production "is missing account numbers, the results of the calls, and, in some cases, even the phone number called." (Krivoshey Decl. ¶ 3.)

**IT IS SO ORDERED.**

Dated: February 28, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge