Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No.: 4:16-cv-03396-YGR JSC<br><br>**DECLARATION OF MARK E. ELLIS IN SUPPORT OF DEFENDANT RASH CURTIS & ASSOCIATES' MOTION FOR RECONSIDERATION OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  January 30, 2018<br>Time:  2:00 p.m.<br>Ctrm:  1<br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Mark E. Ellis, declare:

1. I am an attorney at law duly licensed to practice before this Court, and I am the managing partner in the law firm of Ellis Law Group LLP, attorneys of records for Defendant RASH CURTIS & ASSOCIATES in the above matter. This declaration is based upon my own personal knowledge except as to those matters stated upon information and belief, and as to those things I believe them to be true. If called as a witness to testify to the matters asserted herein I would do so competently.

2. I offer this sworn declaration in support of Rash Curtis' Motion for Reconsideration of its Motion for Summary Judgment in light of *ACA International v. Federal Communications Commission.*

1

DECLARATION OF MARK E. ELLIS IN SUPPORT OF DEFENDANT RASH CURTIS & ASSOCIATES' MOTION FOR RECONSIDERATION OF MOTION FOR SUMMARY JUDGMENT

3. On June 20, 2017, I took the first part of Mr. Steve Kizer's deposition in the matter of *Rash Curtis & Associates v. Steve Kizer,* Solano County Superior Court, Case No. FCS048565. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the court reporter's deposition transcript.

4. On July 6, 2017, I took the second part of Mr. Kizer's deposition in the *Rash Curtis & Associates v. Kizer* matter. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the court reporter's deposition transcript.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on March 30, 2018 in Sacramento, California.

/s/ *Mark E. Ellis*
Mark E. Ellis

2

DECLARATION OF MARK E. ELLIS IN SUPPORT OF DEFENDANT RASH CURTIS & ASSOCIATES' MOTION FOR RECONSIDERATION OF MOTION FOR SUMMARY JUDGMENT

# EXHIBIT A

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SOLANO

--oOo--

RASH CURTIS & ASSOCIATES, INC.,  )
        Plaintiff,  )
   vs.  ) NO. FCS048565
STEVE KIZER, and DOES 1-10M  )
        Defendants.  )
_____ )

**TUESDAY, JUNE 20, 2017**

--oOo--

Deposition of

**STEVE KIZER**

Reported By:    SUZY S. BAKER, CSR No. 9361

**BAKER**
**DEPOSITION REPORTING**

- P.O. Box 188229
- Sacramento, CA 95818
- Office (916) 446-0656
- Fax (916) 446-8131
- E-mail Bakerjsb@yahoo.com

1   A   Yes.
2   Q   And with Global Connect do you know
3   whether or not either the hardware or the
4   software had an automated dialing system that
5   either generated sequentially or randomly a
6   number?  Do you know one way or the other?
12:07:29 PM 7   A   I am going to tell you that my
8   understanding of that system, it did not
9   generate a number.  Numbers had to be fed to
10  it.
11  Q   Right.  So your understanding --
12  A   Uh-huh.
13  Q   -- because I have read your deposition,
14  and this is exactly what you testified, is that
15  someone in management had to load a series of
16  numbers from various accounts into the system
17  and then it would dial.  The system itself would
18  not generate the number, would it?
12:07:59 PM 19  A   No.  That is correct.  Management had to
20  load the numbers in.
21  Q   And, and, in fact, management would come
22  up with how it was going to fit a particular
23  campaign on a particular day and that was all
24  done by a manager, it was not done by the
25  computer system using an algorithm, was it?

```
                1    A       Correct.
12:08:26 PM     2    Q       And in terms of prior expressed consent,
                3    have you ever heard of that term?
                4    A       Uh-huh.
                5    Q       Yes?
                6    A       Yes.
                7    Q       What is that?
                8    A       That means we already have on file in
                9    writing or verbally consent from somebody.
               10    Q       That's not it at all, is it, really?  In
               11    fact --
               12            MR. FULTON:  Well are you done with your
               13    answer?
               14            MR. ELLIS:  Okay.
               15            MR. FULTON:  Please let him finish his
               16    answer.
               17            MR. ELLIS:  I sure will.  I'm sorry.  I
               18    apologize.
               19            So you say -- what you understood prior
               20    expressed consent to be is, repeat, repeat your
               21    answer.
               22    A       That already on file with ourselves we
12:08:58 PM    23    would have consent in writing or verbally from
               24    an individual for a said action, whatever that
               25    might be.
```

