Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA  95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com
liglesias@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No.:  4:16-cv-03396-YGR JSC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RASH CURTIS & ASSOCIATES' MOTION TO AMEND THE COURT'S JUNE 18, 2018 ORDER DENYING MOTION FOR RECONSIDERATION [FRCP 59(e)]**<br><br>Date:           **August 21, 2018**<br>Time:          **2:00 p.m.**<br>Courtroom:  **1**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Defendant RASH CURTIS & ASSOCIATES' Motion to Amend the Court's June 18, 2018 Order Denying Motion for Reconsideration came on for regular hearing at 2:00 p.m. on August 21, 2018 in Courtroom 1 of the United States District Court in and for the Northern District of California. Plaintiffs SANDRA McMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ were represented by L. Timothy Fisher and Yeremy Krivoshey of the law firm of Bursor & Fisher, P.A. Defendant was represented by Mark E. Ellis, Anthony P. J. Valenti, and Lawrence K. Iglesias of the Ellis Law Group, LLP.

**PROPOSED] ORDER GRANTING DEFENDANT RASH CURTIS & ASSOCIATES' MOTION TO AMEND THE COURT'S JUNE 18, 2018 ORDER DENYING MOTION FOR RECONSIDERATION [FRCP 59(e)]**

The Court finds that the circuits are in dispute on questions of controlling law which were raised in Rash Curtis & Associates' motion for reconsideration, and that the Ninth Circuit has not spoken on these issues. Specifically, the Court finds that each of the following issues raised in Rash Curtis & Associates' motion for reconsideration involve questions of controlling law which a substantial ground for difference of opinion exists:

   (1)   whether *ACA Int'l v. FCC,* 855 F.3d 687 (D.C. Cir. 2018) caused a substantial change in controlling law;

   (2)   whether, after *ACA Int'l,* Rash Curtis & Associates' dialers constitute an "ATDS"; and

   (3)   whether Rash Curtis may be held liable under the TCPA for dialing a reassigned cell phone number, where Rash Curtis had a good-faith belief that the information provided by its creditor-client established "prior express consent" to dial that phone number.

The Court further finds that an immediate appeal from the Order may materially advance the ultimate determination of the litigation by potentially narrowing the scope of issues to be tried, and potentially bringing clarity as to the extent of potential class liability, if any.

Based on the foregoing, Defendant's Motion to Amend the Court's June 18, 2018 Order Denying Motion for Reconsideration [FRCP 59(e)] is GRANTED in favor of Defendant, and the Court will issue an Amended Order which will include the language required to bring an under locutory 28 U.S.C. § 1292(b), specifically, that the Order "involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation."

   IT IS SO ORDERED.

Dated: _____

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge

**PROPOSED] ORDER GRANTING DEFENDANT RASH CURTIS & ASSOCIATES' MOTION TO AMEND THE COURT'S JUNE 18, 2018 ORDER DENYING MOTION FOR RECONSIDERATION [FRCP 59(e)]**