# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 8/27/2018 | **Time: 2:18pm-2:54pm**; 2:18pm-2:23pm Motion; 2:23pm-2:54pm CMC. | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 16-cv-03396-YGR | **Case Name:** McMillion v. Rash Curtis & Associates | |

**Attorney for Plaintiff:** Yeremey Krivoshey, Blair Reed and L. Timothy Fisher
**Attorney for Defendant:** Mark Ellis, Anthony P.J. Valenti and Larry Iglesias

**Deputy Clerk:** Frances Stone          **Court Reporter:** Raynee Mercado

## PROCEEDINGS

FURTHER CMC- HELD

Motion to Amend the Court's June 18, 2018 Order Denying Motion for Reconsideration [Dkt. no. 206]- HELD and DENIED (oral ruling)

Amended Expert Disclosures : 9/28/18
Deadline for Plaintiff to file notice plan with Court: 9/28/18
Disclosure of Rebuttal experts: 10/12/18
Expert Discovery completed by: 11/2/18
Exchange exhibits to be used at trial: 11/16/18
Motions in limine  exchanged : 11/30/18
Joint Pretrial conference statement filed: 12/18/18
Motions in limine (unresolved) filed 12/18/18
Joint Trial readiness binder submitted: 1/4/19
Oppositions to Motions in limine filed 1/4/19

Compliance hearing re pretrial preparation set 12/14/18. Joint statement filed by 12/7/18.

Daubert Motions filed 12/4/18.
Oppositions filed 12/18/18.
Reply filed 1/4/19.
Hearing on Daubert Motions set 1/22/19 at 2:00 PM.

Pretrial Conference set Friday, 2/8/19 at 9:00AM
Jury Trial set 3/4/19 at 8:30am.

**Order to be prepared by: Court**