# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA MCMILLION, ET AL.,** | CASE NO. 16-cv-03396-YGR |
| Plaintiffs, | |
| vs. | **ORDER DENYING MOTION TO AMEND ORDER** |
| **RASH CURTIS & ASSOCIATES,** | Re: Dkt. No. 206 |
| Defendant. | |

On August 27, 2018, the Court heard oral argument on defendant's motion to amend the Court's June 18, 2018 Order Denying Motion for Reconsideration, which was fully briefed. (Dkt. Nos. 206, 209, 210.) As stated on the record, and confirmed herein, having carefully considered the briefing and arguments submitted in this matter, defendant's motion to amend is **DENIED**.

This Order terminates Docket Number 206.

**IT IS SO ORDERED.**

Dated: August 28, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**