UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No. 16-cv-03396-YGR   (JSC)<br><br>**ORDER COMPELING PRODUCTION OF CALLING RECORDS** |

Now pending before the Court is the parties' Joint Discovery Dispute Letter. (Dkt. No. 223.) Plaintiffs seek production of phone fields 1 through 4 for all account records that Defendant already produced. After carefully considering the parties' written submissions, the record in this case, and having had the benefit of oral argument on September 27, 2018, Plaintiffs' request is GRANTED. The records sought are central to Defendant's defense in this action. Further, the account records with fields 1 through 4 that Plaintiffs do possess suggest that Defendant's insistence that it has the same telephone numbers in fields 1 through 4 for accounts in which it has telephone numbers in fields 5 through 10 is not true. Finally, Plaintiffs had to compel Defendant to produce the records with fields 5 through 10 as Defendant refused to produce the records in the first instance. To allow Defendant to withhold documents central to its defense under these circumstances would be contrary to the purpose of the Federal Rules of Civil Procedure "to secure the just . . . determination of every actin and proceeding." Fed. R. Civ. P. 1. The records shall be produced at Plaintiffs' expense by Friday, October 5, 2018. This Order disposes of Docket No. 223.

**IT IS SO ORDERED.**

Dated: September 27, 2018

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge