# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA MCMILLION, ET AL.,** | CASE NO. 16-cv-03396-YGR |
| Plaintiffs, | |
| vs. | **ORDER VACATING HEARING, GRANTING ADMINISTRATIVE MOTION TO EXTEND DEADLINES, AND REQUIRING STATEMENT RE: PRETRIAL SCHEDULE** |
| **RASH CURTIS & ASSOCIATES,** | |
| Defendant. | Re: Dkt. Nos. 212, 221 |

The Court has reviewed the papers submitted by the parties in connection with plaintiffs' motion for sanctions. (Dkt. No. 212.) The Court has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991). Accordingly, the hearing set for October 2, 2018 is **VACATED**. The Court will reset a hearing if necessary.

The Court **GRANTS** plaintiffs' unopposed motion to extend the deadline to serve amended expert designations and file a proposed notice plan until October 26, 2018 and request to schedule a case management conference to address remaining pretrial deadlines. (Dkt. No. 221.) Accordingly, by **Monday, October 29, 2018**, the parties **SHALL FILE** a joint statement articulating parties' proposed schedule for pretrial deadlines. If necessary, the Court will schedule a conference to resolve any issues related to the scheduling of the remaining pretrial deadlines.

This Order terminates Docket Number 221.

**IT IS SO ORDERED.**

Dated: October 1, 2018

                                                        **YVONNE GONZALEZ ROGERS**
                                                        **UNITED STATES DISTRICT COURT JUDGE**