| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (SBN 191626)<br>Yeremey O. Krivoshey (SBN 295032)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail:  ltfisher@bursor.com<br>           ykrivoshey@bursor.com<br><br>*Attorneys for Plaintiffs* | **ELLIS LAW GROUP LLP**<br>Mark E. Ellis (SBN 127159)<br>Anthony P.J. Valenti (SBN 284542)<br>740 University Avenue, Suite 100<br>Sacramento, CA 95825<br>Telephone: (916) 283-8820<br>Fax: (916) 283-8821<br>E-mail: mellis@ellislawgrp.com<br>           avalenti@ellislawgrp.com<br><br>*Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>                              Plaintiff,<br><br>       v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>                              Defendant. | Case No. 4:16-cv-03396-YGR<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATION CONTINUING AMENDED EXPERT DISCLOSURE AND NOTICE PLAN DEADLINES**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

1  UPON CONSIDERATION of the parties' Stipulation Continuing Amended Expert
2  Disclosure and Notice Plan Deadlines, and good cause appearing, IT IS SO ORDERED that the
3  stipulation is, and it is hereby, GRANTED.
4  Plaintiffs' deadline to serve amended expert designations and to file a proposed notice plan
5  shall be extended from October 26, 2018 to November 12, 2018.

IT IS SO ORDERED.

Dated:   October 25, 2018

_____
Honorable Yvonne Gonzalez Rogers
United States District Court Judge