# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA MCMILLION, ET AL.,**<br>Plaintiffs,<br>vs.<br>**RASH CURTIS & ASSOCIATES,**<br>Defendant. | CASE NO. 16-cv-03396-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL SCHEDULING ORDER NO. 2**<br><br>Re: Dkt. No. 245 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has reviewed the parties joint case management statement submitted on October 29, 2018. (*See* Dkt. No. 245.) Accordingly, the Court hereby sets the following trial and pretrial dates:

### PRETRIAL SCHEDULE

| | |
|---|---|
| AMENDED EXPERT DISCLOSURES: | November 12, 2018 |
| DEADLINE FOR PLAINTIFFS TO FILE NOTICE PLACE: | November 12, 2018 |
| DISCLOSURE OF REBUTTAL EXPERTS: | November 26, 2018 |
| EXPERT DISCOVERY CUTOFF: | December 21, 2018 |
| EXCHANGE OF EXHIBITS: | January 11, 2019 |
| MOTIONS *IN LIMINE* EXCHANGED AMONGST PARTIES: | January 25, 2019 |
| *DABUERT* MOTIONS FILED: | January 28, 2019 |
| JOINT COMPLIANCE STATEMENT FILED: | February 1, 2019 |
| COMPLIANCE HEARING (*SEE* PAGE 2): | Friday, February 8, 2019 at 9:01 a.m. |
| OPPOSITIONS TO *DAUBERT* MOTIONS FILED: | February 11, 2019 |

| | |
|---|---|
| MOTION *IN LIMINE* (UNRESOLVED) FILED: | February 15, 2019 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | February 15, 2019 |
| REPLIES IN SUPPORT OF *DAUBERT* MOTIONS FILED: | February 25, 2019 |
| OPPOSITIONS TO MOTIONS *IN LIMINE* FILED: | March 4, 2019 |
| JOINT TRIAL READINESS BINDER SUBMITTED: | March 4, 2019 |
| HEARING ON *DAUBERT* MOTIONS: | March 19, 2019 at 2:00 p.m. |
| PRETRIAL CONFERENCE: | April 12, 2019 at 9:00 a.m. |
| TRIAL DATE: | Monday, May 6, 2019 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, February 8, 2019 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page **JOINT STATEMENT** confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 6, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**