**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
          ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>                              Plaintiffs,<br><br>        v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>                              Defendant. | Case No. 4:16-cv-03396-YGR<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO SUBMIT NEWLY DISCOVERED EVIDENCE IN SUPPORT OF MOTION FOR SANCTIONS**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

1    Plaintiffs Sandra McMillion, Jessica Adekoya, and Ignacio Perez ("Plaintiffs") respectfully

2    move, pursuant to Local Rule 7-3(d), for leave to submit an updated declaration from Colin B.

3    Weir in support of Plaintiffs' motion for sanctions summarizing Defendant's newly produced

4    documents.  *See* ECF Doc. No. 212, 225.

5    As has been extensively set out in the briefing, on August 10, 2018, Plaintiffs filed a motion

6    for sanctions asserting that Defendant's witnesses committed perjury by testifying that Defendant

7    never made any calls to phone numbers in phone fields 5-10 (skip-traced numbers) using any of its

8    three autodialers.  *See* Plaintiffs' Notice of Motion and Motion for Sanctions, ECF Doc. No. 212.

9    In support of their motion, Plaintiffs submitted the Declaration of Colin B. Weir summarizing the

10    number of calls Defendant made to phone numbers in phone fields 5-10 using its autodialers.  *See*

11    9/21/18 Declaration of Colin B. Weir, ECF Doc. No. 225-2, at ¶¶ 5-11.

12    On September 7, 2018, Defendant filed an opposition to Plaintiffs' sanctions motion,

13    arguing that Mr. Weir's analysis was flawed because it failed to account for instances when a

14    phone number may have been contained in phone fields 1-4 (numbers for which Defendant has

15    consent) *and* phone fields 5-10.  *See* Defendant's Opposition to Plaintiffs' Motion for Sanctions,

16    ECF Doc. No. 220.  According to Defendant, had Mr. Weir eliminated all instances where a phone

17    number was contained in both phone fields 1-4 *and* phone fields 5-10 from his analysis, he would

18    have found that Defendant did not dial a single *phone number that was contained exclusively in*

19    *phone field 5-10 (and not in phone field 1-4)*.  Defendant submitted three declarations from each of

20    the same witnesses at issue in Plaintiffs' initial motion unequivocally stating that Defendant never

21    made a single call to a phone numbers from phone fields 5-10 using its autodialers.  *See* ECF Doc.

22    No. 220-3 (Correa Declaration), ECF Doc. No. 220-4 (Nick Keith Declaration), ECF Doc. No.

23    220-2 (Bob Keith Declaration).

24    On September 21, 2018, Plaintiffs filed a reply in support of their motion for sanctions.

25    ECF Doc. No. 225.  Plaintiffs' reply cites to an updated declaration from Colin B. Weir, where he

26    analyzed a sample of account records Defendant had produced earlier in the case for accounts with

27    phone numbers in all account fields – phone fields 1-10.  *See* 9/21/2018 Declaration of Colin B.

28    Weir, ECF Doc. No. 225-2.  An analysis of the account sample shows that Defendant again

committed perjury in its opposition brief, as Mr. Weir found that roughly 99 percent of numbers that appeared in phone fields 5-10 did not also appear in phone fields 1-4 in the 182,867 account/phone number sample. *See id.*, ¶ 9. Mr. Weir next analyzed the sample of numbers contained in phone fields 5-10 *that did not also appear in phone fields 1-4*, and found that Defendant called such numbers over a million times using its three autodialers. *See id.*, ¶ 10.

On September 17, 2018, Plaintiffs filed a motion to compel Defendant to supplement its production to include account records with phone numbers in phone fields 1-4. *See* Joint Statement Regarding Discovery Dispute, ECF Doc. No. 223. At the time Defendant initially made this production (in 2017), Defendant produced only data for phone fields 5-10, and, accordingly, Plaintiffs could not conduct Defendant's requested analysis of eliminating all instances where a phone number may have been contained in both phone fields 1-4 and 5-10. On September 27, 2018, Judge Corley ordered Defendant to produce all such records. *See* ECF Doc. No. 228.

As discussed in two letters Defendant filed on October 3, 2018 and October 10, 2018, and Plaintiffs' response to the letters on October 11, 2018, there was some dispute amongst the parties as to precisely what Defendant needed to produce in light of Judge Corley's September 27, 2018 Order. *See* ECF Doc. Nos. 236, 238, 239. The dispute concerned whether Defendant needed to produce "historical" records of the account files as they existed in November of 2017 (the date of Defendant's initial production) or Defendant's account records for all previously produced accounts as they are kept today ("present" records). Despite the dispute, Defendant agreed to produce both sets of records and completed its production on October 19, 2018. *See* Stipulation Continuing Amended Expert Disclosure and Notice Plan Deadlines, ECF Doc. No. 243, at 1:19-20 ("Defendant made its production on a rolling basis and, on October 19, 2018, Defendant informed Plaintiff that it has substantially completed its supplemental production").

After receiving Defendant's newly produced account records, Plaintiffs immediately forwarded the documents to Mr. Weir so that he could perform the analysis Defendant claims Mr. Weir failed to do the first time. In analyzing the data, Mr. Weir took the most conservative approach possible by aggregating *all* phone numbers in phone fields 1-4 from the "historical" data, the "present" data, and the account samples he had previously analyzed. *See* Exhibit 1. Using this

aggregated data of numbers in phone fields 1-4 from all of Defendant's various productions, Mr.

Weir compared the aggregate 1-4 phone field data with the phone field 1-5 data from his August

10, 2018 declaration.  Mr. Weir found as follows:

> This dataset contains 1,498,684 unique account/telephone number combinations. Of those, only 1.0% are account/telephone numbers that appear in both Fields One through Four and Fields Five through Ten.  In other words, 99% of telephone numbers in Fields Five through Ten are not also contained in Fields One through Four – a total of 1,484,646 unique account/telephone numbers.

*Id.*, ¶ 9.  Thus, even using this conservative approach, Mr. Weir's analysis of the full account data

is completely consistent with his analysis of the sample data discussed in his September 21, 2018

declaration, where, like here, he found that roughly 99% of phone numbers in phone fields 5-10 in

the sample were not also contained in phone fields 1-4.  *See* 9/21/2018 Declaration of Colin B.

Weir, ECF Doc. No. 225-2, at ¶ 9.  Next, Mr. Weir summarized the number of calls Defendant

made using its three autodialers to the subset of phone numbers from phone fields 5-10 *that did not*

*appear in phone fields 1-4 in the aggregated data set*.  As in his August 10, 2018 declaration, Mr.

Weir again found that Defendant placed over 14 million calls to phone numbers in phone fields 5-

10 using Global Connect, VIC, and TCN.  *Compare* 8/10/2018 Weir Declaration, ECF Doc. No.

212-2, ¶ 9-10, *with* Exhibit 1, ¶¶ 10-11.

Accordingly, in light of Defendant's new production, Plaintiffs respectfully seek leave to

enter Mr. Weir's attached declaration into the record in support of their motion for sanctions.  *See,*

*e.g., In re Katz Interactive Call Processing Patent Litig.*, 2009 WL 10676151, at *1 (C.D. Cal.

Mar. 23, 2009) (permitting filing of surreply in light of newly discovered evidence).

Dated: November 6, 2018                    **BURSOR & FISHER, P.A.**

                                           By:   */s/ Yeremey Krivoshey*
                                                  Yeremey Krivoshey

                                           L. Timothy Fisher (State Bar No. 191626)
                                           Yeremey Krivoshey (State Bar No.295032)
                                           1990 North California Blvd., Suite 940
                                           Walnut Creek, CA  94596
                                           Telephone: (925) 300-4455
                                           Email:  ltfisher@bursor.com
                                                     ykrivoshey@bursor.com

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SANDRA MCMILLION, JESSICA
ADEKOYA AND IGNACIO PEREZ, on
Behalf of Themselves and all Others Similarly
Situated,

                                        Plaintiffs,

        v.

RASH CURTIS & ASSOCIATES,

                                        Defendant.

Case No. 16-cv-03396-YGR

Declaration

of

**COLIN B. WEIR**

November 6, 2018

I, Colin B. Weir, declare as follows:

I am Vice President at Economics and Technology, Inc. ("ETI"), One Washington Mall, 15th Floor, Boston, Massachusetts 02108.  ETI is a research and consulting firm specializing in economics, statistics, regulation and public policy.

## I.  QUALIFICATIONS, BACKGROUND, AND EXPERIENCE

1.    I hold a Masters of Business Administration, with honors, from the High Technology program at Northeastern University, Boston, Massachusetts.  I hold a Bachelor of Arts degree cum laude in Business Economics from The College of Wooster, Wooster, Ohio.  I have provided expert testimony before federal and state courts, the Federal Communications Commission, and state regulatory commissions, and have contributed research and analysis to numerous ETI publications and expert testimony at the state, federal, and international levels.  I have consulted on a number of cases involving telecommunications issues, including the TCPA, broadband technology and Internet access; technical issues associated with net neutrality; Early Termination Fees (ETFs); Late Fees; wireless handset locking practices, merger/antitrust analysis, determination of Federal Excise Tax burden, ISP-bound traffic studies, area code splits and related numbering policy, Universal Service Fund issues, pricing and regulation of Unbundled Network Elements, analysis of special access rates and pricing trends, and development of a macroeconomic analysis quantifying the economic impact upon the US economy and job markets of overpricing special access services; wireless pricing; and wireline telecommunications tariff and contract pricing.  I have also consulted on a variety of consumer and wholesale products cases, calculating damages relating to telecom products, food products, household appliances, herbal remedies, health/beauty care products, electronics, and computers.  My Statement of Qualifications, which outlines my professional experience, publications, and record of expert testimony, is attached hereto as Exhibit 1.  This includes a list of all cases in



Declaration of Colin B. Weir
November 6, 2018
Page 2 of 7

which, during the previous four years, I have testified as an expert at trial or by deposition.  Prior to joining ETI, I worked at Stop and Shop Supermarkets for a period of seven years, working as a cash department head, grocery/receiving clerk, and price-file maintenance head.

## II.  ENGAGEMENT

2.    I have been asked by Counsel for Plaintiff to examine Defendant's call detail records, and to summarize some of Defendant's calling behavior.  I make this declaration based upon my own personal knowledge and, if called as a witness in this action, I would be able to competently testify as to the facts and opinions set forth herein

3.    ETI is being compensated at the rate of $600 per hour for my work on this case.  The opinions expressed in this declaration are my own, and my compensation is not dependent upon the substance of these opinions or the outcome of the litigation.

4.    The documents, data and other materials that I relied upon in forming my opinions are identified throughout my report and in Exhibit 2, attached hereto.  In addition, I have relied upon my educational background and more than 14 years of experience.

