**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail:  ltfisher@bursor.com
              ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No. 4:16-cv-03396-YGR<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Judge:  Hon. Yvonne Gonzalez Rogers |

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiffs Sandra McMillion and Jessica Adekoya, and Defendant Rash Curtis & Associates, that pursuant to Rule 41(a)(1)(A)(ii), all of the individual claims asserted by Plaintiffs McMillion and Adekoya against Defendant Rash Curtis & Associates are hereby dismissed with prejudice. The parties will bear their own attorneys' fees and costs. This stipulation of dismissal does not impact the claims of Plaintiff Ignacio Perez or the certified classes.

Dated: March 1, 2019                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ Yeremey Krivoshey*
            Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Yeremey Krivoshey (State Bar No.295032)
1990 North California Blvd., Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Email:  ltfisher@bursor.com
             ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY  10019
Telephone: (212) 989-9113
Facsimile:  (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiffs*

Dated:  March 1, 2019                    **ELLIS LAW GROUP LLP**

By: */s/ Mark E. Ellis*
         Mark E. Ellis

Mark E. Ellis (State Bar No. 127159)
Anthony P.J. Valenti (State Bar No. 288164)
Lawrence K. Iglesias (State Bar No. 303700)
1425 River Park Drive, Suite 400
Sacramento, CA  95815

Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com
liglesias@ellislawgrp.com

*Attorneys for Defendant*

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Yeremey Krivoshey*
　　　　　　　　　　　　　　　　　　　　　　　　Yeremey Krivoshey