| | |
|---|---|
| **BURSOR & FISHER, P.A.**<br>L. Timothy Fisher (SBN 191626)<br>Yeremey O. Krivoshey (SBN 295032)<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>Telephone: (925) 300-4455<br>Facsimile: (925) 407-2700<br>E-Mail: ltfisher@bursor.com<br>         ykrivoshey@bursor.com<br><br>**BURSOR & FISHER, P.A.**<br>Scott A. Bursor (State Bar No. 276006)<br>888 Seventh Avenue<br>New York, NY 10019<br>Telephone: (212) 989-9113<br>Facsimile: (212) 989-9163<br>E-Mail: scott@bursor.com<br><br>*Attorneys for Plaintiff* | **ELLIS LAW GROUP LLP**<br>Mark E. Ellis - 127159<br>Anthony P. J. Valenti - 284542<br>Lawrence K. Iglesias - 303700<br>1425 River Park Drive, Suite 400<br>Sacramento, CA 95815<br>Tel: (916) 283-8820<br>Fax: (916) 283-8821<br>mellis@ellislawgrp.com<br>avalenti@ellislawgrp.com<br>liglesias@ellislawgrp.com<br><br>Attorneys for Defendant<br>RASH CURTIS & ASSOCIATES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>        Plaintiffs,<br>    v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>        Defendant. | Case No. 4:16-cv-03396-YGR<br><br>**JOINT DISCOVERY DESIGNATIONS AND OBJECTIONS**<br><br>Date: April 12, 2019<br>Time: 9:00 a.m.<br>Courtroom 1, 4th Floor<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

JOINT DISCOVERY DESIGNATIONS AND OBJECTIONS
CASE NO. 4:16-cv-03396-YGR

## I. PLAINTIFF'S DISCOVERY DESIGNATIONS:

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| 1 | VIDEO | 4/13/17 Kizer Dep. 10:15-16:22 | |
| 2 | VIDEO | 4/13/17 Kizer Dep. 17:3-19 | |
| 3 | VIDEO | 4/13/17 Kizer Dep. 18:5-20:18 | |
| 4 | VIDEO | 4/13/17 Kizer Dep. 20:19-24:13 | |
| 5 | VIDEO | 4/13/17 Kizer Dep. 24:21-26:10 | |
| 6 | VIDEO | 4/13/17 Kizer Dep. 26:11-27:6 | |
| 7 | VIDEO | 4/13/17 Kizer Dep. 27:7-27:25 | |
| 8 | VIDEO | 4/13/17 Kizer Dep. 28:18-29:20 | |
| 9 | VIDEO | 4/13/17 Kizer Dep. 35:4-21 | |
| 10 | VIDEO | 4/13/17 Kizer Dep. 36:12-37:7 | |
| 11 | VIDEO | 4/13/17 Kizer Dep. 37:11-13 | |
| 12 | VIDEO | 4/13/17 Kizer Dep. 38:4-39:12 | |
| 13 | VIDEO | 4/13/17 Kizer Dep. 40:10-41:11 | |
| 14 | VIDEO | 4/13/17 Kizer Dep. 41:12-42:13 | |
| 15 | VIDEO | 4/13/17 Kizer Dep. 45:15-46:5 | |
| 16 | VIDEO | 4/13/17 Kizer Dep. 47:7-48:13 | |
| 17 | VIDEO | 4/13/17 Kizer Dep. 48:14-51:13 | |
| 18 | VIDEO | 4/13/17 Kizer Dep. 51:15-52:3 | |
| 19 | VIDEO | 4/13/17 Kizer Dep. 52:9-18 | |
| 20 | VIDEO | 4/13/17 Kizer Dep. 54:3-57:15 | |
| 21 | VIDEO | 4/13/17 Kizer Dep. 57:23-59:6 | |
| 22 | VIDEO | 4/13/17 Kizer Dep. 64:9-16 | |
| 23 | VIDEO | 4/13/17 Kizer Dep. 72:18-74:14 | |

