**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANDRA MCMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>               Plaintiffs,<br>     v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>               Defendant. | Case No. 4:16-cv-03396-YGR<br><br>**[PROPOSED] ORDER RE TRIAL STIPULATIONS**<br><br>Date: April 12, 2019<br>Time: 9:00 a.m.<br>Courtroom 1, 4th Floor<br><br>Hon. Yvonne Gonzalez Rogers |

Pursuant to the parties' trial stipulations in the Joint Final Pretrial Conference Statement, filed February 15, 2019 (Dkt. No. 260), the Court hereby ORDERS as follows:

1. The parties stipulate to the authenticity of any document produced by a party in this case. This stipulation shall not be deemed or interpreted to be a stipulation that any document is admissible in evidence.

2. The parties stipulate that copies of documents may be used at trial in lieu of originals and shall not be deemed inadmissible solely on the basis that they are copies.

3. The parties stipulate that venue is proper in this Court.

4. The parties stipulate that this Court has personal jurisdiction over the parties for purposes of this action.

5. The parties stipulate that they may call witnesses out of order (including Plaintiff calling witnesses during Rash Curtis' direct case and vice versa) if necessary, to accommodate third-party witness' schedules.

6. The parties stipulate that they will identify the live witnesses they intend to call by 9:00 a.m. the calendar day before the day on which they intend to call that witness.

IT IS SO ORDERED.


Dated: _____

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE