# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IGNACIO PEREZ,**<br>Plaintiff,<br>vs.<br>**RASH CURTIS & ASSOCIATES,**<br>Defendant. | CASE NO. 16-cv-03396-YGR<br><br>**ORDER RE: DECLARATION OF MARK E. ELLIS REGARDING DEFENDANT'S INITIAL DISCLOSURES AND DOCUMENT PRODUCTIONS**<br><br>Re: Dkt. No. 307 |

The Court has received defendant's Declaration of Mark E. Ellis Regarding Defendant's Initial Disclosures and Document Productions. (Dkt. No. 307.) The Court will refrain from issuing an order regarding the parties' relevant motions *in limine* in the event plaintiff would like an opportunity to respond. Plaintiff shall contact the Court to advise whether and how much time is needed in order to file said response.

**IT IS SO ORDERED.**

Dated: April 2, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**