UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date 5/3/2019 | Time: 12:35pm-12:50pm | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 16-cv-03396-YGR | Case Name: Ignacio Perez v. Rash Curtis & Associates | |

**Attorney for Plaintiff:** Scott Bursor, L. Timothy Fisher, Yeremey Krivoshey, Blair Reed
**Attorney for Defendant:** Mark E. Ellis, Anthony Valenti and Larry Iglesias

**Deputy Clerk:** Frances Stone            **Court Reporter:** NOT REPORTED

PROCEEDINGS
**TELEPHONE CONFERENCE- HELD**