UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## JURY TRIAL MINUTE ORDER

Case No.  16-cv-3396-YGR                              Case Name: Ignacio Perez v Rash Curtis & Associates

**Date: May 7 , 2019**    Time:  8:00 am.- 8:13am; 8:33am-10:10am; [10:11-10:28AM counsel]; 10:33am-11:52am; 12:07pm- 1:32pm [ 1:33pm-  1:39pm counsel].

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**:  Frances Stone                              **Court Reporter: DIANE SKILLMAN**

**COUNSEL FOR PLTF**:                              **COUNSEL FOR DEFT**:

Scott Bursor; L. Timothy Fisher,               Mark Ellis, Lawrence Iglesias and Anthony P.J. Valenti

Yeremey Krivoshey and Blair Reed and Plaintiff Ignacio Perez      Robert Keith deft representative

**Voir Dire Began: 5/6/19**

 Trial  Began:  5/7/19 with the Evidentiary **Portion.   Further Trial:  5/8/2019 at 8:30am; Counsel at 8:00am**

 **PROCEEDINGS:**

Case called. Discussion with counsel.  Recess. Judge enters courtroom . Jury enters courtroom. Plaintiff attorney Bursor **calls witness Ignacio Perez for** Direct.   Defendant attorney Ellis cross of witness Perez.   Plaintiff Attorney Bursor **calls witness  Steven Kizer** via video deposition for Direct.  Plaintiff attorney Bursor calls **witness Daniel Correa** via video deposition  for Direct.  Plaintiff attorney Bursor calls witness **Nick Keith via video** deposition for Direct. RECESS.  Plaintiff attorney Bursor calls **witness Colin Weir for** Direct.

Jury Recess for the Day. Discussion with counsel. Counsel recess for the day.
**Further Jury Trial Wednesday, 5/8/19 at 8:30am for Jury. Counsel to be present at 8:00am.**

 **EXHIBITS ADMITTED IN EVIDENCE:  57C, 8, 9, 10, 24, 26, 27, 29, 32, 33, 57A, 57B, 58A, 58B, 59A, 59B, 60, 61, 62, 63, 56A (one page with Table 4).**