UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**JURY TRIAL MINUTE ORDER**

**Case No.  16-cv-3396-YGR**                    **Case Name: Ignacio Perez v Rash Curtis & Associates**

**Date: May 10 , 2019**    Time:  8:00 am.- 8:07am; 8:20am-8:26am; 8:27am-10:09am; 10:25am-11:56am; 12:06pm-12:31pm; [12:33pm-12:37pm counsel]  1:30pm Recess for the day.

**The Honorable Yvonne Gonzalez Rogers**

**Clerk**:  Frances Stone                    **Court Reporter: DIANE SKILLMAN**

**COUNSEL FOR PLTF**:                    **COUNSEL FOR DEFT**:

Scott Bursor; L. Timothy Fisher,            Mark Ellis, Lawrence Iglesias and Anthony P.J. Valenti

Yeremey Krivoshey and Blair Reed        Robert Keith deft representative

**Voir Dire Began: 5/6/19**

 Trial  Began:  5/7/19 with the Evidentiary **Portion.   Further Jury Deliberation  :  Monday, 5/13/2019 at 8:30am.**

 **PROCEEDINGS:**

Case called. Discussion with counsel.  Recess.  Jury enters courtroom.

The Court gives Final Instructions to the Jury,  Plaintiff attorney Scott Bursor Closing Statement. RECESS.

Defense attorney Mark Ellis Closing Statement. Plaintiff attorney Scott Bursor Rebuttal Statement.  Court gives remainder of Final Instructions to the Jury. Jury exits courtroom at 12:31pm and begins Deliberation.

Discussion with Counsel. Recess for Counsel.   Jury leaves for the day at 1:30pm. **Further Jury Deliberation set for MONDAY, 5/13/2019 at 8:30 AM.**


**DISPOSITION OF  EXHIBITS :**