**FILED**

MAY 13 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PEREZ, ET AL., <br> Plaintiffs, <br> vs. <br> RASH CURTIS & ASSOCIATES, <br> Defendant. | CASE NO. 16-cv-03396-YGR <br> **CLASS ACTION** <br> **VERDICT FORM** |

**WE, THE JURY IN THE ABOVE-ENTITLED CASE,** unanimously render the following verdicts in accordance with the instructions provided by the Court:

**A. On Plaintiff Perez's individual claims under the <u>Telephone Consumer Protection Act</u>:**

1. Did Rash Curtis call Plaintiff Ignacio Perez on his cellular telephone during the class period with the Global Connect dialer?

    __X__     _____
    Yes        No

    **If you answered "no" to Question No. 1, skip Question Nos. 2 and 3 and proceed to Question No. 4. If you answered "yes" to Question No. 1, answer Question Nos. 2 and 3.**

2. How many times did Rash Curtis call Plaintiff Ignacio Perez on his cellular telephone during the class period with the Global Connect dialer?

    __14__

3. How many of the calls in your answer to Question No. 2 were made using an artificial or prerecorded voice?

    __14__

**B. On Class Members' claims under the <u>Telephone Consumer Protection Act</u>, with respect to defendant's use of the Global Connect Dialer:**

4. Did Rash Curtis make calls with its Global Connect dialer to Class Members' cellular telephone numbers obtained through skip-tracing during the class period without their prior express consent?

    
    __X__     _____
    Yes        No

**If you answered "no" to Question No. 4, skip Question Nos. 5 and 6 and proceed to Question No. 7. If you answered "yes" to Question No. 4, answer Question Nos. 5 and 6.**

5. State the number of calls Rash Curtis made with its Global Connect dialer to Class Members' cellular telephone numbers during the class period without their prior express consent:

   __501,043__

6. How many of the calls in your answer to Question No. 5 were made using an artificial or prerecorded voice?

   __501,043__

C. **On Class Members' claims under the <u>Telephone Consumer Protection Act</u>, with respect to defendant's use of the VIC Dialer:**

7. Did Rash Curtis make calls with its VIC dialer to Class Members' cellular telephone numbers obtained through skip-tracing during the class period without their prior express consent?

   __X__           _____
   Yes             No

**If you answered "no" to Question No. 7, skip Question Nos. 8 and 9 and proceed to Question No. 10. If you answered "yes" to Question No. 4, answer Question Nos. 8 and 9.**

8. State the number of calls Rash Curtis made with its VIC dialer to Class Members' cellular telephone numbers during the class period without their prior express consent:

   __2,591__

9. How many of the calls in your answer to Question No. 8 were made using an artificial or prerecorded voice?

__2,591__

**D. On Class Members' claims under the <u>Telephone Consumer Protection Act</u>, with respect to defendant's use of the TCN Dialer:**

10. Did Rash Curtis make calls with its TCN dialer to Class Members' cellular telephone numbers obtained through skip-tracing during the class period without their prior express consent?

__X__          _____
Yes            No

If you answered "no" to Question No. 10, you are finished. If you answered "yes" to Question No. 10, answer Question No. 11.

11. State the number of calls Rash Curtis made with its TCN dialer to Class Members' cellular telephone numbers during the class period without their prior express consent:

__31,064__

Please sign and date this verdict form, then return to the Court.

Dated: __5/13/19__

__3__
FOREPERSON NUMBER

__[signature]__
FOREPERSON SIGNATURE

VERDICT FORM                                                          NO. 4:16-CV-03396-YGR