# 4:16-cv-3396-YGR   Perez v Rash Curtis & Associates

# JURY NOTES

RECEIVED

MAY 10 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>YVONNE GONZALEZ ROGERS</u>          Case No. **16-cv-03396-YGR**

CASE NAME: **IGNACIO PEREZ V RASH CURTIS & ASSOCIATES**

## <u>NOTE FROM THE JURY</u>

Date ___5/10/19___

Time ___12:40 PM___

The Jury has the following question:

We will discuss until 1:30 PM today
and then restart deliberations MON the
13th at 8:30AM

___David Nicholas___  ③
Foreperson of the Jury