# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: 16-cv-03396-YGR
Case Name: **Ignacio Perez.  Rash Curtis & Associates**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Yvonne Gonzalez Rogers | PLAINTIFF ATTORNEY: Scott Bursor, Timothy Fisher, Yeremey Krivoshey, Blair Reed | DEFENSE ATTORNEY: Mark Ellis , Anthony P.J. Valenti and Lawrence Iglesias |
|---|---|---|
|  |  |  |
| TRIAL DATE: 5/6/2019 | REPORTER(S): Diane Skillman | CLERK: |
|  |  | Frances Stone |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 5/6/2019 |  |  | **Court Reporter: DIANE SKILLMAN** |  |
|  |  | 7:59am |  |  | **Case called. Discussion with counsel** |  |
|  |  | 8:11am |  |  | **Recess** |  |
|  |  | 8:13am |  |  | **Discussion with counsel** |  |
|  |  | 8:15am |  |  | **Recess** |  |
|  |  | 9:15am |  |  | **Juror Panel enters courtroom for roll call** |  |
|  |  | 9:25am |  |  | **Judge enters courtroom and voir dire begins** |  |
|  |  | 10:36am |  |  | **Plaintiff attorney Scott Bursor voir dire of jurors** |  |
|  |  | 10:43am |  |  | **Defendant attorney Mark Ellis voir dire of jurors** |  |
|  |  | 11:01am |  |  | **Recess for Juror panel until 11:30am** |  |
|  |  | 11:03am |  |  | **Recess for counsel** |  |
|  |  | 11:09am |  |  | **Counsel and Court session out of presence of the juror panel re challenges** |  |
|  |  | 11:30am |  |  | **Juror panel returns to the courtroom** |  |
|  |  | 11:35am |  |  | **8 jurors seated and sworn. Remainder of panel excused.** |  |
|  |  | 11:36am |  |  | **Court gives Preliminary Instructions to the Jury** |  |
|  |  | 11:51am |  |  | **Plaintiff attorney Bursor Opening Statement** |  |
|  |  | 12:19pm |  |  | **Defendant attorney Ellis Opening Statement** |  |
|  |  | 12:47pm |  |  | **Court gives instructions to the jury. The Court reads Stipulated Facts on the record to the Jury.** |  |
|  |  | 1:02pm |  |  | **RECESS for Jury for the day. Further Jury Trial 5/7/19 at 8:30am** |  |
|  |  | 1:16pm |  |  | **RECESS for counsel for the Day. Counsel to be present at 8:00AM on Tuesday 5/7/19 for Jury Trial.** |  |
|  |  |  |  |  |  |  |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 5/7/2019 | | | **Court Reporter: DIANE SKILLMAN** | |
| | | 8:00am | | | **Case called. Discussion with counsel.** | |
| | | 8:13am | | | **Recess** | |
| | | 8:33am | | | **Jury enters courtroom** | |
| | | 8:34am | | | **Plaintiff attorney Bursor calls witness Ignacio Perez for Direct** | P |
| 57C | | | X | X | **One page sheet excel sheet with phone numbers, columns A-G** | |
| | | 8:41am | | | **Defendant attorney Ellis Cross of witness Perez** | |
| 57C | | | X | X | **One page** | |
| | | 9:21an | | | **Witness excused from stand** | |
| | | 9:22am | | | **Court gives instructions to Jury regarding video deposition excerpts played in courtroom** | |
| | | 9:23am | | | **Plaintiff attorney Bursor calls witness Steven Kizer via video deposition excerpts** | P |
| | | 9:25am | | | **Discussion with counsel at bench** | |
| | | 9:26am | | | **Resume video deposition excerpts of Steven Kizer** | |
| | | 10:09am | | | **Video stopped** | |
| | | 10:10am | | | **Recess for Jury** | |
| | | 10:11am | | | **Discussion with counsel regarding person in the courtroom.** **Discussion with counsel re video deposition excerpts as to witness Kizer** | |
| | | 10:28am | | | **Recess for counsel for five minutes** | |
| | | 10:33am | | | **Discussion with counsel** | |
| | | 10:35am | | | **Jury enters courtroom** | |
| | | 10:37am | | | **Resume playing video deposition excerpts of witness Steven Kizer** | |
| | | 10:53am | | | **Plaintiff attorney Bursor offers exhibits that will be used in the video deposition of Daniel Correa** | |
| 8 | | | X | X | admitted | |
| 9 | | | X | X | admitted | |
| 10 | | | X | X | admitted | |
| 24 | | | X | X | admitted | |
| 26 | | | X | X | admitted | |
| 27 | | | X | X | admitted | |
| 29 | | | X | X | admitted | |
| 32 | | | X | X | admitted | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 33 | | | X | X | admitted | |
