United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IGNACIO PEREZ,**<br>     Plaintiff,<br>vs.<br>**RASH CURTIS & ASSOCIATES,**<br>     Defendant. | CASE NO. 16-cv-03396-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to Magistrate Judge Thomas S. Hixson for settlement purposes. Judge Hixson will advise the parties of how the matter will proceed. Judge Hixson may issue a ruling, order additional briefing, or set a telephone conference or a hearing.

Hereafter, all further settlement matters shall be filed pursuant to the Judge Hixson's procedures. The parties shall contact Judge Hixson's courtroom deputy for information about those procedures. Information may also be available on the Court's website.

**IT IS SO ORDERED.**

Dated: May 14, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: MagRef Email; Magistrate Judge Hixson