**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Yeremey O. Krivoshey (State Bar No. 295032)
Blair E. Reed (State Bar No. 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
           ykrivoshey@bursor.com
           breed@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (State Bar No. 276006)
888 Seventh Avenue
New York, NY 10019
Telephone: (212) 989-9113
Facsimile: (212) 989-9163
E-Mail: scott@bursor.com

*Attorneys for Plaintiff*

**ELLIS LAW GROUP LLP**
Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
Lawrence K. Iglesias - 303700
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com
liglesias@ellislawgrp.com

*Attorneys for Defendant*
RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA MCMILLION, JESSICA ADEKOYA, and IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>               Plaintiffs,<br><br>     v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>               Defendant. | Case No. 4:16-cv-03396-YGR<br><br>**AMENDED JOINT TRIAL EXHIBIT LIST**<br><br>Date: March 29, 2019<br>Time: 1:00 p.m.<br>Courtroom 1, 4th Floor<br><br>Hon. Yvonne Gonzalez Rogers |

## I. PLAINTIFFS' TRIAL EXHIBIT LIST:

I'D.

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 1 | Perez Account RCA 001-004 | Dan Correa | Yes | 58 | 5-8-19 |
| 2 | Global Connect Manual RCA 044-120 | Dan Correa | Yes | | |
| 3 | Intentionally left blank. | | N/A | | |
| 4 | Intentionally left blank. | | N/A | | |
| 6 | 9/28/12 Status Code Matrix | Dan Correa | Yes | 5-8-19 | 5-8-19 |
| 7 | Intentionally left blank. | | N/A | | |
| 8 | 2/13/16-2/18/16 emails w. N. Keith, N. Paff, B. Keith, T. Paff re cell phones/phone fields | Nick Keith | Yes | 5-7-19 | 5-7-19 |
| 9 | 2/24/14-2/25/14 emails w/ N. Paff, N. Keith, Kizer, B. Keith, C. Paff, T. Paff re cell/phone field | Nick Keith | Yes | 5-7-19 | 5-7-19 |
| 10 | 8/3/15-8/4/15 emails w/ N. Keith, B. Keith, C. Paff, T. Paff, N. Paff re cell phone scrubs/phone fields | Nick Keith | Yes | 5-7-19 | 5-7-19 |
| 11 | 5/12/16 emails w/ N. Keith, B. Keith, C. Paff re 5+ phone fields | Nick Keith | Yes | 5-13 | 5-13-19 |
| 12 | 5/12/16 emails w. N. Keith, Dan Correa, Greg Wilbert re phone field 5+ custom | Nick Keith | Yes | | |
| 13 | Intentionally left blank. | | N/A | | |
| 14 | Intentionally left blank. | | N/A | | |
| 15 | Intentionally left blank. | | N/A | | |
| 16 | Intentionally left blank. | | N/A | | |
| 17 | Intentionally left blank. | | N/A | | |
| 18 | Intentionally left blank. | | N/A | | |
| 19 | DAKCS Software Systems Client Services Manual | Dan Correa | Yes | | |
| 20 | DAKCS Software Systems Client Services Utilities Help Manual | Dan Correa | Yes | | |

