**BURSOR & FISHER, P.A.**
L. Timothy Fisher (SBN 191626)
Yeremey O. Krivoshey (SBN 295032)
Blair E. Reed (SBN 316791)
1990 North California Blvd., Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
        breed@bursor.com
        ykrivoshey@bursor.com

**BURSOR & FISHER, P.A.**
Scott A. Bursor (SBN 276006)
2665 S. Bayshore Dr., Suite 220
Miami, FL 33133
Telephone: (305) 330-5512
Facsimile: (305) 676-9006
E-Mail: scott@bursor.com

*Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PEREZ, on Behalf of Himself and All Others Similarly Situated,<br><br>                   Plaintiff,<br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>                 Defendant. | Case No. 4:16-cv-03396-YGR<br><br>**DECLARATION OF SCOTT A. BURSOR IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES, COSTS AND EXPENSES, AND SERVICE AWARD FOR THE CLASS REPRESENTATIVE**<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

I, Scott A. Bursor, declare as follows:

1. I am an attorney at law licensed to practice in the State of California. I am a member of the bar of this Court, and I am a partner at Bursor & Fisher, P.A., which was appointed Class Counsel in this action. *See* ECF No. 81. I make this declaration in support of Plaintiff's Motion for an Award of Attorney's Fees, Costs and Expenses, and Service Award for the Class Representative.

2. I am sure this Court is familiar with the background and history of this litigation, so I will not repeat it here. However, one of the factors supporting our fee motion is the expectation that Class Counsel will be required to perform substantial additional work to collect on the judgment. So one purpose for this declaration is to provide the Court with some context for that statement.

3. Defendant is insured under an errors and omissions liability insurance policy issued by XL America, Inc. (hereafter, "XL"). The policy gives the insurer, XL, the right and duty to defend all covered claims brought in the United States, and the right to select defense counsel. XL selected and retained as defense counsel Mark Ellis of Ellis Law Group. A representative of XL, Adam Williams, attended every day of the trial.

4. On December 13, 2016, my partner, Yeremey O. Krivoshey, made an offer in writing to settle this case for an amount far below the policy limit. XL rejected that offer.

5. On December 19, 2016, Mr. Krivoshey made another offer in writing to settle this case for an amount far below the policy limit. XL rejected that offer.

6. On January 31, 2017, Mr. Krivoshey made another offer in writing to settle this case for an amount far below the policy limit. XL rejected the offer that same day. Mr. Krivoshey responded in writing stating that the potential liability in this case "could bankrupt" the Defendant, and urging that his settlement offer was "not meant to be a final offer. We're happy to consider a counter once you've had a chance to discuss with your client." XL did not counter.

7. On August 16, 2017, the parties attended a mediation with Doug deVries of Judicate West serving as the mediator. The mediation was scheduled for a full day. Adam Williams attended the mediation as a representative of XL. During the mediation, XL made no offer to settle

DECLARATION OF SCOTT A. BURSOR
CASE NO. 4:16-cv-03396-YGR

1

the case. My partners, Mr. Fisher and Mr. Krivoshey, made an offer to settle the case for an amount that was less than the policy limit. XL rejected that offer and walked out of the mediation without making a counter-offer, or any offer to settle the case on any terms.

8. On August 31, 2017, Mr. Krivoshey wrote an email to defense counsel stating: "Re settlement: we made an offer at the mediation and your client didn't counter and walked out. We're still open to listening to a counter if you have one." XL still did not make a counteroffer or express any interest in settlement.

9. On September 6, 2017, this Court granted Plaintiff's motion for class certification. *See* ECF No. 81.

10. On September 12, 2017, Mr. Fisher sent a copy of this Court's class certification order to the mediator, Mr. deVries, to encourage further settlement negotiations or mediation. Mr. deVries responded that he would follow up with XL's counsel "to see whether or not there is any interest on their part in re-engaging in settlement discussion." Thereafter, on September 18, 2017, Mr. deVries wrote that he had contacted XL's counsel, and "no further settlement negotiations will occur at this time."

11. On February 2, 2018, this Court granted Plaintiff's motion for summary judgment on two key issues, finding Defendant's dialers were ATDSs, and that Defendant did not have consent to call Mr. Perez. ECF No. 167.

12. On February 5, 2018, Mr. Fisher sent a copy of the summary judgment order to the mediator, Mr. deVries, with an email stating: "I wanted to follow up with you about the Rash Curtis class action that we mediated with you last year. We received Judge Gonzalez Rogers' order on the parties' motions for summary judgment on Friday. Once again it was a resounding victory for the plaintiffs. A copy of the order is attached. Can you follow up with defendant's counsel Mark Ellis and see if he has any interest in mediating?" XL did not respond.

13. From February 5, 2018 through May 13, 2019, the date the jury returned its verdict, XL persisted in refusing to negotiate any settlement of this action.

14. California law requires insurance companies to act reasonably to settle claims. "In each policy of liability insurance, California law implies a covenant of good faith and fair dealing.

