# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Northern District of California**

U.S. District Court case number: **4:16-cv-03396-YGR JSC**

Date case was first filed in U.S. District Court: **06/20/2016**

Date of judgment or order you are appealing: **09/09/2019**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ◯ No   ◯ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Rash Curtis & Associates

Is this a cross-appeal?   ◯ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ◯ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

1425 River Park Drive, Suite 400

City: Sacramento   State: CA   Zip Code: 95815

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Mark E. Ellis   **Date** October 3, 2019

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1   Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Rash Curtis & Associates

Name(s) of counsel (if any):

Mark E. Ellis

Address: 1425 River Park Drive, Suite 400, Sacramento, CA 95815

Telephone number(s): (916) 283-8820

Email(s): mellis@ellislawgrp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated

Name(s) of counsel (if any):

Scott A. Bursor

Address: 2665 S. Bayshore Drive, Suite 220, Miami, FL 33133

Telephone number(s): (212) 989-9113

Email(s): scott@bursor.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**  *1*  *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Rash Curtis & Associates

Name(s) of counsel (if any):

Anthony P. J. Valenti

Address: 1425 River Park Drive, Suite 400, Sacramento, CA 95815

Telephone number(s): (916) 283-8820

Email(s): avalenti@ellislawgrp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ◉ No

**Appellees**

Name(s) of party/parties:

SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated

Name(s) of counsel (if any):

L. Timothy Fisher

Address: 1990 N. California Boulevard, Suite 940, Walnut Creek, CA 94596

Telephone number(s): (925) 300-4455

Email(s): ltfisher@bursor.com

Name(s) of party/parties:

SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated

Name(s) of counsel (if any):

Yeremey Krivoshey

Address: 1990 N. California Boulevard, Suite 940, Walnut Creek, CA 94596

Telephone number(s): (925) 300-4455

Email(s): ykrivoshey@bursor.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                        2                                    *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

| Rash Curtis & Associates |

Name(s) of counsel (if any):

| Lawrence K. Iglesias |

Address: 1425 River Park Drive, Suite 400, Sacramento, CA 95815

Telephone number(s): 916-283-8820

Email(s): liglesias@ellislawgrp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ◉ No

**Appellees**

Name(s) of party/parties:

|  |

Name(s) of counsel (if any):

|  |

Address: 

Telephone number(s): 

Email(s): 

Name(s) of party/parties:

|  |

Name(s) of counsel (if any):

|  |

Address: 

Telephone number(s): 

Email(s): 

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *2*                         *Rev. 12/01/2018*