Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
Avalenti@ellislawgrp.com
Liglesias@ellislawgrp.com

Attorneys for
DEFENDANT RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA McMILLION, JESSICA ADEKOYA, AND IGNACIO PEREZ, on Behalf of Themselves and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No.: 4:16-cv-03396-YGR JSC<br><br>**DECLARATION OF TERRENCE PAFF IN SUPPORT OF**<br><br>**(1) RASH CURTIS'** *EX PARTE* **REQUEST FOR STAY OF ENFORCMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(b)**<br><br>**(2) RASH CURTIS' MOTION FOR THE COURT TO WAIVE THE REQUIREMENT OF A BOND ON APPEAL BY PERMITTING RASH CURTIS TO POST AN ALTERNATIVE FORM OF SECURITY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(b)** |

I, Terrence Paff, make this declaration based upon my own personal knowledge and, as such, I declare:

1. I am the owner of KBR, Inc., d.b.a. Rash Curtis & Associates. Rash Curtis is a collection

- 1 -

DECLARATION OF TERRENCE PAFF IN SUPPORT OF RASH CURTIS' REQUEST FOR STAY OF ENFORCMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(b)

agency emphasizing the collection of medical debt. I became the sole owner/shareholder of KBR, Inc. in July of 2008. KBR is a small business of approximately 50 to 60 employees.

2. KBR/Rash Curtis is a family business in the sense that I am the owner. My wife, Natasha Paff, is the Chief Administrative Officer at the company. Our daughter, Karmin Keith, works at the company in Human Resources and Accounts Payable. Her husband and our son in law, Robert ("Bob") Keith, is an Executive Vice President of the company overseeing, among other things, legal matters and our outside attorneys. Nick Keith, Bob Keith's son, is in charge of our IT Department. Chris Paff, my son, is the Executive Vice President of Operations.

3. Attached as **Exhibit 6** to the Index of Exhibits, filed under seal, in support of Rash Curtis' Federal Rule of Civil Procedure 62(b) motion (to waive bond and to permit alternative security), are certain financial records related to Rash Curtis, including its tax returns for the 2016 and 2017 tax years. Rash Curtis has not yet filed tax returns for the 2018 tax year because its fiscal year ends on September 30. The 2017 federal and state tax returns (filed in 2018) are set forth in **Exhibit 6** at pp. RCA-116 through RCA-158. The tax returns for 2016 (filed in 2017) are found at **Exhibit 6**, pp. RCA-159 through RCA-195. These tax returns were prepared by Rash Curtis' accountant, Lawrence Shaw, CPA, of Shaw & Associates, Vacaville, California.

4. Rash Curtis' 2017 tax return shows a gross income of $7,369,171 (*see* **Exhibit 6** at p. RCA-120). The company's 2016 tax return indicates a gross income of $7,498,219 (*see* **Exhibit 6**, p. RCA-159).

5. Pages RCA-196 to RCA-211 contain various compiled financial statements from the fiscal year ending September 30, 2018 (pp. RCA-196-204; the fiscal year ending September 30, 2016 (pp. RCA 205-207); and end of the fiscal year September 30, 2015 (pp. RCA 208-211).

6. As the Court can see, for the year ending September 30, 2018, KBR'S "Statement of Income and Retained Earnings" shows that after costs of services and administrative expenses, the company's income from operations is $108,775 (**Exhibit 6**, RCA-200). The Court will see that the after-tax net income for the company was $28,879.00 (RCA-200). Retained earnings as of September 30, 2018 total $164,018 (RCA-200). The breakdown of the administrative and other expenses of the company is

DECLARATION OF TERRENCE PAFF IN SUPPORT OF RASH CURTIS' REQUEST FOR STAY OF ENFORCMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(b)

found at RCA-201. These financial statements were prepared by CPA Shaw and were based upon records kept in the ordinary course of Rash Curtis' business, and which were prepared by Mr. Shaw in the course of his rendering professional accounting services to Rash Curtis, and upon which the company relies.

7. In my experience, the TCPA places an onerous burden on compliance, however at RCA we have implemented protocols to comply with that burden. Rash Curtis has built compliance protocols and procedures that are TCPA compliant. Additionally, Rash Curtis has replaced our old dialer systems with the "LiveVox HCI." This calling software system requires human intervention, on every call, in order to make a call out from Rash Curtis. This human intervention cannot be bypassed, and there is no capacity or ability in the system to allow modification to permit dialing calls without human intervention. Rash Curtis employs no mechanical or artificial voices. Every call and message left, if any, is made by a live person. I understand that every court that has considered whether or not Live Vox HCI is deemed "an ATDS" pursuant to the TCPA, has determined it is not.

8. If the Court does not grant Rash Curtis' request to stay enforcement of the judgment, Rash Curtis will have no choice but to file for bankruptcy protection under Chapter 11 of the Bankruptcy Code. Rash Curtis has retained Binder & Malter LLP to provide advice and to file for bankruptcy protection on or before October 9, 2019 if the stay of execution is not extended.

9. Should a stay of enforcement not be granted and should Plaintiff commence executing on the judgment then Rash Curtis will have no choice but to liquidate the company, putting all of its employees out of work, including my wife, myself and our family who work at the company being put out of business and, as such, losing decades of hard work to make this business successful.

I declare under penalty of perjury under the laws of the United States of America and the laws of California that the foregoing is true and correct and that this Declaration was executed on October 7th, 2019 in Vacaville, California.

_____
TERRENCE PAFF

**DECLARATION OF TERRENCE PAFF IN SUPPORT OF RASH CURTIS' REQUEST FOR STAY OF ENFORCMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62(b)**