# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SANDRA MCMILLION, ET AL.,**<br>Plaintiffs,<br>vs.<br>**RASH CURTIS & ASSOCIATES,**<br>Defendant. | CASE NO. 16-cv-03396-YGR<br><br>**CASE MANAGEMENT ORDER** |

The Court is in receipt of the letter from counsel for the defendant dated October 9, 2019. (Dkt. No. 381.) In light of the representations made therein, the *Ex Parte* Request for a Stay of Enforcement and the Motion to Waive the Requirement of a Bond, et al. (Dkt. Nos. 378, 380 respectively) are hereby deemed withdrawn without prejudice.

By no later than noon on October 18, 2019, the parties shall file a joint statement regarding all outstanding matters to be discussed with the Court, including any agreements or stipulations. The parties shall also contact the courtroom deputy and provide options for a telephonic conference with the Court preferably during the week of October 21, 2019.

This Order terminates Docket Numbers 378 and 380.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**