# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IGNACIO PEREZ,**<br>　　Plaintiff**,**<br>　　vs.<br>**RASH CURTIS & ASSOCIATES,**<br>　　Defendant**.** | CASE NO. 16-cv-03396-YGR<br><br>**ORDER RE: PLAINTIFF'S *EX PARTE* REQUEST FOR STAY OF BRIEFING ON ALL PENDING MOTIONS**<br><br>Re: Dkt. No. 383 |

On October 15, 2019, plaintiff Ignacio Perez filed an *ex parte* letter requesting to stay the briefing deadlines on all pending motions in light of the parties' status conference to be set the week of October 21, 2019. Plaintiff requests a stay of all briefing on Plaintiff's Motion for an Award of Attorney's Fees, Costs and Expenses, and Service Award for the Class Representative (Dkt. No. 371), Defendant's Motion to Alter or Amend the Judgment (Dkt. No. 374), Plaintiff's Motion for the Court to Approve the Proposed Notice (Dkt. No. 376), and Defendant's Motion to Reduce, Reconsider, Amend or Vacate the Judgment's Unconstitutionally Excessive Damages (Dkt. No. 379). Plaintiff requests that the Court reset the briefing schedules on these pending motions at the status conference.

The Court **GRANTS** plaintiff's *ex parte* request to stay (Dkt. No. 383) the above listed and pending motions. (Dkt. Nos. 371, 374, 376, 379.) Accordingly, briefing on these motions is **STAYED**. The Court will reset the briefing schedule on these motions at the status conference to be set the week of October 21, 2019.

**IT IS SO ORDERED.**

Dated: October 15, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**