# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: 10/21/19 | Time: 12:00PM-12:35PM | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 16-cv-03396-YGR | Case Name: Ignacio Perez v. Rash Curtis & Associates | |

**Attorney for Plaintiff:** Scott Bursor, Yeremy Krivoshey, and Timothy Fisher
**Attorney for Defendant:** Mark Ellis, and Lawrence Iglesias

| Deputy Clerk: Frances Stone | Court Reporter: NOT REPORTED |
|---|---|

## PROCEEDINGS

DIAL IN TELEPHONE CONFERENCE- HELD

Discussion re Motions at Dkt. Nos. 371, 376, 374, 379, 386 and 387.

The Friday, 10/25/2019 at 9:30am Telephone Conference is VACATED; no hearings are set for the 10/25/2019 at 9:30am hearing date.

**Three motions set for new briefing and hearing schedule:**

Plaintiff's Motion for the Court to Approve the Proposed Notice, Dkt.no. 376

Defendant's Motion to Alter or Amend the Judgment, Dkt. No. 374

Defendant's Motion to Reduce, Reconsider, Amend or Vacate the Judgment's Unconstitutionally Excessive Damages, Dkt. No. 379

**Court sets briefing schedule and hearing date as follows:**
**Oppositions filed by 10/30/2019. Replies filed by 11/6/2019.**
**Specially set Motion hearing for Monday, 11/18/19 at 9:00 AM .**