Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP, LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com
liglesias@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PEREZ, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiff,<br><br>Vs.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No.: 4:16-cv-03396-YGR JSC<br><br>**DEFENDANT RASH CURTIS & ASSOCIATES' NON-OPPOSITION TO PLAINTIFF'S MOTION FOR COURT APPROVAL OF PLAINTIFF'S PROPOSED NOTICE TO CLASS MEMBERS OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES, COSTS AND EXPENSES, AND SERVICE AWARD FOR THE CLASS REPRESENTATIVE**<br><br>DATE: November 18, 2019<br>TIME: 9:00 a.m.<br>DEPT: Courtroom 1<br><br>JUDGE: Hon. Yvonne Gonzalez Rogers |

Defendant Rash Curtis & Associates does not oppose Plaintiff's Motion for Court Approval of Plaintiff's Proposed Notice to Class Members of Plaintiff's Motion for an Award of Attorney's Fees, Costs and Expenses, and Service Award for the Class Representative (ECF Doc. No. 376).

Dated: October 30, 2019   ELLIS LAW GROUP, LLP

By  */s/ Mark E. Ellis*
    Mark E. Ellis
    Attorney for Defendant
    RASH CURTIS & ASSOCIATES

- 1 -