UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| IGNACIO PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>INDIAN HARBOR INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 19-cv-07288-LB<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *McMillion et al v. Rash Curtis & Associates*, No. 3:16-cv-03396-YGR.

**IT IS SO ORDERED.**

Dated: November 7, 2019

_____
LAUREL BEELER
United States Magistrate Judge

ORDER – No. 19-cv-07288-LB