**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IGNACIO PEREZ,**<br><br>　　　　Plaintiff**,**<br><br>　　vs.<br><br>**RASH CURTIS & ASSOCIATES,**<br><br>　　　　Defendant**.** | CASE NO. 16-cv-03396-YGR<br><br>**ORDER EXTENDING TIME TO FILE PLAINTIFF'S REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEY'S FEES, COSTS, AND EXPENSES, AND AWARD FOR THE CLASS REPRESENTATIVE**<br><br>Re: Dkt. No. 410 |

The Court has received a supplemental letter from plaintiff explaining his reasons for requesting additional time to file a reply in support of plaintiff's motion for an award of attorney's fees, costs, and expenses, and award for the class representative. (Dkt. No. 410.) Thus, per the reasons articulated in the letter, plaintiff requests a new reply deadline of December 20, 2019.

Accordingly, upon consideration of the representations therein, plaintiff's reply in support of his motion for an award of attorney's fees, costs, and expenses, and service award for the class representative **SHALL** be filed on or before **December 20, 2019**.

**IT IS SO ORDERED.**

Dated: December 6, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**