# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 2/26/2020 | **Time:** 3:15pm-4:30pm[total time for two cases] | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 16-cv-03396-YGR  Related case | **Case Name:** McMillion v. Rash Curtis & Associates | |

**Attorney for Plaintiff:** Scott Bursor; L. Timothy Fisher; Yeremy Krivoshey and Blair Reed
**Attorney for Defendant:** Mark Ellis

**Deputy Clerk:** Frances Stone              **Court Reporter:** Pam Hebel

## PROCEEDINGS

Defendant's Motion to Vacate the Judgment and for Terminating Sanctions, or in the Alternative for New Trial, or for Further Relief as Determined by the Court [Dkt. 414] -HELD and SUBMITTED

Plaintiff's Motion for Attorney Fees [Dkt. 371]- HELD and SUBMITTED

Counsel to submit billing records in two weeks.