Mark E. Ellis - 127159
Anthony P. J. Valenti - 284542
Lawrence K. Iglesias - 303700
ELLIS LAW GROUP LLP
1425 River Park Drive, Suite 400
Sacramento, CA 95815
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
avalenti@ellislawgrp.com
liglesias@ellislawgrp.com

Attorneys for Defendant RASH CURTIS & ASSOCIATES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO PEREZ, on Behalf of Himself and all Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>Defendant. | Case No. 4:16-cv-03396-YGR JSC<br><br>**NOTICE OF APPEAL(S)**<br><br>Assigned to Hon. Yvonne Gonzalez Rogers |

NOTICE IS HEREBY GIVEN that Defendant Rash Curtis & Associates appeals to the United States Court of Appeals for the Ninth Circuit from:

1. The Court's April 17, 2020 "Order: (1) Granting in Part, Denying in Part Motion to Alter Judgment or Amend the Judgment in Favor of Defendant; (2) Denying Motion to Reduce, Reconsider, Amend, or Vacate the Judgment's Unconstitutionally Excessive Damages; (3) Denying Motion to Vacate the Judgment and For Terminating Sanctions Based Upon Misconduct of Counsel, or, in the Alternative, For New Trial, Or Further Relief as Determined by the Court; (4) Granting in Part and Denying in Part Motion for an Award of Attorneys' Fees, Costs, and Expenses and Service Award for the Class Representative" (ECF No. 427); and,

2. The amended "Final Judgment" entered May 4, 2020 (ECF No. 430).

There is a pending appeal in this case, Case Number 19-16964.

1 | May 15, 2020

ELLIS LAW GROUP LLP
Mark E. Ellis
Anthony P. J. Valenti
Lawrence K. Iglesias

By: /s/ Mark E. Ellis
Mark E. Ellis

Attorneys for Defendant RASH CURTIS & ASSOCIATES

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Rash Curtis & Associates

Name(s) of counsel (if any):

> Horvitz & Levy LLP
> Rebecca G. Powell; Robert H. Wright; Felix Shafir

Address: 3601 West Olive Avenue, 8th Floor, Burbank, CA 91505

Telephone number(s): (818) 995-0800

Email(s): rpowell@horvitzlevy.com; rwright@horvitzlevy.com; fshafir@horvitzlevy.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Ignacio Perez, on Behalf of Himself and all Others Similarly Situated

Name(s) of counsel (if any):

> Bursor & Fischer, PA
> Scott A. Bursor

Address: 2665 S. Bayshore Drive, Suite 220, Miami, FL 33133

Telephone number(s): (212) 989-9113

Email(s): scott@bursor.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                           *1*                                  *Rev. 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Rash Curtis & Associates

Name(s) of counsel (if any):

Ellis Law Group, LLP
Mark E. Ellis

Address: 1425 River Park Drive, Suite 400, Sacramento, CA 95815

Telephone number(s): (916) 283-8820

Email(s): mellis@ellislawgrp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Ignacio Perez, on Behalf of Himself and all Others Similarly Situated

Name(s) of counsel (if any):

Bursor & Fisher, PA
L. Timothy Fisher; Yeremy Krivoshey

Address: 1990 N. California Blvd., Suite 940, Walnut Creek, CA 94596

Telephone number(s): (925) 300-4455

Email(s): ltfisher@bursor.com; ykrivoshey@bursor.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                  2                           Rev. 12/01/2018