FILED

UNITED STATES COURT OF APPEALS

JUN 19 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SANDRA MCMILLION; et al.,

        Plaintiffs-Appellees,

v.

RASH CURTIS & ASSOCIATES,

        Defendant-Appellant.

No.    19-16964

D.C. No. 4:16-cv-03396-YGR
Northern District of California,
Oakland

ORDER

IGNACIO PEREZ, on Behalf of Himself
and all Others Similarly Situated,

        Plaintiff-Appellee,

v.

RASH CURTIS & ASSOCIATES,

        Defendant-Appellant.

No.    20-15946

D.C. No. 4:16-cv-03396-YGR
Northern District of California,
Oakland

Pursuant to the stipulation of the parties (Docket Entry No. 23), appeal no.

19-16964 is voluntarily dismissed.  Fed. R. App. P. 42(b).  The parties shall bear

their own costs and fees on appeal.

This order dismisses appeal no. 19-16964 only and shall have no effect on appeal no. 20-15946.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT


By: Jonathan Westen
Circuit Mediator

JW/Mediation