FILED

AUG 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| IGNACIO PEREZ, on Behalf of Himself and all Others Similarly Situated, | No.    20-15946 |
| Plaintiff-Appellee, | DC No. 4:16 cv-03396 YGR ND Cal., Oakland |
| v. | |
| RASH CURTIS & ASSOCIATES, | **O R D E R** |
| Defendant-Appellant. | |

The parties' Joint Notice of Settlement and Motion for Stay of Appeal and

Limited Remand (the "Motion") [Dkt. 51] is granted on the following terms:

1.    This case is remanded to the district court for the limited purpose of

considering and determining the proposed settlement entered into by the parties

and, if appropriate, entering judgment thereon.

2.    Counsel shall promptly notify this Court when:

(a)    The proceedings contemplated by Paragraph 1, above, have

been completed, including the entry of judgment; or

(b)    Pursuit of settlement has been aborted.

3.      This appeal is hereby stayed pending completion of the proceedings in district court contemplated by Paragraph 1, above, and pending Rash Curtis' filing a motion to dismiss this appeal within the time set forth in the Motion, or until further order of the court.

4.      The requirement of prompt notification and timely status reports, as set forth in the Order of August 13, 2021, shall remain in effect.

BY ORDER OF THE COURT

MOLLY C. DWYER
Clerk of Court

By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7