1

2  **REPORTER'S CERTIFICATION OF CERTIFIED COPY**

3

4  　　　　I, SUZY BAKER, CSR No. 9361, a Certified

5  Shorthand Reporter in the State of California,

6  certify that the foregoing pages 1 through 107

7  constitute a true and correct copy of the original

8  deposition of STEVE KIZER, taken on Tuesday,

9  June 20, 2017.

10  　　　　I declare under penalty of perjury under the

11  laws of the State of California that the foregoing

12  is true and correct.  I hereunto set my hand on

13  June 25, 2017.

14

15  　　　　　　　　_____

16  　　　　　　　　SUZY BAKER, CSR No. 9361

17

18

19

20

21

22

23

24

25

**EXHIBIT B**

```
              SUPERIOR COURT OF THE STATE OF CALIFORNIA

                         COUNTY OF SOLANO

                             --oOo--



RASH CURTIS & ASSOCIATES, INC., )

            Plaintiff,          )

    vs.                         ) NO.FCS048565

STEVE KIZER, and DOES 1-10M     )

            Defendants.         )
                                )
_____)



                    THURSDAY, JULY 6, 2017

                          --oOo--

                  Continued Deposition of

                       STEVEN KIZER

                        (Volume 2)

                      (Pages 108-289)



    Reported By:   SUZY S. BAKER, CSR No. 9361
```

```
         1    A     I honestly never recall seeing that
         2    document in any way, shape, or form.
         3    Q     Do you believe that I am not telling you
         4    the truth?
         5    A     I didn't say that.
         6    Q     No, I am just kidding.
         7    A     Oh, I'm sorry.  You know, it is what it
         8    is.  I don't, I don't recall ever seeing that
         9    document.
        10    Q     Okay.  Let's go to the next page which is
03:53:30 PM 11    RCA-00021 and the subject is F1 vic dialer.
        12          What is the F1 vic dialer?
        13    A     When a collector logs on to the dialer
        14    there is campaigns that compopulate (verbatim)
        15    in front of them and they would log in choosing
        16    F1 as an actual campaign; it would be loaded
03:54:00 PM 17    with phone numbers.  They would log in and wait
        18    until the account popped on their screen with
        19    somebody on the other end.
        20    Q     Now the vic dialer was different than the
        21    Global Connect?
        22    A     Yes.
        23    Q     All right.  And, and the vic dialer, was
        24    it somehow connected with the DAKCS system or
        25    was it --
```

1
2                    **CERTIFICATE OF REPORTER**
3
4          I, SUZY BAKER, CSR No. 9361 a Certified
5    Shorthand Reporter in and for the State of
6    California, hereby certify that the witness in the
7    foregoing deposition,
8                    STEVEN KIZER,
9    was by me duly sworn to testify the truth, the
10   whole truth, in the within-entitled cause; that
11   said continued deposition was taken by me, a duly
12   certified shorthand reporter and a disinterested
13   person, at the time and place herein stated, and
14   was thereafter transcribed into typewriting, by
15   computer, under my direction and supervision.
16         I further certify that I am not of counsel
17   or attorney for either or any of the parties to
18   said deposition, nor in any way interested in the
19   outcome of the cause, and that I am not related to
20   any of the parties thereto.
21         IN WITNESS WHEREOF, I have hereunto set my
22   hand of July 18, 2017.
23                    _____
24                    SUZY BAKER, CSR No. 9361
25