## III.  CALL DATA

5.    Counsel for Plaintiff has asked me to analyze Defendant's call detail records ("CDRs") and account data, and to provide information summarizing those records.  The CDRs contain a record of each call placed on behalf of Defendant.  The CDRs include, among other things, the date of the call, the dialed telephone number, the account number associated with the call, and the call disposition (whether the call was answered, busy, went to voicemail, etc.).  The account data includes a list of each of the accounts managed by Defendant, and "phone fields one through ten."



Declaration of Colin B. Weir
November 6, 2018
Page 3 of 7

6.   I have been asked to review the telephone numbers that appear in "phone fields five through ten"[1] of the subset of Defendant's account data for which phone fields one through four are also currently available, and compare fields five through ten to the telephone numbers in "phone fields one through four" to identify if, and to what extent, there is any overlap between those two groups of fields.  I have then been asked to compare any telephone numbers in fields five through ten that do not overlap fields one through four against the CDRs.

7.   To create the tabulations, I followed the following steps

- Import the Call Detail Records;

- Import the Account/Fields One through Ten data;

- Run a duplicates analysis to identify any overlap between telephone numbers in Fields One through Four and Fields Five through Ten and count and remove any such duplicates;

- Match Account and Telephone Number from CDR to Account data;

- Eliminate non-matched calls;

- Format a month-year date field for each call; and

- Tabulate records by month and call disposition.

8.   I conducted my analysis using Stata.[2]  Stata is commercially available (for sale) to all researchers who conduct statistical analysis, and is widely used in the profession: "Stata is distributed in more than 200 countries and is used by hundreds of thousands of professional

---

[1] In order to be considered a match, the call detail record must first match the account number, and then match a telephone number from fields five through ten for that account.

[2] http://www.stata.com/products/



Declaration of Colin B. Weir
November 6, 2018
Page 4 of 7

researchers in many fields of research."[3] Stata has been used numerous times in litigation damages contexts.[4]

9.   Defendant has produced a number of instances of "phone fields one through four," including as it exists currently, as it existed historically, and as part of several historical data sets. To be as conservative as possible, I have aggregated all of the available "phone fields one through four" data.  Using this data, I analyzed the same Fields Five through Ten data as in my August 10, 2018 Declaration.  This dataset contains 1,498,684 unique account/telephone number combinations.[5]  Of those, only 1.0% are account/telephone numbers that appear in both Fields One through Four and Fields Five through Ten.  In other words, 99% of telephone numbers in Fields Five through Ten are not also contained in Fields One through Four--a total of 1,484,646 unique account/telephone numbers.

10.  I have prepared such tabulations for each of three vendors making calls on behalf of Defendant.  I provide a high level summary of calls and dispositions below in Tables 1-3, and provide month-by-month detail and all disposition codes in Exhibits 3-5, attached hereto.

| Table 1. | | | | | |
| --- | --- | --- | --- | --- | --- |
| Calls to Fields Five through Ten, by Disposition, June 2012-May 2017, Global Connect | | | | | |
| Answered | Busy | Invalid | Machine | No Answer | Total[6] |
| 2,943,367 | 707,454 | 1,826,851 | 2,646,162 | 1,560,958 | 9,715,452 |

---

[3] http://www.stata.com/why-use-stata/

[4] *See, e.g.*, *In re: Cellphone Termination Fee Cases,  Ayyad, et al.,  v. Sprint Spectrum, L.P.*,  JCCP No. 4332, Case No. RG03-121510; *In re: ConAgra Foods Inc.,* 90 F. Supp. 3d 919,  (C.D. Cal. February 23, 2015).

[5] Where each telephone number is a valid, 10-digit, US telephone number.

[6] Certain small disposition categories have been omitted from the table for brevity.  This total includes those additional disposition categories and will exceed the sum of the categories presented.  The full detail is provided in Exhibit 3.



Declaration of Colin B. Weir
November 6, 2018
Page 5 of 7

| Table 2. | | | | | |
| :--- | :--- | :--- | :--- | :--- | :--- |
| Calls to Fields Five through Ten, by Disposition, January-October 2017, TCN | | | | | |
| Answered | Busy | Invalid | Machine | No Answer | Total[7] |
| 120,088 | 34,134 | 340,461 | 2,252,642 | 956,447 | 3,750,401 |

| Table 3. | | | | | |
| :--- | :--- | :--- | :--- | :--- | :--- |
| Calls to Fields Five through Ten, by Disposition, June 2012-August 2017, VIC | | | | | |
| Answered | Busy | Invalid | Voicemail | No Answer | Total[8] |
| 39,935 | 11,757 | N/A | 297,038 | 184,846 | 665,181 |

11.  As can be seen from the Tables above and the corresponding Exhibits, all three vendors placed calls to numbers located in phone fields five through ten of Defendant's account data on a regular basis, totaling more than 14-million calls, including some 3-million calls that were answered.

## IV.  CALLS TO MOBILE NUMBERS

12.  I have been asked by Counsel for Plaintiff to determine if Defendant placed calls to mobile telephone numbers.  I have taken a sample of N=2,000 numbers from Defendant's CDRs (across GC, TCN, and VIC) that meet the analysis criteria discussed above, and processed them using TransUnion's TLOxp reverse phone lookup service.  This service provides detail about each telephone number on a current <u>and</u> historic basis, including the telephone carrier of record

---

[7] Certain small disposition categories have been omitted from the table for brevity.  This total includes those additional disposition categories and will exceed the sum of the categories presented.  The full detail is provided in Exhibit 4.

[8] Certain small disposition categories have been omitted from the table for brevity.  This total includes those additional disposition categories and will exceed the sum of the categories presented.  The full detail is provided in Exhibit 5.



Declaration of Colin B. Weir
November 6, 2018
Page 6 of 7

servicing the telephone number at different points in time.  This lookup allows me to identify whether the numbers from the sample were in service for mobile phones at the time Defendant called them.

13.  Of the sample of 2,000, at least 899 phone numbers were confirmed to be mobile phone numbers.  Of those 899 mobile phone numbers in the sample, during the period when the phone numbers were known to be mobile numbers, 593 mobile phone numbers were called by Global Connect; 553 mobile phone numbers were called by TCN; and 545 mobile phone numbers were called by VIC.[9]

14.  Global Connect placed 142,121 calls to the 593 mobile phone numbers from the sample.

15.  TCN placed 98,318 calls to the 553 mobile phone numbers from the sample.

16.  VIC placed 36,807 calls to the 545 mobile phone numbers from the sample.

17.  Over the sample, Defendant placed calls to mobile telephone numbers in each year from 2012 through 2017.  Global Connect placed calls to mobile telephone numbers in each year from 2012 through 2017.  TCN placed calls to mobile telephone numbers in 2017.  VIC placed calls to mobile telephone numbers in each year from 2012 through 2017.

## V.  RESERVATION OF RIGHTS

My testimony is based upon the information and data presently available to me.  I understand that discovery is ongoing.  Additional, different and/or updated data may be obtained in advance of trial.  I therefore reserve the right to amend or modify my testimony, and anticipate supplementing this testimony when such data becomes available.

---

[9] Some of the phone numbers were called by multiple vendors, hence the phone numbers called by each vendor tally to more than the total number of mobile phone numbers.



Declaration of Colin B. Weir
November 6, 2018
Page 7 of 7

## VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief, and that this declaration was executed at Boston,

Massachusetts, this 6th day of November, 2018.

Colin B. Weir

**Exhibit 1**

**Statement of Qualifications
of**

**COLIN B. WEIR**

**Statement of Qualifications**

**COLIN B. WEIR**


Colin B. Weir is Vice President at Economics and Technology, Inc.  Mr. Weir conducts economic, statistical, and regulatory research and analysis, and testifies as an expert witness. Mr. Weir's work involves econometric and statistical analysis, multiple regression, surveys, statistical sampling, micro- and macroeconomic modeling, accounting and other economic analysis.  Such analysis often involves analysis of databases, call detail records, and other voluminous business records.  Mr. Weir is familiar with common statistical and econometric software packages such as STATA and Sawtooth Software.  Mr. Weir assists with analysis of economic, statistical and other evidence; and preparation for depositions, trial and oral examinations.  Mr. Weir has provided expert testimony before federal and state courts, the FCC, and state regulatory commissions, and has contributed research and analysis to numerous ETI publications and testimony at the state, federal, and international levels.  Prior to joining ETI, Mr. Weir worked at Stop and Shop Supermarkets as a cash department head, grocery/receiving clerk, and price-file maintenance head.

Mr. Weir's experience includes work on a variety of issues, including: economic harm and damage calculation; liquidated damages provisions; lost profits; false claims; diminution in value; merger/antitrust analysis; Early Termination Fees (ETFs); Late Fees; determination of Federal Excise Tax burden; and development of macroeconomic analyses quantifying the economic impact of corporate actions upon the US economy and job markets.

Mr. Weir has conducted research and analysis in numerous litigation and regulatory matters on behalf of corporate, government and individual clients, including AT&T, MTS Allstream (Canada), The US Department of Justice, Office of the Attorney General of Illinois, Pennsylvania Department of Revenue,  Thomas v. Global Vision, (class action litigation, Superior Court, County of Alameda), Ayyad v. Sprint (class action litigation,  Superior Court, County of Alameda), Forcellati v. Hylands (class action, U.S. District Court, Central District of California), and Ebin v. Kangadis Foods (class action, U.S. District Court, Southern District of New York).

Mr. Weir holds an MBA with honors from Northeastern University.  He also holds a Bachelor of Arts degree *cum laude* in Business Economics from The College of Wooster.

Mr. Weir is a member of the Boston Economic Club, a business member of the Boston Bar Association, serves on the Board of Trustees of the Waring School, and serves as the comptroller for the Sybaris Investment Partnership.

ECONOMICS AND
TECHNOLOGY, INC.

**Publications and Testimony of Colin B. Weir**

Mr. Weir has co-authored the following:

*Interoperability and Spectrum Efficiency: Achieving a Competitive Outcome in the US Wireless Market* (with Lee L. Selwyn) Economics and Technology, Inc., prepared on behalf of United States Cellular Corporation, July 2012.

*The Price Cap LECs' "Broadband Connectivity Plan": Protecting Their Past, Hijacking the Nation's Future* (with Lee L. Selwyn and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of United States Cellular Corporation, September 2011.

*Regulation, Investment and Jobs: How Regulation of Wholesale Markets Can Stimulate Private Sector Broadband Investment and Create Jobs* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of Cbeyond, Inc., Covad Communications Company, Integra Telecom, Inc., PAETEC Holding Corp, and tw telecom inc., February 2010.