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| 24 | VIDEO | 4/13/17 Kizer Dep. 74:20-75:23 | |
| 25 | VIDEO | 4/13/17 Kizer Dep. 76:6-22 | |
| 26 | VIDEO | 4/13/17 Kizer Dep. 77:11-81:10 | |
| 27 | VIDEO | 4/13/17 Kizer Dep. 82:4-85:5 | |
| 28 | VIDEO | 4/13/17 Kizer Dep. 85:10-18 | |
| 29 | VIDEO | 4/13/17 Kizer Dep. 88:1-8 | |
| 30 | VIDEO | 4/13/17 Kizer Dep. 99:10-100:12 | |
| 31 | VIDEO | 4/13/17 Kizer Dep. 100:21-102:2 | |
| 32 | VIDEO | 4/13/17 Kizer Dep. 105:16-107:21 | |
| 33 | VIDEO | 4/13/17 Kizer Dep. 108:22-109:22 | |
| 34 | VIDEO | 4/13/17 Kizer Dep. 111:10-20 | |
| 35 | VIDEO | 10/16/17 N. Keith Dep. 7:19-13:20 | |
| 36 | VIDEO | 10/16/17 N. Keith Dep. 14:1-13 | |
| 37 | VIDEO | 10/16/17 N. Keith Dep. 14:16-16:3 | |
| 38 | VIDEO | 10/16/17 N. Keith Dep. 16:17-17:25 | |
| 39 | VIDEO | 10/16/17 N. Keith Dep. 18:16-18 | |
| 40 | VIDEO | 10/16/17 N. Keith Dep. 18:20-19:14 | |
| 41 | VIDEO | 10/16/17 N. Keith Dep. 7:19-13:20 | |
| 42 | VIDEO | 10/16/17 N. Keith Dep. 19:18 | |
| 43 | VIDEO | 10/16/17 N. Keith Dep. 19:23-25 | |
| 44 | VIDEO | 10/16/17 N. Keith Dep. 20:4-20:8 | |
| 45 | VIDEO | 10/16/17 N. Keith Dep. 20:19-21:7 | |
| 46 | VIDEO | 10/16/17 N. Keith Dep. 21:15-21 | |
| 47 | VIDEO | 10/16/17 N. Keith Dep. 26:22-27:14 | |
| 48 | VIDEO | 10/16/17 N. Keith Dep. 28:5-17 | |

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| **49** | **VIDEO** | **10/16/17 N. Keith Dep. 29:15-16** | |
| **50** | **VIDEO** | **10/16/17 N. Keith Dep. 29:19-30:21** | |
| **51** | **VIDEO** | **10/16/17 N. Keith Dep. 31:1** | |
| **52** | **VIDEO** | **10/16/17 N. Keith Dep. 34:2-11** | |
| **53** | **VIDEO** | **10/16/17 N. Keith Dep. 42:8-13** | |
| **54** | **VIDEO** | **10/16/17 N. Keith Dep. 42:17-43:2** | |
| **55** | **VIDEO** | **10/16/17 N. Keith Dep. 43:6-45:4** | |
| **56** | **VIDEO** | **10/16/17 N. Keith Dep. 45:8** | |
| **57** | **VIDEO** | **10/16/17 N. Keith Dep. 51:2-13** | |
| **58** | **VIDEO** | **10/16/17 N. Keith Dep. 55:24-57:17** | |
| **59** | **VIDEO** | **10/16/17 N. Keith Dep. 57:22** | |
| **60** | **VIDEO** | **10/16/17 N. Keith Dep. 60:10-61:8** | |
| **61** | **VIDEO** | **10/16/17 N. Keith Dep. 62:14-23** | |
| **62** | **VIDEO** | **10/16/17 N. Keith Dep. 63:16-65:2** | |
| **63** | **VIDEO** | **10/16/17 N. Keith Dep. 65:11** | |
| **64** | **VIDEO** | **10/16/17 N. Keith Dep. 66:9-11** | |
| **65** | **VIDEO** | **10/16/17 N. Keith Dep. 66:14** | |
| **66** | **VIDEO** | **10/16/17 N. Keith Dep. 69:22-70:18** | |
| **67** | **VIDEO** | **10/16/17 N. Keith Dep. 71:13-72:5** | |
| **68** | **VIDEO** | **10/16/17 N. Keith Dep. 72:8** | |
| **69** | **VIDEO** | **10/16/17 N. Keith Dep. 77:23-78:12** | |
| **70** | **VIDEO** | **10/16/17 N. Keith Dep. 78:21-79:25** | |
| **71** | **VIDEO** | **10/20/17 Correa Dep. 11:1-7** | |
| **72** | **VIDEO** | **10/20/17 Correa Dep. 11:12-13:7** | |
| **73** | **VIDEO** | **10/20/17 Correa Dep. 13:21-15:3** | |