| 57C | | | X | X | **Previously admitted in evidence** | |
| | | 10:59am | | | **Plaintiff attorney Bursor calls witness Daniel Correa for Direct via video deposition excerpts played in the courtroom** | **P** |
| 26 | | | X | X | email | |
| | | 11:27am | | | **Plaintiff attorney Bursor calls witness Nick Keith via video deposition excerpts played in courtroom** | **P** |
| 8 | | | X | X | **Email 2/18/14** | |
| 9 | | | X | X | **Email 2/25/14** | |
| 10 | | | X | X | **Email 8/4/2015** | |
| | | 11:51am | | | **Finished Nick Keith video excerpts** | |
| | | 11:52am | | | **RECESS (15 minutes)** | |
| | | 12:07pm | | | **Jury enters courtroom** | |
| | | 12:08pm | | | **Plaintiff attorney Bursor calls witness Colin Weir for Direct** | **P** |
| 57A | | | X | X | **Document** | |
| 57B | | | X | X | **Document** | |
| 58A | | | X | X | **Document** | |
| 58B | | | X | X | **Document** | |
| 59A | | | X | X | **Document** | |
| 59B | | | X | X | **Document** | |
| 60 | | | X | X | **Document** | |
| 61 | | | X | X | **Document** | |
| 62 | | | X | X | **Document** | |
| 63 | | | X | X | **Document** | |
| 56A | | | X | X | **One page of Table 4** | |
| | | 1:30pm | | | **Court gives the "do not" instructions to the Jury** | |
| | | 1:32pm | | | **Recess for Jury for the day** | |
| | | 1:33pm | | | **Discussion with counsel. The court indicates all the exhibits that were admitted into evidence today: Plaintiff: 57C, 8, 9, 10, 24, 26, 27, 29, 32, 33, 57A-B; 58A-B; 59A-B; 60, 61, 62, 56A and 63.** | |
| | | 1:39pm | | | **RECESS for the day for counsel. Further Jury Trial Wednesday, 5/8/2019 at 8:30am for Jury; 8:00am for Counsel.** | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 5/8/2019 | | | **COURT REPORTER: DIANE SKILLMAN** | |
| | | 8:00am | | | Case called. Discussion with counsel | |
| | | 8:01am | | | Recess | |
| | | 8:29am | | | Jury enters courtroom | |
| | | 8:30am | | | Plaintiff attorney Bursor resumes Direct of witness Colin Weir | |
| 1 | | | X | X | Previously admitted | |
| | | 8:33am | | | Defendant attorney Ellis Cross of witness Weir | |
| 6 | | | X | X | Admitted | |
| | | 10:01am | | | Recess for Jury | |
| | | 10:02am | | | Discussion with counsel regarding exhibits that defendant want to use. | |
| | | 10:13am | | | Discussion with counsel | |
| | | 10:18am | | | Jury enters courtroom | |
| | | 10:18am | | | Court gives information to the Jury | |
| | | 10:19am | | | Defendant attorney Ellis resumes Cross of witness Weir | |
| | 608A | | X | | Document I'D | |
| | 608D | | X | | Document I'D | |
| 6 | | | X | X | Previously admitted | |
| 51 | | | X | X | Document | |
| 56B | | | X | | I'D | |
| 60 | | | X | X | Document | |
| 77 | | | X | X | Document | |
| 78 | | | X | X | Document | |
| | 539 | | X | X | Email 5/2/17 | |
| | 540 | | X | X | Document | |
| | 541 | | X | X | Document (bates 00088) | |
| | 543 | | X | X | Email 3/1/18 | |
| | 542 | | X | X | Email | |
| | 545 | | X | X | Document | |
| | 546 | | X | X | Document | |
| | 547 | | X | X | Document | |
| | 548 | | X | X | Email | |
| | 549 | | X | X | Email | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | 550 | | X | X | Email | |
| | 551 | | X | X | Email | |
| | 564 | | X | X | Engagement Agreement | |
| | | 11:13am | | | Defendant completed Cross examination | |
| | | 11:14am | | | Plaintiff attorney Bursor Redirect of witness Weir | |
| 78 | | | X | X | Previously admitted | |
| | | 11:17am | | | Defendant attorney Ellis re-cross of witness Weir | |
| 78 | | | X | X | Previously admitted | |
| | | 11:19am | X | X | Witness excused from the stand | |
| | | 11:20am | | | Plaintiff attorney Bursor calls witness Anya Verkhovskaya for Direct | P |
| | | 11:21am | | | Break in proceedings | |
| | | 11:24am | | | Plaintiff attorney Bursor Direct of witness Verkhovskaya | |
| 61 | | | X | X | Previously admitted | |
| 62 | | | X | X | Previously admitted | |
| 63 | | | X | X | Previously admitted | |
| | | 11:46am | | | Recess (15 min) | |