I'D

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 21 | DAKCS Software Systems Vocality Help Manual | Dan Correa | Yes | | |
| 22 | DAKCS Software Systems Vocality Beyond and Sting Setup | Dan Correa | Yes | | |
| 23 | County of Solano Amendment to Request for Qualifications for Healthcare Related Debt Collection Services | Dan Correa | No | Relevance FRE 400-403 | |
| 24 | Rash Curtis & Associates Collection Agency Debt Recovery Services Company Information | Dan Correa | Yes | 5-7-19 | 5-7-19 |
| 26 | 5/25/15-5/27/15 emails w. D. Correa, D. Anderson, B. Conrad, Kizer, B. Keith, C. Paff re Sutter Foti Message | Dan Correa | No | Relevance FRE 400-403  5-7-19 | 5-7-19 |
| 27 | 9/15/15 emails w. D. Anderson, D. Correa, C. Paff, K. Boddie, B. Conrad, Kizer re skip lists | Dan Correa | Yes | 5-7-19 | 5-7-19 |
| 28 | Intentionally left blank. | | N/A | | |
| 29 | 5/6/13 email w. B. Kimbell, D. Correa re status code campaigns | Dan Correa | Yes | 5-7-19 | 5-7-19 |
| 30 | Intentionally left blank. | | N/A | | |
| 31 | Intentionally left blank. | | N/A | | |
| 32 | 12/11/14-12/12/14 emails w. B. North, C. Paff, D. Correa, B. Kimbell, B. Conrad re opt out list | Dan Correa | Yes | 5-7-19 | 5-7-19 |
| 33 | 12/29/16 emails w/ D. Correa, M. Paff, T. Mitchell re cease and desist call lists | Dan Correa | Yes | 5-7-19 | 5-7-19 |
| 34 | 6/29/17 emails w. T. Paff, B. Keith, C. Paff, N. Paff re 2015 FCC Ruling | Bob Keith | No | Relevance FRE 400-403 | |
| 35 | Intentionally left blank. | | N/A | | |

J D

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 36 | 10/12/16 email w. B. Keith, T. Paff, C. Paff re calling cell phones | Bob Keith | No | Relevance FRE 400-403 | |
| 37 | 1/5/16 email from B. Keith to staff re 90 day call count | Bob Keith | Yes | | |
| 38 | 5/5/16-5/6/16 emails w. D. Correa, B. Keith, B. North, C. Paff re blocking fields 5+ | Bob Keith | Yes | | |
| 42 | 8/5/13 emails w. B. Kimbell, C. Paff, D. Correa, B. Keith, Kizer re back to school month | Chris Paff | No | Relevance FRE 400-403 | |
| 43 | 2/28/14 email w/ A. Hyden, C. Paff re CPS questions | Chris Paff | Yes | | |
| 44 | 6/15/17 email w. C. paff re robocalls | Chris Paff | Yes | | |
| 45 | Questions Excerpted from the FCC's Robocall Blocking NOI | Chris Paff | Yes | | |
| 46 | 6/30/17 Declaration of Darrin Bird, ECF Doc. No. 50-3 | Darrin Bird | Yes | | |
| 47 | 7/3/17 Declaration of Robert Keith, ECF Doc. No. 50-2 | Bob Keith | Yes | | |
| 48 | DAKCS Software Systems VIC Client, Exhibit 11 to 12/11/17 Krivoshey Decl., ECF Doc. No. 139-2 DAKCS00001-266 | Randall A. Snyder | No | Relevance FRE 400-403 Not specific as to which portions or pages FRE 702 | |
| 49 | Intentionally left blank. | | N/A | | |
| 50 | Exhibit 22 to 1/8/18 Declaration of L. Timothy Fisher, ECF Doc. No. 151-1 | Colin B. Weir | Yes | | |
| 51 | Exhibit 23 to the 1/8/18 Declaration of L. Timothy Fisher, ECF Doc. No. 151-1 | Colin B. Weir | No | Relevance FRE 400-403 FRE 702 5-8 | 5-8-19 |

ID

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 52 | Exhibit 2 to 4/13/18 Krivoshey Decl., ECF Doc. No. 190-1, RCA's Opposition to Plaintiff's Separate Statement of Undisputed Facts in Support of Summary Judgment or Partial Summary Judgment in *Hernandez v. Rash Curtis & Associates*, Case No. 2:16-cv-02455-GHW (E.D. Cal. Nov. 13, 2017), ECF Doc. No. 34. | N/A | No | Relevance FRE 400-403 | |
| 53 | 5/5/16 emails w. N. Paff, B. Keith, C. Paff, D. Correa, T. Paff re human error | Dan Correa | Yes | | |
| 54 | 11/12/18 Supplemental Declaration of Randall A. Snyder | Randall A. Snyder | No | Relevance FRE 400-403 FRE 702 | |
| 55 | 11/12/18 Class Member Data Tabulation Report of Anya Verkhovskaya | Anya Verkhovskaya | No | Relevance FRE 400-403 FRE 702 | |
| 56 | 11/12/18 Declaration of Colin B. Weir | Colin B. Weir | No 56A (5-7) | Relevance FRE 400-403 FRE 702 | 56A (5-7) |
| 57 | Global Connect Call Detail Records, as discussed by Colin Weir at his 12/11/18 Deposition | N/A | No 57-C (5-7) 57-B 57-A | Relevance FRE 400-403 FRE 702 | 57-C 5-7-19 57-A 5-7-19 57-B 5-7-19 |
| 58 | VIC Call Detail Records, as discussed by Colin Weir at his 12/11/18 Deposition | N/A | No 58A 5-7 58B | Relevance FRE 400-403 FRE 702 | 58A 58B ] 5-7-19 |
| 59 | TCN Call Detail Records, as discussed by Colin Weir at his 12/11/18 Deposition | N/A | No 59A 59B | Relevance FRE 400-403 FRE 702 | 59A 5-7 59B 5-7 |