This implied covenant obligates the insurance company, among other things, to make reasonable efforts to settle a third party's lawsuit against the insured. If the insurer breaches the implied covenant by unreasonably refusing to settle the third party suit, the insured may sue the insurer in tort to recover damages proximately caused by the insurer's breach." *PPG Industries, Inc. v. Transamerica Ins. Co.*, 20 Cal.4th 310, 312 (1999).

15. It is my view as Class Counsel that XL has breached the implied covenant of good faith and fair dealing by unreasonably rejecting four written settlement offers that were at amounts below the policy limit, and by refusing the negotiate settlement on any terms from the time the Class was certified through the date the jury returned its verdict. Thus, in my view, Defendant has a claim against XL for the full amount of the judgment, in excess of $267 million. *See, e.g.*, *Hamilton v. Maryland Cas. Co.*, 27 Cal. 4th 718, 725 (2002) ("Where the underlying action has proceeded to trial and a judgment in excess of the policy limits has been entered against the insured, the insurer is ordinarily liable to its insured for the entire amount of that judgment ….").

16. Defendant's imminent bankruptcy filing should not affect XL's liability for bad faith failure to settle. *See, e.g.*, *Purdy v. Pacific Automobile Ins. Co.*, 157 Cal. App.3d 59, 74 (1984) (affirming trial court verdict against insurer for bad faith failure to settle within policy limits, and holding the insurer liable for the entire judgment despite the insured's insolvency and bankruptcy).

17. After Plaintiff and the Class had prevailed at trial, on September 5, 2019, Mr. Ellis sent me an email offering to settle this case for the remaining limits of the policy, which is less than 1% of the judgment. Mr. Ellis's email stated: "If the case does not settle and judgment is entered, we will not only tie the case up in righteous appeals for years, but Rash will file for bk protection and be protected from judgment enforcement by virtue of 11 USC sec 362."

18. It is my view, as Class Counsel, that the best way to maximize Class Members' recovery in this case is to obtain assignment of Defendant's claim against XL and pursue full recovery of the judgment from XL.

19. On September 11, 2019, I had a teleconference with Mr. Ellis to discuss settlement. During that call I offered to settle with Defendant for <u>zero dollars</u> in exchange for an assignment of

Defendant's claim against XL and a promise of reasonable cooperation to assist Class Counsel in prosecuting that claim. I explained that this settlement would include a covenant by Plaintiff not to execute the judgment against Defendant, which would obviate any need for Defendant to file for bankruptcy protection. *See* California Practice Guide: Insurance Litigation Form 12:C (The Rutter Group 2019) ("Assignment of Cause of Action in Exchange for Covenant Not to Execute").

20. I had thought that settling a $267 million judgment for zero dollars would be an easy decision for Defendant to make. But I was wrong. Defendant refused.

21. Since I can't bid less than zero, it appears it will not be possible to settle. Defendant will file for bankruptcy. And we will have to do everything the hard way. Thus, I anticipate Class Counsel will be required to do thousands of hours of additional work to defeat Defendant's "righteous appeals," to navigate Defendant's likely bankruptcy filing, to obtain assignment of Defendant's rights under the insurance policy either through settlement or through bankruptcy, and to pursue full recovery from XL.

22. To date Class Counsel has expended $314,179.97 in out-of-pocket expenses in connection with the prosecution of this action. Attached hereto as **Exhibit 1** is an itemized listing of each out-of-pocket expense my firm incurred in this case. These expenses are reflected in the records of my firm, and were necessary to prosecute this litigation. All expenses were carefully and reasonably expended, and they reflect market rates for various categories of expenses incurred. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

23. Plaintiff Ignacio Perez seeks a service award of $50,000. Mr. Perez's cooperation and assistance was very important to help us to secure a victory for Class Members at trial. Moreover, the expected bankruptcy and insurance litigation will impose more burdens on Mr. Perez. Thus, in my view, $50,000 is a reasonable amount for a service award to Mr. Perez.

| | |
|---|---|
| 1 | I declare under penalty of perjury under the laws of the United States and the State of |
| 2 | California that the foregoing is true and correct. Executed on September 23, 2019 at Miami, |
| 3 | Florida. |
| 4 | |
| 5 | /s/ Scott A. Bursor |
| | Scott A. Bursor |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**EXHIBIT 1**

**Perez v. Rash Curtis & Associates Expenses**

|  |  |
|---:|:---|
| $666.00 | Court Fees |
| $13,904.22 | Deposition and Transcript Fees |
| $221,198.47 | Expert Fees |
| $2,945.00 | Mediation Fees |
| $24,430.17 | Notice Administration Fees |
| $8,386.16 | Third Party Litigation Support Fees |
| $3,123.48 | Catering & Meal Expenses |
| $1,864.12 | Postage & Delivery Expenses |
| $37,662.35 | Travel & Lodging Expenses |
| **$314,179.97** | **Total Perez v. Rash Curtis & Associates Expenses** |