*Revisiting Us Broadband Policy: How Re-regulation of Wholesale Services Will Encourage Investment and Stimulate Competition and Innovation in Enterprise Broadband Markets*, (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, February 2010.

*Longstanding Regulatory Tools Confirm BOC Market Power: A Defense of ARMIS* (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of the AdHoc Telecommunications Users Committee, January 2010.

*Choosing Broadband Competition over Unconstrained Incumbent Market Power: A Response to Bell and TELUS*  (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, April 2009.

*The Role of Regulation in a Competitive Telecom Environment: How Smart Regulation of Essential Wholesale Facilities Stimulates Investment and Promotes Competition*  (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, March 2009.

*Special Access Overpricing and the US Economy: How Unchecked RBOC Market Power is Costing US Jobs and Impairing US Competitiveness*  (with Lee L. Selwyn, Susan M. Gately, and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of the AdHoc Telecommunications Users Committee, August 2007.

*The AWS Spectrum Auction: A One-Time Opportunity to Introduce Real Competition for Wireless Services in Canada*  (with Lee L. Selwyn and Helen E. Golding) Economics and Technology, Inc., prepared on behalf of MTS Allstream, June 2007.

*Comparison of Wireless Service Price Levels in the US and Canada* (with Lee L. Selwyn) Economics and Technology, Inc., prepared on behalf of MTS Allstream, May 2007.



*Hold the Phone! Debunking the Myth of Intermodal Alternatives for Business Telecom Users In New York* (with Susan M. Gately and Lee L. Selwyn) Economics and Technology, Inc., prepared for the UNE-L CLEC Coalition, August 2005.


Mr. Weir has submitted the following testimony:

**United States District Court, Central District of California,** *Kaylee Browning and Sarah Basile, on behalf of themselves and all others similarly situated, v. Unilever United States Inc.*, Case No. 8:16-cv-02210, on behalf of Bursor & Fisher, P.A., Declaration submitted on October 22, 2018; Deposition on November 1, 2018.

**United States District Court, Southern District of New York,** *Lori Canale, individually, and on behalf of all others similarly situated, v. Colgate-Palmolive Co.,* Case No. 7:16-CV-03308-CS, on behalf of Bursor & Fisher, P.A., Declaration submitted on September 19, 2018.

**Superior Court for the State of California, In and for the County of San Francisco,** *Michelle Gyorke-Takatri and Katie Silver on behalf of themselves and all others similarly situated, v. Nestlé USA, Inc. and Gerber Products Company,* Case No. CGC 15-546850, on behalf of Stanley Law Group, Declaration submitted on September 7, 2018.

**United States District Court, Northern District of Illinois, Eastern Division,** *Ryan Porter and Haarin Kwon, individually and on behalf of all others similarly situated, NBTY, Inc., United States Nutrition Inc., Healthwatchers (DE), Inc., and MET-RX Nutrition, Inc*., Case No. 15-cv-11459, on behalf of Bursor & Fisher, P.A., Declaration submitted on August 15, 2018; Deposition on October 12, 2018.

**Superior Court of the State of California, For The County of San Francisco,** *Deanna Gastelum and Heather Bryden individually and on behalf of all other persons similarly situated, v. Frontier California Inc.*, Case No. CGC-11-511467, on behalf of Bramson, Plutzik, Mahler and Birkhaeuser; Declaration submitted on July 31, 2018, Declaration submitted August 13, 2018.

**United States District Court, For the Southern District of New York,** *Suzanna Bowling, individually and on behalf of all others similarly situated, v. Johnson & Johnson and McNeil Nutritionals, LLC,* Case No. 1:17-cv-03982-AJN, on behalf of Bursor & Fisher, P.A., Declaration submitted on July 30, 2018, Deposition on September 6, 2018.

**United States District Court, Southern District of New York,** *Anne De Lacour, Andrea Wright, and Loree Moran individually and on behalf of all others similarly situated, v. Colgate-Palmolive Co., and Tom's of Maine Inc.*, Case No. 1:16-cv-08364-RA, on behalf of Bursor & Fisher, P.A., Declaration submitted on June 15, 2018; Deposition on August 28, 2018.



**United States District Court, Northern District of California, San Francisco Division,** *In re: Chrysler-Dodge-Jeep EcoDiesel® Marketing, Sales Practices, and Products Liability Litigation Dorun Bali, et al., v. Fiat Chrysler Automobiles N.V., FCA US LLC, Sergio Marchionne, VM Motori S.p.A., VM North America, Inc., Robert Bosch GmbH, Robert Bosch LLC, and Volkmar Denner*, Case No. MDL 2777-EMC, on behalf of Lieff Cabraser Heimann & Bernstein, Declaration submitted on June 6, 2018, Deposition on July 18, 2018, Reply Declaration submitted on September 4, 2018.

**United States District Court, Northern District of California,** *Stephen Hadley, on behalf of himself, all others similarly situated, and the general public, v. Kellogg Sales Company*, Case No. 5:16-cv-04955-LHK-HRL, on behalf of Law Offices of Jack Fitzgerald, PC, Declaration submitted April 30, 2018, Deposition on May 31, 2018; Reply Declaration submitted June 25, 2018; Declaration submitted on September 20, 2018; Deposition on September 28, 2018.

**United States District Court, Northern District of Illinois, Eastern Division,** *Teresa Elward, Dennis Keesler, Leasa Brittenham, Kathy Beck and Nathaniel Beck, Angelia East, Sarah LaVergne, Tony And Lauren Fitzgerald, Gregory Gray, Bethany Williams, John McLaughlin, Stacy Cisco, and William Ferguson and Cheryl Ferguson, individually and on behalf of all others similarly situated, v. Electrolux Home Products, Inc.*, Case No. 1:15-cv-09882-JZL, on behalf of Greg Coleman Law, Declaration submitted April 20, 2018; Reply Declaration submitted on July 13, 2018; Deposition on August 17, 2018.

**United States District Court for the Northern District of California,** *Jackie Fitzhenry-Russell, an individual, on behalf of herself, the general public and those similarly situated v. The Coca Cola Company, and Does 1-50*, Case No. 5:17-CV-00603-EJD, on behalf of Gutride Safier, LLP, Declaration submitted April 16, 2018; Deposition on October 3, 2018.

**United States District Court for the Southern District of New York,** *Josephine James Edwards, individually and on behalf of all others similarly situated, v. Hearst Communications, Inc.*, Case No. 15-cv-09279-AT, on behalf of Bursor & Fisher, P.A., Declaration submitted April 16, 2018; Deposition on June 7, 2018.

**United States District Court, Northern District of California,** *Jackie Fitzhenry-Russell, Robin Dale, and Gegham Margaryan, as individuals, on behalf of themselves, the general public and those similarly situated, v. Dr. Pepper Snapple Group, Inc., Dr Pepper/Seven Up, Inc., and Does 1-50*, Case No. 5:17-cv-00564-NC (lead); Case No. 5:17-cv-02341-NC (consolidated); Case No. 5:17-cv-04435-NC (consolidated)*, on behalf of Gutride Safier, LLP, Declaration submitted April 9, 2018; Deposition on April 19, 2018; Reply Declaration submitted June 6, 2018.

**United States District Court for the Western District of Texas, Austin Division,** *Sylvia Morris, on behalf of herself and all others similarly situated, v. Modernize Inc.*, Case No. 17:-cv-963-SS, on behalf of Bursor & Fisher, P.A., Declaration submitted March 13, 2018; Deposition on June 14, 2018.



**United States District Court, Northern District of California, San Jose Division,** *In re: Arris Cable Modem Consumer Litigation*, Case No. 17-cv-1834-LHK, on behalf of Schubert Jonckheer & Kolbe, Declaration submitted on March 9, 2018; Reply Declaration submitted April 9, 2018; Deposition on April 11, 2018; Declaration submitted June 13, 2018.

**United States District Court, Southern District of New York,** *In re: Amla Litigation*, Case No. 1:16-cv-06593-JSR, on behalf of Levi & Korsinsky LLP, Declaration submitted on March 5, 2018.

**United States District Court, Eastern District of Michigan,** *Toby Schechner, Barbara Barnes, Laura Bliss, Kathleen Jordan, Kathryn Limpede, Louise Miljenovic, Candace Oliarny, Beverly Simmons, Richard Thome And Mary Ellen Thome, V. Whirlpool Corporation,* Case No. 16-cv-12409-SJM, on behalf of Robbins Geller Rudman & Dowd, LLP, Declaration submitted February 12, 2018; Deposition on May 15, 2018; Reply Declaration submitted May 17, 2018.

**United States District Court, Southern District of California,** *Jose Conde, et al., v. Sensa, et al.*, Case No. 14-cv-51 JLS (WVG), on behalf of Bursor & Fisher, P.A., Declaration submitted February 6, 2018.

**United States District Court, Northern District Of Illinois, Eastern Division,** *Angel Bakov, Julie Herrera, and Kinaya Hewlett, individually and on behalf of all others similarly situated, v.Consolidated World Travel, Inc. d/b/a Holiday Cruise Line, a Florida corporation,* Case No. 15-cv-02980-HDL SEC, on behalf of Bursor & Fisher, P.A., Declaration submitted February 6, 2018; Deposition on April 25, 2018.

**United States District Court, Northern District of Illinois,** *Jennifer Beardsall, Daniel Brown, Jennifer Carlsson, Deborah Cartnick, Amy Connor-Slaybaugh, Phyllis Czapski, Raelee Dallacqua, Autumn Dean, Skye Doucette, Christopher Draus, Gerald Gordon, Alexandra Groffsky, Emma Groffsky, Joyce Ivy, La Tanya James, Michelle Jessop, Joy Judge, Kathy Mellody, Susan Nazari, Megan Norsworthy, Deborah Ostrander, Martina Osley, Dana Phillips, Thomas Ramon, Jr., Nancy Reeves, Matthew Robertson, Shelley Waitzman, Jamilla Wang, and Amber Wimberly, Individually and on Behalf of All Others Similarly Situated, v. CVS Pharmacy, Inc., Target Corporation, Walgreen Co., Wal-Mart Stores, Inc., and Fruit of the Earth, Inc.*, Case No. 1:16-cv-06103, on behalf of Greg Coleman Law, Declaration submitted December 22, 2017; Reply Declaration on May 4, 2018.

**United States District Court, Southern District of New York,** *Jaish Markos, individually and on behalf of all others similarly situated, v. Russell Brands, LLC*, Case No. 16-CV-04362(CS), on behalf of The Sultzer Law Group, Declaration submitted on December 1, 2017, Deposition on January 4, 2018.

**United States District Court, Northern District of California,** *Siera Strumlauf, Benjamin Robles, and Brittany Crittenden, individually and on behalf of all others similarly situated,  v.  Starbucks Corporation,* Case No. 16-CV-01306-YGR, on behalf of Bursor & Fisher, P.A., Declaration submitted on October 31, 2017, Deposition on December 13, 2017.