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| 74 | **VIDEO** | 10/20/17 Correa Dep. 15:21-17:25 | |
| 75 | **VIDEO** | 10/20/17 Correa Dep. 18:5-20:11 | |
| 76 | **VIDEO** | 10/20/17 Correa Dep. 20:14-21:4 | |
| 77 | **VIDEO** | 10/20/17 Correa Dep. 21:10-24:23 | |
| 78 | **VIDEO** | 10/20/17 Correa Dep. 25:1-26:9 | |
| 79 | **VIDEO** | 10/20/17 Correa Dep. 26:21-29:22 | |
| 80 | **VIDEO** | 10/20/17 Correa Dep. 30:9-21 | |
| 81 | **VIDEO** | 10/20/17 Correa Dep. 43:13-45:22 | |
| 82 | **VIDEO** | 10/20/17 Correa Dep. 48:22-50:23 | |
| 83 | **VIDEO** | 10/20/17 Correa Dep. 51:3-52:19 | |
| 84 | **VIDEO** | 10/20/17 Correa Dep. 55:13-56:16 | |
| 85 | **VIDEO** | 10/20/17 Correa Dep. 59:14-16 | |
| 86 | **VIDEO** | 10/20/17 Correa Dep. 65:15-24 | |
| 87 | **VIDEO** | 10/20/17 Correa Dep. 66:11-22 | |
| 88 | **VIDEO** | 10/20/17 Correa Dep. 67:10-19 | |
| 89 | **VIDEO** | 10/20/17 Correa Dep. 69:1-71:14 | |
| 90 | **VIDEO** | 10/20/17 Correa Dep. 72:20-74:11 | |
| 91 | **VIDEO** | 10/20/17 Correa Dep. 74:16-75:13 | |
| 92 | **VIDEO** | 10/20/17 Correa Dep. 80:12-83:25 | |
| 93 | **VIDEO** | 10/24/17 R. Keith Dep. 8:1-4 | |
| 94 | **VIDEO** | 10/24/17 R. Keith Dep. 9:9-10:18 | |
| 95 | **VIDEO** | 10/24/17 R. Keith Dep. 10:21-11:2 | |
| 96 | **VIDEO** | 10/24/17 R. Keith Dep. 11:6-13:3 | |
| 97 | **VIDEO** | 10/24/17 R. Keith Dep. 16:24-17:1 | |
| 98 | **VIDEO** | 10/24/17 R. Keith Dep. 17:5-17:13 | |

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| 99 | VIDEO | 10/24/17 Paff Dep. 7:4-18 | |
| 100 | VIDEO | 10/24/17 Paff Dep. 7:21-8:23 | |
| 101 | VIDEO | 10/24/17 Paff Dep. 9:6-14 | |
| 102 | VIDEO | 10/24/17 Paff Dep. 12:20-14:15 | |
| 103 | VIDEO | 10/24/17 Paff Dep. 15:19-16:1 | |
| 104 | VIDEO | 10/24/17 Paff Dep. 16:7-14 | |

## II. DEFENDANT'S DISCOVERY DESIGNATIONS:

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| 1 | VIDEO | 4/13/17 Kizer Dep. 30:25-31:9 | |
| 2 | VIDEO | 4/13/17 Kizer Dep. 34:25-36:2 | |
| 3 | VIDEO | 4/13/17 Kizer Dep. 37:3-37:5 | |
| 4 | VIDEO | 4/13/17 Kizer Dep. 41:24-42:13 | |
| 5 | VIDEO | 4/13/17 Kizer Dep. 47:7-47:23 | |
| 6 | VIDEO | 4/13/17 Kizer Dep. 48:14-49:3 | |
| 7 | VIDEO | 4/13/17 Kizer Dep. 51:18-52:8 | |
| 8 | VIDEO | 4/13/17 Kizer Dep. 62:25-63:12 | |
| 9 | VIDEO | 4/13/17 Kizer Dep. 64:9-65:15 | |
| 10 | VIDEO | 4/13/17 Kizer Dep. 66:2-6 | |
| 11 | VIDEO | 4/13/17 Kizer Dep. 66:11-18 | |
| 12 | VIDEO | 4/13/17 Kizer Dep. 68:6-10 | |
| 13 | VIDEO | 4/13/17 Kizer Dep. 70:11-72:15 | |
| 14 | VIDEO | 4/13/17 Kizer Dep. 83:13-83:19 | |