| | | 12:00pm | | | Plaintiff attorney Bursor resumes direct of witness Verkhovskaya | |
| 56A | | | X | X | Table 4 | |
| | | 12:14am | | | Defendant attorney Ellis cross of witness Verkhovskaya | |
| | 523 | | X | X | Document | |
| | 533 | | X | X | Email 1/30/18 | |
| | 534 | | X | X | Email | |
| | 535 | | X | X | Email | |
| | 555 | | X | X | Spreadsheet excerpts | |
| | 611A | | X | | One page I'D | |
| | 611D | | X | | One page I'D | |
| | 610A | | X | X | Admitted | |
| | 611A | | X | X | Admitted | |
| | 608A | | X | X | Admitted | |
| | 609A | | X | X | Admitted | |
| | | 1:30pm | | | RECESS FOR JURY FOR THE DAY. Further Jury Trial 5/9/2019 at 8:30am for Jury | |
| | | 1:31pm | | | Discussion with counsel regarding exhibits. | |
| | | 1:56pm | | | Recess for Counsel for the day. Further Trial 5/9/2019 at 8:30am Jury; Counsel at 8:00am | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 5/9/2019 | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 8:00am | | | Case called. Discussion with counsel; exhibits discussed. | |
| | | 8:25am | | | Recess | |
| | | 8:27am | | | Jury enters courtroom | |
| | | 8:29am | | | Defendant attorney Ellis resumes Cross of witness Verkhovskaya | |
| | 612 | | X | X | Multi-page document | |
| | | 9:19am | | | Witness excused from stand | |
| | | 9:20am | | | PLAINTIFF RESTS | |
| | | 9:21am | | | Defendant attorney Ellis calls witness Robert Keith for Direct | D |
| 78 | | | X | X | Previously admitted | |
| | | 9:58am | | | RECESS (15 min) | |
| | | 10:13am | | | Judge enters courtroom | |
| | | 10:15am | | | Jury enters courtroom | |
| | | 10:15am | | | Defendant attorney Ellis resumes Direct of witness Robert Keith | |
| | 523 | | X | X | Previously admitted | |
| | | 10:23am | | | Plaintiff attorney Bursor Cross of witness Robert Keith | |
| 89 | | | X | | Document – declaration of Robert Keith | |
| 83 | | | X | X | Email 5/5/16 | |
| 56A | | | X | X | Previously admitted | |
| | | 10:48am | | | Defendant attorney Ellis Redirect of witness Robert Keith | |
| | | 10:53am | | | Witness excused from stand | |
| | | 10:54am | | | Plaintiff attorney Ellis calls witness Daniel Correa for Direct | D |
| 78 | | | X | X | Previously admitted | |
| | | 11:17am | | | Plaintiff attorney Bursor cross of witness Correa | |
| 56A | | | X | X | Previously admitted | |
| | | 11:25am | | | Defendant attorney Ellis Redirect of witness Correa | |
| | | 11:26am | | | Defendant attorney Ellis calls witness Nick Keith for Direct | D |
| 78 | | | X | X | Previously admitted | |
| | | 11:44am | | | Recess for Jury | |
| | | 11:45am | | | Discussion with counsel | |
| | | 11:45am | | | Recess | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:00pm | | | Plaintiff attorney Bursor cross of witness Nick Keith | |
| 90 | | | X | | Declaration of Nick Keith | |
| 56A | | | X | X | Previously admitted | |
| | | 12:14pm | | | Witness excused from the stand | |
| | | 12:15pm | | | Defendant attorney Ellis calls witness Chris Paff for Direct….break …. | |
| | | 12:16pm | | | Discussion with counsel at bench | |
| | | 12:17pm | | | Defendant attorney Ellis calls witness Chris Paff for Direct | D |
| 78 | | | X | X | Previously admitted | |
| | 608D | | | | No such exhibit on counsel list | |
| | | 12:32pm | | | Plaintiff attorney Bursor Cross of witness Chris Paff | |
| | | 12:33pm | | | Witness excused | |
| | | 12:34pm | | | Judge gives instruction to Jury | |
| | | 12:35pm | | | Recess for Jury for the day. Further Jury trial 5/10/2019 at 8:30am | |
| | | 12:36pm | | | Discussion with counsel re scheduling re jury instructions and exhibits. | |
| | | 1:00pm | | | Recess for the day for counsel. Further Jury Trial 5/10/19 at 8:30am for Jury; 8:00am for counsel | |
| | | 5/10/19 | | | COURT REPORTER: DIANE SKILLMAN | |
| | | 8:00am | | | Discussion with counsel. | |
| | | | | | Defense Rests.   No rebuttal case. Plaintiff rests. | |
| | | 8:07am | | | RECESS | |
| | | 8:20am | | | Discussion with counsel | |
| | | 8:27am | | | Jury enters courtroom. | |