TD

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 60 | Defendant's Account Data as discussed by Colin Weir at his 12/11/18 Deposition (including all account numbers, demographic and personal information, and phone fields one through ten) | N/A | No | Relevance FRE 400-403 FRE 702  60 -(5-7) | 5-7-19 |
| 61 | GC_calls2, as discussed at Anya Verkhovskaya's 12/6/18 Deposition | N/A | No | 5-7 Relevance FRE 400-403 FRE 702 | 5-7-19 |
| 62 | TCN_calls-2, as discussed at Anya Verkhovskaya's 12/6/18 Deposition | N/A | No | 5-7 Relevance FRE 400-403 FRE 702 | 5-7-19 |
| 63 | VIC_calls-2, as discussed at Anya Verkhovskaya's 12/6/18 Deposition | N/A | No | 5-7 Relevance FRE 400-403 FRE 702 | 5-7-19 |
| 64 | Intentionally left blank. | | N/A | | |
| 65 | Defendant's Responses to Plaintiffs' First Set of Interrogatories | N/A | Yes | | |
| 66 | Defendant's Responses to Plaintiffs' First Set of Requests for Production | N/A | Yes | | |
| 67 | Global Connect Dialer Sample | N/A | Yes | | |
| 68 | Audit checklist RCA000121-123 | N/A | Yes | | |
| 69 | Rash Curtis Policy & Procedure: Quality Assurance Program – audit guidelines RCA000124-135 | N/A | Yes | | |
| 70 | Rash Curtis Quality Assurance Program – Employee Acknowledgement RCA000164 | N/A | Yes | | |

I'D

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 71 | Defendant Rash Curtis & Associates' Responses to Plaintiff's Interrogatories (Set One) in *McBride v. Rash Curtis & Associates*, Case No. 2:16-cv-02390-TLN-CKD (E.D. Cal. July 24, 2017). | N/A | Yes | Relevance FRE 400-403 | |
| 72 | Defendant Rash Curtis & Associates' Responses to Plaintiff's Interrogatories (Set One) in *Oliver v. Rash Curtis & Associates*, Case No. 2:16-cv-02413-TLN-CKD (E.D. Cal. July 24, 2017). | N/A | No | Relevance FRE 400-403 | |
| 73 | Defendant Rash Curtis & Associates' Reply Brief in Support of Motion for Summary Judgment or Partial Summary Judgment, ECF Doc. No. 157, at 13:6-13. | N/A | No | Relevance FRE 400-403 | |
| 74 | Intentionally left blank. | | N/A | | |
| 75 | T-Mobile Production from Kevin Koslosky | Colin B. Weir | No | Relevance FRE 400-403 FRE 702 | |
| 76 | Account Record Abbreviations RCA000192-193 | N/A | Yes | | |
| 77 | Skip Tracing Instructions RCA000195-199 | N/A | Yes | 5-8 | 5-8-19 |
| 78 | Unredacted Perez Account Notes RCA000268-271 | Dan Correa | Yes | 5-8 | 5-8-19 |
| 79 | 5/5/2015 email w. B. Keith to T. Paff RCA-278403 | Bob Keith | Yes | | |
| 80 | 11/19/15 emails w. B. Keith, T. Paff, C. Paff re cell phones RCA-282301-282303 | Bob Keith | No | Relevance FRE 400-403 Attorney-Client Privileged | 5-13-19 |