**Court Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---:|---|
| 2016.06.17 | Perez v. Rash Curtis & Associates | $400.00 | US District Court NDCA - Complaint Filing |
| 2017.10.27 | Perez v. Rash Curtis & Associates | $30.00 | Courtcall |
| 2017.11.03 | Perez v. Rash Curtis & Associates | $86.00 | Courtcall |
| 2017.11.16 | Perez v. Rash Curtis & Associates | $30.00 | Courtcall |
| 2017.11.28 | Perez v. Rash Curtis & Associates | $30.00 | Courtcall |
| 2018.09.25 | Perez v. Rash Curtis & Associates | $30.00 | Courtcall |
| 2018.09.27 | Perez v. Rash Curtis & Associates | $30.00 | Courtcall |
| 2018.09.28 | Perez v. Rash Curtis & Associates | $30.00 | Courtcall |
|  |  | **$666.00** | **Total Court Fees** |

**Deposition and Transcript Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---:|---|
| 2017.05.01 | Perez v. Rash Curtis & Associates | $833.90 | Veritext - Kizer Transcript |
| 2017.05.09 | Perez v. Rash Curtis & Associates | $1,075.00 | Veritext - Kizer Video |
| 2017.11.06 | Perez v. Rash Curtis & Associates | $14.55 | Joan Marie Columbini - 8-17 Hearing Transcript |
| 2017.11.14 | Perez v. Rash Curtis & Associates | $737.00 | Veritext - Keith Video |
| 2017.11.14 | Perez v. Rash Curtis & Associates | $1,378.25 | Veritext - Correa Transcript & Video |
| 2017.11.30 | Perez v. Rash Curtis & Associates | $1,221.50 | Veritext - Paff & Keith Transcript and Video |
| 2018.02.01 | Perez v. Rash Curtis & Associates | $54.30 | Joan Columbini - Court Reporter |
| 2018.02.07 | Perez v. Rash Curtis & Associates | $206.00 | Sarah Goekler - Court Reporter |
| 2018.02.23 | Perez v. Rash Curtis & Associates | $299.37 | Aiken Welch - Court Reporter |
| 2019.01.11 | Perez v. Rash Curtis & Associates | $600.00 | Kempfer Court Reporting |
| 2019.03.08 | Perez v. Rash Curtis & Associates | $1,558.48 | Aiken Welch Court Reporters - 1/7 Depo |
| 2019.03.21 | Perez v. Rash Curtis & Associates | $398.75 | Diane Skillman - Court Reporter |
| 2019.04.01 | Perez v. Rash Curtis & Associates | $572.75 | Pamela Batalo - Court Reporter |
| 2019.04.02 | Perez v. Rash Curtis & Associates | $188.50 | Leo Mankiewicz - Court Reporter |
| 2019.04.10 | Perez v. Rash Curtis & Associates | $21.75 | Leo Mankiewicz - Court Reporter |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $4,338.00 | Diane Skillman - Court Reporter |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $406.12 | Diane Skillman - Court Reporter |
|  |  | **$13,904.22** | **Total Deposition and Transcript Fees** |

**Expert Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---:|---|
| 2017.05.09 | Perez v. Rash Curtis & Associates | $450.00 | Economics and Technology, Inc. |
| 2017.06.06 | Perez v. Rash Curtis & Associates | $3,150.00 | Economics and Technology, Inc. |
| 2017.06.06 | Perez v. Rash Curtis & Associates | $4,692.50 | Wireless Research Services, LLC |
| 2017.09.07 | Perez v. Rash Curtis & Associates | $450.00 | Economics and Technology, Inc. |
| 2017.10.24 | Perez v. Rash Curtis & Associates | $3,942.50 | Wireless Research Services, LLC |

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2017.12.05 | Perez v. Rash Curtis & Associates | $2,400.00 | Economics and Technology, Inc. |
| 2018.01.03 | Perez v. Rash Curtis & Associates | $4,650.00 | Economics and Technology, Inc. |
| 2018.01.03 | Perez v. Rash Curtis & Associates | $3,942.50 | Wireless Research Services, LLC |
| 2018.02.05 | Perez v. Rash Curtis & Associates | $5,000.00 | Economics and Technology, Inc. |
| 2018.03.05 | Perez v. Rash Curtis & Associates | $2,161.36 | Economics and Technology, Inc. |
| 2018.04.05 | Perez v. Rash Curtis & Associates | $3,961.36 | Economics and Technology, Inc. |
| 2018.04.05 | Perez v. Rash Curtis & Associates | $16,972.63 | Class Experts Group, LLC |
| 2018.08.13 | Perez v. Rash Curtis & Associates | $150.00 | Economics and Technology, Inc. |
| 2018.09.18 | Perez v. Rash Curtis & Associates | $9,750.00 | Economics and Technology, Inc. |
| 2018.10.09 | Perez v. Rash Curtis & Associates | $12,418.00 | Economics and Technology, Inc. |
| 2018.11.09 | Perez v. Rash Curtis & Associates | $11,700.00 | Economics and Technology, Inc. |
| 2018.11.28 | Perez v. Rash Curtis & Associates | $2,802.50 | Wireless Research Services, LLC |
| 2018.12.04 | Perez v. Rash Curtis & Associates | $42,407.84 | Class Experts Group, LLC |
| 2018.12.17 | Perez v. Rash Curtis & Associates | $3,750.00 | Economics and Technology, Inc. |
| 2018.12.19 | Perez v. Rash Curtis & Associates | $6,010.29 | Wireless Research Services, LLC |
| 2019.01.07 | Perez v. Rash Curtis & Associates | $4,946.50 | Class Experts Group, LLC |
| 2019.01.17 | Perez v. Rash Curtis & Associates | $11,358.49 | Economics and Technology, Inc. |
| 2019.02.11 | Perez v. Rash Curtis & Associates | $1,650.00 | Economics and Technology, Inc. |
| 2019.04.18 | Perez v. Rash Curtis & Associates | $2,550.00 | Economics and Technology, Inc. |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $8,982.70 | Wireless Research Services LLC |
| 2019.05.20 | Perez v. Rash Curtis & Associates | $450.00 | Economics and Technology, Inc. |
| 2019.06.19 | Perez v. Rash Curtis & Associates | $29,011.15 | Economics and Technology, Inc. |
| 2019.07.24 | Perez v. Rash Curtis & Associates | $21,488.15 | Class Experts Group, LLC |
| | | **$221,198.47** | **Total Expert Fees** |