*Statement of Qualifications – Colin B. Weir*

**United States District Court, Southern District of California,** *Sheila Dashnaw, William Meier, and Sherryl Jones, individually, and on behalf of all others similarly situated, v. New Balance Athletics, Inc., a corporation; and DOES 1 through 50, inclusive,* Case No. 3:17-cv-00159-L-JLB, on Behalf of The Wand Law Firm, Declaration submitted on September 8, 2017; Deposition on October 5, 2017; Rebuttal Declaration submitted December 11, 2017.

**United States District Court, Central District of California,** *Veronica Brenner, on behalf of herself and all others similarly situated, v. Procter & Gamble Co.*, Case No. 8:16-1093-JLS-JCG, on behalf of Bursor & Fisher, P.A., Declaration submitted September 5, 2017; Deposition on October 10, 2016.

**United States District Court, Eastern District of California,** *Joann Martinelli, individually and on behalf of all others similarly situated, v. Johnson & Johnson And McNeil Nutritionals, LLC,* Case No. 2:15-cv-01733-MCE-DB, on behalf of Bursor & Fisher, P.A., Declaration submitted August 28, 2017, Deposition on December 20, 2017; Reply Declaration submitted on January 5, 2018.

**United States District Court, Northern District of California, San Francisco Division,** *Martin Schneider, Sarah Deigert, Laurie Reese, Theresa Gamage, Tiffanie Zangwill, and Nadia Parikka, Individually and on Behalf of All Others Similarly Situated, v. Chipotle Mexican Grill, Inc.*, Case No. 3:16-cv-02200-HSG, on behalf of Kaplan Fox & Kilsheimer LLP, Declaration submitted August 11, 2017; Deposition on September 22, 2017.

**United States District Court, Southern District of Ohio,** *Tom Kondash, on behalf of himself and all others similarly situated, v. Kia Motors America, Inc., and Kia Motors Corporation*, Case No. 1:15-cv-00506-SJD, on behalf of Gibbs Law Group, LLP, Declaration submitted July 10, 2017, Deposition on November 29, 2017.

**United States District Court, Northern District of Illinois, Eastern Division,** *Ryan Porter and Haarin Kwon, individually and on behalf of all others similarly situated, v. NBTY, Inc., United States Nutrition Inc., Healthwatchers (DE), Inc., and MET-RX Nutrition, Inc.*, Case No. 15-cv-11459, on behalf of Bursor & Fisher, P.A., Settlement Declaration submitted June 22, 2017; Declaration submitted on August 15, 2018; Deposition on October 12, 2018.

**United States District Court, Northern District of California,** *Sandra McMillion, Jessica Adekoya And Ignacio Perez, on Behalf of Themselves and all Others Similarly Situated, v. Rash Curtis & Associates*, Case No. 16-cv-03396-YGR, on behalf of Bursor & Fisher, P.A., Declaration submitted May 30, 2017, Declaration submitted August 25, 2017, Declaration submitted on October 16, 2017; Declaration submitted on August 10, 2018.

**United States District Court, Northern District of California,** *Vincent D. Mullins, et al., v. Premier Nutrition Corporation,* Case No. 13-cv-01271-RS, on behalf of Blood, Hurst, & O'Reardon, LLP, Reply Declaration submitted May 19, 2017; Deposition on July 20, 2017.



*Statement of Qualifications – Colin B. Weir*

**United States District Court, Southern District of California,** *Preston Jones and Shirin Delalat, on behalf of themselves, all others similarly situated, and the general public, v. Nutiva Inc.*, Case No. 16-cv-00711 HSG, on behalf of Law Offices of Jack Fitzgerald, PC, Declaration submitted May 9, 2016; Deposition on August 23, 2017; Reply Declaration submitted January 12, 2018; Reply Declaration submitted March 2, 2018.

**United States District Court, Central District of California, Southern Division,** *Billy Glenn, Kathy Warburton, Kim Fama, and Corinne Kane, on behalf of themselves and all others similarly situated, v. Hyundai Motor America And Hyundai Motor Company*, Case No. 15-cv-02052-DOC-KES, on behalf of Gibbs Law Group, LLP, Declaration submitted May 1, 2017; Deposition on July 27, 2017; Reply Declaration submitted on October 2, 2017; Reply Declaration submitted on October 6, 2017; Declaration submitted on March 23, 2018.

**United States District Court, Southern District of California,** *Sherry Hunter, on behalf of herself, all others similarly situated, and the general public, v. Nature's Way Products, LLC, and Schwabe North America, Inc.,* Case No. 3:16-cv-00532-WQH-BLM, on behalf of Law offices of Jack Fitzgerald, PC, Declaration submitted March 24, 2017; Reply Declaration submitted May 26, 2017; Reply Declaration submitted on July 11, 2017.

**United States District Court, Southern District Of New York,** *Joanne Hart, and Sandra Bueno, on behalf of themselves and all others similarly situated, v. BHH, LLC d/b/a Bell + Howell and Van Hauser LLC,* Case No. 1:15-cv-04804-WHP, on behalf of Bursor & Fisher, P.A., Declaration submitted March 16, 2017; Deposition on January 10, 2018; Supplemental Declaration submitted January 30, 2018; Declaration submitted on March 2, 2018; Supplemental Declaration submitted on March 30, 2018.

**United States District Court, Eastern District Of New York, Brooklyn Division,** *Reply All Corp., v. Gimlet Media, Inc.,* Case No. 15-cv-04950-WFK-PK, on behalf of Wolf, Greenfield & Sacks, P.C., Declaration submitted March 15, 2017; Deposition on April 26, 2017.

**United States District Court, Northern District of California,** *James P. Brickman, individually and as a representative of all others similarly situated, v. Fitbit, Inc.*, Case No. 3:15-cv-02077-JD, on behalf of Dworken & Bernstein LPA, Declaration submitted February 28, 2017; Deposition on March 8, 2017.

**United States District Court, Northern District of California,** *Jamie Pettit, an individual, on behalf of herself, the general public and those similarly situated, v. Procter & Gamble Company; and Does 1 Through 50*, Case No. 15-cv-02150-RGS, on behalf of Gutride Safier LLP, Declaration submitted February 14, 2017; Deposition on March 3, 2017; Reply Declaration submitted May 11, 2017.



*Statement of Qualifications – Colin B. Weir*

**United States District Court, Southern District of New York,** *Alan Gulkis, individually and on behalf of all others similarly situated, Zicam LLC and Matrixx Initiatives, Inc.*, Case No. 7:15-cv-09843-CS, on behalf of Bursor & Fisher, P.A., Declaration submitted on February 8, 2017; Deposition on July 14, 2017.

**United States District Court, Central District of California,** *Elisabeth Martin, on behalf of herself, all others similarly situated, and the general public, v. Monsanto Company*, Case No. 16-02168-JFW (SPx), on behalf of the Law Office of Jack Fitzgerald, PC, Declaration submitted February 6, 2017; Deposition on February 9, 2017; Reply Declaration on February 27, 2017.

**United States District Court, Southern District of New York,** *Walt Famular, on behalf of himself and all others similarly situated, v. Whirlpool Corporation*, Case No. 16-cv-00944, on behalf of Bursor & Fisher, P.A., Declaration submitted February 3, 2017, Deposition on August 15, 2017, Rebuttal Declaration on March 20, 2018.

**United States District Court, Central District of California,** *In re: 5-Hour Energy Marketing and Sales Practices Litigation*, Case No. 2:13-ml-02438 PSG, on behalf of Bursor & Fisher, P.A., Declaration submitted September 26, 2016; Reply Declaration submitted October 14, 2016; Deposition on October 27, 2016; Declaration submitted on December 22, 2016; Rebuttal Declaration submitted on March 15, 2017.

**United States District Court, Southern District of Florida,** *Benjamin Hankinson, James Guerra, Jeanette Gandolfo, Lisa Palmer, Donald Anderson, Catherine Long, and Lisa Prihoda, individually and on behalf of others similarly situated, v. R.T.G. Furniture Corp., d/b/a Rooms to Go, RTG America, LLC, The Jeffrey Seaman 2009 Annuity Trust, RTG Furniture Corp. of Georgia, d/b/a Rooms to Go, Rooms to Go North Carolina Corp., d/b/a Rooms to Go, RTG Furniture of Texas, L.P., d/b/a Rooms to Go, RTG Texas Holdings, Inc., and R.T.G. Furniture Corp. of Texas*, Case No. 9:15-cv-81139-COHN/SELTZER, on behalf of Cohen Milstein, Declaration submitted September 1, 2016; Declaration submitted October 3, 2016; Deposition on November 4, 2016; Declaration submitted on January 5, 2017.

**Circuit Court Of Cook County, Illinois County Department, Chancery Division,** *Amy Joseph, individually and on behalf of all others similarly situated, Benjamin Perez, individually and on behalf of all others similarly situated, Intervening Plaintiff, v. Monster Inc., a Delaware Corporation, and Best Buy Co., Inc., a Minnesota Corporation*, Case No. 2015 CH 13991, on behalf of Interveners, Declaration submitted August 8, 2016; Supplemental Declaration submitted January 22, 2018.

**United States District Court, Central District of California, Eastern Division,** *Jeff Looper, Michael Bright, Scott Johnson, individuals on behalf of themselves and all others similarly situated, v. FCA US LLC, f/k/a Chrysler Group LLC, a Delaware limited liability company, and DOES 1-100 inclusive*, Case No. 14-cv-00700-VAP-DTB, on behalf of Gibbs Law Group, LLP; Declaration submitted August 7, 2016; Deposition on September 29, 2016.

8


ECONOMICS AND TECHNOLOGY, INC.

**United States District Court, Eastern District of California,** *Chad Herron, individually, on behalf of himself and all others similarly situation, v. Best Buy Stores, LP, a Virginia limited partnership*, Case No. 12-cv-02103-TLN-CKD, on behalf of Stonebarger Law, A Professional Corporation; Declaration submitted June 24, 2016; Deposition on July 29, 2016; Supplemental Declaration submitted September 8, 2016.

**United States District Court for the Southern District of Florida,** *Angela Sanchez-Knutson v. Ford Motor Company*, Case No. 14:61344-CIV DIMITROULEAS, on behalf of Kelley Uustal Trial Attorneys; Deposition on June 1, 2016.

**United States District Court, Central District of California,** *Jacqueline Dean, on behalf of herself and all others similarly situated, v. Colgate-Palmolive Co.*, Case No. 5:15-cv-00107, on behalf of Bursor & Fisher, P.A.; Declaration submitted April 29, 2016; Deposition on July 13, 2016; Reply Declaration submitted on May 2, 2017; Declaration submitted on October 2, 2016; Reply Declaration submitted on December 14, 2017.