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| 15 | VIDEO | 4/13/17 Kizer Dep. 83:20-84:5 | |
| 16 | VIDEO | 4/13/17 Kizer Dep. 84:21-85:5 | |
| 17 | VIDEO | 4/13/17 Kizer Dep. 90:5-23 | |
| 18 | VIDEO | 4/13/17 Kizer Dep. 91:3-19 | |
| 19 | VIDEO | 4/13/17 Kizer Dep. 92:11-19 | |
| 20 | VIDEO | 4/13/17 Kizer Dep. 93:6-15 | |
| 21 | VIDEO | 4/13/17 Kizer Dep. 101:14-23 | |
| 22 | VIDEO | 4/13/17 Kizer Dep. 105:16-20 | |
| 23 | VIDEO | 4/13/17 Kizer Dep. 111:13-20 | |
| 24 | VIDEO | 4/13/17 Kizer Dep. 115:22-116:14 | |
| 25 | VIDEO | 4/13/17 Kizer Dep. 117:15-25 | |
| 26 | VIDEO | 4/13/17 Kizer Dep. 120:10-22 | |
| 27 | VIDEO | 4/13/17 Kizer Dep. 120:23-25 | |
| 28 | VIDEO | 4/13/17 Kizer Dep. 121:1-6 | |
| 29 | VIDEO | 4/13/17 Kizer Dep. 121:7-9 | |
| 30 | VIDEO | 4/13/17 Kizer Dep. 121:14-20 | |
| 31 | VIDEO | 4/13/17 Kizer Dep. 123:21-124:5 | |
| 32 | VIDEO | 4/13/17 Kizer Dep. 127:4-127:10 | |
| 33 | VIDEO | 4/13/17 Kizer Dep. 147:14-19 | |
| 34 | VIDEO | 4/13/17 Kizer Dep. 147:20-148:4 | |
| 35 | VIDEO | 4/13/17 Kizer Dep. 156:22-159:3 | |
| 36 | VIDEO | 6/20/17 Kizer Dep. 88:20-25 | |
| 37 | VIDEO | 6/20/17 Kizer Dep. 89:1-3 | |
| 38 | VIDEO | 6/20/17 Kizer Dep. 89:4-7 | |
| 39 | VIDEO | 6/20/17 Kizer Dep. 89:12-17, 89:25-90:10 | |

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| 40 | VIDEO | 6/20/17 Kizer Dep. 90:14-15 | |
| 41 | VIDEO | 6/20/17 Kizer Dep. 90:16-21 | |
| 42 | VIDEO | 6/20/17 Kizer Dep. 91:2-20 | |
| 43 | VIDEO | 6/20/17 Kizer Dep. 91:21-92:1 | |
| 44 | VIDEO | 6/20/17 Kizer Dep. 92:2-6 | |
| 45 | VIDEO | 6/20/17 Kizer Dep. 92:7-9 | |
| 46 | VIDEO | 6/20/17 Kizer Dep. 92:19-25 | |
| 47 | VIDEO | 6/20/17 Kizer Dep. 93:1-5 | |
| 48 | VIDEO | 6/20/17 Kizer Dep. 93:16-24 | |
| 49 | VIDEO | 6/20/17 Kizer Dep. 93:25-94:4 | |
| 50 | VIDEO | 6/20/17 Kizer Dep. 94:5-95:5 | |
| 51 | VIDEO | 6/20/17 Kizer Dep. 95:6-10 | |
| 52 | VIDEO | 6/20/17 Kizer Dep. 95:18-96:3 | |
| 53 | VIDEO | 6/20/17 Kizer Dep. 96:4-11 | |
| 54 | VIDEO | 6/20/17 Kizer Dep. 96:12-20 | |
| 55 | VIDEO | 6/20/17 Kizer Dep. 96:21-97:11 | |
| 56 | VIDEO | 6/20/17 Kizer Dep. 97:12-23 | |
| 57 | VIDEO | 6/20/17 Kizer Dep. 97:24-98:2 | |
| 58 | VIDEO | 6/20/17 Kizer Dep. 98:5-16 | |
| 59 | VIDEO | 6/20/17 Kizer Dep. 99:2-100:1 | |
| 60 | VIDEO | 7/6/17 Kizer Dep. 226:24-227:3 | |
| 61 | VIDEO | 7/6/17 Kizer Dep. 227:4-7 | |
| 62 | VIDEO | 7/6/17 Kizer Dep. 268:1-4 | |
| 63 | VIDEO | 7/6/17 Kizer Dep. 268:5-8 | |
| 64 | VIDEO | 7/6/17 Kizer Dep. 268:9-20 | |