| | | 8:28am | | | Judge gives Instructions to the Jury | |
| | | 8:53am | | | Plaintiff attorney Bursor Closing Statement | |
| | | 10:09am | | | RECESS (15 min) | |
| | | 10:25am | | | Jury enters Courtroom | |
| | | 10:25am | | | Defendant attorney Ellis Closing Statement | |
| | | 11:56am | | | Recess for Jury | |
| | | 11:57am | | | Recess for counsel | |
| | | 12:04pm | | | Discussion with counsel | |
| | | 12:06pm | | | Jury enters courtroom | |
| | | 12:06pm | | | Plaintiff attorney Bursor Rebuttal Statement | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 12:26pm | | | Court gives final instructions to the Jury | |
| | | 12:31pm | | | Jury exits courtroom and begins deliberation | |
| | | 12:33pm | | | Discussion with counsel | |
| | | 12:37pm | | | Recess for counsel | |
| | | 1:30pm | | | Jury leaves for the day and will return Monday, 5/13/19 at 8:30am for Further Deliberation | |
| | | 5/13/2019 | | | **COURT REPORTER: DIANE SKILLMAN** | |
| | | 8:25am | | | Jury resumes Deliberation | |
| | | 9:08am | | | Session with counsel (no jury present) regarding Phase Two re willfulness. Plaintiff counsel Krivoshey requests the Court to admit plaintiff exhibits 11, 80, 81 and 82 in the evidentiary presentation to the Court. Defense counsel Ellis indicates deposition designation excerpts of witness Steven Kizer be played for the Court: as to Dkt. No. 289, page 6 of 10: 1,2,13,22,24,25,26,27,28,29,30,31,32. Defense requests time before Phase Two hearing. Counsel to return at 10:00am today for presentation to the Court. | |
| | | 9:15am | | | RECESS for counsel | |
| | | 9:59am | | | **PHASE TWO SESSION FOR THE COURT (NO JURY PRESENT)** | |
| | | 10:00AM | | | Court has reviewed the deposition designations of defendant as to Steven Kizer. | |
| | 542 | | | | Exhibit discussed: it is 1/2/18 email. | |
| | | 10:07am | | | Defendant attorney Ellis calls witness Robert Keith for Direct | D |
| | | 10:13am | | | BREAK in proceedings. Jury notified Court that they have reached a verdict. RECESS for Phase Two portion hearing | |
| | | 10:16am | | | Jury enters courtroom and confirms that they have reached a verdict. | |
| | | 10:17am | | | Verdict read. Unanimous | |
| | | 10:21am | | | The Court thanks and excuses the Jury. Jury Trial is completed. | |
| | | 10:27am | | | Jury excused and exits courtroom | |
| | | 10:28am | | | Court and counsel discussion | |
| | | 10:29am | | | RECESS for counsel | |
| | | 11:19am | | | **RESUME PHASE TWO SESSION WITH COUNSEL AND THE COURT** | |
| | | | | | Discussion with counsel | |
| | | | | | | |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
|  |  | 11:28am |  |  | **Witness Robert Keith returns to the witness stand for cross examination by Plaintiff attorney Krivoshey.** |  |
|  |  | 11:29am |  |  | **Plaintiff attorney Krivoshey cross of witness Robert Keith** |  |
| 11 |  |  | X | X | **Admitted in evidence** |  |
| 80 |  |  | X | X | **Admitted in evidence (emails)** |  |
| 82 |  |  | X | X | **Admitted in evidence 11/19/15 emails** |  |
|  |  | 11:42am |  |  | **Defendant attorney Ellis redirect of witness Robert Keith.** |  |
|  |  | 11:47am |  |  | **Court asks questions of witness Robert Keith** |  |
| 81 |  |  | X | X | **Admitted in evidence (8/3/15 emails)** |  |
| 82 |  |  | X | X | **Previously admitted in evidence** |  |
| 80 |  |  | X | X | **Previously admitted in evidence** |  |
|  |  | 12:00pm |  |  | **Defendant attorney Ellis followup examination of Witness Robert Keith** |  |
| 10 |  |  | X | X | **Previously admitted** |  |
| 24 |  |  | X | X | **Previously admitted** |  |
|  |  | 12:10pm |  |  | **Witness excused from stand** |  |
|  |  |  |  |  | **Counsel are to submit proposed judgments [re jury trial] by Wednesday, 5/15/19 by close of business. As to Phase Two: Briefs of no more than 15 pages filed by Monday 5/20/19 by close of business. Close of business is 5:00pm. Then Phase Two submitted to the court.** |  |
|  |  | 12:45pm |  |  | **RECESS . JURY TRIAL COMPLETED.** |  |

9