I'D

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | SHP TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 81 | 8/3/15 emails w/ B. Keith, N. Keith, C. Paff, T. Paff, N. Paff re cell phones RCA-281392 | Chris Paff | No | Relevance FRE 400-403 Attorney-Client Privileged 5-15 | 5-13-19 |
| 82 | 11/19/15 emails w. T. Paff, C. Paff, B. Keith re cell phones RCA-282306-282308 | Chris Paff | No | Relevance FRE 400-403 Attorney-Client Privileged | 5-13-19 |
| 83 | 5/5/16 email w. B. Keith, C. Paff, D. Correa, T. Paff, N. Paff RCA-268070 | Bob Keith | No | Relevance FRE 400-403 5-9-19 | 5-9-19 |
| 84 | Transcript/Video Excerpts from 4/13/17 Deposition of Steven Kizer | Steven Kizer | Yes | | |
| 85 | Transcript/Video Excerpts from 10/16/17 Deposition of Nick Keith | Nick Keith | Yes | | |
| 86 | Transcript/Video Excerpts from 10/20/17 Deposition of Dan Correa | Dan Correa | Yes | | |
| 87 | Intentionally left blank. | | N/A | | |
| 88 | Intentionally left blank | | N/A | | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No. 16-CV-3396-YGR          Date _____2019_____

_____PEREZ_____          vs.          ___RASH CURTIS & ASSOCIATES___

# EXHIBIT LIST

☒ Plaintiff          ☐ Defendant

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | DATE | |
|---|---|---|---|---|
| | | | Marked for Identification | Admitted in Evidence |
| 89 | DECLARATION R. KEITH 97 48 DKT. 250-2 | ROBERT KEITH | 5-9-19 | |
| 90 | DECLARATION NICK KEITH | NICK KEITH | 5-9-19 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## II.  DEFENDANT'S TRIAL EXHIBIT LIST:

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 501 | Intentionally left blank. | | N/A | | |
| 502 | Intentionally left blank. | | N/A | | |
| 503 | Rash Curtis' Collection Notes/Business Records for Daniel Reynoso (RCA 268-271). | Bob Keith | Yes | | |
| 504 | Daniel Reynoso's Medical Records from Sutter General Hospital (RCA 272-278). | Bob Keith | No | MIL 2, FRE 802, 403, FRCP 37 | |
| 505 | May 5, 2017 Email from Bob Keith to Mike Paff attaching Sutter General Hospital's Client Notes for Daniel Reynoso (RCA 012718-012724). | Bob Keith | No | MIL 2, FRE 802, 403, 801, 803 | |
| 506 | Rash Curtis' Business Records, showing the ECA Advanced Trace Report received as to Daniel Reynoso, which shows the cell phone number ending in 5193 was not skip-traced (RCA 279). | Nick Keith | No | MIL 1, FRCP 37 | |
| 507 | Rash Curtis' Business Records, showing the Edit Tracking Report for Daniel Reynoso's account, which shows the cell phone number ending in 5193 was provided to Rash Curtis by Sutter General Hospital on May 7, 2015 and removed by Rash Curtis on June 7, 2016 (RCA 280). | Nick Keith | No | MIL 1, FRCP 37 | |