**Mediation Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2017.07.05 | Perez v. Rash Curtis & Associates | $2,945.00 | Judicate West - Mediation Fee |
| | | **$2,945.00** | **Total Mediation Fees** |

**Notice Administration Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2019.06.05 | Perez v. Rash Curtis & Associates | $20,797.96 | KCC |
| 2019.07.24 | Perez v. Rash Curtis & Associates | $3,482.21 | KCC |
| 2019.09.05 | Perez v. Rash Curtis & Associates | $150.00 | KCC |
| | | **$24,430.17** | **Total Notice Administration Fees** |

**Third Party Litigation Support Fees**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2017.10.11 | Perez v. Rash Curtis & Associates | $41.27 | WinZip - Discovery tool |
| 2017.10.11 | Perez v. Rash Curtis & Associates | $69.00 | Systool Group - Discovery tool |
| 2018.02.12 | Perez v. Rash Curtis & Associates | $3,303.12 | DAKCS - Debt Collection Software |
| 2019.04.12 | Perez v. Rash Curtis & Associates | $670.92 | Quivx |
| 2019.04.12 | Perez v. Rash Curtis & Associates | $692.02 | Quivx |
| 2019.04.12 | Perez v. Rash Curtis & Associates | $748.44 | Quivx |
| 2019.06.14 | Perez v. Rash Curtis & Associates | $788.00 | Visualize Legal |
| 2019.06.14 | Perez v. Rash Curtis & Associates | $2,073.39 | Quivx |
| | | **$8,386.16** | **Total Third Party Litigation Support Fees** |