**United States District Court, District of New Jersey,** *In re: AZEK Decking Marketing & Sales Practices Litigation*, Case No. 12-cv-06627-MCA-MAH, on behalf of Seeger Weiss, LLP; Declaration submitted February 26, 2016; Declaration submitted May 16, 2016; Deposition on July 6, 2016; Reply Declaration submitted August 29, 2016.

**United States District Court. Northern District of California,** *In re: Nest Labs Litigation*, Case No. 5:14-cv-01363-BLF, on behalf of Bursor & Fisher, P.A.; Declaration submitted on January 22, 2016; Deposition on March 2, 2016; Reply Declaration submitted on June 3, 2016.

**United States District Court, Northern District of California,** *Rohini Kumar, an individual, on behalf of herself, the general public and those similarly situated, v. Salov North America Corp.; And Italfoods, Inc.*, Case No. 4:14-cv-02411-YGR, on behalf of Gutride Safier LLP; Declaration submitted on January 19, 2016; Deposition on February 24, 2016; Reply Declaration submitted on May 10, 2016; Declaration submitted on April 11, 2017, Declaration submitted on May 16, 2017.

**United States District Court, Northern District of Ohio, Eastern Division,** *Christopher Meta, On Behalf Of Himself And All Others Similarly Situated v. Target Corporation, et al.*, Case No. 4:14-0832-DCN, on behalf of Tycko & Zavareei, LLP, Declaration submitted January 6, 2016; Deposition on March 15, 2016; Reply Declaration submitted on March 18, 2016.

**United States District Court, District of New Jersey,** *Charlene Dzielak, Shelley Baker, Francis Angelone, Brian Maxwell, Jeffery Reid, Kari Parsons, Charles Beyer, Jonathan Cohen, Jennifer Schramm, and Aspasia Christy on behalf of themselves and all others similarly situated, v. Whirlpool Corporation, Lowe's Home Center, Sears Holdings Corporation, The Home Depot, Inc., Fry's Electronics, Inc., And Appliance Recycling Centers Of America, Inc.,* Case No. 12-cv-0089-KM-JBC, on behalf of Bursor & Fisher, P.A., Declaration submitted December 28, 2015; Deposition on April 22, 2016; Rebuttal Declaration submitted June 10, 2016; Responding Declaration submitted July 6, 2018; Rebuttal Declaration submitted on August 10, 2018.



**United States District Court, District of New Jersey,** *In re: Tropicana Orange Juice Marketing and Sales Practices Litigation,* Case No. 12-cv-7382-WJM-JBC, on behalf of Carella, Byrne, Cecchi, Olstein, Brody & Agnello, PC.; Declaration submitted on November 6, 2015; Deposition on January 28, 2016.

**United States District Court, Northern District of California,** *Scott Koller, an individual, on behalf of himself, the general public and those similarly situated v. Deoleo USA, Inc. and Med Foods, Inc.,* Case No. 3:14-cv-02400-RS, on behalf of Gutride Safier LLP; Declaration submitted on October 29, 2015; Deposition on December 21, 2015; Reply Declaration submitted on April 3, 2017.

**United States District Court, Eastern District Of New York,** *Patrick Hughes and Nafisé Nina Hodjat, individually and on behalf of others similarly situated, v. The Ester C Company; NBTY, Inc.; and Naturesmart, LLC,* Case No. 12-cv-00041-JFB-ETB, on behalf of Reese LLP and WhatleyKallas LLP; Declaration submitted October 22, 2015; Deposition on December 1, 2015; Reply Declaration submitted on January 28, 2016; Surrebuttal Declaration submitted on April 20, 2016; oral testimony and cross examination on September 20, 2016.

**United States District Court, District Of Connecticut,** *Glen Grayson, and Doreen Mazzanti, individually and on behalf of themselves and all others similarly situated, v. General Electric Company,* Case No. 3:13-cv-01799-WWE, on behalf of Izard Nobel LLP; Declaration submitted October 15, 2015; Deposition on November 17, 2015; Rebuttal Declaration submitted March 23, 2016.

**United States District Court, District of New Jersey,** *Lynne Avram, on behalf of herself and all others similarly situated, v. Samsung Electronics America Inc., and Lowe's Home Centers, Inc.,* Case No. 11-cv-6973-KM-MCA, on behalf of Faruqi & Faruqi LLP; Declaration filed July 15, 2015; Deposition September 29, 2015.

**United States District Court, District of Connecticut,** *Heidi Langan, on behalf of herself and all others similarly situated, v. Johnson & Johnson Consumer Companies, Inc.,* Case No. 3:13-cv-01471-RNC, on behalf of Izard Nobel LLP; Declaration filed June 23, 2015; Deposition on July 21, 2015; Reply Declaration filed October 15, 2015.

**United States District Court, Eastern District of California,** *Yesenia Melgar, on behalf of herself and all others similarly situated, v. Zicam LLC, and Matrixx Initiatives, Inc.,* Case No. 2:14-cv-00160-MCE-AC, on behalf of Bursor & Fisher, PA; Declaration filed June 8, 2015.

**United States District Court, Central District of California, Eastern Division-Riverside** *Michael J. Otto, individually, and on behalf of other members of the general public similarly situated, v. Abbott Laboratories, Inc.,* Case No. 12-01411-SVW(DTBx), on behalf of Baron & Budd; Declaration filed May 25, 2015; Deposition on June 2, 2015; Supplemental Declaration filed July 6, 2015.



**United States District Court, Central District of California,** *Russell Minoru Ono, individually and on behalf of others similarly situated, v. Head Racquet Sports USA, a corp. and Head USA Inc.*, Case No. 13-04222-FMO, on behalf of Baron & Budd; Declaration filed April 24, 2015, Deposition on June 30, 2015; Reply Declaration filed July 2, 2015.

**United States District Court, Southern District of Florida,** *Vanessa Lombardo, on behalf of herself and all others similarly situated, v. Johnson & Johnson Consumer Companies and Neutrogena Corporation*, Case No. 13-60536-SCOLA, on behalf of Morgan & Morgan; Declaration filed March 31, 2015.

**United States District Court, Eastern District of New York,** *D. Joseph Kurtz, individually and on behalf all others similarly situated, v. Kimberly-Clark Corporation and Costco Corporation*, Case No. 14-01142-JBW, on behalf of Robbins Geller Rudman & Dowd LLP; Declaration filed February 27, 2015; Rebuttal Declaration filed March 27, 2015.

**United States District Court, Eastern District of New York,** *Anthony Belfiore, on behalf of himself and all others similarly situated, v. Procter & Gamble*, Case No. 14-04090-JBR, on behalf of Wolf Popper LLP; Declaration filed February 27, 2015; Rebuttal Declaration filed April 30, 2015.

**United States District Court, Northern District of California,** *Patrick Hendricks, individually and on behalf of all others similarly situated, v. StarKist Co.*, Case No. 13-0729-YGR, on behalf of Bursor & Fisher, PA; Declaration filed January 20, 2015; Deposition on February 10, 2015; Reply Declaration filed April 7, 2015.

**United States District Court, Northern District of California, San Francisco Division,** *Scott Miller and Steve Leyton, individually and on behalf themselves, the general public and those similarly situated v. Ghirardelli Chocolate Company*, Case No. 12-04936-LB, on behalf of Gutride Safier LLP, Declaration filed January 8, 2015; Reply Declaration filed February 5, 2015.

**United States Bankruptcy Court, Eastern District of New York,** *In re: Kangadis Food Inc., d/b/a The Gourmet Factory, Debtor*, Case No. 14-72649-REG, on behalf of Bursor & Fisher, PA; Declaration filed August 5th, 2014; Oral testimony on November 24, 2014.

**United States District Court, Southern District of New York,** *Joseph Ebin and Yeruchum Jenkins, individually and on behalf of all others similarly situated v. Kangadis Family Management LLC, Aristidia Kangadis a/k/a "Mr. Aris," Andromahi Kangadis a/k/a "Mrs. Mahi," and Themis Kangadis*, Case No. 14-cv-1324-JSR, on behalf of Bursor & Fisher, PA; Declaration filed August 5, 2014; Deposition on October 9, 2014.

**United States District Court, Northern District of California, San Francisco Division,** *Erin Allen, on behalf of herself and all others similarly situated, v. Con Agra Foods, Inc.*, Case No. 13-cv-01279-VC, on behalf of Hagens Berman Sobol Shapiro LLP and The Eureka Law Firm; Declaration submitted August 11, 2014; Deposition on September 30, 2014; Declaration submitted July 9, 2018.



**United States District Court, Eastern District of California,** *Kyle Dei Rossi and Mark Linthicum, on behalf of themselves and those similarly situated, v. Whirlpool Corporation*, Case No. 12-cv-00125-TLN-CKD, on behalf of Bursor & Fisher, P.A.; Declaration filed July 31, 2014, Deposition on August 20, 2014.

**United States District Court, Northern District of Illinois, Eastern Division,** *In re: Southwest Airlines Voucher Litigation.*, Case No. 11-cv-8176, Hon. Matthew Kennelly, on behalf of Siprut PC; Declaration filed June 4, 2014; Oral testimony and cross examination on June 16, 2014.

**United States District Court, Central District of California, Western Division,** *In re: ConAgra Foods, Inc.*, Case No. 11-cv-05379-MMM, MDL No. 2291, on behalf of Milberg LLP and Grant & Eisenhofer, P.A.; Declaration filed May 5, 2014; Deposition on May 23, 2014; Declaration filed June 30, 2014; Declaration filed September 8, 2014; Deposition on September 16, 2014, Declaration filed October 27, 2014.

**United States District Court, Southern District of New York,** *In re: Scotts EZ Seed Litigation*, Case No. 12-cv-4727-VB, on behalf of Bursor & Fisher, PA; Declaration filed March 31, 2014; Deposition on May 21, 2014; Declaration filed on January 8, 2016; Deposition on February 10, 2016; Reply Declaration submitted June 30, 2016; Declaration submitted September 1, 2016; Declaration submitted on October 20, 2016.

**United States District Court, Central District of California,** *Julie Fagan, Michael Fagan, Melissa Pennalatore, Amy Sapeika and Shelley Trinchero, individually and on behalf of all others similarly situated v. Neutrogena Corporation*, Case No. 13-cv-01316-SVW, on behalf of Izard Nobel LLP; Declaration filed March 21, 2014; Deposition on April 3, 2014; Supplemental Declaration filed August 4, 2014; Deposition on August 13, 2014; Declaration filed September 9, 2014.