| NO. | FORM OF EXCERPT | DESIGNATION | LEGAL OBJECTION |
|---|---|---|---|
| 65 | VIDEO | 7/6/17 Kizer Dep. 268:21-269:8 | |
| 66 | VIDEO | 7/6/17 Kizer Dep. 269:9-20 | |
| 67 | TRANSCRIPT | 7/13/2017 Perez Dep. 11:11-13 | |
| 68 | TRANSCRIPT | 7/13/2017 Perez Dep. 11:14-19 | |
| 69 | TRANSCRIPT | 7/13/2017 Perez Dep. 11:21-25 | |
| 70 | TRANSCRIPT | 7/13/2017 Perez Dep. 12:16-18 | |
| 71 | TRANSCRIPT | 7/13/2017 Perez Dep. 17:4-11 | |
| 72 | TRANSCRIPT | 7/13/2017 Perez Dep. 23:2-25 | |
| 73 | TRANSCRIPT | 7/13/2017 Perez Dep. 26:21-25 | |
| 74 | TRANSCRIPT | 7/13/2017 Perez Dep. 27:17-23 | |
| 75 | TRANSCRIPT | 7/13/2017 Perez Dep. 29:11-25 | |
| 76 | TRANSCRIPT | 7/13/2017 Perez Dep. 33:3-10 | |
| 77 | TRANSCRIPT | 7/13/2017 Perez Dep. 37:5-10 | |
| 78 | TRANSCRIPT | 7/13/2017 Perez Dep. 40:3-16 | |
| 79 | TRANSCRIPT | 7/13/2017 Perez Dep. 41:17-23 | |
| 80 | TRANSCRIPT | 7/13/2017 Perez Dep. 42:4-7 | |
| 81 | TRANSCRIPT | 7/13/2017 Perez Dep. 42:17-24 | |
| 82 | TRANSCRIPT | 7/13/2017 Perez Dep. 47:1-11 | |
| 83 | TRANSCRIPT | 7/13/2017 Perez Dep. 47:12-48:2 | |
| 84 | TRANSCRIPT | 7/13/2017 Perez Dep. 49:19-24 | |
| 85 | TRANSCRIPT | 7/13/2017 Perez Dep. 50:19-51:7 | |

| | |
|---|---|
| 1    Dated: | Respectfully submitted, |
| 2 | |
| 3 | **BURSOR & FISHER, P.A.** |
| 4 | By:   */s/ Yeremey Krivoshey* <br>       Yeremey Krivoshey |
| 5 | L. Timothy Fisher (State Bar No. 191626) |
| 6 | Yeremey Krivoshey (State Bar No.295032) <br> 1990 North California Blvd., Suite 940 |
| 7 | Walnut Creek, CA 94596 <br> Telephone: (925) 300-4455 |
| 8 | Email: ltfisher@bursor.com <br>         ykrivoshey@bursor.com |
| 9 | **BURSOR & FISHER, P.A.** |
| 10 | Scott A. Bursor (State Bar No. 276006) <br> 888 Seventh Avenue |
| 11 | New York, NY 10019 <br> Telephone: (212) 989-9113 |
| 12 | Facsimile: (212) 989-9163 <br> E-Mail: scott@bursor.com |
| 13 | *Attorneys for Plaintiffs* |
| 14 | |
| 15    Dated: March 4, 2019 | **ELLIS LAW GROUP LLP** |
| 16 | By: */s/ Mark E. Ellis* |
| 17 |     Mark E. Ellis |
| 18 | Mark E. Ellis (State Bar No. 127159) <br> Anthony P.J. Valenti (State Bar No. 288164) |
| 19 | Lawrence K. Iglesias (State Bar No. 303700) <br> 1425 River Park Drive, Suite 400 |
| 20 | Sacramento, CA 95815 <br> Tel: (916) 283-8820 |
| 21 | Fax: (916) 283-8821 <br> mellis@ellislawgrp.com |
| 22 | avalenti@ellislawgrp.com <br> liglesias@ellislawgrp.com |
| 23 | |
| 24 | *Attorneys for Defendant* |