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 508 | Intentionally left blank. | | N/A | | |
| 509 | Intentionally left blank. | | N/A | | |
| 510 | Intentionally left blank. | | N/A | | |
| 511 | Rash Curtis' Abbreviation Key for Collection Notes (RCA 192-193). | Bob Keith | Yes | | |
| 512 | Plaintiffs' Notice of Subpoenas to Produce Documents and Subpoenas to T-Mobile USA, Inc., LexisNexis Risk Data Management, Inc., and LexisNexis Risk Solutions FL, Inc., served on April 26, 2017. | Ignacio Perez | No | FRE 401, 403 | |
| 513 | Phone Records Produced by T-Mobile (MetroPCS) in Response to Plaintiffs' Subpoena, produced on August 16, 2017. | Ignacio Perez | Yes | | |
| 514 | Intentionally left blank. | | N/A | | |
| 515 | Intentionally left blank. | | N/A | | |
| 516* | True and correct copies of excerpts from the Deposition of Nick Keith, taken October 16, 2017. | Nick Keith | No | MIL 7 | |
| 517* | True and correct copies of excerpts from the Deposition of Daniel Correa, taken October 20, 2017. | Daniel Correa | No | MIL 7 | |
| 518* | True and correct copies of excerpts from the Deposition of Chris Paff, taken October 24, 2017. | Chris Paff | No | MIL 7 | |
| 519* | True and correct copies of excerpts from the | Robert Keith | No | MIL 7 | |

I'D

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| | Deposition of Robert Keith, taken October 24, 2017. | | | | |
| 520 | True and correct copies of excerpts from the Deposition of Plaintiff Ignacio Perez, taken July 13, 2017. | Ignacio Perez | No | MIL 7 | |
| 521 | True and correct copies of excerpts from the Deposition of Steven Kizer, taken April 13, 2017. | Steven Kizer | No | MIL 7 | |
| 522 | December 20, 2018 Invoice from Class Experts Group, LLC to Bursor & Fisher, P.A. (McMillion000099). | Anya Verkhovskaya | Yes | | |
| 523 | True and correct excerpts from "5 Fuzzy Match Output Step 2 Final" (not bates-stamped). | Anya Verkhovskaya | Yes | 5·8·19 | 5·8·19 |
| 524 | True and correct excerpts from "2018-10-16 historical 1-4 version 1 101518" Spreadsheet (not bates-stamped). | Nick Keith | Yes | | |
| 525 | Plaintiffs' Notice of Subpoena and Subpoena to Testify at a Deposition in a Civil Action to DAKCS Software Systems, Inc., served on October 11, 2017. | Ignacio Perez | No | FRE 401, 403 | |
| 526 | Business Records Produced by DAKCS Software Systems, Inc. in Response to Plaintiffs' Subpoena, produced on November 2, 2017 (DAKCS 00001-00266). | Ignacio Perez | Yes | | |

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 527 | October 16, 2015 Email from Steven Kizer to Bob Keith and Chris Paff regarding Rash Curtis' policies on skip-tracing and removing phone numbers upon Do-Not-Call requests (RCA 125254-125255). | Bob Keith | No | FRE 801, 802, 803 | |
| 528 | February 28, 2014 Email from Ashlee Hyden of DAKCS Software Systems, Inc. to Chris Paff regarding cell phone scrub technology (RCA 040794). | Chris Paff | No | FRE 801, 802, 803 | |
| 529 | May 16, 2016 Email from Nick Keith to Daniel Correa regarding GlobalConnect's outbound limitations (RCA 133979-133982). | Nick Keith | No | FRE 801, 802, 803 | |
| 530 | August 4, 2015 Email from Nick Keith to Bob Keith regarding phone numbers supplied to Rash Curtis from its creditor-clients (RCA 258388-258391). | Nick Keith/Bob Keith | No | FRE 801, 802, 803 | |
| 531 | August 4, 2015 Email from Nick Keith to Bob Keith regarding Rash Curtis' policy to separate verified phone numbers from unverified phone numbers (RCA 258397-258400). | Nick Keith/Bob Keith | No | FRE 801, 802, 803 | |
| 532 | December 11, 2017 Email from Randall Snyder to Yeremey Krivoshey (McMillion000013-000026). | Randall Snyder | Yes | | |