**Catering & Meal Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---:|---|
| 2016.10.03 | Perez v. Rash Curtis & Associates | $4.90 | Starbucks |
| 2017.04.13 | Perez v. Rash Curtis & Associates | $17.00 | A Sweet Affair |
| 2017.07.11 | Perez v. Rash Curtis & Associates | $55.38 | A Sweet Affair |
| 2017.07.12 | Perez v. Rash Curtis & Associates | $35.23 | The Firehoue |
| 2017.07.13 | Perez v. Rash Curtis & Associates | $5.95 | Ranis Gift Shop |
| 2017.07.13 | Perez v. Rash Curtis & Associates | $52.72 | Roxy |
| 2017.08.17 | Perez v. Rash Curtis & Associates | $2.49 | Regent Café |
| 2017.09.26 | Perez v. Rash Curtis & Associates | $27.17 | Sammy's Restaurant |
| 2017.09.26 | Perez v. Rash Curtis & Associates | $28.41 | Quik Stop |
| 2017.10.17 | Perez v. Rash Curtis & Associates | $5.64 | Regent Café |
| 2017.10.17 | Perez v. Rash Curtis & Associates | $7.12 | Regent Café |
| 2017.10.19 | Perez v. Rash Curtis & Associates | $24.97 | PF Changs |
| 2018.01.30 | Perez v. Rash Curtis & Associates | $39.77 | FAZ Restaurant Oakland |
| 2018.08.27 | Perez v. Rash Curtis & Associates | $56.98 | FAZ Restaurant |
| 2018.09.05 | Perez v. Rash Curtis & Associates | $28.16 | Cracker Barrel |
| 2018.12.04 | Perez v. Rash Curtis & Associates | $12.60 | Woody Creek Bakery |
| 2018.12.04 | Perez v. Rash Curtis & Associates | $14.59 | Chilis Too Oak |
| 2018.12.05 | Perez v. Rash Curtis & Associates | $20.47 | St Paul Fish Co |
| 2018.12.05 | Perez v. Rash Curtis & Associates | $61.99 | Onesto |
| 2018.12.06 | Perez v. Rash Curtis & Associates | $16.21 | Mike Pizzeria |
| 2018.12.11 | Perez v. Rash Curtis & Associates | $3.11 | Eden Plaza |
| 2018.12.16 | Perez v. Rash Curtis & Associates | $6.00 | Pacific Renaissance |
| 2018.12.17 | Perez v. Rash Curtis & Associates | $1.29 | Eden Plaza |
| 2018.12.17 | Perez v. Rash Curtis & Associates | $3.11 | Eden Plaza |
| 2018.12.17 | Perez v. Rash Curtis & Associates | $11.14 | Courtyard Oakland |
| 2019.03.19 | Perez v. Rash Curtis & Associates | $15.14 | Sorabol Korean BBQ |
| 2019.03.28 | Perez v. Rash Curtis & Associates | $16.57 | Chili's |
| 2019.03.28 | Perez v. Rash Curtis & Associates | $18.12 | Sorabol Korean BBQ |
| 2019.03.29 | Perez v. Rash Curtis & Associates | $119.59 | Maria Maria |
| 2019.03.30 | Perez v. Rash Curtis & Associates | $25.63 | Lark Creek Grill |
| 2019.04.28 | Perez v. Rash Curtis & Associates | $12.00 | 5th & Mission GA |
| 2019.04.28 | Perez v. Rash Curtis & Associates | $38.21 | Restaurant - Pretrial prep |
| 2019.05.01 | Perez v. Rash Curtis & Associates | $190.19 | Doordash |
| 2019.05.02 | Perez v. Rash Curtis & Associates | $42.19 | Jaguar |
| 2019.05.02 | Perez v. Rash Curtis & Associates | $105.64 | Doordash |
| 2019.05.03 | Perez v. Rash Curtis & Associates | $55.44 | Yard House |
| 2019.05.03 | Perez v. Rash Curtis & Associates | $39.65 | Doordash |
| 2019.05.03 | Perez v. Rash Curtis & Associates | $149.29 | Doordash |
| 2019.05.04 | Perez v. Rash Curtis & Associates | $23.27 | Pasta Moto San Francisco |
| 2019.05.05 | Perez v. Rash Curtis & Associates | $55.19 | Saroms Southern Kitchen |
| 2019.05.05 | Perez v. Rash Curtis & Associates | $103.85 | Zacharys Chicago Pizza |
| 2019.05.05 | Perez v. Rash Curtis & Associates | $292.96 | Restaurant - Trial prep |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $7.13 | Super Duper |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $76.86 | Otaez Mex Res |
| 2019.05.08 | Perez v. Rash Curtis & Associates | $47.16 | Chipotle |
| 2019.05.09 | Perez v. Rash Curtis & Associates | $83.49 | Doordash |
| 2019.05.09 | Perez v. Rash Curtis & Associates | $145.43 | Kincaids Oakland |
| 2019.05.09 | Perez v. Rash Curtis & Associates | $32.64 | A Sweet Affair |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $100.58 | Scala's Bistro & Bar Drake |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $41.00 | Chipotle |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $83.28 | The Cooperage American Lafayette |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $27.40 | Bagel Street Café |
| 2019.05.12 | Perez v. Rash Curtis & Associates | $52.32 | Ippudo |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $46.60 | Ippudo |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $52.70 | Valencia Street |

| 2019.05.13 | Perez v. Rash Curtis & Associates | $206.29 | Kincaids Oakland |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $221.23 | Rooftop Restaurant |
| 2019.05.31 | Perez v. Rash Curtis & Associates | $36.04 | Saroms Southern Kitchen |
| 2019.06.12 | Perez v. Rash Curtis & Associates | $5.09 | Regent School Catering |
| 2019.06.12 | Perez v. Rash Curtis & Associates | $12.91 | Regent School Catering |
| | | **$3,123.48** | **Total Catering & Meal Expenses** |