**United States District Court, Central District of California,** *Enzo Forcellati and Lisa Roemmich, individually and on behalf of all others similarly situated v. Hyland's Inc., Standard Homeopathic Laboratories, Inc. and Standard Homeopathic Company*, Case No. 12-cv-01983-GHK, on behalf of Faruqi and Faruqi; Declaration filed December 13, 2013; Deposition on February 27, 2014.

**United States District Court, Southern District of Florida,** *Adam Karhu, on behalf of himself and all others similarly situated, v. Vital Pharmaceuticals, Inc., d/b/a VPX Sports*, Case No. 13-cv-60768-JIC, on behalf of Thornton, Davis, & Fein, P.A., Declaration filed December 13, 2013; Declaration filed January 6, 2014; Declaration filed March 31, 2014.

**Trial Court of Massachusetts, District of Edgartown,** *Schepici v. JetBlue Airways Corp.,* on behalf of plaintiff; Mediation on December 4, 2013.

**Superior Court of California, County of Alameda,** *In re: Cellphone Termination Fee Cases, Ramzy Ayyad, et al, v. Sprint Spectrum, L.P.,* JCCP No. 4332, Case No. RG03-121510, on behalf of the Executive Committee; Declaration filed September 18, 2013.



*Statement of Qualifications – Colin B. Weir*

**United States District Court, Northern District of California,** *Maria Torres, Gabriel Rojas, and Ian Kerner, individually and on behalf of all others similarly situated v. JC Penney Corporation, Inc.; and JC Penney Company, Inc.,*, Case No. cv-12-01105-RS, on behalf of Bramson, Plutzik, Mahler and Birkhaeuser; Declaration filed September 13, 2013; Deposition on October 2, 2013.

**United States District Court, Southern District of New York,** *Joseph Ebin and Yeruchum Jenkins, individually and on behalf of all others similarly situated v. Kangadis Foods Inc*, Case No. 13-cv-02311-JSR, on behalf of Bursor & Fisher, PA; Declaration filed August 26, 2013; Deposition on October 21, 2013.

**United States District Court, Northern District of California,** *Desiree Moore, on behalf of themselves, the general public, and all those similarly situated, v. Verizon Communications*, Case No. 4:09-cv-01823-SBA, on behalf of David Schachman and Associates PC, Jacobs Kolton Chtd., and Keller Grover, LLP; Declaration filed June 24, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on March 1, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 20, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 19, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 13, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 7, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on February 4, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on January 24, 2013.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on December 12, 2012.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on December 10, 2012.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant; Oral testimony and cross examination on November 28, 2012.

**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant, Declarations filed October 4, 2012 and November 5, 2012; Oral testimony and cross examination on November 27, 2012.



**American Arbitration Association,** *[Redacted for public inspection]*, on behalf of Claimant, Declaration filed April 16, 2012; Oral testimony and cross examination on May 11, 2012.

**United States District Court, District of Massachusetts,** *Marcy Cruz v. Justin Kagan, Arthur Hegarty, Ronald Teachman, and the City of New Bedford***,** Case No. 1:09-cv-11793-RGS, on behalf of Marcy Cruz, Expert Report filed February 28, 2011; Oral testimony and cross examination on December 1, 2011.

**United States District Court, Southern District of New York,** *Bursor & Fisher P.A., v. Federal Communications Commission***,** Case No. 1:11-cv-05457-LAK, on behalf of Bursor & Fisher P.A., Declaration filed August 17, 2011.

**United States District Court, District of New Jersey,** *In Re: Sprint Premium Data Plan Marketing and Sales Practices Litigation,* Master Case No. 10-6334 (SDW) MDL No. 2228**,** on behalf of Thornton, Davis, & Fein, P.A., Declaration filed August 11, 2011.

**United States District Court, Northern District of California,** *Patrick Hendricks, on behalf of himself and all others similarly situated, v. AT&T Mobility LLC,* Case No. C11-00409, on behalf of Bursor & Fisher, P.A., Declaration filed August 7, 2011.

**Federal Communications Commission,** *In the Matter of Applications of AT&T Inc. & Deutsche Telekom AG for Consent to Assign or Transfer Control of Licenses and Authorizations*, WT Docket No. 11-65, on behalf of Butch Watson, Declaration filed June 20, 2011.

**California Public Utilities Commission,** *Pacific Bell Telephone Company d/b/a AT&T California (U1001C) Complainant, vs. O1 Communication, Inc. (U 6065 C), Defendant*, Case No. C.08-03-001, on behalf of the O1 Communications, Inc., Reply Testimony filed November 6, 2009; Oral testimony and cross examination on November 16, 2009.

**Superior Court of California, County of Alameda**, *James Thomas, on behalf of themselves, the general public, and all those similarly situated, v. Global Vision Products, Inc., Anthony Imbriolo, Derrike Cope, David L. Gordon, Powertel Technologies, Inc., Craig Dix, Henry Edelson and Robert Debenedictis,* Case No. RG03-091195, on behalf of the Law Offices Of Scott A. Bursor, Oral testimony and cross examination on November 9, 2009.

**United States District Court, District of New Jersey,** *Judy Larson, Barry Hall, Joe Milliron, Tessie Robb, and Willie Davis, individually and on behalf of all others similarly situated, v. AT&T Mobility LLC f/k/a Cingular Wireless LLC and Sprint Nextel Corporation and Sprint Spectrum L.P. d/b/a Sprint Nextel and Nextel Finance Company, Civ. Act. No. 07-5325 (JLL)*, on behalf of PinilisHalpern, LLP and Law Offices of Scott A. Bursor, Declaration filed *under seal* October 19, 2009.

**California Public Utilities Commission,** *Pacific Bell Telephone Company d/b/a AT&T California (U1001C) Complainant, vs. Pac-West Telecomm, Inc. (U 5266 C), Defendant*, Case No. C.08-09-017, on behalf of the Pac-West Telecomm, Inc., Rebuttal Testimony filed May 1, 2009.



**Illinois Commerce Commission,** Illinois Bell Telephone Company Annual Rate Filing for Non-Competitive Services Under an Alternative Form of Regulation, Ill. C. C. Docket No. 08-0249, on behalf of the People of the State of Illinois, Declaration filed May 2, 2008.

**Federal Communications Commission,** Qwest Petition for Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of AT&T Inc, For Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of BellSouth Corporation For Forbearance Under 47 U.S.C. §160(c) From Title II and *Computer Inquiry Rules* with Respect to Broadband Services, Petition of the Embarq Local Operating Companies for Forbearance Under 47 U.S.C. §160(c) From Application of *Computer Inquiry* and certain Title II Common Carriage Requirements; WC Docket Nos. 06-125 and 06-147, on behalf of the AdHoc Telecommunications Users Committee, Declaration filed October 9, 2007.

**Superior Court of California, County of Alameda**, *James Thomas, on behalf of themselves, the general public, and all those similarly situated, v. Global Vision Products, Inc., Anthony Imbriolo, Derrike Cope, David L. Gordon, Powertel Technologies, Inc., Craig Dix, Henry Edelson and Robert Debenedictis,* Case No. RG03-091195, on behalf of the Law Offices Of Scott A. Bursor, Declaration filed January 5, 2007; Deposition on November 13, 2007; Oral testimony and cross-examination on December 19, 2007; Oral testimony on January 9, 2008.

Mr. Weir has served as a consultative expert in numerous proceedings that did not result in testimony, and has contributed research and analysis to numerous additional publications and testimony at the state, federal, and international levels.



**Exhibit 2**

**Documents Reviewed**

- Class Action Complaint, filed June 17, 2016

- 47 U.S. Code  227

- May 30, 2017 Declaration of Randall Snyder

- October 16, 2017 Declaration of Randall Snyder

- Deposition of Steven Kiser, April 13, 2017

- GC Call Detail Records

- TCN Call Detail Records

- VIC Call Detail Records

- Defendant's Account Data (including account number and fields one through ten)

- TransUnion reverse call data

- North American Numbering Plan Administration, valid US NPA, NXX codes

https://www.nationalnanpa.com/

# Exhibit 3

# Global Connect Data

Global Connect

| Month | Answered | Busy | Fax | Invalid | Machine | No Answer | Total |
|---|---|---|---|---|---|---|---|
| June-2012 | 14,611 | 4,767 | 207 | 12,282 | 17,236 | 12,886 | 61,989 |
| July-2012 | 31,278 | 9,158 | 556 | 28,415 | 32,633 | 24,951 | 126,991 |
| August-2012 | 33,046 | 5,408 | 582 | 34,879 | 29,697 | 21,625 | 125,237 |
| September-2012 | 23,825 | 1,607 | 360 | 25,844 | 19,652 | 12,600 | 83,888 |
| October-2012 | 32,724 | 2,986 | 458 | 37,359 | 28,693 | 22,651 | 124,871 |
| November-2012 | 29,915 | 3,063 | 445 | 33,957 | 25,421 | 18,614 | 111,415 |
| December-2012 | 24,459 | 2,441 | 587 | 26,282 | 21,997 | 12,132 | 87,898 |
| January-2013 | 13,868 | 1,490 | 274 | 15,296 | 12,218 | 7,062 | 50,208 |
| February-2013 | 26,809 | 3,096 | 705 | 27,853 | 23,394 | 14,291 | 96,148 |
| March-2013 | 23,539 | 3,535 | 746 | 21,309 | 21,417 | 11,014 | 81,560 |
| April-2013 | 8,601 | 797 | 228 | 7,411 | 8,096 | 4,559 | 29,692 |
| May-2013 | 27,193 | 2,760 | 646 | 28,253 | 24,201 | 12,426 | 95,479 |
| June-2013 | 23,538 | 4,139 | 567 | 23,087 | 18,877 | 11,260 | 81,468 |
| July-2013 | 23,013 | 4,218 | 571 | 24,530 | 20,960 | 11,253 | 84,545 |
| August-2013 | 29,841 | 11,174 | 694 | 23,335 | 26,939 | 17,946 | 109,929 |
| September-2013 | 26,420 | 9,985 | 751 | 18,593 | 25,620 | 16,365 | 97,734 |
| October-2013 | 26,817 | 7,732 | 626 | 15,854 | 24,416 | 14,264 | 89,709 |
| November-2013 | 32,237 | 8,820 | 750 | 24,558 | 27,661 | 13,535 | 107,561 |
| December-2013 | 22,022 | 4,663 | 383 | 21,279 | 20,356 | 15,363 | 84,066 |
| January-2014 | 31,583 | 6,481 | 654 | 30,113 | 29,527 | 12,754 | 111,112 |
| February-2014 | 42,151 | 8,195 | 730 | 41,807 | 39,756 | 18,212 | 150,851 |
| March-2014 | 59,395 | 42,405 | 839 | 49,665 | 47,954 | 34,496 | 234,754 |
| April-2014 | 77,626 | 22,283 | 1,181 | 53,636 | 57,841 | 61,522 | 274,089 |
| May-2014 | 52,402 | 7,576 | 669 | 27,577 | 34,296 | 32,277 | 154,797 |
| June-2014 | 49,055 | 14,495 | 627 | 26,467 | 36,314 | 23,128 | 150,086 |
| July-2014 | 60,244 | 14,277 | 943 | 46,248 | 49,591 | 24,745 | 196,048 |
| August-2014 | 54,190 | 14,695 | 1,006 | 42,650 | 46,475 | 34,512 | 193,528 |
| September-2014 | 27,705 | 17,712 | 449 | 47,691 | 30,058 | 139,108 | 262,723 |
| October-2014 | 48,209 | 16,012 | 666 | 25,834 | 42,608 | 34,762 | 168,091 |
| November-2014 | 50,568 | 16,134 | 605 | 27,090 | 46,336 | 27,609 | 168,342 |
| December-2014 | 69,028 | 19,564 | 855 | 38,085 | 61,743 | 30,694 | 219,969 |
| January-2015 | 68,502 | 31,277 | 766 | 44,650 | 65,318 | 32,311 | 242,824 |
| February-2015 | 67,008 | 15,191 | 665 | 37,582 | 58,496 | 35,843 | 214,785 |
| March-2015 | 65,178 | 12,625 | 328 | 38,492 | 51,555 | 36,754 | 204,932 |
| April-2015 | 55,953 | 7,776 | 463 | 36,488 | 56,902 | 21,910 | 179,492 |
| May-2015 | 42,286 | 9,102 | 316 | 28,439 | 42,541 | 17,589 | 140,273 |
| June-2015 | 46,782 | 10,538 | 200 | 34,823 | 50,190 | 22,482 | 165,015 |
| July-2015 | 57,727 | 10,395 | 288 | 38,340 | 59,410 | 28,579 | 194,739 |
| August-2015 | 58,678 | 37,575 | 486 | 28,856 | 48,221 | 33,095 | 206,911 |
| September-2015 | 70,659 | 35,835 | 431 | 25,264 | 57,842 | 34,149 | 224,180 |
| October-2015 | 65,651 | 18,827 | 488 | 25,874 | 55,650 | 34,611 | 201,101 |
| November-2015 | 62,155 | 13,110 | 694 | 26,470 | 46,243 | 31,394 | 180,066 |
| December-2015 | 60,969 | 7,263 | 631 | 29,160 | 48,359 | 28,421 | 174,803 |
| January-2016 | 47,092 | 4,971 | 379 | 20,465 | 40,146 | 20,321 | 133,374 |
| February-2016 | 52,121 | 5,832 | 302 | 22,398 | 50,325 | 24,401 | 155,379 |