ID

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 533 | January 30, 2018 Email from Anya Verkhovskaya to Yeremy Krivoshey (McMillion000034). | Anya Verkhovskaya | Yes | 5-8-19 | 5-8-19 |
| 534 | January 30, 2018 Email from Yeremey Krivoshey to Anya Verkhovskaya (McMillion000035). | Yeremey Krivoshey | Yes | 5-8 | 5-8-19 |
| 535 | January 30, 2018 Email from Anya Verkhovskaya to Yeremey Krivoshey (McMillion000036). | Anya Verkhovskaya | Yes | 5-8 | 5-8-19 |
| 536 | November 27, 2018 Email from Randall Snyder to Yeremey Krivoshey (McMillion000053). | Randall Snyder | Yes | | |
| 537 | November 28, 2018 Email from Randall Snyder to Yeremey Krivoshey (McMillion000054-000055). | Randall Snyder | Yes | | |
| 538 | December 11, 2018 Email from Rebecca Richter to Randall Snyder (McMillion000072). | Randall Snyder | Yes | | |
| 539 | May 2, 2017 Email from Colin Weir to Scott Bursor (McMillion000086). | Colin Weir | Yes | 5-8-19 | 5-8-19 |
| 540 | September 5, 2017 Email from Colin Weir to Scott Bursor (McMillion000087). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 541 | September 4, 2018 Email from Colin Weir to Scott | Colin Weir | Yes | 5-8 | 5-8-19 |

AMENDED JOINT TRIAL EXHIBIT LIST
CASE NO. 4:16-cv-03396-YGR

12

I ID

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| | Bursor (McMillion000088). | | | | |
| 542 | January 2, 2018 Email from Colin Weir to Scott Bursor (McMillion000089). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 543 | March 1, 2018 Email from Colin Weir to Scott Bursor (McMillion000090). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 544 | February 1, 2018 Email from Colin Weir to Scott Bursor (McMillion000091). | Colin Weir | Yes | | |
| 545 | August 1, 2018 Email from Colin Weir to Scott Bursor (McMillion000092). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 546 | April 2, 2018 Email from Colin Weir to Scott Bursor (McMillion000093). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 547 | June 1, 2017 Email from Colin Weir to Scott Bursor (McMillion000094). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 548 | December 4, 2017 Email from Colin Weir to Scott Bursor (McMillion000095). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 549 | December 5, 2018 Email from Colin Weir to Scott Bursor (McMillion000096). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 550 | November 1, 2018 Email from Colin Weir to Scott Bursor (McMillion000097). | Colin Weir | Yes | 5-8 | 5-8-19 |
| 551 | October 2, 2018 Email from Colin Weir to Scott | Colin Weir | Yes | 5-8 | 5-8-19 |

I'D

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| | Bursor (McMillion000098). | | | | |
| 552 | December 17, 2018 Invoice from Wireless Research Services to Bursor & Fisher, P.A. (McMillion000076). | Colin Weir | Yes | | |
| 553 | November 28, 2018 Email from Randall Snyder to Yeremey Krivoshey (McMillion000059-000060). | Randall Snyder | Yes | | |
| 554 | True and correct copies of excerpts from the Deposition of Anya Verkhovskaya, taken December 6, 2018. | Anya Verkhovskaya | No | MIL 7 | |
| 555 | Excerpts from the Spreadsheet Associated with Anya Verkhovskaya's Rule 26 Report (Exhibit 2 to the Deposition of Anya Verkhovskaya). | Anya Verkhovskaya | Yes | 5-8 | 5-8-19 |
| 556 | Notice of Deposition of Anya Verkhovskaya (Exhibit 3 to the Deposition of Anya Verkhovskaya). | Anya Verkhovskaya | No | FRE 401, 403 | |
| 557 | Declaration of Anya Verkhovskaya (Exhibit 4 to the Deposition of Anya Verkhovskaya). | Anya Verkhovskaya | Yes | | |
| 558 | Retainer Agreement between Anya Verkhovskaya and Bursor & Fisher, P.A. (Exhibit 5 to the Deposition of Anya Verkhovskaya). | Anya Verkhovskaya | Yes | | |