**Postage & Delivery Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2017.06.02 | Perez v. Rash Curtis & Associates | $54.28 | Golden State Overnight - Chamber Copies |
| 2017.09.19 | Perez v. Rash Curtis & Associates | $48.13 | Golden State Overnight - Chamber Copies |
| 2017.12.02 | Perez v. Rash Curtis & Associates | $57.87 | FedEx |
| 2017.12.06 | Perez v. Rash Curtis & Associates | $36.47 | FedEx |
| 2017.12.13 | Perez v. Rash Curtis & Associates | $76.06 | FedEx |
| 2017.12.23 | Perez v. Rash Curtis & Associates | $5.29 | USPS |
| 2018.02.02 | Perez v. Rash Curtis & Associates | $168.15 | First Legal - Chamber Delivery |
| 2018.02.14 | Perez v. Rash Curtis & Associates | $31.41 | FedEx |
| 2018.02.15 | Perez v. Rash Curtis & Associates | $71.55 | Golden State Overnight - Chamber Copies |
| 2018.02.24 | Perez v. Rash Curtis & Associates | $38.07 | FedEx |
| 2018.03.02 | Perez v. Rash Curtis & Associates | $23.85 | Golden State Overnight - Chamber Copies |
| 2018.03.15 | Perez v. Rash Curtis & Associates | $38.07 | Fedex |
| 2018.03.19 | Perez v. Rash Curtis & Associates | $17.94 | Golden State Overnight - Chamber Copies |
| 2018.05.02 | Perez v. Rash Curtis & Associates | $18.00 | Golden State Overnight - Chamber Copies |
| 2018.05.17 | Perez v. Rash Curtis & Associates | $24.17 | Golden State Overnight - Chamber Copies |
| 2018.06.04 | Perez v. Rash Curtis & Associates | $18.18 | Golden State Overnight - Chamber Copies |
| 2018.07.17 | Perez v. Rash Curtis & Associates | $25.59 | Golden State Overnight - Chamber Copies |
| 2018.08.02 | Perez v. Rash Curtis & Associates | $25.59 | Golden State Overnight - Chamber Copies |
| 2018.08.17 | Perez v. Rash Curtis & Associates | $53.35 | Golden State Overnight - Chamber Copies |
| 2018.09.05 | Perez v. Rash Curtis & Associates | $24.17 | Golden State Overnight - Chamber Copies |
| 2018.10.02 | Perez v. Rash Curtis & Associates | $71.53 | Golden State Overnight - Chamber Copies |
| 2018.10.17 | Perez v. Rash Curtis & Associates | $18.26 | Golden State Overnight - Chamber Copies |
| 2018.10.20 | Perez v. Rash Curtis & Associates | $30.03 | FedEx |
| 2018.11.02 | Perez v. Rash Curtis & Associates | $24.27 | Golden State Overnight - Chamber Copies |
| 2018.11.19 | Perez v. Rash Curtis & Associates | $44.04 | Golden State Overnight - Chamber Copies |
| 2019.02.19 | Perez v. Rash Curtis & Associates | $29.29 | Golden State Overnight - Chamber Copies |
| 2019.03.04 | Perez v. Rash Curtis & Associates | $34.22 | Golden State Overnight - Chamber Copies |
| 2019.03.19 | Perez v. Rash Curtis & Associates | $23.85 | Golden State Overnight - Chamber Copies |
| 2019.04.02 | Perez v. Rash Curtis & Associates | $17.94 | Golden State Overnight - Chamber Copies |
| 2019.04.17 | Perez v. Rash Curtis & Associates | $29.68 | Golden State Overnight - Chamber Copies |
| 2019.04.20 | Perez v. Rash Curtis & Associates | $90.15 | Fedex |
| 2019.04.26 | Perez v. Rash Curtis & Associates | $56.98 | Optional Delivery Systems - Chamber copy |
| 2019.05.03 | Perez v. Rash Curtis & Associates | $54.67 | Optional Delivery Systems |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $109.34 | Optional Delivery Systems - Chamber copy |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $24.00 | Golden State Overnight - Chamber Copies |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $48.43 | FedEx |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $51.16 | FedEx |
| 2019.05.09 | Perez v. Rash Curtis & Associates | $58.04 | FedEx |
| 2019.05.11 | Perez v. Rash Curtis & Associates | $22.93 | FedEx |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $125.84 | Optional Delivery Systems |
| 2019.05.17 | Perez v. Rash Curtis & Associates | $18.58 | Golden State Overnight - Chamber Copies |
| 2019.06.04 | Perez v. Rash Curtis & Associates | $24.70 | Golden State Overnight - Chamber Copies |
| | | **$1,864.12** | **Total Postage & Delivery Expenses** |