Global Connect

| Month | Answered | Busy | Fax | Invalid | Machine | No Answer | Total |
|---|---|---|---|---|---|---|---|
| March-2016 | 67,925 | 7,206 | 385 | 33,440 | 59,726 | 27,782 | 196,464 |
| April-2016 | 66,729 | 7,075 | 268 | 32,142 | 67,426 | 23,605 | 197,245 |
| May-2016 | 34,557 | 3,793 | 153 | 14,643 | 35,706 | 13,285 | 102,137 |
| June-2016 | 27,899 | 3,807 | 118 | 12,293 | 25,684 | 9,775 | 79,576 |
| July-2016 | 77,166 | 18,461 | 369 | 41,092 | 72,247 | 32,613 | 241,948 |
| August-2016 | 121,338 | 25,585 | 693 | 60,597 | 107,787 | 47,151 | 363,151 |
| September-2016 | 115,107 | 22,572 | 625 | 54,093 | 106,116 | 52,478 | 350,991 |
| October-2016 | 99,517 | 13,176 | 485 | 41,264 | 91,669 | 40,396 | 286,507 |
| November-2016 | 109,307 | 16,158 | 546 | 53,596 | 106,566 | 47,856 | 334,029 |
| December-2016 | 95,463 | 17,488 | 422 | 44,187 | 87,425 | 37,108 | 282,093 |
| January-2017 | 94,461 | 26,125 | 350 | 41,275 | 90,011 | 32,880 | 285,102 |
| February-2017 | 71,598 | 22,970 | 273 | 34,005 | 67,155 | 30,150 | 226,151 |
| March-2017 | 42,288 | 10,515 | 164 | 18,495 | 41,028 | 14,141 | 126,631 |
| April-2017 | 2,982 | 507 | 11 | 1,117 | 3,853 | 1,117 | 9,587 |
| May-2017 | 357 | 31 | 1 | 72 | 582 | 145 | 1,188 |
| | | | | | | | |
| Total | 2,943,367 | 707,454 | 30,660 | 1,826,851 | 2,646,162 | 1,560,958 | 9,715,452 |

**Exhibit 4**

**TCN Data**

| Month | Answered | Answered Hangup | Answered Linkcall | Answered Linkcall Abandoned | Busy | TCN Invalid | Invalid Unknown NPA-NXX | Machine Delivered | Machine Hangup | Machine Undeliverable | No Answer | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January-2017 | 1,576 | 0 | 82 | 9 | 565 | 4,641 | 37 | 0 | 30,255 | 0 | 11,778 | 48,943 |
| February-2017 | 5,852 | 0 | 196 | 32 | 1,556 | 13,491 | 59 | 0 | 77,474 | 0 | 33,510 | 132,170 |
| March-2017 | 9,872 | 1 | 688 | 186 | 2,250 | 24,026 | 93 | 0 | 154,907 | 0 | 66,706 | 258,729 |
| April-2017 | 17,853 | 11 | 1,162 | 247 | 3,407 | 41,102 | 281 | 0 | 282,662 | 0 | 126,349 | 473,074 |
| May-2017 | 16,742 | 8 | 1,655 | 261 | 2,986 | 43,941 | 174 | 0 | 285,125 | 0 | 118,961 | 469,853 |
| June-2017 | 18,691 | 4 | 1,088 | 150 | 2,883 | 50,206 | 152 | 1,066 | 312,006 | 784 | 130,888 | 517,918 |
| July-2017 | 17,426 | 11 | 1,827 | 127 | 2,911 | 45,724 | 177 | 4,428 | 305,125 | 3,191 | 125,980 | 506,927 |
| August-2017 | 10,557 | 0 | 2,965 | 127 | 4,990 | 42,097 | 307 | 3,236 | 270,665 | 2,218 | 113,182 | 450,344 |
| September-2017 | 11,123 | 2 | 3,183 | 148 | 6,300 | 39,468 | 305 | 7,267 | 273,844 | 5,290 | 113,158 | 460,088 |
| October-2017 | 10,396 | 0 | 2,051 | 76 | 6,286 | 35,765 | 325 | 608 | 260,579 | 334 | 115,935 | 432,355 |
| Total | 120,088 | 37 | 14,897 | 1,363 | 34,134 | 340,461 | 1,910 | 16,605 | 2,252,642 | 11,817 | 956,447 | 3,750,401 |