*I'D*

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| **559** | Invoice 1022 from CEG to Bursor & Fisher, P.A. (Exhibit 6 to the Deposition of Anya Verkhovskaya). | Anya Verkhovskaya | Yes | | |
| **560** | Invoice 1121 from CEG to Bursor & Fisher, P.A. (Exhibit 7 to the Deposition of Anya Verkhovskaya). | Anya Verkhovskaya | Yes | | |
| **561** | True and correct copies of excerpts from the Deposition of Colin Weir, taken December 11, 2018. | Colin Weir | No | MIL 7 | |
| **562** | Notice of Deposition of Colin Weir (Exhibit 1 to the Deposition of Colin Weir). | Colin Weir | No | FRE 401, 403 | |
| **563** | Declaration of Colin Weir (Exhibit 2 to the Deposition of Colin Weir). | Colin Weir | Yes | | |
| **564** | Engagement Agreement between Colin Weir and Bursor & Fisher, P.A. (Exhibit 3 to the Deposition of Colin Weir). | Colin Weir | Yes | 5-8 | 5⁄8⁄19 |
| **565** | November 30, 2018 Invoice from Economics and Technology, Inc. to Bursor & Fisher, P.A. (Exhibit 4 to the Deposition of Colin Weir). | Colin Weir | Yes | | |
| **566** | Further Invoices from Economics and Technology, Inc. to Bursor & Fisher, P.A. (Exhibit 5 to the | Colin Weir | Yes | | |

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| | Deposition of Colin Weir). | | | | |
| 567 | Statement of Qualifications of Colin Weir (Exhibit 6 to the Deposition of Colin Weir). | Colin Weir | Yes | | |
| 568 | True and correct copies of excerpts from the Deposition of Randall Snyder, taken December 17, 2018. | Randall Snyder | No | MIL 7 | |
| 569 | Notice of Deposition of Randall Snyder (Exhibit 1 to the Deposition of Randall Snyder). | Randall Snyder | No | FRE 401, 403 | |
| 570 | Curriculum Vitae (Professional Summary) of Randall Snyder (Exhibit 2 to the Deposition of Randall Snyder). | Randall Snyder | Yes | | |
| 571 | Curriculum Vitae (Litigation Support Experience) of Randall Snyder (Exhibit 3 to the Deposition of Randall Snyder). | Randall Snyder | Yes | | |
| 572 | Wireless Research Services, LLC 2017 Rate Sheet and Retained Agreement with Bursor & Fisher, P.A. (Exhibit 4 to the Deposition of Randall Snyder). | Randall Snyder | Yes | | |
| 573 | November 12, 2018 Supplemental Declaration of Randall Snyder (Exhibit 5 to the Deposition of Randall Snyder). | Randall Snyder | Yes | | |

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| **574** | May 29, 2017 Invoice from Wireless Research Services, LLC to Bursor & Fisher, P.A (Exhibit 6 to the Deposition of Randall Snyder). | Randall Snyder | Yes | | |
| **575** | "Exactly What Is An Autodialer?" Power-point Presentation (Exhibit 7 to the Deposition of Randall Snyder). | Randall Snyder | Yes | | |
| **576** | May 30, 2017 Declaration of Randall Snyder (Exhibit 9 to the Deposition of Randall Snyder). | Randall Snyder | No | FRE 403 | |
| **577** | October 16, 2017 Declaration of Randall Snyder (Exhibit 10 to the Deposition of Randall Snyder). | Randall Snyder | No | FRE 403 | |
| **578** | December 11, 2017 Declaration of Randall Snyder (Exhibit 11 to the Deposition of Randall Snyder). | Randall Snyder | No | FRE 403 | |
| **579** | March 5, 2018 Declaration of Randall Snyder (Exhibit 12 to the Deposition of Randall Snyder). | Randall Snyder | No | FRE 403 | |
| **580** | True and Correct Excerpts from the June 20, 2017 Deposition of Steve Kizer (Exhibit 14 to the Deposition of Randall Snyder). | Randall Snyder, Steven Kizer | No | MIL 7, MIL 5, FRE 401, 403 | |