**Travel & Lodging Expenses**

| DATE | MATTER | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 2016.10.03 | Perez v. Rash Curtis & Associates | $20.00 | BART |
| 2017.05.01 | Perez v. Rash Curtis & Associates | $8.00 | Lyft |
| 2017.05.02 | Perez v. Rash Curtis & Associates | $10.42 | Lyft |
| 2017.07.12 | Perez v. Rash Curtis & Associates | $1.75 | City of Sacramento Parking |
| 2017.07.14 | Perez v. Rash Curtis & Associates | $303.15 | Double Tree |
| 2017.08.16 | Perez v. Rash Curtis & Associates | $10.50 | BART |
| 2017.08.17 | Perez v. Rash Curtis & Associates | $12.32 | Lyft |
| 2017.08.18 | Perez v. Rash Curtis & Associates | $7.00 | Lyft |
| 2017.09.28 | Perez v. Rash Curtis & Associates | $6.00 | BART |
| 2017.09.29 | Perez v. Rash Curtis & Associates | $9.00 | Lyft |
| 2017.10.17 | Perez v. Rash Curtis & Associates | $10.50 | BART |
| 2017.10.17 | Perez v. Rash Curtis & Associates | $8.00 | Lyft |
| 2017.10.19 | Perez v. Rash Curtis & Associates | $2.00 | Bay Street Garage |
| 2017.10.20 | Perez v. Rash Curtis & Associates | $18.00 | ACE Parking |
| 2017.10.20 | Perez v. Rash Curtis & Associates | $18.00 | ACE Parking |
| 2017.11.06 | Perez v. Rash Curtis & Associates | $110.05 | Yeremey Krivoshey-Travel to Perez Meeting |
| 2017.11.06 | Perez v. Rash Curtis & Associates | $86.00 | L. Timothy Fisher - Mileage, Bridge Toll |
| 2017.11.06 | Perez v. Rash Curtis & Associates | $36.72 | L. Timothy Fisher - Mileage |
| 2018.01.10 | Perez v. Rash Curtis & Associates | $7.75 | Lyft |
| 2018.01.30 | Perez v. Rash Curtis & Associates | $14.00 | City Center West |
| 2018.02.23 | Perez v. Rash Curtis & Associates | $17.44 | L. Timothy Fisher- Expenses |
| 2018.03.16 | Perez v. Rash Curtis & Associates | $8.00 | Parking |
| 2018.08.27 | Perez v. Rash Curtis & Associates | $8.00 | Oakland Parking Meter |
| 2018.09.05 | Perez v. Rash Curtis & Associates | $40.67 | Chevron |
| 2018.09.28 | Perez v. Rash Curtis & Associates | $2.00 | Walnut Creek Parking |
| 2018.11.30 | Perez v. Rash Curtis & Associates | $1,051.16 | SouthWest |
| 2018.12.05 | Perez v. Rash Curtis & Associates | $40.45 | Lyft |
| 2018.12.06 | Perez v. Rash Curtis & Associates | $8.65 | Lyft |
| 2018.12.06 | Perez v. Rash Curtis & Associates | $19.54 | Lyft |
| 2018.12.06 | Perez v. Rash Curtis & Associates | $468.57 | Hilton Garden Inn |
| 2018.12.07 | Perez v. Rash Curtis & Associates | $8.65 | Lyft |
| 2018.12.08 | Perez v. Rash Curtis & Associates | $35.41 | Lyft |
| 2018.12.12 | Perez v. Rash Curtis & Associates | $9.12 | Lyft |
| 2018.12.12 | Perez v. Rash Curtis & Associates | $11.00 | Bart |
| 2018.12.12 | Perez v. Rash Curtis & Associates | $30.00 | Ace Parking |
| 2018.12.17 | Perez v. Rash Curtis & Associates | $4.00 | Oakland Park Meter |
| 2018.12.17 | Perez v. Rash Curtis & Associates | $8.99 | AA Inflight |
| 2018.12.18 | Perez v. Rash Curtis & Associates | $30.00 | Ace Parking |
| 2019.03.15 | Perez v. Rash Curtis & Associates | $1,348.30 | JetBlue - Hearing on Dauberts |
| 2019.03.15 | Perez v. Rash Curtis & Associates | $848.30 | Alaskan Air - Hearing on Dauberts |
| 2019.03.18 | Perez v. Rash Curtis & Associates | $2,319.10 | Hotel - Hearing on Dauberts |
| 2019.03.19 | Perez v. Rash Curtis & Associates | $18.00 | City Center West Garage |
| 2019.03.19 | Perez v. Rash Curtis & Associates | $8.80 | Lyft |
| 2019.03.19 | Perez v. Rash Curtis & Associates | $8.80 | Lyft |
| 2019.03.20 | Perez v. Rash Curtis & Associates | $49.23 | Uber - Hearing on Dauberts |
| 2019.03.22 | Perez v. Rash Curtis & Associates | $698.30 | Alaskan Air - 3/29 Pretrial Conference |
| 2019.03.22 | Perez v. Rash Curtis & Associates | $898.30 | Alaskan Air - 3/29 Pretrial Conference |
| 2019.03.23 | Perez v. Rash Curtis & Associates | $53.90 | Travel Guard - 3/29 Pretrial Conference |
| 2019.03.28 | Perez v. Rash Curtis & Associates | $75.63 | Uber - 3/29 Pretrial Conference |
| 2019.03.28 | Perez v. Rash Curtis & Associates | $39.32 | Uber - 3/29 Pretrial Conference |
| 2019.03.28 | Perez v. Rash Curtis & Associates | $58.50 | Car Service - 3/29 Pretrial Conference |
| 2019.03.29 | Perez v. Rash Curtis & Associates | $33.16 | Uber - 3/29 Pretrial Conference |
| 2019.03.29 | Perez v. Rash Curtis & Associates | $30.00 | City Center West Garage |
| 2019.03.30 | Perez v. Rash Curtis & Associates | $30.35 | Uber - 3/29 Pretrial Conference |
| 2019.03.30 | Perez v. Rash Curtis & Associates | $1,063.52 | Hotel - 3/29 Pretrial Conference |