**Exhibit 5**

**VIC Data**

| Month | 3 Tone Intercept | Area Code Changed | Busy | Call Error | DIAL NEW ENTRY | Fax | Hang Up Salutation | Link Back Transfer | Message - Hang Up | Message - Party Connect | Message - VIC Voice Mail | No Answer | No Ring | On Hold Hang Up | Other | Party Connect | Party Transfer Hang Up | Phone In The Skip Table | UNKNOWN DIRECTIVE 8454 | Unable To Transfer Party | Voice Mail - Hang Up | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| June-2012 | 435 | 0 | 187 | 0 | 0 | 115 | 0 | 0 | 138 | 0 | 0 | 1,294 | 24 | 232 | 45 | 390 | 0 | 0 | 102 | 237 | 2,329 | 5,528 |
| July-2012 | 795 | 0 | 291 | 0 | 0 | 119 | 0 | 0 | 168 | 0 | 0 | 2,030 | 23 | 314 | 46 | 409 | 0 | 0 | 97 | 326 | 2,918 | 7,536 |
| August-2012 | 954 | 0 | 452 | 1 | 0 | 215 | 0 | 1 | 278 | 16 | 17 | 2,764 | 18 | 392 | 99 | 602 | 0 | 0 | 18 | 992 | 3,007 | 9,826 |
| September-2012 | 307 | 0 | 116 | 1 | 0 | 46 | 0 | 2 | 86 | 39 | 76 | 729 | 9 | 154 | 33 | 205 | 0 | 0 | 20 | 190 | 1,299 | 3,312 |
| October-2012 | 861 | 0 | 309 | 0 | 0 | 143 | 0 | 0 | 221 | 0 | 0 | 1,724 | 17 | 249 | 59 | 400 | 0 | 0 | 16 | 219 | 2,679 | 6,897 |
| November-2012 | 797 | 0 | 265 | 1 | 0 | 127 | 0 | 1 | 179 | 47 | 0 | 1,912 | 11 | 194 | 74 | 334 | 2 | 0 | 4 | 371 | 2,436 | 6,755 |
| December-2012 | 948 | 0 | 353 | 1 | 0 | 193 | 0 | 2 | 322 | 29 | 0 | 3,313 | 19 | 225 | 71 | 388 | 0 | 2 | 38 | 888 | 2,946 | 9,738 |
| January-2013 | 1,911 | 0 | 720 | 0 | 102 | 447 | 0 | 0 | 467 | 0 | 0 | 4,625 | 41 | 341 | 126 | 936 | 8 | 0 | 1,802 | 950 | 4,632 | 17,108 |
| February-2013 | 920 | 0 | 411 | 0 | 0 | 183 | 0 | 0 | 215 | 0 | 0 | 2,497 | 22 | 320 | 67 | 465 | 2 | 0 | 20 | 1,404 | 3,483 | 10,009 |
| March-2013 | 745 | 0 | 383 | 0 | 0 | 207 | 0 | 0 | 204 | 0 | 0 | 2,119 | 44 | 299 | 91 | 407 | 0 | 0 | 25 | 1,589 | 3,571 | 9,684 |
| April-2013 | 679 | 0 | 341 | 0 | 0 | 161 | 0 | 0 | 276 | 0 | 0 | 2,326 | 30 | 273 | 109 | 435 | 0 | 0 | 32 | 1,550 | 3,537 | 9,749 |
| May-2013 | 591 | 0 | 297 | 0 | 0 | 143 | 0 | 0 | 182 | 0 | 0 | 1,661 | 20 | 223 | 62 | 323 | 1 | 0 | 10 | 670 | 2,494 | 6,677 |
| June-2013 | 771 | 0 | 388 | 0 | 0 | 132 | 0 | 0 | 192 | 0 | 0 | 2,901 | 20 | 272 | 54 | 437 | 0 | 0 | 6 | 649 | 2,716 | 8,538 |
| July-2013 | 189 | 0 | 142 | 0 | 0 | 34 | 0 | 0 | 54 | 0 | 0 | 651 | 6 | 72 | 51 | 113 | 0 | 0 | 3 | 48 | 1,088 | 2,451 |
| November-2013 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 6 | 0 | 0 | 6 |
| December-2013 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 29 | 0 | 0 | 29 |
| January-2014 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 8 |
| February-2014 | 971 | 0 | 498 | 0 | 0 | 213 | 0 | 0 | 298 | 0 | 0 | 2,405 | 40 | 315 | 92 | 799 | 0 | 0 | 19 | 229 | 4,027 | 9,906 |
| March-2014 | 323 | 0 | 278 | 0 | 0 | 88 | 0 | 0 | 102 | 0 | 0 | 770 | 17 | 137 | 61 | 395 | 0 | 0 | 11 | 152 | 2,137 | 4,471 |
| April-2014 | 724 | 0 | 333 | 0 | 0 | 164 | 0 | 0 | 176 | 0 | 0 | 1,651 | 42 | 225 | 73 | 744 | 0 | 0 | 12 | 198 | 3,457 | 7,799 |
| May-2014 | 331 | 0 | 302 | 0 | 0 | 114 | 0 | 0 | 115 | 0 | 0 | 1,487 | 52 | 149 | 35 | 459 | 0 | 0 | 16 | 393 | 2,780 | 6,233 |
| June-2014 | 548 | 0 | 788 | 0 | 0 | 330 | 0 | 0 | 224 | 0 | 0 | 2,299 | 48 | 196 | 138 | 904 | 0 | 0 | 3 | 364 | 4,980 | 10,822 |
| July-2014 | 333 | 0 | 207 | 0 | 0 | 182 | 0 | 0 | 136 | 0 | 0 | 1,100 | 29 | 117 | 31 | 373 | 0 | 0 | 4 | 325 | 2,582 | 5,419 |
| August-2014 | 739 | 0 | 358 | 0 | 0 | 200 | 0 | 0 | 174 | 0 | 0 | 1,570 | 18 | 200 | 95 | 522 | 0 | 0 | 5 | 180 | 3,036 | 7,097 |
| September-2014 | 405 | 0 | 224 | 0 | 0 | 171 | 0 | 0 | 206 | 0 | 0 | 1,991 | 182 | 157 | 145 | 352 | 0 | 0 | 10 | 138 | 2,076 | 6,037 |
| October-2014 | 1,476 | 0 | 348 | 1,481 | 0 | 620 | 91 | 71 | 393 | 1,153 | 2,575 | 5,554 | 8 | 134 | 306 | 1,047 | 0 | 0 | 16 | 87 | 5,151 | 20,511 |
| November-2014 | 536 | 0 | 180 | 350 | 0 | 432 | 27 | 22 | 166 | 352 | 800 | 3,208 | 1 | 177 | 174 | 657 | 1 | 0 | 10 | 341 | 5,064 | 12,498 |
| December-2014 | 68 | 0 | 116 | 66 | 0 | 171 | 3 | 2 | 150 | 46 | 89 | 2,241 | 1 | 119 | 203 | 604 | 1 | 0 | 12 | 857 | 4,725 | 9,474 |
| January-2015 | 41 | 0 | 75 | 0 | 0 | 135 | 0 | 0 | 116 | 0 | 0 | 2,049 | 0 | 105 | 143 | 455 | 0 | 0 | 11 | 621 | 3,497 | 7,248 |
| February-2015 | 36 | 0 | 58 | 0 | 0 | 141 | 0 | 0 | 149 | 0 | 0 | 2,373 | 4 | 111 | 123 | 496 | 0 | 0 | 7 | 397 | 3,633 | 7,521 |
| March-2015 | 120 | 0 | 81 | 145 | 0 | 145 | 15 | 8 | 179 | 164 | 367 | 2,562 | 6 | 126 | 122 | 607 | 0 | 0 | 5 | 104 | 4,031 | 8,787 |
| April-2015 | 69 | 0 | 59 | 54 | 0 | 153 | 2 | 7 | 161 | 104 | 184 | 1,952 | 3 | 109 | 70 | 455 | 0 | 0 | 20 | 416 | 3,196 | 7,014 |
| May-2015 | 33 | 3 | 50 | 0 | 0 | 102 | 0 | 0 | 116 | 0 | 0 | 1,823 | 3 | 112 | 62 | 486 | 0 | 0 | 14 | 465 | 3,458 | 6,727 |
| June-2015 | 40 | 0 | 70 | 0 | 0 | 122 | 0 | 0 | 124 | 0 | 0 | 2,656 | 2 | 133 | 181 | 456 | 0 | 0 | 13 | 668 | 3,384 | 7,849 |
| July-2015 | 91 | 1 | 79 | 0 | 0 | 215 | 0 | 0 | 205 | 0 | 0 | 3,926 | 7 | 144 | 121 | 802 | 0 | 0 | 22 | 521 | 4,930 | 11,064 |
| August-2015 | 32 | 0 | 53 | 0 | 0 | 105 | 0 | 0 | 97 | 0 | 0 | 1,412 | 1 | 84 | 37 | 329 | 0 | 0 | 16 | 422 | 2,356 | 4,944 |
| September-2015 | 72 | 2 | 107 | 0 | 0 | 239 | 0 | 0 | 228 | 0 | 0 | 3,167 | 4 | 167 | 95 | 691 | 0 | 0 | 54 | 428 | 5,098 | 10,352 |
| October-2015 | 77 | 0 | 94 | 0 | 0 | 216 | 0 | 0 | 242 | 0 | 0 | 3,920 | 1 | 140 | 98 | 620 | 0 | 0 | 23 | 1,264 | 5,564 | 12,259 |
| November-2015 | 77 | 1 | 105 | 0 | 0 | 183 | 0 | 0 | 183 | 0 | 0 | 3,145 | 2 | 113 | 87 | 610 | 0 | 0 | 10 | 584 | 5,029 | 10,129 |
| December-2015 | 123 | 0 | 209 | 0 | 0 | 313 | 0 | 0 | 288 | 0 | 0 | 6,236 | 1 | 231 | 194 | 1,045 | 0 | 0 | 14 | 717 | 7,856 | 17,227 |
| January-2016 | 65 | 0 | 127 | 0 | 0 | 147 | 0 | 0 | 217 | 0 | 0 | 3,083 | 3 | 201 | 254 | 675 | 3 | 0 | 16 | 1,568 | 5,692 | 12,051 |
| February-2016 | 78 | 0 | 171 | 0 | 0 | 225 | 0 | 0 | 299 | 0 | 0 | 4,911 | 3 | 316 | 159 | 1,347 | 1 | 1 | 78 | 1,399 | 8,853 | 17,841 |
| March-2016 | 63 | 0 | 111 | 0 | 0 | 141 | 0 | 0 | 318 | 0 | 0 | 3,912 | 4 | 264 | 101 | 1,116 | 4 | 4 | 29 | 2,571 | 9,528 | 18,162 |
| April-2016 | 121 | 0 | 177 | 0 | 0 | 212 | 0 | 0 | 407 | 0 | 0 | 5,664 | 10 | 419 | 931 | 2,001 | 1 | 0 | 4 | 2,210 | 13,500 | 25,657 |
| May-2016 | 133 | 0 | 160 | 0 | 0 | 262 | 0 | 0 | 416 | 0 | 0 | 7,316 | 21 | 430 | 155 | 1,935 | 1 | 0 | 5 | 1,923 | 13,845 | 26,602 |
| June-2016 | 132 | 0 | 208 | 0 | 0 | 316 | 0 | 0 | 445 | 0 | 0 | 7,585 | 14 | 474 | 234 | 1,755 | 2 | 0 | 33 | 968 | 12,946 | 25,112 |
| July-2016 | 155 | 0 | 159 | 0 | 0 | 354 | 0 | 0 | 336 | 0 | 0 | 6,711 | 5 | 323 | 297 | 1,357 | 3 | 0 | 17 | 847 | 10,679 | 21,243 |
| August-2016 | 201 | 0 | 200 | 0 | 0 | 358 | 0 | 0 | 435 | 0 | 0 | 11,479 | 8 | 445 | 347 | 1,577 | 2 | 0 | 50 | 2,009 | 13,279 | 30,390 |
| September-2016 | 292 | 0 | 334 | 0 | 0 | 455 | 0 | 0 | 629 | 0 | 0 | 12,442 | 9 | 450 | 3,170 | 2,365 | 0 | 0 | 31 | 2,293 | 18,810 | 41,280 |
| October-2016 | 271 | 0 | 253 | 0 | 0 | 357 | 0 | 0 | 621 | 0 | 0 | 10,596 | 7 | 394 | 3,734 | 2,253 | 4 | 0 | 35 | 3,481 | 20,526 | 42,532 |
| November-2016 | 204 | 0 | 227 | 0 | 0 | 250 | 0 | 0 | 496 | 0 | 0 | 8,714 | 5 | 282 | 2,711 | 1,559 | 2 | 0 | 65 | 1,800 | 14,216 | 30,531 |
| December-2016 | 53 | 0 | 55 | 0 | 0 | 82 | 0 | 0 | 215 | 0 | 0 | 2,609 | 5 | 132 | 407 | 468 | 0 | 0 | 40 | 741 | 6,989 | 11,796 |
| January-2017 | 142 | 0 | 145 | 0 | 0 | 226 | 0 | 0 | 364 | 0 | 0 | 6,188 | 11 | 292 | 576 | 971 | 0 | 0 | 19 | 1,904 | 9,016 | 19,854 |
| February-2017 | 60 | 0 | 89 | 0 | 0 | 78 | 0 | 0 | 210 | 0 | 0 | 3,089 | 2 | 236 | 177 | 684 | 0 | 0 | 54 | 2,733 | 6,286 | 13,698 |
| March-2017 | 12 | 0 | 14 | 0 | 0 | 7 | 0 | 0 | 58 | 0 | 0 | 499 | 0 | 58 | 33 | 120 | 0 | 0 | 19 | 530 | 1,691 | 3,041 |
| April-2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 41 | 0 | 0 | 46 |
| May-2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25 | 0 | 0 | 0 | 1 | 0 | 0 | 26 |
| June-2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 57 | 0 | 0 | 57 |
| July-2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 21 |
| August-2017 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 2 |
| Total | 20,150 | 7 | 11,757 | 2,100 | 102 | 10,489 | 138 | 116 | 12,676 | 1,950 | 4,108 | 184,846 | 883 | 11,777 | 16,964 | 39,935 | 38 | 3 | 3,172 | 46,932 | 297,038 | 665,181 |