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 581 | December 11, 2017 Declaration of Bob Keith (Exhibit 15 to the Deposition of Randall Snyder). | Randall Snyder | No | MIL 5, FRE 401, 403 | |
| 582 | Daniel Reynoso's Account Records (Exhibit 16 to the Deposition of Randall Snyder). | Randall Snyder | No | MIL 1, FRCP 37 | |
| 583 | Complaint for TCPA damages, styled *Diane Steele v. Rash Curtis & Associates,* United States District Court, Eastern District of California, Case No. 2:17-cv-02626-JAM-AC, filed 12/15/17. | Bob Keith | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 584 | Medical account overview from Contra Costa Regional Medical Center for Steven Milligan, showing the 925-435-6429 phone number and that the account was assigned to Rash Curtis for collection. | Bob Keith | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 585 | Medical account overview for Diane Steele, showing the 925-435-6429 phone number and that the account was assigned to Rash Curtis for collection. | Bob Keith | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 586 | True and Correct Excerpts from the June 20, 2017 Deposition of Steven Kizer from *Rash Curtis & Associates, Inc. v. Steven Kizer*, Superior Court of the State of California County of Solano Case No. FCS048565. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 587 | True and Correct Excerpts from the July 6, 2017 Deposition of Steven Kizer from *Rash Curtis & Associates, Inc. v. Steven Kizer*, Superior Court of the State of California County of Solano Case No. FCS048565. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 588 | Complaint for the Labor Commissioner's Office filed by Steven Kizer against Rash Curtis, State Case No. 08-78737, filed September 16, 2016 | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 589 | Final Order and Decision in Kizer's Labor Board case against Rash Curtis, State Case No. 08-78737, dated August 22, 2018. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 590 | Kizer's "Notice of Claim" and time/wages claimed in State Case No. 08-78737, dated January 20, 2017. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 591* | Personnel Action Form for Steven Kizer, signed by Steven Kizer on December 1, 2012. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 592* | Inbound Phone Line; Expectations and Rules, signed by Steven Kizer on July 2, 2015. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 593* | Certificate of Completion – Workplace Harassment: Prevention and the law-Supervisor Field 120, certifying Steven Kizer's completion on May 28, 2013. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 594* | Policy & Procedure: Harassment Free Workplace ("Management"), signed by Steven Kizer on March 17, 2015. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 595* | Interoffice Memo to exempt employees, signed by Steven Kizer on December 17, 2015. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 596* | Kizer email dated May 26, 2016. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 597* | Payroll Summary re Steven Kizer 12/2012 – 12/2015. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 598* | Kizer email with self-authored Biography, dated May 6, 2013 | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 599* | Work Order Guidelines issued by Steven Kizer dated March 12, 2013. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |

| TRIAL EXHIBIT NO. | DESCRIPTION | SPONSORING WITNESS | STIP. TO ADMIT | OBJECTION | DATE ADMITTED |
|---|---|---|---|---|---|
| 600* | Steven Kizer's resume | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 601* | Steven Kizer's IT Job Description. | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 602* | Steven Kizer's LinkedIN Resume | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 603* | Steven Kizer's internal email communications at Rash Curtis | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 604* | Excerpts from Steven Kizer's Absence/Schedule Adjustment Request Forms | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 605* | Steven Kizer's Paid Time Off Statements | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 606* | Email re Steven Kizer's FMLA/CFRA Leave, dated March 21, 2016 | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |
| 607 | Comparison Exhibits re wage claims and PTO | Steven Kizer | No | FRCP 37, FRE 401, 403, 802, Scheduling Order (ECF 246) | |

# UNITED STATES DISTRICT COURT
## for the Northern District of California

Case No. 16-CV-3396-YGR          Date 2019

PEREZ          vs.   RASH CURDS & ASSOCIATES

## EXHIBIT LIST

☐ Plaintiff          ☒ Defendant

| EXHIBIT NUMBER | DESCRIPTION | SPONSORING WITNESS | Marked for Identification | Admitted in Evidence |
|---|---|---|---|---|
| 608A | DOC | VERKHOVSKAYA | 5-8 | 5-8-19 |
| 608D | DOC | | | |
| 609A | DOC | | 5-8 | 5-8-19 |
| | | | | |
| 610A | DOC | | 5-8 | 5-8 |
| 610D | DOC | | | |
| 611A | DOC | | 5-8 | 5-8 |
| 611D | DOC | | | |
| 612 | DOC | | 5-9 | 5-9-19 |