| Date | Matter | Amount | Description |
|---|---|---|---|
| 2019.04.02 | Perez v. Rash Curtis & Associates | $1,355.75 | JetBlue - 4/29 Pretrial Conference |
| 2019.04.10 | Perez v. Rash Curtis & Associates | $8.00 | SWA Inflight |
| 2019.04.11 | Perez v. Rash Curtis & Associates | $19.14 | L. Timothy Fisher- Expenses |
| 2019.04.18 | Perez v. Rash Curtis & Associates | $645.19 | API Global Transportat |
| 2019.04.26 | Perez v. Rash Curtis & Associates | $1,555.75 | JetBlue - 4/29 Pretrial Conference |
| 2019.04.27 | Perez v. Rash Curtis & Associates | $185.99 | Travel Guard - 4/29 Pretrial Conference |
| 2019.04.28 | Perez v. Rash Curtis & Associates | $61.80 | Car Service - 4/29 Pretrial Conference |
| 2019.04.28 | Perez v. Rash Curtis & Associates | $15.00 | Impark |
| 2019.04.29 | Perez v. Rash Curtis & Associates | $5.00 | Bart Clipper |
| 2019.04.29 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garage |
| 2019.04.30 | Perez v. Rash Curtis & Associates | $33.86 | Uber - 4/29 Pretrial Conference |
| 2019.04.30 | Perez v. Rash Curtis & Associates | $13,463.98 | Hotel - Trial |
| 2019.04.30 | Perez v. Rash Curtis & Associates | $18.56 | Lyft |
| 2019.05.01 | Perez v. Rash Curtis & Associates | $955.75 | JetBlue - Trial |
| 2019.05.01 | Perez v. Rash Curtis & Associates | $5.00 | Bart Clipper |
| 2019.05.01 | Perez v. Rash Curtis & Associates | $6.80 | Lyft |
| 2019.05.01 | Perez v. Rash Curtis & Associates | $8.00 | Bart Clipper |
| 2019.05.03 | Perez v. Rash Curtis & Associates | $8.00 | Bart Clipper |
| 2019.05.04 | Perez v. Rash Curtis & Associates | $66.86 | Uber - Trial |
| 2019.05.04 | Perez v. Rash Curtis & Associates | $52.90 | Cab Service - Trial |
| 2019.05.04 | Perez v. Rash Curtis & Associates | $77.12 | Uber - Trial |
| 2019.05.04 | Perez v. Rash Curtis & Associates | $14.05 | Lyft |
| 2019.05.05 | Perez v. Rash Curtis & Associates | $57.75 | Guru Cab Serv |
| 2019.05.05 | Perez v. Rash Curtis & Associates | $22.02 | Oakland Marriot |
| 2019.05.05 | Perez v. Rash Curtis & Associates | $40.40 | Taxi Svc |
| 2019.05.05 | Perez v. Rash Curtis & Associates | $107.21 | Yeremey Krivoshey - Mileage and tolls |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $35.00 | Convention Center Oak |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $1.50 | City of Alamdeda IPS |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garage |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $21.39 | Oakland Marriot |
| 2019.05.06 | Perez v. Rash Curtis & Associates | $645.19 | API Global Transportat |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garage |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $55.00 | Parking Concepts |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $211.73 | API Global Transportat |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $950.00 | Parking Concepts |
| 2019.05.07 | Perez v. Rash Curtis & Associates | $111.96 | Oakland Marriot |
| 2019.05.08 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garage |
| 2019.05.08 | Perez v. Rash Curtis & Associates | $52.92 | API Global Transportat |
| 2019.05.09 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garage |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $16.00 | Bart-Walnut Creek |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garag Oak |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $3.00 | Parksmart |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garage |
| 2019.05.10 | Perez v. Rash Curtis & Associates | $322.57 | Hotel |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $38.23 | Uber - Trial |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $70.80 | Car Service - Trial |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $902.00 | JetBlue - Trial |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $1.00 | LAZ Parking |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garag Oak |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $2.75 | Port JLS Parking |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $3.00 | Parksmart |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $20.00 | City Center West Garage |
| 2019.05.13 | Perez v. Rash Curtis & Associates | $2.25 | Port JLS Parking |
| 2019.05.14 | Perez v. Rash Curtis & Associates | $215.69 | L. Timothy Fisher - Mileage for trial |
| 2019.05.15 | Perez v. Rash Curtis & Associates | $141.30 | Blair Reed - Uber travel for Trial |
| 2019.05.15 | Perez v. Rash Curtis & Associates | $652.15 | Yeremey Krivoshey - Trial related expenses |
| 2019.05.18 | Perez v. Rash Curtis & Associates | $95.00 | Parking Concepts |
| 2019.05.31 | Perez v. Rash Curtis & Associates | $27.41 | Chevron |

| | | | |
|---|---|---|---|
| 2019.05.31 | Perez v. Rash Curtis & Associates | $94.57 | Yeremey Krivoshey - Mileage and tolls |
| 2019.06.07 | Perez v. Rash Curtis & Associates | $1,355.75 | Jetblue - Settlement Conference |
| 2019.06.07 | Perez v. Rash Curtis & Associates | $1,048.25 | Jetblue - Settlement Conference |
| 2019.06.07 | Perez v. Rash Curtis & Associates | $1,317.31 | Hotel - Settlement Conference |
| 2019.06.08 | Perez v. Rash Curtis & Associates | $70.76 | Travel Guard - Settlement Conference |
| 2019.06.11 | Perez v. Rash Curtis & Associates | $78.47 | Uber - Settlement Conference |
| 2019.06.12 | Perez v. Rash Curtis & Associates | $21.00 | UC Hastings Parking |
| 2019.06.25 | Perez v. Rash Curtis & Associates | $33.90 | Lyft |
| 2019.06.25 | Perez v. Rash Curtis & Associates | $5.00 | Clipper Service |
| 2019.06.26 | Perez v. Rash Curtis & Associates | $7.30 | Lyft |
| | | **$37,662.35** | **Total Travel & Lodging Expenses** |